**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>    *Defendants*. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Apple Inc. hereby discloses that it has no parent corporations and that there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Dated: October 20, 2022

OF COUNSEL:

John M. Desmarais
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
jdesmarais@desmaraisllp.com

Peter C. Magic
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Telephone: 415-573-1900
pmagic@desmaraisllp.com

Respectfully submitted,

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Apple Inc.*