IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants*. | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY

Plaintiff Apple Inc. ("Apple") moves for leave to serve expedited discovery on Defendants Masimo Corporation ("Masimo") and Sound United, LLC ("Sound United") (together, "Defendants"). Apple seeks limited expedited discovery relevant to its potential motion for a preliminary injunction against Defendants' W1 watch, which infringes Apple's U.S. Patent Nos. D735,131, D883,279, D947,842, and D962,936. In support of the instant motion for expedited discovery, Apple submits the following:

- Apple's Opening Brief In Support of Its Motion for Expedited Discovery;
- The Declaration of Peter C. Magic in Support of Apple's Motion for Expedited Discovery, and all exhibits attached thereto (Exhibits A-Q);
- The discovery sought under the instant motion, including two requests for production (Exhibit 1), two interrogatories (Exhibit 2) and two Fed. R. Civ. P. 30(b)(6) topics (Exhibit 3); and
- A proposed order.

Apple respectfully requests the Court to grant this motion and order expedited discovery as further described in Apple's opening brief.

1

Dated: October 20, 2022

OF COUNSEL:

John M. Desmarais
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
jdesmarais@desmaraisllp.com

Peter C. Magic
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
pmagic@desmaraisllp.com

Respectfully submitted,

By: /s/ David E. Moore
David E. Moore (#3983)
Bindu A. Palapura (#5370)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Apple Inc.*