IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants*. | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff Apple Inc.'s ("Apple") Motion for Expedited Discovery. The Court, having considered the motion, finds that Apple has shown good cause to serve its discovery requests, and therefore grants the motion.

Accordingly, it is ordered that Apple has leave to serve the discovery attached to its motion. It is further ordered that Defendants shall respond to Apple's written discovery requests within 21 days and provide a 30(b)(6) representative for deposition within 45 days of this order.

So ordered this _____ day of October, 2022
at Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE