# EXHIBIT G

Masimo News & Media - 2016

# News & Media

2016 ⌄

| Date |
|------|
| Title |

| 12/19/2016 |

Masimo Announces FDA 510(k) Clearance for TFA-1 Single-Patient-Use Forehead Sensor (https://www.masimo.com/company/news/news-media/2016/#news-c207a738-1621-16a1-b21c-753301bc9811)

12/06/2016

Giving Back with Masimo (https://www.masimo.com/company/news/news-media/2016/#news-bb7ebc7-8443-41c0-a8b0-33e3bea62320)

11/11/2016

Masimo Receives Gates Foundation Grant to Develop Combined Pneumonia Screening Device for High Burden Settings (https://www.masimo.com/company/news/news-media/2016/#news-3a33e00b-db94-4aff-9778-6ba691b06707)

11/07/2016

Philips and Masimo Sign Multi-Year Business Partnership Agreement in Patient Monitoring and Select Therapy Solutions (https://www.masimo.com/company/news/news-media/2016/#news-0c5536f3-2e14-4eae-abc0-567736756169)

10/27/2016

Adam Mikkelson of Camber Capital Management Joins Masimo's Board of Directors (https://www.masimo.com/company/news/news-media/2016/#news-adam-Mikkelson-of-Camber-Capital-Management-Joins-Masimo%E5%20X%99s-Board-of-Directors)

10/22/2016

Study Investigates the Impact of Masimo Continuous SpHb and PVi in Anesthesia-related Mortality (https://www.masimo.com/company/news/news-media/2016/#news-e3aa80c5-2e1e-4070-bf7f-9ae57e699bae)

10/06/2016

Masimo Announces CE Marking of Rad-97 Pulse CO-Oximeter (https://www.masimo.com/company/news/news-media/2016/#news-61e2aace-2579-4d59-a26f-a5c0801e1f2f)

10/02/2016

Masimo Honors Birthday of Mahatma Gandhi with Global Holiday (https://www.masimo.com/company/news/news-media/2016/#news-0f9f3f5-5e05-49ca-b01a-c1caf7288a4)

Date

Title

09/30/2016

Masimo Partners with Smile Train to Advance Safe Surgery
(https://www.masimo.com/company/news/news-media/2016/#news-52b69df1-5ed0-4c54-a401-
a0969a00b9f)

09/26/2016

Masimo Foundation Co-Founds United for Oxygen Alliance
(https://www.masimo.com/company/news/news-media/2016/#news-721a8b41-297d-4075-ba3b-
a6f4e74e5975)

09/15/2016

Study on Abdominal Surgical Patients Investigates Clinical Utility of Masimo PVi
(https://www.masimo.com/company/news/news-media/2016/#news-d6f6a8bb-74e1-4ee5-a48c-
919e5ddc2829)

09/09/2016

New Study Finds Continuous, Noninvasive Hemoglobin Monitoring Using Masimo SpHb May
Reduce Intraoperative Red Blood Cell Transfusion (https://www.masimo.com/company/news/news-
media/2016/#news-fab2e1b1-bd7A-4a4e-9598-ae9beac7a7e)

09/06/2016

Masimo MightySat re Available at Apple.com and Select Apple Retail Stores in the US and
Canada (https://www.masimo.com/company/news/news-media/2016/#news-e13/e849-fa5a-4115-
aece-03e51585df1a)

09/02/2016

Masimo Announces Amendment to Nellcor Royalty Agreement
(https://www.masimo.com/company/news/news-media/2016/#news-0f61fb9f-0af5-4245-b4e2-
a329a00562a6)

08/29/2016

Masimo Announces Four-Year Partnership with World Federation of Societies of
Anaesthesiologists (WFSA) (https://www.masimo.com/company/news/news-media/2016/#news-
2f785efb-840-43a1-b621-17e8c1c82990)

08/29/2016

Masimo Announces a Special Worldwide Program for Total Hemoglobin (SpHb) Monitoring for
Areas Affected by the Zika Virus (https://www.masimo.com/company/news/news-
media/2016/#news-2f43w91-0aeb-4789-av11-5ec5ef5ab4)

Date

Title

08/16/2016

Masimo Announces CE Marking for RAS-45 Sensor for rainbow Acoustic Monitoring of Respiration Rate (https://www.masimo.com/company/news/news-media/2016/#news-12393119-8f4a-4861-977c-90f4769c5ch.)

08/10/2016

New Article Showcases an Effective Surveillance System for General Care Units Using Masimo Patient SafetyNet (https://www.masimo.com/company/news/news-media/2016/#news-e579ebd9-aa17-49c4-b917-e0b45d511c3d)

08/04/2016

Masimo Announces CE Marking for Pediatric O3™ Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-570d089c-04f8-42bc-94b8-83679b09d040)

07/28/2016

Leading Ohio Critical Access Hospital Adopts Masimo Root with Radius 7™, Radical-7, and Patient SafetyNet to Create Hospital Wide Wireless Monitoring and Clinician Notification System (https://www.masimo.com/company/news/news-media/2016/#news-a86715f3-31ce-48e3-90c7-e2073cce8ed7)

07/21/2016

New Study Evaluates Masimo PVi® as a Predictor of Fluid Responsiveness in Patients Undergoing Liver Transplantation (https://www.masimo.com/company/news/news-media/2016/#news-3aafd1f2-ad51-45af-8750-1094197d9045)

07/13/2016

New Study Assesses Utility of 1st Generation Masimo E-mtc™ Pulse CO-Oximeter with Spot-Spot Check Technology in Evaluating Pediatric Trauma Patients (https://www.masimo.com/company/news/news-media/2016/#news-1876fa3a-0538-44ca-962d-7a2a7551159a)

07/07/2016

One of the World's Leading Centers for Cardiovascular Medicine & Transplantation Adopts Masimo's sedLine® Brain Function Monitoring and O3™ Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-8c474d10-3bc2-4833-967a-

Date

Title

06/28/2016

Masimo Announces FDA 510(k) Clearance for Radius-7 with rainbow® Technology, Including Continuous SpHb® (https://www.masimo.com/company/news/news-media/2016/#news-5f2a18b4-9380-4e30-be71-3c0a73c0532a)

