IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                      Plaintiff,<br><br>        v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                      Defendants. | Civil Action No. 22-1377 (MN) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for Defendants Masimo Corporation and Sound United, LLC to (1) answer, move or otherwise respond to the Complaint (D.I. 1) is extended to December 12, 2022; and (2) file their answering brief in opposition to Plaintiff's Motion to Expedite Discovery (D.I. 7) is extended to November 17, 2022.

Dated: October 31, 2022

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore* | /s/ John C. Phillips, Jr. |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, Delaware 19806 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 984-6000 | jcp@pmhdelaw.com |
| dmoore@potteranderson.com | mch@pmhdelaw.com |
| bpalapura@potteranderson.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge