# EXHIBIT 2

Masimo - Masimo Launches iSpO2™ -- Commercially Available Pulse Oximeter for iPhone, iPad & iPod touch                                                         11/17/22, 8:55 AM



SEARCH

OVERVIEW

COMPANY PROFILE    NEWS    EVENTS & PRESENTATIONS    STOCK INFORMATION    FINANCIALS

GOVERNANCE    RESOURCES

## NEWS DETAILS

# Masimo Launches iSpO2™ -- Commercially Available Pulse Oximeter for iPhone, iPad & iPod touch

*12/12/2012*

IRVINE, Calif., Dec. 12, 2012 /PRNewswire via COMTEX/ -- In keeping with its commitment to excellence and innovation, Masimo (NASDAQ: MASI) today announced the debut of the iSpO$_2$™ pulse oximeter cable and sensor with Measure-Through Motion and Low Perfusion Masimo SET® technology for use with iPhone, iPad or iPod touch with 30-pin connector.

(Photo: http://photos.prnewswire.com/prnh/20121212/LA28997)

iSpO$_2$™ uses the same technology found in Masimo's breakthrough line of pulse oximeters and Pulse CO-Oximeters™ - the standard-of-care pulse oximetry technology at work in leading hospitals around the world - providing accurate measurements, even during the challenging conditions of motion and low perfusion.

Customers can purchase the iSpO$_2$™ Signal Extraction Pulse Oximeter and use their iPhone, iPad or iPod touch to check their own blood oxygenation (SpO$_2$), pulse rate, and perfusion index measurements for sports and aviation use and is not intended for medical use.

After purchasing the iSpO$_2$™ (available at iSpO$_2$.com and Amazon) and connecting it to an iPhone, iPad or iPod touch, the iSpO$_2$™ application will automatically download. Thereafter, using the iSpO$_2$™ is easy as 1-2-3:

- Connect the iSpO$_2$™ cable to your iPhone, iPad or iPod touch
- Slip the iSpO$_2$™ sensor on your ring finger
- Your results appear on screen

The iSpO$_2$™ Medical, the professional version for medical use, is pending CE Mark and U.S. FDA 510(k) clearance. This product will be made available through Masimo's existing distribution channels.

"Masimo was founded on a mission to take noninvasive monitoring to new sites and applications," said Masimo founder and CEO Joe Kiani. "The iSpO$_2$™ for iPhone, iPad or iPod touch with 30-pin connector represents our first consumer product and should create myriad new possibilities with the goal of further empowering people."

Please visit iSpO$_2$.com for purchasing information.

**About Masimo**

Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care-helping solve "unsolvable" problems. In 1995, the company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to detect life-threatening events. More than 100 independent and objective studies have shown that Masimo SET® outperforms other pulse oximetry technologies, even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Pleth Variability Index (PVI®), in addition to $SpO_2$, pulse rate, and perfusion index (PI). In 2008, Masimo introduced Patient SafetyNet™, a remote monitoring and wireless clinician notification system designed to help hospitals avoid preventable deaths and injuries associated with failure to rescue events. In 2009, Masimo introduced rainbow® Acoustic Monitoring™, the first-ever noninvasive and continuous monitoring of acoustic respiration rate (RRa™). Masimo's rainbow® SET® technology platform offers a breakthrough in patient safety by helping clinicians detect life-threatening conditions and helping guide treatment options. In 2010, Masimo acquired SedLine®, a pioneer in the development of innovative brain function monitoring technology and devices. In 2012, Masimo acquired assets of Spire Semiconductor, LLC, maker of advanced light emitting diode (LED) and other advanced component-level technologies; and Phasein AB, a developer and manufacturer of ultra-compact mainstream and sidestream capnography, multigas analyzers, and handheld capnometry solutions. Masimo SET® and Masimo rainbow® SET® technologies also can be found in over 100 multiparameter patient monitors from over 50 medical device manufacturers around the world. Founded in 1989, Masimo has the mission of "Improving Patient Outcome and Reducing Cost of Care ... by Taking Noninvasive Monitoring to New Sites and Applications®." Additional information about Masimo and its products may be found at www.masimo.com.

**Forward-Looking Statements**

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors related to the new $iSpO_2$, as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("**SEC**"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

**Media Contact:**
Mike Drummond
Masimo Corporation
Phone: (949) 297-7434
Email: mdrummond@masimo.com

Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care... by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVI, rainbow Acoustic Monitoring, RRa, Radical-7, Rad-87, Rad-57,Rad-8, Rad-5,Pulse CO-Oximetry, Pulse CO-Oximeter, Adaptive Threshold Alarm, and SedLine are trademarks or registered trademarks of Masimo Corporation. The use of the trademarks Patient SafetyNet and PSN are under license from University HealthSystem Consortium.

SOURCE Masimo

*View All News*

