# EXHIBIT 3

Redesigned Apple Watch Series 4 revolutionizes communication, fitness and health – Apple

# Newsroom

**PRESS RELEASE**

September 12, 2018

# Apple Watch Series 4: Beautifully redesigned with breakthrough communication, fitness and health capabilities



Featuring a Stunning New Display, Electrocardiogram and Fall Detection



The redesigned Apple Watch Series 4 features a stunning display with thinner borders and curved corners.                    ↓

Cupertino, California — Apple today introduced Apple Watch Series 4, redesigned and re-engineered to help users stay connected, be more active and manage their health in powerful new ways. While retaining the original iconic design, the fourth-generation Apple Watch has been refined, combining new hardware and software enhancements into a genuinely singular, unified form. The stunning display is over 30 percent larger and seamlessly integrates into the thinner, smaller case, while the new interface provides more information with richer detail. Apple Watch Series 4 with watchOS 5 brings advanced activity and communications features, along with revolutionary health capabilities, including a new accelerometer and gyroscope, which are able to detect hard falls, and an electrical heart rate sensor that can take an electrocardiogram (ECG) using the new ECG app,[1] which has been granted a De Novo classification by the FDA.



A gorgeous new gold stainless steel case joins existing silver and space black models.    ↓

"We're thrilled Apple Watch has become an essential part of people's lives," said Jeff Williams, Apple's chief operating officer. "The completely redesigned Apple Watch Series 4 continues to be an indispensable communication and fitness companion, and now with the addition of groundbreaking features, like fall detection and the first-ever ECG app offered directly to consumers, it also becomes an intelligent guardian for your health."



Apple Watch with watchOS 5 is the ultimate fitness companion.                    ↓

Beginning Friday, September 14, Apple Watch Series 4 (GPS) will be available to order in 26 countries and territories and Apple Watch Series 4 (GPS + Cellular) will be available to order in 16 countries and territories. Both models will be available in stores beginning Friday, September 21.

## Design

Apple Watch Series 4 is more than an evolution — it represents a fundamental redesign and re-engineering of Apple Watch. It's offered in two sizes, 40mm and 44mm. The speaker is 50 percent louder, optimized for phone calls, Siri and Walkie-Talkie, and the microphone has been relocated, to reduce echo for better sound quality. The device includes the next-generation S4 chip with a custom 64-bit dual-core processor, delivering twice the speed while maintaining the same all-day battery life.[2]



New watch faces like Fire react uniquely with the curved edges.                                    ↓

The back of Apple Watch Series 4 is composed of a gorgeous black ceramic and sapphire crystal, allowing radio waves to easily pass through the front and back for better cellular service. The Digital Crown now includes haptic feedback, offering a more mechanical and responsive feel through the sensation of incremental clicks.



With Apple Watch Series 4, app icons, buttons and fonts are larger, more glanceable and        ↓
tappable.

The user interface is optimized for the larger display, allowing for app icons and fonts that are bigger and easier to read, while complications

have been beautifully enhanced to be more precise and informative. New watch faces take full advantage of the Series 4 display, from the endlessly customizable Infograph face, to the Breathe face, where the animation is timed around a deep breath. Additionally, a suite of motion faces, including Vapor, Liquid Metal, Fire and Water react uniquely with the curved edges of the case.



Yoga and hiking are new dedicated workout types.                                   ↓

## Health

Apple Watch Series 4 enables customers to take an ECG reading right from the wrist using the new ECG app, which takes advantage of the electrodes built into the Digital Crown and new electrical heart rate sensor in the back crystal. With the app, users touch the Digital Crown and after 30 seconds, receive a heart rhythm classification. It can classify if the heart is beating in a normal pattern or whether there are signs of Atrial Fibrillation (AFib), a heart condition that could lead to major health complications. All recordings, their associated classifications and any noted symptoms are stored in the Health app in a PDF that can be shared with physicians.



Taking an ECG is easy with a touch of the Digital Crown.                                          ↓

With watchOS 5, Apple Watch intermittently analyzes heart rhythms in the background and sends a notification if an irregular heart rhythm such as AFib is detected.[3] It can also alert the user if the heart rate exceeds or falls below a specified threshold.

