# EXHIBIT 6

masi-q42021earningspres                                                                                       11/17/22, 9:06 AM

EX-99.2 3 masi-q42021earningspres.htm EX-99.2





# FORWARD-LOOKING STATEMENTS

These presentations contain forward-looking statements within the meaning of federal securities laws, including, amo
statements about our expectations, plans, strategies or prospects. We generally use the words "may," "will," "expect,"
"anticipate," "plan," "estimate," "project," "assume," "guide," "target," "forecast," "see," "seek," "can," "should," "could,"
"intend" "predict," "potential," "strategy," "is confident that," "future," "opportunity," "work toward," and similar expressio
forward-looking statements. All statements other than statements of historical or current fact are, or may be deemed t
looking statements. Such statements are based upon the current beliefs, expectations and assumptions of managem
subject to significant risks, uncertainties and changes in circumstances that could cause actual results to differ materi
forward-looking statements. Forward-looking statements speak only as of the date they are made, and we disclaim a
obligation to update or revise any forward-looking statements, whether as a result of new information, future events o
Readers of these presentations are cautioned not to rely on these forward-looking statements, since there can be no
these forward-looking statements will prove to be accurate. This cautionary statement is applicable to all forward-look
contained in these presentations. The risks and uncertainties that may cause actual results to differ materially from M
current expectations are more fully described in Masimo's reports filed with the U.S. Securities and Exchange Comm
including our most recent Form 10-K and Form 10-Q. Copies of these filings, as well as subsequent filings, are availa
www.sec.gov, www.masimo.com or upon request.

 # NON-GAAP FINANCIAL MEASURES

The non-GAAP financial measures contained herein are a supplement to the corresponding financial measures prepa...
accordance with U.S. GAAP. The non-GAAP financial measures presented exclude certain items that are more fully ...
the Appendix. Management believes that adjustments for these items assist investors in making comparisons of peri...
operating results. Furthermore, management also believes that these items are not indicative of the Company's on-g...
operating performance. These non-GAAP financial measures have certain limitations in that they do not reflect all of ...
associated with the operations of the Company's business as determined in accordance with GAAP. Therefore, inve...
consider non-GAAP financial measures in addition to, and not as a substitute for, or as superior to, measures of fina...
performance prepared in accordance with GAAP. The non-GAAP financial measures presented by the Company may...
from the non-GAAP financial measures used by other companies.  The Company has presented the following non-G...
to assist investors in understanding the Company's core net operating results on an on-going basis: (i) constant curr...
revenue growth %, (ii) non-GAAP gross profit/margin %, (iii) non-GAAP SG&A expense, (iv) non-GAAP R&D expens...
GAAP litigation settlements and (awards), (vi) non-GAAP operating expense %, (vii) non-GAAP operating income/ma...
non-GAAP earnings per diluted share and (ix) adjusted free cash flow. These non-GAAP financial measures may als...
investors in making comparisons of the company's core operating results with those of other companies. Managemen...
constant currency product revenue growth, non-GAAP gross profit/margin, non-GAAP operating income/margin, non-...
income, non-GAAP net income per diluted share, and adjusted free cash flow are important measures in the evaluatio...
Company's performance and uses these measures to better understand and evaluate our business. For additional fin...
including GAAP to non-GAAP reconciliations, please visit the Investor Relations section of the Company's website at ...
www.masimo.com to access Supplementary Financial Information.



# Fourth Quarter 2021 Highlights



❖ Product revenue was $327.6 million, which represents 11.0% reported growth and 11.5% growth on a consta



❖ Excluding handheld and fingertip pulse oximeters, shipments of noninvasive technology boards and instrume



❖ GAAP operating margin was 23.6%
❖ Non-GAAP operating margin[1] was 25.7%



❖ GAAP EPS was $1.18 per diluted share
❖ Non-GAAP EPS[1] was $1.21 per diluted share



❖ Operating cash flow was $97.6 million
❖ Adjusted free cash flow[1] was $92.8 million
❖ Cash and investments balance was $745.3 million

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non adjustments and Supplementary Financial Information.



# Fourth Quarter 2021 Results – GAAP[1]

| (in millions; except % and EPS) | Q4 2021 | Q4 2020 | vs. Prior Year Reported |
|---|---|---|---|
| Revenue | $327.6 | $295.1 | 11.0% |
| Gross Margin | 65.6% | 63.4% | 220 bps |
| SG&A Expense | 31.8% | 30.6% | 120 bps |
| R&D Expense | 10.2% | 10.7% | (50) bps |
| Operating Expenses | 42.0% | 41.4% | 60 bps |
| Operating Margin | 23.6% | 22.0% | 160 bps |
| Tax Rate | 11.0% | (5.9)% | 1,690 bps |
| GAAP EPS | $1.18 | $1.21 | (2.5)% |

[1] May not foot due to rounding.



