# EXHIBIT 11

Home (/) / Radius-7



[(https://player.vimeo.com/video/113307746?texttrack=en)](https://player.vimeo.com/video/113307746?texttrack=en)

Masimo SET® Measure-through Motion and Low Perfusion and rainbow SET™ Technology in a Tetherless, Wearable Patient Monitor

The Power of Masimo's Breakthrough Measurements in a Patient-worn Monitor

With Masimo SET® and rainbow Acoustic Monitoring® technology and wireless communication, Radius-7 is designed to allow patient mobility along with continuous monitoring.

Pulse Oximetry

$SpO_2$     PR     Pi     PVi®

Pulse Rate†    Perfusion Index

Oxygen Saturation† (/technology/co-oximetry/set/) rainbow SET®

(/technology/co-oximetry/set/)

Pleth Variability Index


Total Hemoglobin
(/technology/co-oximetry/sphb/)


Methemoglobin
(/technology/co-oximetry/spmet/)


Carboxyhemoglobin
(/technology/co-oximetry/spco/)


Oxygen Content
(/technology/co-oximetry/rainbow/)


Acoustic Respiration Rate
(/technology/ventilation-and-respiration/rra/)

## Small, lightweight, wearable design promotes patient comfort and ambulation

> Eliminates the need for clinicians to disconnect the monitor each time the patient gets out of bed

> Two "hot-swappable," rechargeable modules minimize monitoring interruption

## Wireless connectivity

> Communicates via Bluetooth® to Root® for continuous bedside monitoring and alarm notifications

> When out of Bluetooth range, Radius-7 communicates via Wi-Fi to Masimo Patient SafetyNet™‡ for continuous supplemental monitoring and remote



clinician alarm notifications*

> When out of Bluetooth and Wi-Fi range, Radius-7 acts as a standalone, wearable monitor which stores up to 6 hours of data

When out of Bluetooth range, Radius-7 communicates via Wi-Fi to Patient SafetyNet and maintains continuous communication with the hospital's EMR**



**REQUEST MORE INFORMATION**   (/product-form/)

References:

†Masimo SET® Measure-through Motion technology includes SpO$_2$ and PR.
‡The use of the trademark Masimo Patient SafetyNet is under the license from University HealthSystem Consortium.
*Features only available with Wi-Fi version of Radius-7.
⁋Battery capacity during continuous Masimo SET® monitoring when display is off, Wi-Fi is off, and Bluetooth is on.



Radius-7
Product Information
(/siteassets/us/documents/pdf/plm-10596b_product_information_radius-7_us.pdf)



(/siteassets/us/documents/pdf/plm-10596b_product_information_radius-7_us.pdf)

**Caution:** Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

PLCO-001956/PLM-10598B-0119

## Follow Us

(/)

(https://(https://twitter.com/(https://www.linkedin.com/(https://www.facebook.com/masimo-corporation)

## ABOUT US (/company/masimo/about/)

Contact Us (/company/contact/contact-us/)

Guiding Principles (/company/masimo/guiding-principles/)

Annual Report 2021 (https://www.masimo.com/2021Annualreport)

Sustainability Report (/siteassets/us/documents/pdf/plm-12996b-brochure-masimo-sustainability-report.pdf)

Company Evolution (/company/masimo/evolution/)

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-media/)

Media Room (/company/news/media-room/)

## FOR HEALTHCARE

Technology (/technology/co-oximetry/set/)

Product (/products/continuous/root/)

Solutions (/hospital-automation/)

Clinical Evidence (/evidence/featured-studies/feature/)

OEM Solutions (/oem/solutions/)

Sensors and Cannulas (/sensors/)

Support (/company/global-services/technical-services/)

Resources (https://techdocs.masimo.com/)

## FOR CONSUMERS (https://www.masimopersonalhealth.com/)

Products (https://www.masimopersonalhealth.com/)

Experience (https://www.masimopersonalhealth.com/blogs/ambassadors)

Education (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter)

Support (https://www.masimopersonalhealth.com/pages/troubleshooting)

## LEGAL

Compliance (/company/masimo/codes-of-conduct/declaration/)

Codes of Conduct (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Terms (/company/terms-of-use/)

## PRIVACY

Privacy Notice (/company/masimo/privacy/)

CA Privacy (/company/masimo/privacy/ccpa/)

Cookie Notice (/company/cookie-notice/)

## SITEMAP (/SITEMAP/)

Careers
(/company/opportunities/careers/)

Newsletter sign-
up
(/company/news/livewire-
registration-
form/)

© 2022 Masimo. All Rights Reserved.