# EXHIBIT 12

[Home (/)](/) / Root Platform



(https://player.vimeo.com/video/362102335?texttrack=en)

Expandable, Customizable Patient Monitoring and Connectivity Platform

Root is a powerful, expandable patient monitoring and connectivity hub that integrates an array of technologies, devices, and systems to provide multimodal monitoring and connectivity solutions – in a single, clinician-centric platform.

Root's plug-and-play expansion capabilities allow clinicians to centralize patient monitoring by bringing together advanced rainbow SET® Pulse CO-Oximetry, brain function monitoring, regional oximetry, and capnography measurements on an easy-to-interpret, customizable display, empowering clinicians with more information for making patient assessments. Further, Root serves as a central connectivity hub, with automated electronic charting of Masimo and third-party device data to patient data management systems (PDMS), which may improve clinician workflows through the reduction of manual data documentation.





## Customization Simplified

Root features an instantly interpretable, high-visibility display with intuitive, multi-touch navigation for easy and adaptable use in hospital environments. Clinicians can customize the Root display to feature the most applicable data for the current patient or case.

## Flexible Measurement Expansion

Root offers expandable measurement capability through software upgrades and Masimo Open Connect® (MOC-9®) modules – including Next Generation SedLine® Brain Function Monitoring, O3® Regional Oximetry, and ISA™ Capnography modules. Third-party measurement expansion allows other companies to expand the Root platform with their own technology, while following Masimo's established development and validation process.





## Interoperability Made Easy

Root brings together data from third-party monitors — such as infusion pumps, ventilators, and anesthesia machines — automating data collection from multiple disparate devices and transfer to EMRs and communication systems.

## Clinician-centric Monitoring

Root has a customizable display to show the parameters, waveforms, and channels desired by a clinician.

Explore the array of expandable technologies and solutions available through the Root patient monitoring and connectivity platform.





### Root with Radical-7®

Upgradeable Pulse CO-Oximeter® enables noninvasive and continuous monitoring with Masimo SET® pulse oximetry and advanced rainbow SET technology

(/products/continuous/root/radical-7/)

### Root with Radius-7®

Wearable Pulse CO-Oximeter for tetherless continuous monitoring

(/products/continuous/radius-7/)



### Root with Noninvasive Blood Pressure and Temperature

Integrated noninvasive blood pressure and temperature, in addition to automatic early warning score calculations, for simplified vital signs monitoring

(/products/continuous/root/nibpt/)



### Root with NomoLine ISA Capnography

Sidestream $CO_2$ and gas monitoring with a wide variety of sampling lines for both intubated and non-intubated patients

(/products/ventilator/capnography/isa-capnography/)





### Root® with Radius PCG™



### Root with Next Generation SedLine Brain Function Monitoring

Seamless Integration of tetherless mainstream capnography

(/products/continuous/root/root-with-radius-pcg/)

Helps clinicians monitor the brain under anesthesia with bilateral data acquisition and processing of electroencephalogram (EEG) signals

(/products/continuous/root/root-sedline/)



### Root with O3 Regional Oximetry

Uses near-infrared spectroscopy (NIRS) to monitor tissue oxygen saturation (rSO$_2$) in the region of interest, such as the brain

(/technology/brain-monitoring/cerebral-oximetry/)



### Root with Pathway™

Newborn oxygenation visualization mode

(/products/continuous/root/root-with-pathway/)





## Masimo Open Connect (MOC-9)

Expand Root's capability via additional Masimo and third-party technologies

(/products/continuous/moc9/)

## Connectivity

Bridge the gap between device data generated at the patient bedside and documentation in patient data management systems, such as EMRs

(/products/hospital-automation/iris/)

---

 **Root**
Product Information
(/siteassets/us/documents/pdf/lab8021a_sell_sheet_root.pdf)


(/siteassets/us/documents/pdf/lab8

 **Root with Noninvasive Blood Pressure and Temperature Monitoring**
Product Information
(/siteassets/us/documents/pdf/plm-10046c_product_information_root_with_noninvasive_blood_pressure_and_temperature_monitoring_us.pdf)


(/siteassets/us/documents/pdf/plm-10046c_product_information_root_v

 **Root with Noninvasive Blood Pressure and Temperature**
Brochure



[(/siteassets/us/documents/pdf/plm-11447a_brochure_root_nibpt_us.pdf)](/siteassets/us/documents/pdf/plm-11447a_brochure_root_nibpt_us.pdf)



### Root with Capnography
Product Information

[(/siteassets/us/documents/pdf/lab8341a_sell_sheet_capnography_isa_co2.pdf)](/siteassets/us/documents/pdf/lab8341a_sell_sheet_capnography_isa_co2.pdf)



