# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN) |

**DECLARATION OF BRIAN HORNE IN SUPPORT OF DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S OPPOSITION TO PLAINTIFF <u>APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY</u>**

**<u>(Vol. 2 of 3)</u>**

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware  19806-4202
Tel. (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*

Dated:  November 17, 2022