IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>       Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>       Defendants. | Civil Action No. 22-1377 (MN) |

**DECLARATION OF BRIAN HORNE IN SUPPORT OF DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY**

**(Vol. 3 of 3)**

              John C. Phillips, Jr. (#110)
              Megan C. Haney (#5016)
              PHILLIPS, MCLAUGHLIN & HALL, P.A.
              1200 North Broom Street
              Wilmington, Delaware  19806-4202
              Tel. (302) 655-4200
              jcp@pmhdelaw.com
              mch@pmhdelaw.com

              *Attorneys for Defendants*

Dated:  November 17, 2022

1