# EXHIBIT 20

Home (/) / Radius PPG

Featuring Masimo SET® Measure-through Motion and Low Perfusion™ Technology for Continuous Monitoring on the Move

Radius PPG provides industry-leading Masimo SET® pulse oximetry without a cabled connection to a monitor, allowing patients to move wirelessly and comfortably while still being continuously and reliably monitored. Wireless connection to a host device is simple to establish and each Radius PPG can easily pair with multiple devices (maintaining connection to any one device at a time), simplifying transfers between care areas. Automated by Masimo's connectivity solutions, patient data can be used for remote clinician notification of changes in patient condition and automatically transferred to the hospital EMR.







SpO₂

Oxygen Saturation*

(/technology/co-oximetry/set/)

PR

Pulse Rate*

(/technology/co-oximetry/set/)

Pi

Perfusion Index

PVi®

Pleth Variability Index

RRp®

Respiration Rate from the Pleth

## Improved patient comfort and convenience

- Facilitates untethered movement around the hospital room
- Allows parents and caregivers to hold infants unencumbered by cables — without the risk of cables tugging on fragile skin

## Enhanced clinician workflow and efficiency

- Reduces the burden of cable management
- Eliminates the need to disconnect and reconnect each time patient gets out of bed

The Radius PPG (Photoplethysmography) system is comprised of the following components:

**A** **A**dhesive Sensor
Single-patient-use sensors available in fold-over or wrap-around styles



**B** **B**luetooth® Receiver
Reusable wireless receiver selected based on host monitor connection



**C** **C**hip
Reusable chip for data transmission from sensor to host monitor



**D** **D**evice (sold separately)
Host device to display patient data



Case 1:22-cv-01377-MN-JLH   Document 17-5   Filed 11/17/22   Page 5 of 9 PageID #: 4032



The chip is inserted into the adhesive sensor and communicates with the Bluetooth receiver. The Bluetooth receiver is attached to the host device, providing wireless, real-time patient data.



### Root with Radical-7®
(/products/continuous/root/radical-7/)



### Rad-97®
(/products/continuous/rad97/)



### Radius PPG™ Components
(/products/sensors/radius-ppg/components/)



### COVID-19 Solutions
(/COVID-19solutions/)

**REQUEST MORE INFORMATION**   [(/product-form/)](/product-form/)

References:

*Masimo SET® Measure-through Motion technology includes SpO2 and PR.


**Radius PPG**
Product Information
[(/siteassets/us/documents/pdf/plm-11706d_product_information_radius_ppg_us.pdf)](/siteassets/us/documents/pdf/plm-11706d_product_information_radius_ppg_us.pdf)


[(/siteassets/us/documents/pdf/plm-11706d_product_information_radius_ppg_us.pdf)](/siteassets/us/documents/pdf/plm-11706d_product_information_radius_ppg_us.pdf)


**Radius PPG**
Brochure
[(/siteassets/us/documents/pdf/plm-12690a-brochure-radius-ppg-us.pdf)](/siteassets/us/documents/pdf/plm-12690a-brochure-radius-ppg-us.pdf)


[(/siteassets/us/documents/pdf/plm-12690a-brochure-radius-ppg-us.pdf)](/siteassets/us/documents/pdf/plm-12690a-brochure-radius-ppg-us.pdf)

For professional use. See instructions for use for full prescribing information including indications, contraindications, warnings and pre-cautions. Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

## Follow Us

(/)
(https://twitter.com/Masimo) (https://www.linkedin.com/company/masimo/) (https://www.facebook.com/masimo) (https://www.youtube.com/c/MasimoCorporation)

**ABOUT US (/company/masimo/about/)**

Contact Us (/company/contact/contact-us/)

Guiding Principles (/company/masimo/guiding-principles/)

Annual Report 2021 (https://www.masimo.com/2021Annualreport)

Sustainability Report (/siteassets/us/documents/pdf/plm-12996b-brochure-masimo-sustainability-report.pdf)

Company Evolution (/company/masimo/evolution/)

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-

**FOR HEALTHCARE**

Technology (/technology/co-oximetry/set/)

Product (/products/continuous/root/)

Solutions (/hospital-automation/)

Clinical Evidence (/evidence/featured-studies/feature/)

OEM Solutions (/oem/solutions/)

Sensors and Cannulas (/sensors/)

Support (/company/global-services/technical-services/)

Resources (https://techdocs.masimo.com/)

**FOR CONSUMERS** (https://www.masimopersonalhealth.com/)

Products (https://www.masimopersonalhealth.com/)

Experience (https://www.masimopersonalhealth.com/blogs/ambassadors)

Education (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter)

Support (https://www.masimopersonalhealth.com/pages/troubleshooting)

**LEGAL**

Compliance (/company/masimo/codes-of-conduct/declaration/)

Codes of Conduct (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Terms (/company/terms-of-use/)

**PRIVACY**

Privacy Notice (/company/masimo/privacy/)

CA Privacy (/company/masimo/privacy/ccpa)

Cookie Notice (/company/cookie-notice/)

**SITEMAP (/SITEMAP/)**

media/)

Media Room
(/company/news/media-
room/)

Careers
(/company/opportunities/careers/)

Newsletter sign-
up
(/company/news/livewire-
registration-form/)

© 2022 Masimo. All Rights Reserved.