# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br>   *Plaintiff*,<br>v.<br>MASIMO CORPORATION and SOUND UNITED, LLC,<br>   *Defendants*. | C.A. No. 1:22-cv-01377-MN |

## DEFENDANT SOUND UNITED, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Sound United, LLC identifies Masimo Corporation as its parent corporation.; Masimo Corporation owns at least 10% of Sound United, LLC's stock.

November 17, 2022

PHILLIPS MCLAUGHLIN & HALL, P.A.

*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile

By: */s/ John C. Phillips, Jr.*
 John C. Phillips, Jr. (#110)
 Megan C. Haney (#5016)
 1200 North Broom Street
 Wilmington, DE 19806
 (302) 655-4200 Telephone
 (302) 655-4210 Fax
 jcp@pmhdelaw.com

 *Counsel for Defendants*
 *Masimo Corporation and Sound United, LLC*