IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                   Plaintiff,<br><br>     v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                 Defendants. | Civil Action No. 22-1377 (MN) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac* vice of Stephen W. Larson, Stephen C. Jensen, Joseph R. Re and Brian C. Horne to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated:  November 29, 2022

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____

_____
The Honorable Maryellen Noreika
United States District Court Judge