# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br>    *Plaintiff*, <br> v. <br> MASIMO CORPORATION and SOUND UNITED, LLC, <br>    *Defendants*. | C.A. No. 1:22-cv-01377-MN |

## DEFENDANTS' APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendants Masimo Corporation and Sound United, LLC respectfully request oral argument on Plaintiff Apple Inc.'s Motion for Expedited Discovery (D.I. 6) at a date and time convenient for the Court. Oral argument would significantly assist the Court in assessing the parties' positions and ensure that the Court's resolution of the Motion is based on a complete presentation of the parties' arguments.

November 29, 2022

*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP

PHILLIPS MCLAUGHLIN & HALL, P.A.

By: */s/ John C. Phillips, Jr.*
  John C. Phillips, Jr.
  Megan C. Haney
  1200 North Broom Street
  Wilmington, DE 19806
  (302) 655-4200 Telephone
  (302) 655-4210 Fax
  jcp@pmhdelaw.com

  *Counsel for Defendants*
  *Masimo Corporation and Sound United, LLC*

-1-

1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com