# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) C.A. No. 22-1377-MN | |
| v. ) | |
| ) **JURY TRIAL DEMANDED** | |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) **PUBLIC VERSION** | |
| ) | |
| Defendants. ) | |

## REPLY DECLARATION OF PETER C. MAGIC IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY

OF COUNSEL:

John M. Desmarais
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900

Dated: November 28, 2022
10455338 / 12209.00051

Public Version Dated: December 5, 2022

David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Apple Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) **PUBLIC VERSION** |
| Defendants. | ) |

## REPLY DECLARATION OF PETER C. MAGIC IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR EXPEDITED DISCOVERY

I, Peter C. Magic, declare and state as follows:

1. I am an attorney and partner at the law firm Desmarais LLP, counsel of record for Plaintiff Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law by and in good standing with the Bar of the State of California. I submit this declaration based on personal knowledge, and if called upon as a witness, could competently testify to the truth of each statement herein.

2. I submit this declaration in support of Apple's Reply Motion for Expedited Discovery, submitted concurrently herewith.

3. Attached as **Exhibit R** is a copy of Apple's Apple Watch Ultra Accessories webpage, available at https://www.apple.com/us-edu/shop/product/MQE93AM/A/49mm-white-ocean-band (last accessed Nov. 27, 2022).

4. Attached as **Exhibit S** is a copy of the Order No. 16 of Special Master Regarding Three Discovery Motions issued in *Masimo Corp. v. Apple Inc.*, D.I. 970, No. 20-cv-48-JVS-JDE (C.D. Cal.) (Oct. 28, 2022).

5.  Attached as **Exhibit T** is a copy of the Order Granting Respondent's Motion to Preclude Stephen Jensen from Access to Confidential Business Information Under the Protective Order While Serving on Complainant's Board of Directors in *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276 (Int'l Trade Comm. Nov. 18, 2021).

6.  Attached as **Exhibit U** is a copy of the Declaration of Stephen C. Jensen in Support of Plaintiffs' Motion for Protective Order in *Masimo Corp. v. Apple Inc.*, D.I. 61-3, No. 20-cv-48-JVS-JDE (C.D. Cal.) (Jun. 26, 2020).

7.  Attached as **Exhibit V** is a copy of the Declaration of Stephen C. Jensen in Support of Plaintiffs' Motion for Entry of a Protective Order in *Masimo Corp. v. True Wearables, Inc.*, D.I. 82-2, No. 8:18-CV-02001-JVS-JDE (C.D. Cal.) (Mar. 16, 2020).

8.  Attached as **Exhibit W** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00000888.

9.  Attached as **Exhibit X** is an excerpted version of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00026896.

10. Attached as **Exhibit Y** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00029096.

11. Attached as **Exhibit Z** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00029101.

12. Attached as **Exhibit AA** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00029123.

13. Attached as **Exhibit AB** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00056071.

14. Attached as **Exhibit AC** is a copy of a confidential document produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 20-cv-48-JVS-JDE (C.D. Cal.), identified by bates number APL_MAS_00056076.

15. Attached as **Exhibit AD** is a copy of J. Rafl, et al., *Commercial smartwatch with pulse oximeter detects short-time hypoxemia as well as standard medical-grade device: Validation study*, Digital Health, J. (Oct. 11, 2022), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9554125/.

16. Attached as **Exhibit AE** is a copy of "Blood Oxygen app on Apple Watch" (October 2022), available at https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf.

17. Attached as **Exhibit AF** is a copy of Respondent Apple Inc.'s Second Corrected Post-Hearing Brief in *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276 (Int'l Trade Comm. Sept. 14, 2022).

I declare the foregoing to be true and correct under penalty of perjury.

|  |  |
|---|---|
| Dated: November 28, 2022 | By:   */s/ Peter C. Magic*<br>Peter C. Magic<br><br>**DESMARAIS LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br>pmagic@desmaraisllp.com<br><br>*Attorneys for Plaintiff Apple Inc.* |