IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>    Defendants. | Civil Action No. 22-1377 (MN) |

## SOUND UNITED, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Sound United, LLC moves for an order dismissing it from this case.  The grounds for this motion are set forth in Sound United's Opening Brief filed concurrently herewith.

|  | Respectfully submitted, |
|---|---|
| December 12, 2022 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|  | By: */s/ John C. Phillips, Jr.*<br>    John C. Phillips, Jr. (No. 110)<br>    Megan C. Haney (No. 5016) |
| *Of Counsel:* | 1200 North Broom Street |
| Joseph R. Re | Wilmington, DE 19806 |
| Stephen C. Jensen | (302) 655-4200 Telephone |
| Stephen W. Larson | (302) 655-4210 Fax |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | jcp@pmhdelaw.com |
| 2040 Main Street, 14th Floor | mch@pmhdelaw.com |
| Irvine, CA  92614 |  |
| (949) 760-0404 Telephone | *Counsel for Defendants* |
| (949) 760-9502 Facsimile | *Masimo Corporation and Sound United, LLC* |
| joe.re@knobbe.com |  |
| Brian Horne |  |
| KNOBBE, MARTENS, OLSON & BEAR, LLP |  |
| 1925 Century Park East, Suite 600 |  |

Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com


Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on December 12, 2022, upon the following in the manner indicated:

David E. Moore  *VIA ELECTRONIC MAIL*
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

John M. Desmarais
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
jdesmarais@desmaraisllp.com

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
pmagic@desmaraisllp.com

*Attorneys for Plaintiff*

Dated: December 12, 2022

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)