IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                    Plaintiff,<br><br>        v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                  Defendants. | Civil Action No. 22-1377 (MN) |

**[PROPOSED] <u>ORDER</u>**

At Wilmington, this _____ day of _____, 2022, having considered Defendant Sound United, LLC's Motion to Dismiss and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Defendant Sound United, LLC's Motion to Dismiss is GRANTED.

 

_____
The Honorable Maryellen Noreika
United States District Court Judge