IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>         Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>         Defendants. | Civil Action No. 22-1377 (MN) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Jared C. Bunker to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated:  December 21, 2022      PHILLIPS, MCLAUGHLIN & HALL, P.A.

                     */s/ Megan C. Haney*
                     John C. Phillips, Jr. (#110)
                     Megan C. Haney (#5016)
                     1200 North Broom Street
                     Wilmington, DE 19806
                     (302) 655-4200
                     jcp@pmhdelaw.com
                     mch@pmhdelaw.com

                     *Attorneys for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                     The Honorable Maryellen Noreika
                     United States District Court Judge