# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
|        Plaintiff, | ) ) ) C.A. No. 22-1377-MN |
| v. | ) ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) |
|        Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for Plaintiff Apple Inc. ("Apple") and Defendant/Counterclaimant Masimo Corporation ("Masimo"), subject to the approval of the Court, that Apple's time to respond (whether by answer or motion) to Masimo's Answer to Complaint and Counterclaims (D.I. 31), and any opposition thereto (if Apple responds by motion), and reply, shall be extended as follows.

| EVENT | DEADLINE |
|---|---|
| Apple's response | 2/21/2023 |
| Masimo's opposition brief to Apple's motion (if any) | 3/28/2023 |
| Apple's reply brief in support of its motion (if any) | 4/18/2023 |

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br><br> *Attorneys for Plaintiff Apple Inc.* | By: */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> Tel: (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Masimo Corporation and Sound United, LLC* |

Dated:  December 28, 2022
10509552 / 12209.00051

IT IS SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge