# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for Defendant Sound United, LLC to reply in further support of its Motion to Dismiss (D.I. 29) is extended to January 24, 2023.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| By: */s/ Bindu A. Palapura* | By: */s/ Megan C. Haney* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Tel: (302) 655-4200 |
| Tel: (302) 984-6000 | jcp@pmhdelaw.com |
| dmoore@potteranderson.com | mch@pmhdelaw.com |
| bpalapura@potteranderson.com | |
| | *Attorneys for Defendants Masimo Corporation and Sound United, LLC* |
| *Attorneys for Plaintiff Apple Inc.* | |

Dated: January 13, 2023

IT IS SO ORDERED this ____ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Court Judge

56958570