## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>   *Defendants*. | **REDACTED - PUBLIC VERSION**<br><br>C.A. No. 1:22-cv-01377-MN |

## DECLARATION OF BRIAN HORNE IN SUPPORT OF DEFENDANT SOUND UNITED, LLC'S <u>MOTION TO DISMISS</u>

I, Brian Horne, declare as follows:

1.       I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

2.       Attached hereto as **Exhibit 1** is a true and correct copy of Defendants Masimo Corporation and Sound United, LLC's response to Apple, Inc.'s Interrogatory No. 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2023 in Irvine, California.

/s/ *Brian C. Horne*
Brian C. Horne

**CERTIFICATE OF SERVICE**

      I, Megan C. Haney, hereby certify that on January 24, 2023, a copy of the Declaration of Brian Horne in Support of Defendant Sound United, LLC's Motion to Dismiss was served on the following in the manner indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Desmarais LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com

Peter C. Magic
Desmarais LLP
101 California Street
San Francisco, CA 94111
pmagic@desmaraisllp.com

                                            */s/ Megan C. Haney*
                                            Megan C. Haney (#5016)