**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,                ) | |
|                ) | |
|      Plaintiff,       ) | |
|                ) | C.A. No. 22-1377-MN |
|    v.           ) | |
|                ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and  ) | |
| SOUND UNITED, LLC,    ) | |
|                ) | |
|     Defendants.     ) | |
|                ) | |
| MASIMO CORPORATION,    ) | |
|                ) | |
|    Counter-Claimant,  ) | |
|                ) | |
|    v.           ) | |
|                ) | |
| APPLE INC.,            ) | |
|                ) | |
|    Counter-Defendant.  ) | |

**PLAINTIFF APPLE INC.'S MOTION FOR AN EXPEDITED TRIAL**

Plaintiff Apple Inc. ("Apple") requests an expedited trial to adjudicate Apple's claims against Defendants Masimo Corporation and Sound United, LLC (together, "Masimo") for willful patent infringement of Apple's U.S. Patent Nos. D735,131, D883,279, D947,842, and D962,936 approximately eight months from a decision on this motion.  In support of the instant motion for an expedited trial, Apple submits the following:

- Apple's Opening Brief In Support of Its Motion for An Expedited Trial;

- The Declaration of Kerri-Ann Limbeek in Support of Apple's Motion for An Expedited Trial, and all exhibits attached thereto (Exhibits A-R); and

- A proposed order.

2

Apple respectfully requests that the Court grant this motion and order an expedited trial as further described in Apple's opening brief.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900

Dated:  February 3, 2023
10580615 / 12209.00051

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant*
*Apple Inc.*