# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1377-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR AN EXPEDITED TRIAL

Before the Court is Plaintiff Apple Inc.'s ("Apple") Motion for an Expedited Trial. The Court, having considered the motion, finds that Apple has shown that good cause exists for an expedited trial in approximately eight months, and therefore grants the motion.

Accordingly, it is ordered that this case proceed on an expedited timeline, and trial is set for _____.

It is further ordered that the Parties shall submit a proposed scheduling order within one week of this Order.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Court Judge

10580727/12209.00051