06/21/2016

New JuriTech Medical UTAU Vital Signs Device to Feature Masimo SET ® Pulse Oximetry Technology (http://www.masimo.com/company/news/news-media/2016/#news-f8534bb9-1546-45ca-aeff-f88128262788)

06/13/2016

Masimo Announces FDA 510(k) Clearance for O3™ Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-01519eae-c2dd-49b7-a468-015b44871366)

06/06/2016

Masimo Announces Full Market Release on Next Generation SpHb®-Spot Check Promo (https://www.masimo.com/company/news/news-media/2016/#new-27-384d3-5381-4000-4289-e1db00000806e)

06/02/2016

One of India's Premier Maternal Care Specialists, Motherhood Hospitals, Standardizes on Masimo SET® Technology (https://www.masimo.com/company/news/news-media/2016/#news-fcc19417-96ba-4004-923f-au37548883c3)

05/26/2016

Masimo to Showcase Next Generation SedLine® Brain Function Monitor at 2016 Euroanaesthesia Congress (https://www.masimo.com/company/news/news-media/2016/#news-17d33869-d332-40dc-9b63-63e10bbdeb8d)

05/19/2016

Two Fire Departments Honored for Excellence in Emergency Medical Services (https://www.masimo.com/company/news/news-media/2016/#news-737a1e80-a95d-4-1d-9391-19ddofaalo2a)

05/04/2016

Masimo Reports First Quarter 2016 Financial Results (https://www.masimo.com/company/news/news-media/2016/#news-c03bd69b-f8ac-4587-salb-sare20132355)

Date

Title

04/21/2016

One of France's University Hospitals Adopts Masimo Radical-7® Including SpHb®, PVI®, and SET® Pulse Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-b162fe56-68bd-4b14-8c99-7b7453e5b6cc)

04/20/2016

Masimo to Report First Quarter 2016 Financial Results after Market Close on Wednesday, May 4 (https://www.masimo.com/company/news/news-media/2016/#news-016f2667-3821-4e00-85d6-57290d5b2bde)

03/11/2016

New Clinical Study Reports Relationship Between Masimo's Oxygen Reserve Index (ORi™) and arterial Partial Pressure of Oxygen During Surgery (https://www.masimo.com/company/news/news-media/2016/#news-37f7b9d7-3f9f-4596-9605-1d7b1e34b482)

03/17/2016

New Study Reports on Accuracy of Masimo's Blue™ Sensors at Saturations Below 95% in children with Cyanotic Congenital Heart Disease (https://www.masimo.com/company/news/news-media/2016/#news-2c255719-b9ee-4949-8310-c1b1478f4bbd)

03/02/2016

Masimo Introduces SafetyNet™ Surveillance at HIMSS16 (https://www.masimo.com/company/news/news-media/2016/#news-d19f5520-3fbd-4648-937a-205943384dd0)

03/01/2016

Masimo Announces Iris™ Gateway at HIMSS16 (https://www.masimo.com/company/news/news-media/2016/#news-fefb547a-a2ff-47b6-952f-dcbob21a807a)

02/25/2016

Manipal Hospitals is the First in India to Adopt Masimo Patient SafetyNet™ (https://www.masimo.com/company/news/news-media/2016/#news-c750df67-1250-4639-b9d6-0ad0d867b401)

02/17/2016

Masimo Announces FDA 510(k) clearance for Rad™ with Noninvasive Blood Pressure and Temperature (https://www.masimo.com/company/news/news-media/2016/#news-b7098d11-ffff-439f-a5e4-c0d3c7c736a1)

Date

Title

02/12/2016

Masimo rainbow® Acoustic Monitoring (RAM™) was Associated with Fewer Alarm Events During Planned Moderate Sedation in New Clinical Study (https://www.masimo.com/company/news/news-media/2016/#news-70d40bbc-c7c-4923-97c3-7f28ec9d9c44)

02/04/2016

In New Clinical Study Masimo's Oxygen Reserve Index Helps Clinicians Detect Impending Desaturation in Pediatric Patients (https://www.masimo.com/company/news/news-media/2016/#news-62478b5d-b59e-17d7-098c-db16ceaa0f70)

01/29/2016

Masimo to Report Fourth Quarter 2015 Financial Results after Market Close on Tuesday, February 23 (https://www.masimo.com/company/news/news-media/2016/#news-5103a359-38ac-1ff-e3e1-814c3f52859)

01/21/2016

New Study Shows Utility of Masimo rainbow Acoustic Monitoring™ (https://www.masimo.com/company/news/news-media/2016/#news-2295a69b-4018-4a17-9c4e-0ab329c522e5)

01/19/2016

Dr. Steven Barker Awarded the Society for Technology in Anesthesia's J.S. Gravenstein award for Lifetime Achievement (https://www.masimo.com/company/news/news-media/2016/#news-291551e-6ar9-489f-9748-1ab[0d9c2ff])

01/13/2016

North Carolina's Appalachian Regional Healthcare System Selects Patient SafetyNet™ and Iris™ (https://www.masimo.com/company/news/news-media/2016/#news-5994bf4-f659-4109-95c9-007f34d50c69)

01/06/2016

Masimo to Debut Respiration Rate in MightySat™ at Consumer Electronics Show – First Fingertip Pulse Oximeter to Measure Breath Rate (https://www.masimo.com/company/news/news-media/2016/#news-571f1037-3f02-422a-0164-f3fa8f100016)



not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

Evan Lamb
Masimo
Phone: (949) 396-3376
Email: elamb@masimo.com (mailto:%20elamb@masimo.com)

*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVi are trademarks or registered trademarks of Masimo.*

▲ go to top

(https://www.masimo.com/company/news/news-media/2016/#news-top)



## Masimo Announces Amendment to Nellcor Royalty Agreement

Irvine, California – September 2, 2016 – Masimo (https://www.masimo.com/) (NASDAQ: MASI) today announced an amendment to the existing settlement agreement initially reached between Masimo and Nellcor in January 2006. Under the terms of the amendment, Medtronic will continue to pay Masimo a royalty of 7.75% for its current pulse oximetry products sold in the United States through October 6, 2018, after which no further royalties will be due under the agreement. For more information, please see the related Form 8-K filed with the Securities and Exchange Commission on September 2, 2016.