Fall detection utilizes a next-generation accelerometer and gyroscope, which measures up to 32 g-forces, along with custom algorithms to identify when hard falls occur. By analyzing wrist trajectory and impact acceleration, Apple Watch sends the user an alert after a fall, which can be dismissed or used to initiate a call to emergency services. If Apple Watch senses immobility for 60 seconds after the notification, it will automatically call emergency services and send a message along with location to emergency contacts.



Apple Watch Series 4 can detect hard falls and if required, initiate a call to emergency services.                    ↓

## Fitness

With watchOS 5, Apple Watch becomes an even better fitness and workout companion. Activity competitions allow users to challenge other Apple Watch wearers, automatic workout detection provides an alert to start a workout while giving retroactive credit, and Yoga and Hiking are new dedicated workout types that accurately track active calories burned and exercise minutes earned. Running enthusiasts can take advantage of extended battery life — which is increased to six hours — for outdoor workouts and enjoy high-performance features, including cadence for indoor and outdoor runs, pace alerts for outdoor runs and rolling mile pace, which shows pace for the immediately preceding mile.



With watchOS 5, users can challenge any Activity Sharing friend to a seven-day competition.                                          ↓

## Staying Connected

Customers can reach their friends with just a tap of the wrist with Walkie-Talkie, a watch-to-watch connection that is an entirely new way to communicate around the world over Wi-Fi or cellular.[4] The Siri watch face is more predictive and proactive, offering shortcuts and actionable content from favorite third-party apps. watchOS 5 also lets users listen to their favorite podcasts on the go with Apple Podcasts on Apple Watch, and stream any podcast in the catalog by using Siri. With Apple Watch Series 4, enriched complications offer a more detailed view of helpful third-party apps like Dexcom, which allows for continuous glucose monitoring, or Streaks, which shows daily progress on tasks.



The Walkie-Talkie feature offers quick voice communication with any Apple Watch user around the world.                                                                                     ↓

## Apple Watch Line-Up

Apple Watch Series 4 (GPS) starts at **$399** (US) and Apple Watch Series 4 (GPS + Cellular) starts at **$499**, both featuring the updated design and new health features. Series 3 will be available at the new starting price of **$279**, making it even more accessible to customers. Along with the three aluminum finishes anodized in silver, gold and space gray, Apple Watch Series 4 now comes in a striking gold stainless steel with matching Milanese band, joining the silver and space black stainless steel models. A new collection of bands debut for fall and all bands continue to work with any generation of Apple Watch.



**Apple Watch Series 4 comes in three aluminum finishes, anodized in silver, gold and space gray.**   ↓

Apple Watch Nike+ remains a customer favorite and the new collection features redesigned Nike watch faces, which match to the new band colors, including a Pure Platinum/Black Sport Band and a Summit White Sport Loop with reflective yarn. Apple Watch Hermès introduces an elegant assortment of color-blocked bands and exclusive watch faces that shift from one color to the other with the passage of the minute hand.

Redesigned Apple Watch Series 4 revolutionizes communication, fitness and health – Apple                                    11/17/22, 9:01 AM



Apple Watch Series 4 now comes in a gorgeous new gold stainless steel with matching        ↓
Milanese band.

**Pricing and Availability**

- Customers will be able to order Apple Watch Series 4 (GPS + Cellular) beginning
  Friday, September 14, with availability beginning Friday, September 21, in *Australia*,
  *Canada*, *China*, *Denmark*, *France*, *Germany*, *Hong Kong*, *Italy*, *Japan*, *Singapore*, *Spain*,
  *Sweden*, *Switzerland*, *the UAE*, *UK* and *US*, with other countries later this year. For
  carrier availability, visit apple.com/watch/cellular.[5]

- Customers will be able to order Apple Watch Series 4 (GPS) beginning Friday,
  September 14, with availability beginning Friday, September 21, in *Australia*, *Austria*,
  *Belgium*, *Canada*, *China*, *Denmark*, *Finland*, *France*, *Germany*, *Guernsey*, *Hong Kong*,
  *Ireland*, *Italy*, *Japan*, *Jersey*, *Luxembourg*, *Netherlands*, *New Zealand*, *Norway*,
  *Portugal*, *Puerto Rico*, *Saudi Arabia*, *Singapore*, *Spain*, *Sweden*, *Switzerland*, *the UAE*,
  *UK*, *US* and *US Virgin Islands*.