# Fourth Quarter 2021 Results – Non-GAAP[1]

| (in millions; except % and EPS) | Q4 2021 | Q4 2020 | vs. Prior Year | |
| --- | --- | --- | --- | --- |
| | | | Reported | Const Currer |
| **Revenue** | **$327.6** | **$295.1** | **11.0%** | **11.5** |
| **Gross Margin** | **65.9%** | **63.5%** | **240 bps** | |
| SG&A Expense | 30.0% | 29.7% | 30 bps | |
| R&D Expense | 10.2% | 10.7% | (50) bps | |
| **Operating Expenses** | **40.2%** | **40.4%** | **(20) bps** | |
| **Operating Margin** | **25.7%** | **23.1%** | **260 bps** | |
| Tax Rate | 16.9% | 16.4% | 50 bps | |
| **Non-GAAP EPS** | **$1.21** | **$0.98** | **23.5%** | |

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non adjustments and Supplementary Financial Information. May not foot due to rounding.



# Fourth Quarter 2021 Results – Non-GAAP<sup>(1)</sup>



(1) Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.



# Full Year 2021 Highlights

 **Revenue** ❖ Product revenue of $1,239.2 million, which reflects 8.3% reported growth and 7.6% growth on a constant cur

 **Profitability**
❖ GAAP operating margin of 22.3%
❖ Non-GAAP operating margin[1] of 23.8%

 **EPS**
❖ GAAP EPS of $3.98 per diluted share
❖ Non-GAAP EPS[1] of $3.99 per diluted share

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non adjustments and Supplementary Financial Information.

masi-q42021earningspres                                                                11/7/22, 9:06 AM

 # Full Year 2021 Results – **GAAP**[1]

| (in millions; except % and EPS) | FY 2021 | FY 2020 | vs. Prior Year<br>Reported |
|---|---|---|---|
| Revenue | $1,239.2 | $1,143.7 | 8.3% |
| Gross Margin | 65.2% | 65.0% | 20 bps |
| SG&A Expense | 31.9% | 32.3% | (40) bps |
| R&D Expense | 11.1% | 10.4% | 70 bps |
| Operating Expenses | 43.0% | 42.6% | 40 bps |
| Operating Margin | 22.3% | 22.4% | (10) bps |
| Tax Rate | 16.3% | 8.9% | 740 bps |
| GAAP EPS | $3.98 | $4.14 | (3.9)% |

[1] May not foot due to rounding.



# Full Year 2021 Results – Non-GAAP[1]

| (in millions; except % and EPS) | FY 2021 | FY 2020 | Reported | Constant Currency |
|---|---|---|---|---|
| | | | **vs. Prior Year** | |
| **Revenue** | $1,239.2 | $1,143.7 | 8.3% | 7.6% |
| **Gross Margin** | 65.8% | 65.1% | 70 bps | |
| SG&A Expense | 30.9% | 31.7% | (80) bps | |
| R&D Expense | 11.1% | 10.4% | 70 bps | |
| **Operating Expenses** | 42.0% | 42.1% | (10) bps | |
| **Operating Margin** | 23.8% | 23.1% | 70 bps | |
| Tax Rate | 22.0% | 22.2% | (20) bps | |
| **Non-GAAP EPS** | $3.99 | $3.60 | 10.8% | |

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information. May not foot due to rounding.



# Full Year 2021 Results – Non-GAAP(1)



(1) Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.



# Full Year 2022 Financial Guidance



❖ Product revenue of $1,350 million, which reflects 8.9% reported growth and 9.5% growth on a constant curre



❖ GAAP operating margin of 23.0%
❖ Non-GAAP operating margin[1] of 24.8%



❖ GAAP EPS of $4.27 per diluted share
❖ Non-GAAP EPS[1] of $4.34 per diluted share

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non
adjustments and Supplementary Financial Information.



# Full Year 2022 Financial Guidance – GAAP[1]

| (in millions; except % and EPS) | FY 2022 | FY 2021 | vs. Prior Year Reported |
|---|---|---|---|
| Revenue | $1,350.0 | $1,239.2 | 8.9% |
| Gross Margin | 66.2% | 65.2% | 100 bps |
| Operating Expenses | 43.2% | 43.0% | 20 bps |
| Operating Margin | 23.0% | 22.3% | 70 bps |
| Tax Rate | 19.4% | 16.3% | 310 bps |
| GAAP EPS | $4.27 | $3.98 | 7.3% |

[1] May not foot due to rounding.