[(/siteassets/us/documents/pdf/lab8341a...)](#)



### Next Generation SedLine
Brochure

[(/siteassets/us/documents/pdf/plm-11107b_brochure_next_generation_sedline_us.pdf)](/siteassets/us/documents/pdf/plm-11107b_brochure_next_generation_sedline_us.pdf)



[(/siteassets/us/documents/pdf/plm-11107b_brochure_next_generation...)](#)



### Root with SedLine Brain Function Monitoring
Product Information

[(/siteassets/us/documents/pdf/plm-10020b_product_information_root_with_sedline_brain_function_monitoring_us.pdf)](/siteassets/us/documents/pdf/plm-10020b_product_information_root_with_sedline_brain_function_monitoring_us.pdf)



[(/siteassets/us/documents/pdf/plm-10020b_product_information_root_w...)](#)



### Root with O3 Regional Oximetry
Product Information

[(/siteassets/us/documents/pdf/plm-12599a-brochure-o3-series-somatic-submission.pdf)](/siteassets/us/documents/pdf/plm-12599a-brochure-o3-series-somatic-submission.pdf)



[(/siteassets/us/documents/pdf/plm-12599a-brochure-o3-series-somatic-submission.pdf)](/siteassets/us/documents/pdf/plm-12599a-brochure-o3-series-somatic-submission.pdf)



### Iris Gateway
Product Information

[(/siteassets/us/documents/pdf/plm-10018b_product_information_iris_gateway_us.pdf)](/siteassets/us/documents/pdf/plm-10018b_product_information_iris_gateway_us.pdf)



[(/siteassets/us/documents/pdf/plm-10018b_product_information_iris_g...)](#)



### Masimo Automation Platform
Brochure

[(/siteassets/us/documents/pdf/plm-11040c-brochure-hospital-automation-platform-us.pdf)](/siteassets/us/documents/pdf/plm-11040c-brochure-hospital-automation-platform-us.pdf)



[(/siteassets/us/documents/pdf/plm-11040c-brochure-hospital-automation-platform-us.pdf)](/siteassets/us/documents/pdf/plm-11040c-brochure-hospital-automation-platform-us.pdf)

**REQUEST MORE INFORMATION** [(/product-form/)](/product-form/)

The O3 system with pediatric indication is not licensed for sale in Canada.

**Caution:** Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

PLCO-005225/PLM-10290D-0721

## Follow Us

[(/)](/)

(https://twitter.com/Masimo) (https://www.linkedin.com/company/masimo-corporation) (https://www.youtube.com/user/masimocorp) (https://www.facebook.com/MasimoCorporation)

| ABOUT US | FOR HEALTHCARE | FOR CONSUMERS | LEGAL | PRIVACY | SITEMAP (/SITEMAP/) |
|---|---|---|---|---|---|
| [(/company/masimo/about/)](/company/masimo/about/) | Technology (/technology/co-oximetry/set/) | (https://www.masimopersonalhealth.com/) | Compliance (/company/masimo/codes-of-conduct/declaration/) | Privacy Notice (/company/masimo/privacy/) | |
| Contact Us (/company/contact/contact-us/) | Product (/products/continuous/root/) | Products (https://www.masimopersonalhealth.com/) | Codes of Conduct (/company/masimo/codes-of-conduct/) | CA Privacy (/company/masimo/privacy/ccpa/) | |
| Guiding Principles (/company/masimo/guiding-principles/) | Solutions (/hospital-automation/) | Experience (https://www.masimopersonalhealth.com/blogs/ambassadors) | Patents (/company/masimo/patents/) | Cookie Notice (/company/cookie-notice/) | |
| Annual Report 2021 (https://www.masimo.com/2021Annualreport) | Clinical Evidence (/evidence/featured-studies/feature/) | Education (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter) | Terms (/company/terms-of-use/) | | |
| Sustainability Report (/siteassets/us/documents/pdf/plm-12996b-brochure-masimo-sustainability-report.pdf) | OEM Solutions (/oem/solutions/) | Support (https://www.masimopersonalhealth.com/pages/troubleshooting) | | | |
| | Sensors and Cannulas (/sensors/) | | | | |
| Company Evolution (/company/masimo/evolution) | Support (/company/global-services/technical-services/) | | | | |
| Investor Relations (https://investor.masimo.com/overview/default.aspx) | | | | | |
| Press Room | | | | | |

(/company/news/news-media/)

Media Room
(/company/news/media-room/)

Careers
(/company/opportunities/careers/)

Newsletter sign-up
(/company/news/livewire-registration-form/)

Resources
(https://techdocs.masimo.com/)

© 2022 Masimo. All Rights Reserved.