#### About Masimo

Masimo (NASDAQ: MASI) is a global leader in innovative noninvasive monitoring technologies. Our mission is to improve patient outcomes and reduce the cost of care by taking noninvasive monitoring to new sites and applications. In 1995, the company debuted Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry, which has been shown in multiple studies to significantly reduce false alarms and accurately monitor for true alarms. Masimo SET® is estimated to be used on more than 100 million patients in leading hospitals and other healthcare settings around the world. In 2005, Masimo introduced rainbow® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously could only be measured invasively, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and more recently, Pleth Variability Index (PVi®) and Oxygen Reserve Index (ORi™), in addition to $SpO_2$, pulse rate, and perfusion index (Pi). In 2014, Masimo introduced Root®, an intuitive patient monitoring and connectivity platform with the Masimo Open Connect® (MOC-9™) interface. Masimo is also taking an active leadership role in mHealth with products such as the Radius-7® wearable patient monitor and the MightySat™ fingertip pulse oximeter. Additional information about Masimo and its products may be found at www.masimo.com (https://www.masimo.com/).

#### Forward-Looking Statements

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies contribute to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions with comparable accuracy and unique advantages, including: immediate and continuous results that enable earlier treatment without causing invasive trauma in all patients and in every clinical situation; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("SEC"), which may be obtained for free at the SEC's website at www.sec.gov (http://www.sec.gov/). Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know

whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

Investor Contact:
Eli Kammerman
Masimo
Phone: (949) 297-7077
Email: ekammerman@masimo.com (mailto:%20ekammerman@masimo.com)

Media Contact:
Evan Lamb
Masimo
Phone: (949) 396-3376
Email: elamb@masimo.com (mailto:%20elamb@masimo.com)

*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVi are trademarks or registered trademarks of Masimo.*



(https://www.masimo.com/company/news/news-media/2016/#news-top)

---



Masimo Announces Four-Year Partnership with World Federation of Societies of Anaesthesiologists (WFSA)

*Joint Initiative, "Safe Anaesthesia − ASAP," Is to Improve Anesthesia Care in Low Resource Countries*

Irvine, California and Hong Kong, China − August 29, 2016 − Masimo (https://www.masimo.com/) (NASDAQ: MASI) announced Sunday at the World Congress of Anaesthesiologists (WCA) in Hong Kong that it has become the first Global Impact Partner of the World Federation of Societies of Anaesthesiologists (WFSA) (http://www.wfsahq.org/). The four-year partnership, "Safe Anaesthesia − ASAP" (Anesthesia Safety Action Plan) will initially identify one country with poor access to safe anesthesia, and will work toward implementing programs and training designed to improve anesthesia care and safe surgery outcomes.

In 2015, the Lancet Commission on Global Surgery reported that approximately 5 billion people − the majority of the world's population − do not have access to safe, affordable anesthesia and surgical care, and estimated that 16.9 million die annually as a result.  These deaths are attributable to a lack of infrastructure, essential monitoring equipment, and drugs, as well as a shortage of adequately trained healthcare workers.[1]

As part of the first phase of the joint project between the WFSA and Masimo, a high burden country will be identified as the ASAP's focus. Key to the project's success will be bringing together all stakeholders, including the government, so that infrastructure gaps can be identified, needs assessed, and the ASAP implemented. Implementation will involve a combination of training courses and other educational materials, distribution of

# EXHIBIT H

# News & Media

2016 ⌄

| Date |
|------|
| Title |

| 12/19/2016 |

Masimo Announces FDA 510(k) Clearance for TFA-1 Single Patient-Use Forehead Sensor (https://www.masimo.com/company/news/news-media/2016/#news-c207a738-1621-16ef-b21c-758301be98f1)

12/06/2016

Giving Back with Masimo (https://www.masimo.com/company/news/news-media/2016/#news-0b7febc7-8443-41c0-a8b0-33e3bea62320)

11/11/2016

Masimo Receives Gates Foundation Grant to Develop Combined Pneumonia Screening Device for High Burden Settings (https://www.masimo.com/company/news/news-media/2016/#news-3aa3e00b-db0a-4aff-9778-5aa621b637a5)

11/07/2016

Philips and Masimo Sign Multi-Year Business Partnership Agreement in Patient Monitoring and Select Therapy Solutions (https://www.masimo.com/company/news/news-media/2016/#news-1c0038f3-2e14-4ea6-abc1-56f93b75c1ef)

10/27/2016

Adam Mikkelson of Camber Capital Management Joins Masimo's Board of Directors (https://www.masimo.com/company/news/news-media/2016/#news-adam-Mikkelson-of-Camber-Capital-Management-Joins-Masimo%E5%20%99s-Board-of-Directors)

10/22/2016

Study Investigates the Impact of Masimo Continuous SpHb and PVI on Anesthesia-related Mortality (https://www.masimo.com/company/news/news-media/2016/#news-e3aa8ac5-2e1a-4079-bf7f-9ae57e699bae)

10/06/2016

Masimo Announces CE Marking of Rad-97 Pulse CO-Oximeter (https://www.masimo.com/company/news/news-media/2016/#news-67e7aace-2579-4d59-a26f-a5e0801e1f6f)

10/02/2016

Masimo Honors Birthday of Mahatma Gandhi with Global Holiday (https://www.masimo.com/company/news/news-media/2016/#news-0f9f3f7b-5a05-49cd-b1a2-c1ee1f288a9f)

Date

Title

09/30/2016

Masimo Partners with Smile Train to Advance Safe Surgery
(https://www.masimo.com/company/news/news-media/2016/#news-52569df1-5ed0-4a54-a401-
a0969a00b8f)

09/26/2016

Masimo Foundation Co-Founds United for Oxygen Alliance
(https://www.masimo.com/company/news/news-media/2016/#news-721a6b41-797d-4d75-ba5f-
aa14e74e5975)

09/15/2016

Study on Abdominal Surgical Patients Investigates Clinical Utility of Masimo PVi
(https://www.masimo.com/company/news/news-media/2016/#news-d616a8bb-74e1-4ee5-a48c-
919e6ddc2829)

09/09/2016

New Study Ends Continuous Noninvasive Hemoglobin Monitoring Using Masimo SpHb May
Reduce Intraoperative Red Blood Cell Transfusion (https://www.masimo.com/company/news/news-
media/2016/#news-fab2e1bfad74-4b4e-9528-fde09e4cfa7e)