- Apple Watch Nike+ will be available to order on apple.com and in the Apple Store app,
  beginning Friday, September 14, in select countries, with limited availability beginning
  on Friday, October 5, in *Australia*, *Austria*, *Bahrain*, *Belgium*, *Canada*, *China*, *Czech
  Republic*, *Denmark*, *Finland*, *France*, *Germany*, *Greece*, *Guam*, *Hong Kong*, *Hungary*,
  *Ireland*, *Italy*, *Japan*, *Kuwait*, *Luxembourg*, *Macau*, *Monaco*, *Netherlands*, *New Zealand*,
  *Norway*, *Oman*, *Poland*, *Portugal*, *Puerto Rico*, *Qatar*, *Russia*, *Saudi Arabia*, *Singapore*,
  *South Africa*, *Spain*, *Sweden*, *Switzerland*, *the UAE*, *UK* and *US*. For more information,

Case 1:22-cv-01377-MN-JLH   Document 15-3   Filed 11/17/22   Page 14 of 15 PageID #: 2210

visit apple.com/apple-watch-nike or nike.com/applewatch.

- Apple Watch Hermès will be available to order on apple.com and in the Apple Store app, beginning Friday, September 14, with availability beginning Friday, September 21, in *Australia*, *Canada*, *China*, *Denmark*, *France*, *Germany*, *Hong Kong*, *Italy*, *Japan*, *Singapore*, *Spain*, *Sweden*, *Switzerland*, *the UAE*, *UK* and *US*. For more information, visit apple.com/apple-watch-hermes or hermes.com/applewatchhermes.

- Apple Watch Series 4 (GPS) will be available beginning Friday, September 28, in *Bahrain*, *Croatia*, *Czech Republic*, *Greece*, *Guam*, *Hungary*, *Iceland*, *Kazakhstan*, *Kuwait*, *Macau*, *Monaco*, *Oman*, *Poland*, *Qatar*, *Romania*, *Russia*, *Slovakia* and *South Africa*.

- New Apple Watch bands will be available to order on apple.com and in the Apple Store app, beginning Friday, September 14, with availability beginning Friday, September 21, at Apple Stores, as well as select Apple Authorized Resellers and carriers in the US and over 35 countries and regions.

- With Apple GiveBack, customers in the US can trade in their eligible device for an Apple Store Gift Card or a refund on their purchase. If their device isn't eligible for credit, Apple will recycle it for free.

- Customers who buy Apple Watch from Apple will be offered free Personal Setup, in-store or online,[6] to help set up and personalize their new Apple Watch with calendars, notifications, apps and more.

**Images of Apple Watch Series 4**
Download all images ⊕

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

[1] ECG app coming later this year (US only).
[2] Battery life depends on use and configuration.
[3] Irregular rhythm notification coming later this year, (US only).
[4] Walkie-Talkie is not available in China, UAE and Pakistan.
[5] Apple Watch requires a compatible iPhone. iPhone service provider must be the same. Not available with all service providers. Roaming is not available.
[6] In most countries.

# Press Contacts

**Apple Media Helpline**

[media.help@apple.com](mailto:media.help@apple.com)

(408) 974-2042

## The latest news and updates, direct from Apple.

**Read more**

Newsroom        Redesigned Apple Watch Series 4 revolutionizes communication, fitness and health

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Card | Apple Trade In | | |
| Accessories | Apple Books | Order Status | **For Healthcare** | **About Apple** |
| Gift Cards | Apple Podcasts | Shopping Help | Apple in Healthcare | Newsroom |
| | App Store | | Health on Apple Watch | Apple Leadership |
| | | | Health Records on iPhone | Career Opportunities |
| | **Account** | | | Investors |
| | Manage Your Apple ID | | **For Government** | Ethics & Compliance |
| | Apple Store Account | | Shop for Government | Events |
| | iCloud.com | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.        Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                    United States