# Full Year 2022 Financial Guidance – Non-GAAP[1]

| (in millions; except % and EPS) | FY 2022 | FY 2021 | vs. Prior Year | |
| --- | --- | --- | --- | --- |
| | | | Reported | Const. Curre... |
| Revenue | $1,350.0 | $1,239.2 | 8.9% | 9.5% |
| Gross Margin | 66.5% | 65.8% | 70 bps | |
| Operating Expenses | 41.7% | 42.0% | (30) bps | |
| Operating Margin | 24.8% | 23.8% | 100 bps | |
| Tax Rate | 24.0% | 22.0% | 200 bps | |
| Non-GAAP EPS | $4.34 | $3.99 | 8.8% | |

[1] Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-... adjustments and Supplementary Financial Information. May not foot due to rounding.



# Full Year 2022 Financial Guidance – Non-GAAP[(1)]



(1) Non-GAAP measures shown have been adjusted for certain items that are fully described in the Appendix. Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non adjustments and Supplementary Financial Information.



# Masimo Adds Telehealth to Its Masimo SafetyNet® Telemonitoring System

## Masimo SafetyNet® Telemonitoring System Overview



- Enhances **Telehealth** capabilities with advanced communication and collaboration features

  - Capabilities include ability for enhanced video conferencing with share screen, launching a digital whiteboard, chatting via in-app secure messaging, and inviting additional clinicians

- **Telemonitoring** technology for capturing critical data via wireless sensors with cloud-based access for healthcare providers

  - Management of chronic disease patients with fully customizable care programs

  - Integrates Masimo wireless sensors and third-party technologies

- **Hospital-at-home** transition enabled more effectively via ability to replicate traditional care interactions

  - Continuous monitoring capabilities enables early discharge



# Introducing The Masimo W1: Continuous Health Monitoring Watch [(1)]

### Masimo W1™ Overview

- Leverages proprietary SET® Pulse Oximetry technology

- Continuous monitoring of multiple parameters including oxygen saturation (SpO$_2$), pulse rate and respiratory rate (RR)

- Fall detection, steps and electrocardiogram (ECG)

- Integrated with the Masimo SafetyNet ® Platform for telehealth

- Ideal for patients needing monitoring outside the hospital

- Platform with broad expansion opportunities across multiple use cases and users



[(1)] *This device is not FDA 510(k) cleared.*



# Masimo: Connected In Hospital, Connected At Hom



*Suite of interconnected health & consumer wellness
solutions across both hospital & home*

# Sound United: Premium Consumer Technology Lea



## Business Overview

- Iconic and universally-recognized brands with entrenched relationships into consumer channels

- Long heritage of excellence in premium audio technologies

- Fully-integrated wireless software platform, including HEOS Ecosystem connecting devices and networks in the home.

## Key Stats

| $1.025B | ~$0.9B | ~$125mm | Double-Digit | HSD | |
|---|---|---|---|---|---|
| Purchase Price | CY 2021E Revenue | CY 2021E Adj. EBITDA | CY 2021E Revenue Growth | Long-Term Growth | |

# Strategic Opportunity for Masimo

## Integration of healthcare technology with consumer products

- Evolving large total addressable market opportunity
- High-fidelity telehealth solutions

## Cross-leveraging core competencies and capabilities

- Helps bring Masimo's W1 and other clinical-grade technologies into the home and on-the-g
- Accelerates development of connectivity and cloud-based applications
- Provides access to a well-established channel for consumer and telemedicine solutions
- Premium brands with strong recognition and credibility

## Well-positioned to deliver continued strong growth

- Highly experienced leadership team with proven track record
- Deep, long-term relationships with diversified, blue-chip customers
- Sustainable long-term growth fundamentals

## Strategic Expansion of Masimo

| Non-Invasive Patient Monitoring | + | Hospital Automation & Connectivity | + | Telehealth, Te Hospital-At-Hon Health and |











| History | Today | Tomorro |

masi-q42021earningspres    11/7/22, 9:06 AM



masi-q42021earningspres



# Description of Non-GAAP Adjustments

The non-GAAP financial measures reflect adjustments for the following items, as well as the related income tax effects thereof:

**Constant currency adjustments**

Some of our sales agreements with foreign customers provide for payment in currencies other than the U.S. Dollar.  These foreign currency revenues, when converted into U.S. Dollars, can vary significantly from period-to-period depending on the average and quarter-end exchange rates during a respective period.  We believe that comparing these foreign currency denominated revenues by holding the exchange rates constant with the prior year period is useful to management and investors in evaluating our product revenue growth rates on a period-to-period basis.  We anticipate that fluctuations in foreign exchange rates and the related constant currency adjustments for calculation of our product revenue growth rate will continue to occur in future periods.