09/06/2016

Masimo MightySat re Available at Apple.com and Select Apple Retail Stores in the US and
Canada (https://www.masimo.com/company/news/news-media/2016/#news-612fe443-fa5a-4115-
aece-03e51585af1a)

09/02/2016

Masimo Announces Amendment to Nellcor Royalty Agreement
(https://www.masimo.com/company/news/news-media/2016/#news-0f61fb9f-0af5-4245-b4e2-
a329a00562a6)

08/29/2016

Masimo Announces Four-Year Partnership with World Federation of Societies of
Anaesthesiologists (WFSA) (https://www.masimo.com/company/news/news-media/2016/#news-
2f785efb-340-43ad-b021-c7e6c1682996)

08/29/2016

Masimo Announces a Special Worldwide Program for Total Hemoglobin (SpHb) Monitoring for
Areas Affected by the Zika Virus (https://www.masimo.com/company/news/news-
media/2016/#news-2f43w9f1-aed-w29-av11-ececere/5ab4)

Date

Title

08/16/2016

Masimo Announces CE Marking for RAS-45 Sensor for rainbow Acoustic Monitoring of Respiration Rate (https://www.masimo.com/company/news/news-media/2016/#news-13493119-8f4a-4861-977c-90f4769c5ch )

08/16/2016

New Article Showcases an Effective Surveillance System for General Care Units Using Masimo Patient SafetyNet   (https://www.masimo.com/company/news/news-media/2016/#news-e529ebd9-aa47-9404-b917-e00a5a51 1c1d )

08/04/2016

Masimo Announces CE Marking for Pediatric O3® Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-570d1039c-0910-12bc-94b8-83679b09d040 )

07/28/2016

Leading Ohio Critical Access Hospital Adapts Masimo Root with Radius-7™, Radical-7™, and Patient SafetyNet™ to Create Hospital Wide Wireless Monitoring and Clinician Notification System (https://www.masimo.com/company/news/news-media/2016/#news-a86f157c-3b0c-4628-90c-e20f3cca8ed7 )

07/21/2016

New Study Evaluates Masimo PVi® as a Predictor of Fluid Responsiveness in Patients Undergoing Liver Transplantation (https://www.masimo.com/company/news/news-media/2016/#news-3aafa1f2-ad51-45af-8750-f094197d9045 )

07/14/2016

New Study Assesses Utility of 1st Generation Masimo E-mtc™ Pulse CO-Oximeter® with Spot-Spot Check™ Technology in Evaluating Pediatric Trauma Patients (https://www.masimo.com/company/news/news-media/2016/#news-1876fe3a0538-44ca-962d-7a9a7551159a )

07/07/2016

One of the World's Leading Centers for Cardiovascular Medicine & Transplantation Adopts Masimo's iedLine® Brain Function Monitoring and O3® Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-3c474d10-3fb-24833-967a-

Date

Title

06/28/2016

Masimo Announces FDA 510(k) Clearances for Radius-7 with rainbow® Technology, Including Continuous SpHb® (https://www.masimo.com/company/news/news-media/2016/#news-5f2a16b4-9380-4e30-be71-3c0a76c822a)

06/21/2016

New JunTech Medical ICU Vital Signs Device to Feature Masimo SET® Pulse Oximetry Technology (https://www.masimo.com/company/news/news-media/2016/#news-f8539bb9-1546-45ca-aeff-f88120262788)

06/13/2016

Masimo Announces FDA 510(k) Clearance for O3® Regional Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-01519ebe-c2dd-44b7-a469-015b44871366)

06/06/2016

Masimo Announces Full Market Release of Next Generation SpHb® Spot Check Promo (https://www.masimo.com/company/news/news-media/2016/#news-27c384d3-5381-4b66-a289-91db0888686e)

06/02/2016

One of India's Premier Maternal Care Specialists, Motherhood Hospitals, Standardizes on Masimo SET® Technology (https://www.masimo.com/company/news/news-media/2016/#news-fcc19417-95ba-4004-923f-au37548883c3)

05/26/2016

Masimo to Showcase Next Generation SedLine® Brain Function Monitor at 2016 Euroanaesthesia Congress (https://www.masimo.com/company/news/news-media/2016/#news-17c33869-c332-40cc-9b63-63e10bbdeb8d)

05/19/2016

Two Fire Departments Honored for Excellence in Emergency Medical Services (https://www.masimo.com/company/news/news-media/2016/#news-737a1ea0-e95d-4f1d-9391-19fdcfaah63a)

05/04/2016

Masimo Reports First Quarter 2016 Financial Results (https://www.masimo.com/company/news/news-media/2016/#news-c03ba69b-f8ac-f587-eafb-ecec201c3356)

Date

Title

04/21/2016

University of Frances University Hospitals Adopts Masimo Radical-7® Including SpHb®, PVi®, and SET® Pulse Oximetry (https://www.masimo.com/company/news/news-media/2016/#news-b162f0a6-48bd-4b10-8c99-7b7f53f5b0cc)

04/20/2016

Masimo to Report First Quarter 2016 Financial Results after Market Close on Wednesday, May 4 (https://www.masimo.com/company/news/news-media/2016/#news-01bf2667-3821-4ec4-85d6-57290d5h2bde)

03/11/2016

New Clinical Study Reports Relationship Between Masimo's Oxygen Reserve Index (ORi™) and arterial Partial Pressure of Oxygen During Surgery (https://www.masimo.com/company/news/news-media/2016/#news-37f7b9d7-3f91-4596-9605-1d7b1a4b482f)

03/17/2016

New Study Reports on Accuracy of Masimo's Blue™ Sensors at Saturations Below 95% in children with Cyanotic Congenital Heart Disease (https://www.masimo.com/company/news/news-media/2016/#news-7c256719-b9ee-4949-8310-cf0f478f4bd)

03/02/2016

Masimo Introduces SafetyNet™ Surveillance at HIMSS16 (https://www.masimo.com/company/news/news-media/2016/#news-d19f5520-3fbd-4848-b37a-705949384dd0)