**Royalty and other revenue, net of related costs**

We derive royalty and other revenue, net of related costs, from certain non-recurring contractual arrangements that we do not expect to continue in the future. We believe the exclusion of royalty and other revenue, net of related costs, associated with these non-recurring revenue streams is useful to management and investors in evaluating the performance of our ongoing operations on a period-to-period basis.

**Acquisition, integration and related costs**

These transactions represent gains, losses, and other related costs associated with acquisitions, integrations, investments and divestitures.  These items also include but are not limited to amortization and depreciation of intangible assets, asset impairments, and in-process research and development.  We believe that the exclusion of these items is useful to management and investors in evaluating the performance of our ongoing operations on a period-to-period basis.

**Litigation related expenses, settlements and awards**

These transactions represent gains, losses, and other related costs associated with certain litigation matters, which can vary in their characteristics, frequency and significance to our operating results. We believe that the exclusion of these items is useful to management and investors in evaluating the performance of our ongoing operations on a period-to-period basis.

**Other adjustments**

In the event there are gains, losses and other adjustments which impact period-to-period comparability and do not represent the underlying ongoing results of the business, the Company may choose to exclude these from non-GAAP earnings.

 # Description of Non-GAAP Adjustments

**Realized and unrealized gains or losses from foreign currency transactions**
These transactions represent gains, losses, and other related costs associated with foreign currency denominated transactions and investments. As
Company does not actively hedge these currency exposures, changes in the underlying currency rates relative to the U.S. Dollar may result in realized
unrealized foreign currency gains and losses between the time these receivables and payables arise and the time that they are settled in cash. Unrealiz
and realized gains and losses on investments may impact the Company's reported results of operations for a period. These items are highly varia
difficult to predict and outside the control of those responsible for the underlying operations of the business. We believe that exclusion of these item
useful to management and investors in evaluating the performance of our ongoing operations on a period-to-period basis.

**Tax impact of non-GAAP adjustments**
In order to reflect the tax effected impact of the non-GAAP adjustments, the Company will adjust the non-GAAP earnings by the approximate tax impac
these adjustments.

**Excess tax benefits from stock-based compensation**
GAAP requires that excess tax benefits recognized on stock-based compensation expense be reflected in our provision for income taxes rather than pai
capital. As these excess tax benefits may be highly variable from period-to-period, the Company may choose to exclude these tax benefits from non-GA
earnings to facilitate comparability between periods and with peers.

**Adjusted Free Cash Flow**
Represents free cash flow (cash flow from operations less cash used for the purchase of property, plant and equipment) adjusted for the impact of cash
receipts or payments relating to certain previously described non-GAAP adjustments, which may impact period over period comparability.



# Constant Currency Product Revenue[1],[2]

**RECONCILIATION OF GAAP PRODUCT REVENUE GROWTH TO CONSTANT CURRENCY PRODUCT REVENUE GRO**
*(in thousands, except percentages)*

|  | Q4 2020 | FY 2020 | Q4 2021 | FY 2021 |
|---|---|---|---|---|
| GAAP product revenue | $ 295,054 | $ 1,143,744 | $ 327,578 | $ 1,239,1 |
| Constant currency F/X adjustments | N/A | N/A | 1,341 | (8,1 |
| Constant currency (non-GAAP) product revenue | $ 295,054 | $ 1,143,744 | $ 328,919 | $ 1,230, |
| GAAP product revenue growth |  |  | 11.0% | 8. |
| Constant currency (non-GAAP) product revenue growth |  |  | 11.5% | 7. |

[1] Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
[2] Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.
[3] Consistent with guidance provided on January 11, 2022.