03/01/2016

Masimo Announces Iris™ Gateway at HIMSS16 (https://www.masimo.com/company/news/news-media/2016/#news-fdf6547a-a2ff-47b6-952f-dcbob21a807a)

02/25/2016

Manipal Hospitals is the First in India to Adopt Masimo Patient SafetyNet™ (https://www.masimo.com/company/news/news-media/2016/#news-c756f4b7-125e-4639-b9d6-0adfd8a7b401)

02/17/2016

Masimo Announces FDA 510(k) Clearance for Rad-97™ with Noninvasive Blood Pressure and Temperature (https://www.masimo.com/company/news/news-media/2016/#news-b7098d11-ff4f-439f-a5c4-cbd3c7c78601)

Date

Title

02/12/2016

Masimo rainbow® Acoustic Monitoring (RAM™) was Associated with Fewer Alarm Events During Planned Moderate Sedation in New Clinical Study (https://www.masimo.com/company/news/news-media/2016/#news-70d40bbc-c17c-4923-97c3-7b28ec9d9d44)

02/04/2016

In New Clinical Study Masimo's Oxygen Reserve Index Helps Clinicians Detect Impending Desaturation in Pediatric Patients (https://www.masimo.com/company/news/news-media/2016/#news-b2478b5d-b59e-41d7d-998b-db16c8a00b00)

01/29/2016

Masimo to Report Fourth Quarter 2015 Financial Results after Market Close on Tuesday, February 23 (https://www.masimo.com/company/news/news-media/2016/#news-b1b8d359-38ac-4f1f-82a1-8f4c3f52859)

01/21/2016

New Study Shows Utility of Masimo rainbow Acoustic Monitoring™ (https://www.masimo.com/company/news/news-media/2016/#news-2295a5bb-4b18-4a17-9c4c-0ab329c622e5)

01/19/2016

Dr. Steven Barker Awarded the Society for Technology in Anesthesia's J.S. Gravenstein Award for Lifetime Achievement (https://www.masimo.com/company/news/news-media/2016/#news-c291651e-6ac9-489f-9748-0ab0b9b2fff)

01/13/2016

North Carolina's Appalachian Regional Healthcare System Selects Patient SafetyNet™ and Radius-7 (https://www.masimo.com/company/news/news-media/2016/#news-e5998bff-f059-4109-95c9-0f7f34d50c89)

01/06/2016

Masimo to Debut Respiration Rate in MightySat™ at Consumer Electronics Show – First Fingertip Pulse Oximeter to Measure Breath Rate (https://www.masimo.com/company/news/news-media/2016/#news-571f11d79-102c-42d-0164d3b8b100b00)



### References

1. Pneumonia Fact Sheet, World Health Organization (WHO), September 2016. http://www.who.int/mediacentre/factsheets/fs331/en/.
2. Floyd J et al. Evaluating the impact of pulse oximetry on childhood pneumonia mortality in resource-poor settings. Nature. 2015 Dec 3;528(7580):S53-9.
3. World Health Organization (WHO), 2016.

### About Masimo

Masimo (NASDAQ: MASI) is a global leader in innovative noninvasive monitoring technologies. Our mission is to improve patient outcomes and reduce the cost of care by taking noninvasive monitoring to new sites and applications. In 1995, the company debuted Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry, which has been shown in multiple studies to significantly reduce false alarms and accurately monitor for true alarms. Masimo SET® is estimated to be used on more than 100 million patients in leading hospitals and other healthcare settings around the world. In 2005, Masimo introduced rainbow® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously could only be measured invasively, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and more recently, Pleth Variability Index (PVi®) and Oxygen Reserve Index (ORi™), in addition to SpO2, pulse rate, and perfusion index (Pi). In 2014, Masimo introduced Root®, an intuitive patient monitoring and connectivity platform with the Masimo Open Connect™ (MOC-9™) interface. Masimo is also taking an active leadership role in mHealth with products such as the Radius-7® wearable patient monitor and the MightySat™ fingertip pulse oximeter. Additional information about Masimo and its products may be found at www.masimo.com (https://www.masimo.com/). All published clinical studies on Masimo products can be found at www.masimo.com/cpub/clinical-evidence.htm (https://www.masimo.com/evidence/featured-studies/feature/).

### Forward-Looking Statements

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, among others, statements regarding the potential effectiveness of Masimo pulse oximetry. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies, including Masimo pulse oximetry, contribute to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions and unique advantages; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("SEC"), which may be obtained for free at the SEC's website at www.sec.gov (http://www.sec.gov/). Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

Evan Lamb
Masimo
Phone: (949) 396-3376
Email: elamb@masimo.com (mailto:%20elamb@masimo.com)

*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVi are trademarks or registered trademarks of Masimo.*



(https://www.masimo.com/company/news/news-media/2016/#news-top)

---

 

## Philips and Masimo Sign Multi-Year Business Partnership Agreement in Patient Monitoring and Select Therapy Solutions

> Multi-year business partnership combines Masimo's expertise in non-invasive sensor and signal processing technologies and Philips' expertise in integrated patient monitoring and therapy solutions

> Business partnership involves technology integration and marketing and sales cooperation in North America and certain markets in Asia and Europe

> Agreement ends all pending lawsuits between the two companies and, in addition to marketing and integration commitments, includes a cash payment of USD 300 million by Philips to Masimo

Amsterdam, the Netherlands and Irvine, California – November 7, 2016 – Royal Philips (http://www.philips.com/global) (NYSE: PHG; AEX: PHIA) and Masimo Corporation (https://www.masimo.com/) (NASDAQ: MASI) today announced a wide-ranging, multi-year business partnership involving both companies' innovations in patient monitoring and therapy solutions. The partnership includes joint marketing and sales programs in North America and certain markets in Asia and Europe for Masimo's non-invasive sensor technologies, such as its rainbow® and SET® platforms, in conjunction with Philips' patient monitoring and select therapy solutions. In addition, Philips will in the future integrate Masimo SedLine® brain function monitoring, O3™ regional oximetry, and Nomoline™ capnography technologies in certain Philips IntelliVue® monitors.

Philips is a global leader in patient monitoring solutions with a comprehensive product portfolio ranging from multi-parameter bedside monitors to wearable patient monitors combined with mobile applications and clinical decision support tools. With a primary focus on prediction and prevention of patient deterioration, these integrated solutions aim to support clinical workflow and caregiver efficiencies, and enhance patient care. In 2015, an estimated 275 million patients were monitored using Philips' patient monitoring solutions.