# Non-GAAP Gross Margin %[1],[2]

**RECONCILIATION OF GAAP GROSS PROFIT/MARGIN TO NON-GAAP GROSS PROFIT/MARGIN:**

*(in thousands, except percentages)*

|  | Q4 2020 | FY 2020 | Q4 2021 | FY 2021 |
|---|---|---|---|---|
| GAAP gross profit/margin | $ 186,926 | $ 743,065 | $ 214,896 | $ 808,347 |
| Non-GAAP adjustments: |  |  |  |  |
| Royalty and other revenue, net of related costs | - | - | - | - |
| Acquisition, integration and related costs | 447 | 1,807 | 1,008 | 3,813 |
| Other adjustments[5] | - | - | - | 3,362 |
| Total non-GAAP gross profit/margin adjustments | 447 | 1,807 | 1,008 | 7,175 |
| Non-GAAP gross profit/margin | $ 187,373 | $ 744,872 | $ 215,905 | $ 815,522 |
| Non-GAAP gross margin %[4] | 63.5% | 65.1% | 65.9% | 65.8% |

[1] Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
[2] Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.
[3] Consistent with guidance provided on January 11, 2022.
[4] Calculated as a percentage of product revenue.
[5] Other adjustments includes a charge in 2021 related to assisting a long-term OEM customer with their medical device correction.



# Non-GAAP Operating Expense %[1],[2]

RECONCILIATION OF GAAP OPERATING EXPENSES TO NON-GAAP OPERATING EXPENSES:

*(in thousands, except percentages)*

| | Q4 2020 | FY 2020 | Q4 2021 | FY 2021 | 2022 Full Year Guidance[3] |
|---|---|---|---|---|---|
| GAAP selling, general and administrative operating expenses | $ 90,343 | $ 369,057 | $ 104,111 | $ 395,291 | |
| Non-GAAP adjustments: | | | | | |
| Acquisition, integration and related costs | (2,749) | (6,347) | (1,398) | (5,872) | |
| Litigation related expenses, settlements and awards[5] | - | - | (3,887) | (5,437) | |
| Other Adjustments | - | - | (530) | (530) | |
| Non-GAAP selling, general and administrative operating expenses | $ 87,593 | $ 362,709 | $ 98,295 | $ 383,451 | |
| Non-GAAP selling, general, and administrative operating expenses %[4] | 29.7% | 31.7% | 30.0% | 30.9% | |
| GAAP research and development operating expenses | $ 31,688 | $ 118,659 | $ 33,374 | $ 137,234 | |
| Non-GAAP adjustments: | | | | | |
| Acquisition, integration and related costs | (53) | (132) | - | - | |
| Non-GAAP research and development operating expenses | $ 31,635 | $ 118,526 | $ 33,374 | $ 137,234 | |
| Non-GAAP research and development operating expenses %[4] | 10.7% | 10.4% | 10.2% | 11.1% | |
| GAAP litigation settlements and (awards) | $ - | $ (474) | $ - | $ - | |
| Non-GAAP adjustments: | | | | | |
| Litigation related expenses, settlements and awards[5] | - | 474 | - | - | |
| Non-GAAP litigation settlements and (awards) | $ - | $ - | $ - | $ - | |
| GAAP operating expenses | $ 122,031 | $ 487,242 | $ 137,485 | $ 532,525 | $ 582,600 |
| Non-GAAP adjustments: | | | | | |
| Acquisition, integration and related costs | (2,802) | (6,479) | (1,398) | (5,872) | (8,000) |
| Litigation related expenses, settlements and awards[5] | - | 474 | (3,887) | (5,437) | (12,000) |
| Other Adjustments | - | - | (530) | (530) | - |
| Total non-GAAP operating expense adjustments | (2,802) | (6,005) | (5,815) | (11,839) | (20,000) |
| Non-GAAP operating expenses | $ 119,228 | $ 481,236 | $ 131,668 | $ 520,685 | $ 562,600 |
| Non-GAAP operating expenses %[4] | 40.4% | 42.1% | 40.2% | 42.0% | 41.7% |

[1] Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
[2] Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.
[3] Consistent with guidance provided on January 11, 2022.
[4] Calculated as a percentage of product revenue.
[5] Litigation related expenses, settlements and awards includes legal expenses related to a complaint filed against Apple, Inc. with the U.S. International Trade Commission (ITC).