Sensor and signal processing technologies are an essential component of patient monitoring solutions, and Masimo is a prolific innovator in this field. Examples of Masimo's non-invasive sensor and signal processing technology innovations include Masimo SET® pulse oximetry, Masimo rainbow® Pulse CO-Oximetry and Masimo total hemoglobin (SpHb®) monitoring technology.

"This business partnership agreement marks an important day for us and our customers as two leaders in patient monitoring collaborate to develop solutions designed to enhance clinical outcomes and patient safety," said Frans van Houten, CEO of Royal Philips. "I am very satisfied that we have reached an agreement that is beneficial for both companies and that we have ended our legal disputes. Going forward, Philips and Masimo will completely focus on jointly delivering meaningful innovations to our customers, such as the integration of Masimo rainbow® technology across our IntelliVue® patient monitoring product range."

"It's wonderful to think that Masimo and Philips will be working together for the benefit of patients and clinicians around the world," said Joe Kiani, Chairman and CEO of Masimo. "I am delighted that we were able to reach this important agreement which allows us to focus on the future to deliver the solutions that our customers have been looking for."

In conjunction with the appropriate Philips patient monitoring platform, Masimo's rainbow SET™ technology analyzes multiple wavelengths of light to accurately measure total hemoglobin (SpHb), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®) and Pleth Variability Index (PVi®) non-

invasively and continuously. Continuous monitoring of SpHb on a Philips monitor at the point of care provides clinicians with real-time visibility to changes in hemoglobin in between invasive blood samplings.

Anticipated cash flow and income consequences for Philips

As part of the business partnership agreement, Philips and Masimo have agreed to end all pending lawsuits between the two companies, which includes that Philips is released from paying the USD 467 million (approximately EUR 428 million) jury verdict that was awarded to Masimo in October, 2014. Philips has agreed to make a USD 300 million cash payment (approximately EUR 275 million) to Masimo in the fourth quarter of 2016; and to invest in the relationship by making certain marketing and product integration commitments over the coming years. Entering into the business partnership agreement has minimal impact on income from operations (EBIT) in the fourth quarter of 2016.

Anticipated cash flow and income consequences for Masimo

As the result of anticipated legal fee savings during the fourth fiscal quarter, Masimo now expects its fiscal 2016 GAAP earnings per diluted share, exclusive of the impact of the business partnership agreement, to be $2.14, up from $2.13. Masimo expects to use some of the after-tax proceeds from the business partnership agreement to repay amounts outstanding under its revolving line of credit. The guidance set forth above is an estimate only and actual performance could differ.

@MasimoInnovates (http://twitter.com/MasimoInnovates) || #Masimo

### About Royal Philips

Royal Philips (NYSE: PHG, AEX: PHIA) is a leading health technology company focused on improving people's health and enabling better outcomes across the health continuum from healthy living and prevention, to diagnosis, treatment and home care. Philips leverages advanced technology and deep clinical and consumer insights to deliver integrated solutions. Headquartered in the Netherlands, the company is a leader in diagnostic imaging, image-guided therapy, patient monitoring and health informatics, as well as in consumer health and home care. Philips' health technology portfolio generated 2015 sales of EUR 16.8 billion and employs approximately 70,000 employees with sales and services in more than 100 countries. News about Philips can be found at www.philips.com/newscenter (http://www.philips.com/a-w/about/news.html).

### About Masimo

Masimo (NASDAQ: MASI) is a global leader in innovative noninvasive monitoring technologies. Our mission is to improve patient outcomes and reduce the cost of care by taking noninvasive monitoring to new sites and applications. In 1995, the company debuted Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry, which has been shown in multiple studies to significantly reduce false alarms and accurately monitor for true alarms. Masimo SET® is estimated to be used on more than 100 million patients in leading hospitals and other healthcare settings around the world. In 2005, Masimo introduced rainbow® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously could only be measured invasively, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and more recently, Pleth Variability Index (PVi®) and Oxygen Reserve Index (ORi™), in addition to SpO2, pulse rate, and perfusion index (Pi). In 2014, Masimo introduced Root®, an intuitive patient monitoring and connectivity platform with the Masimo Open Connect™ (MOC-9™) interface. Masimo is also taking an active leadership role in mHealth with products such as the Radius-7® wearable patient monitor and the MightySat™ fingertip pulse oximeter. Additional information about Masimo and its products may be found at www.masimo.com (https://www.masimo.com/). All published clinical studies on Masimo products can be found at www.masimo.com/cpub/clinical-evidence.htm (https://www.masimo.com/evidence/featured-studies/feature/).

### Forward-Looking Statements - Royal Philips

This release may contain forward-looking statements with respect to the financial condition, results of operations and business of Philips and certain of the plans and objectives of Philips with respect to these items. By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that will occur in the future and there are many factors that could cause actual results and developments to differ materially from those expressed or implied by these forward-looking statements.

**Forward-Looking Statements - Masimo**

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies contribute to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions and unique advantages; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("SEC"), which may be obtained for free at the SEC's website at www.sec.gov (https://www.sec.gov/). Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

Eli Kammerman
Masimo Investor Relations
Phone: (949) 297-7077
Email: ekammerman@masimo.com (mai to:%20ekammerman@masimo.com)

Evan Lamb
Masimo Media Contact
Phone: (949) 396-3376
Email: elamb@masimo.com (mai to:%20elamb@masimo.com)

Steve Klink
Philips Groups Communications
Phone: +31 6 10888824
Email: steve.klink@philips.com (mai to:%20steve.klink@philips.com)

Vanessa Bruinsma-Kleijkers
Philips Investor Relations
Phone: +31 20 5977447
Email: vanessa.bruinsma-kleijkers@philips.com (mai to:vanessa.bruinsma-kleijkers@philips.com)

*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVi are trademarks or registered trademarks of Masimo.*

 ▲ go to top

(https://www.masimo.com/company/news/news-media/2016/#news-top)

---



Adam Mikkelson of Camber Capital Management Joins Masimo's Board of Directors

Irvine, California − October 27, 2016 − Masimo (https://www.masimo.com/) (NASDAQ: MASI), a global innovator of noninvasive patient monitoring technologies, announced today that Adam Mikkelson, Partner at Camber Capital Management, LLC, has been elected to Masimo's Board of Directors.