 # Non-GAAP Operating Margin %[(1),(2)]

**RECONCILIATION OF GAAP OPERATING INCOME/MARGIN TO NON-GAAP OPERATING INCOME/MARGIN:**
*(in thousands, except percentages)*

|  | Q4 2020 | FY 2020 | Q4 2021 | FY 2021 |
|---|---|---|---|---|
| GAAP operating income/margin | $ 64,895 | $ 255,823 | $ 77,411 | $ 275,822 |
| Non-GAAP adjustments: |  |  |  |  |
| Royalty and other revenue, net of related costs | - | - | - | - |
| Acquisition, integration and related costs | 3,249 | 8,286 | 2,406 | 9,685 |
| Litigation related expenses, settlements and awards[(5)] | - | (474) | 3,887 | 5,437 |
| Other adjustments[(6)] | - | - | 530 | 3,892 |
| Total non-GAAP operating income/margin adjustments | 3,249 | 7,812 | 6,824 | 19,014 |
| Non-GAAP operating income/margin | $ 68,145 | $ 263,636 | $ 84,236 | $ 294,837 |
| Non-GAAP operating income %[(4)] | 23.1% | 23.1% | 25.7% | 23.8% |

[(1)] Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
[(2)] Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.
[(3)] Consistent with guidance provided on January 11, 2022.
[(4)] Calculated as a percentage of product revenue.
[(5)] Litigation related expenses, settlements and awards includes legal expenses related to a complaint filed against Apple, Inc. with the U.S. International Trade Commission (ITC).
[(6)] Other adjustments includes a charge in 2021 related to assisting a long-term OEM customer with their medical device correction.



# Non-GAAP Net Income and Diluted EPS[(1),(2)]

**RECONCILIATION OF GAAP NET INCOME TO NON-GAAP NET INCOME:**

*(in thousands, except percentages)*

| | Q4 2020 | FY 2020 | Q4 2021 | FY 2021 | 2022 Gu |
|---|---|---|---|---|---|
| GAAP net income | $ 70,649 | $ 240,282 | $ 68,258 | $ 229,647 | $ |
| Non-GAAP adjustments: | | | | | |
| Royalty and other revenue, net of related costs | - | - | - | - | |
| Acquisition, integration and related costs | | | | | |
| Cost of goods sold | 447 | 1,807 | 1,008 | 3,813 | |
| Operating expenses | 2,802 | 6,479 | 1,398 | 5,872 | |
| Subtotal - Acquisition, integration and related costs | 3,249 | 8,286 | 2,406 | 9,685 | |
| Litigation related expenses, settlements and awards[(4)] | | | | | |
| Operating expenses | - | (474) | 3,887 | 5,437 | |
| Other adjustments[(5)] | | | | | |
| Cost of goods sold | - | - | - | 3,362 | |
| Operating expenses | - | - | 530 | 530 | |
| Subtotal - Other adjustments | - | - | 530 | 3,892 | |
| Realized and unrealized gains or losses | | | | | |
| Foreign currency | (1,384) | (2,631) | 776 | 1,864 | |
| Tax impact of non-GAAP net income adjustments | (5,214) | (6,096) | (1,359) | (3,701) | |
| Excess tax benefits from stock-based compensation | (10,001) | (30,172) | (4,434) | (16,438) | |
| Total non-GAAP net income adjustments | (13,350) | (31,086) | 1,806 | 739 | |
| Non-GAAP net income | $ 57,298 | $ 209,196 | $ 70,065 | $ 230,388 | $ |
| Non-GAAP net income per diluted share | $ 0.98 | $ 3.60 | $ 1.21 | $ 3.99 | $ |

[1] Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
[2] Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.
[3] Consistent with guidance provided on January 11, 2022.
[4] Litigation related expenses, settlements and awards includes legal expenses related to a complaint filed against Apple, Inc. with the U.S. International Trade Commission (ITC).
[5] Other adjustments includes a charge in 2021 related to assisting a long-term OEM customer with their medical device correction.



# Adjusted Free Cash Flow(1),(2)

## RECONCILIATION OF FREE CASH FLOW TO ADJUSTED FREE CASH FLOW
*(in thousands, except percentages)*

|  | Q4 2020 | FY 2020 | Q4 2021 |
|---|---|---|---|
| Net cash provided by operating activities |  |  |  |
| Net cash provided by operating activities | $  64,418 | $  210,963 | $  97,603 |
| Purchases of property and equipment, net | (12,532) | (72,549) | (4,823) |
| Free cash flow | 51,886 | 138,414 | 92,780 |
| Litigation settlements and (awards) | - | (499) | - |
| Tax payments related to litigation awards | - | - | - |
| Adjusted free cash flow | $  51,886 | $  137,915 | $  92,780 |

(1) Please visit the Investor Relations section of the Company's website at www.masimo.com to access additional information related to our Non-GAAP adjustments and Supplementary Financial Information.
(2) Reported amounts may vary from amounts previously reported due to rounding conventions; Note items may not foot due to rounding.