# EXHIBIT I

Case 1:22-cv-01377-MN-JLH   Document 8-3   Filed 10/20/22   Page 24 of 30 PageID #: 1522

# News & Media

2022 ⌄

| Date | |
|------|--|
| Title | |
| 09/19/2022 | |

Masimo Appoints New Leader for Consumer Division
(https://www.masimo.com/company/news/news-media/#45cd2697-3c3d-41c4-b013-64ea25edbd1)

08/11/2022

Medical Pioneer Masimo Announces the Full Market Consumer Release of the Masimo W1™, the First Watch to Offer Accurate, Continuous Health Data
(https://www.masimo.com/company/news/news-media/#eccc52f2-a4cc-4eb1-aba4-57dd6488a13)

07/26/2022

Randomized Controlled Study Finds Masimo SedLine® Brain Function Monitoring Can Help Guide Anesthesia in Children Undergoing Minor Surgery
(https://www.masimo.com/company/news/news-media/#d8c131fe-98b4-4704-9fd9-3762a690a107)

07/05/2022

Two-part Study Finds That Remote Patient Monitoring with Masimo SafetyNet® Reduced Length of Hospital Stay for COVID-19 Patients
(https://www.masimo.com/company/news/news-media/#090d1a15-5023-4653-b043-dad1171eabdc)

05/25/2022

New Study Finds That Masimo PVi® May Be Useful in Helping ER Doctors Determine the Severity of Asthma Attacks in Pediatric Patients
(https://www.masimo.com/company/news/news-media/#try83ed41ce-4913-48p7-0f3bcf1bdf)

05/10/2022

Masimo O3® Receives FDA Clearance for Absolute Regional Oxygen Saturation for Somatic Sites (https://www.masimo.com/company/news/news-media/#1bcf06ed-8fce-4913-8bc7-0243bc81dff)

05/02/2022

Medical Monitoring Pioneer Announces the Limited Market Release of the Masimo W1™ Watch for Consumers (https://www.masimo.com/company/news/news-media/#1e29d3a3-73c3-40d4-9b48-80f6a57dd3b1)

04/25/2022

Masimo SedLine® Brain Function Monitoring Reduced the Use of Anesthetic Agents and Opioids in a Study on Patients Undergoing Cardiac Surgery
(https://www.masimo.com/company/news/news-media/#8ph y700d-7c01-4567-9-b57mbnpAM)



Date

Title

04/18/2022

New JAMA Article Highlights the Outcome and Safety Benefits of Remote Patient Monitoring During the Pandemic and Beyond (https://www.masimo.com/company/news/news-media/491-0850e-cae3-47a8-b107-d4fb64b24e)

04/17/2022

Masimo Closes Acquisition of Sound United (https://www.masimo.com/company/news/news-media/4rtyy700d-7c03-9876-bt7u-8y57ktr7ull8n)

03/28/2022

New Study Finds That Noninvasive and Continuous Hemoglobin Improved Transfusion Management and Outcomes in Pediatric Patients (https://www.masimo.com/company/news/news-media/v2ull100d-c0e3-9909-b7ry-ay57kd41ts44)

03/14/2022

Masimo Debuts Telehealth for Patient SafetyNet™ at HIMSS 2022 Global Health Conference (https://www.masimo.com/company/news/news-media/a7pull100d-7c03-473u-b91d-8y57ktr41d8u)

02/28/2022

Masimo Announces FDA Clearance of Pediatric Indication for SedLine® Brain Function Monitoring and the SedLine Pediatric EEG Sensor (https://www.masimo.com/company/news/news-media/4ucna1000-7c03-1730-b9ru-8d9acd41ra40)

02/10/2022

Masimo Adds Telehealth to Its SafetyNet™ Telemonitoring System (https://www.masimo.com/company/news/news-media/478900160-35ad-4198-b253-35f4e4abcd78)

02/10/2022

Temple University Hospital Adopts Masimo Centroid™ (https://www.masimo.com/company/news/news-media/445c001ue-35ad-4198-b253-35f4e4b1fe45)



Evan Lamb
(949) 396-3376
elamb@masimo.com (mailto:%20elamb@masimo.com)

 (https://www.masimo.com/company/news/news-media/#news-top)

Masimo Closes Acquisition of Sound United

*Leading Developer of Premium Consumer Sound and Home Integration Technologies Becomes Masimo Subsidiary*

Irvine, California – April 12, 2022 – Masimo (https://www.masimo.com/) (NASDAQ: MASI) today announced that it has successfully completed the previously announced acquisition of Sound United, a leading consumer technology company and owner of multiple premium audio and home entertainment brands. Sound United will operate as a division of Masimo, under its existing leadership, from its headquarters in Carlsbad, California. Sound United operates iconic consumer brands including Bowers & Wilkins®, Denon®, Polk Audio®, Marantz®, Definitive Technology®, Classé®, and Boston Acoustics®. Sold worldwide, these brands are linked by a commitment to the highest production standards and a focus on unparalleled quality and performance.

Joe Kiani, Founder and CEO of Masimo, said, "We are thrilled to add Sound United's premium technology, established consumer channels, and well-known brands to Masimo's broad portfolio of hospital and home medical technology solutions. We believe Masimo's expertise in advanced signal processing, biosensing, and photonics technologies combined with Sound United's audio and home automation technologies will bring about natural and yet non-intuitive solutions to people around the globe in home and in hospitals. Masimo will leverage Sound United's expertise across consumer channels to accelerate distribution of the combined company's expanding portfolio of consumer-facing healthcare products. We welcome the incredibly talented and dedicated teams at Bowers & Wilkins, Denon, Marantz, Polk Audio, HEOS, Definitive Technology, Classé, and Boston Acoustics to Masimo."

"While we continue to identify growth opportunities by leveraging the strengths and resources from both companies, we want to express our continued commitment to our loyal customers who rely on the Sound United brands to continue driving their businesses with best-in-class solutions and forward-thinking

innovation," said Kevin Duffy, CEO of Sound United. "With our track record of industry-first innovation, superior manufacturing, and a global distribution network, we are confident that Sound United is the ideal partner for Masimo as they transform and enrich the consumer healthcare experience."

Financial guidance associated with the Sound United acquisition will be provided during Masimo's first quarter earnings release on Tuesday, May 3, 2022.

@Masimo (https://twitter.com/Masimo) || #Masimo

About Masimo

Masimo (NASDAQ: MASI) is a global medical technology company that develops and produces a wide array of industry-leading monitoring technologies, including innovative measurements, sensors, patient monitors, and automation and connectivity solutions. Our mission is to improve patient outcomes and reduce the cost of care. Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry, introduced in 1995, has been shown in over 100 independent and objective studies to outperform other pulse oximetry technologies.[1] Masimo SET® has also been shown to help clinicians reduce severe retinopathy of prematurity in neonates,[2] improve CCHD screening in newborns,[3] and, when used for continuous monitoring with Masimo Patient SafetyNet™ in post-surgical wards, reduce rapid response team activations, ICU transfers, and costs.[4-7] Masimo SET® is estimated to be used on more than 200 million patients in leading hospitals and other healthcare settings around the world,[8] and is the primary pulse oximetry at 9 of the top 10 hospitals as ranked in the 2021-22 U.S. News and World Report Best Hospitals Honor Roll.[9] Masimo continues to refine SET® and in 2018, announced that SpO2 accuracy on RD SET® sensors during conditions of motion has been significantly improved, providing clinicians with even greater confidence that the SpO2 values they rely on accurately reflect a patient's physiological status. In 2005, Masimo introduced rainbow® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously could only be measured invasively, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), Pleth Variability Index (PVi®), RPVi™ (rainbow® PVi), and Oxygen Reserve Index (ORi™). In 2013, Masimo introduced the Root® Patient Monitoring and Connectivity Platform, built from the ground up to be as flexible and expandable as possible to facilitate the addition of other Masimo and third-party monitoring technologies; key Masimo additions include Next Generation SedLine™ Brain Function Monitoring, O3® Regional Oximetry, and ISA™ Capnography with NomoLine® sampling lines. Masimo's family of continuous and spot-check monitoring Pulse CO-Oximeters® includes devices designed for use in a variety of clinical and non-clinical scenarios, including tetherless, wearable technology, such as Radius-7® and Radius PPG™, portable devices like Rad-67®, fingertip pulse oximeters like MightySat™ Rx, and devices available for use both in the hospital and at home, such as Rad-97®. Masimo hospital automation and connectivity solutions are centered around the Masimo Hospital Automation™ platform, and include Iris® Gateway, iSirona™, Patient SafetyNet, Replica®, Halo ION™, UniView®, UniView :60™, and Masimo SafetyNet®. Additional information about Masimo and its products may be found at https://www.masimo.com

(https://www.masimo.com/). Published clinical studies on Masimo products can be found at
https://www.masimo.com/evidence/featured-studies/feature
(https://www.masimo.com/evidence/featured-studies/feature/).

ORi and RPVi have not received FDA 510(k) clearance and are not available for sale in the United States.
The use of the trademark Patient SafetyNet is under license from University HealthSystem Consortium.

References

1. Published clinical studies on pulse oximetry and the benefits of Masimo SET® can be found on our website at http://www.masimo.com (https://www.masimo.com/). Comparative studies include independent and objective studies which are comprised of abstracts presented at scientific meetings and peer-reviewed journal articles.

2. Castillo A et al. Prevention of Retinopathy of Prematurity in Preterm Infants through Changes in Clinical Practice and SpO2 Technology. Acta Paediatr. 2011 Feb;100(2):188-92.

3. de-Wahl Granelli A et al. Impact of pulse oximetry screening on the detection of duct dependent congenital heart disease: a Swedish prospective screening study in 39,821 newborns. BMJ. 2009;Jan 8;338.

4. Taenzer A et al. Impact of pulse oximetry surveillance on rescue events and intensive care unit transfers: a before-and-after concurrence study. Anesthesiology. 2010;112(2):282-287.

5. Taenzer A et al. Postoperative Monitoring – The Dartmouth Experience. Anesthesia Patient Safety Foundation Newsletter. Spring-Summer 2012.

6. McGrath S et al. Surveillance Monitoring Management for General Care Units: Strategy, Design, and Implementation. The Joint Commission Journal on Quality and Patient Safety. 2016 Jul;42(7):293-302.

7. McGrath S et al. Inpatient Respiratory Arrest Associated With Sedative and Analgesic Medications: Impact of Continuous Monitoring on Patient Mortality and Severe Morbidity. J Patient Saf. 2020 14 Mar. DOI: 10.1097/PTS.0000000000000696.

8. Estimate: Masimo data on file.

9. http://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview (https://www.health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview).

About Sound United

Sound United, a Masimo company, was founded in 2012 with a simple mission – to bring joy to the world through sound. Today, we are one of the world's largest portfolio audio companies and home to several legendary audio brands—Denon®, Marantz®, Bowers and Wilkins, Polk Audio, Classé, Definitive Technology, HEOS, and Boston Acoustics®. Each brand boasts its own philosophy and unique approach to bringing home entertainment to life. With centuries of collective experience, Sound United oversees the design and manufacture of a diverse array of premium audio products, including loudspeakers, sound bars, AV receivers, wireless speakers, amplifiers, turntables, and headphones. We create distinct and memorable listening experiences for a wide range of consumers in more than 130 countries. For more information on Sound United and our mission, please visit www.soundunited.com.

To learn more about Sound United and its brands, visit www.soundunited.com (https://www.soundunited.com/).

Forward-Looking Statements

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our acquisition of Sound United; risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies, contribute to positive clinical outcomes and patient safety; risks that the researchers' conclusions and findings may be inaccurate; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions and unique advantages; risks related to COVID-19; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("SEC"), which may be obtained for free at the SEC's website at www.sec.gov (https://www.sec.gov/). Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

Media Contacts:

Masimo
Evan Lamb
(949) 396-3376
elamb@masimo.com (mai to:%20elamb@masimo.com)

Sound United
Matt Whewell
Matt.whewell@soundunited.com (mai to:%20Matt.whewell@soundunited.com)

 (https://www.masimo.com/company/news/news-media/#news-top)

