### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

### NOTICE OF MULTIMEDIA FILING

Notice is hereby given that the documents listed below have been manually filed with the Court and is available in electronic form (USB flash drive) only:

- Exhibit 2 (YouTube video of the Apple Watch 4 announcement clip) to Exhibit K (Declaration of Eric Jue in Support of Apple Inc.'s Motion for an Expedited Trial) to Plaintiff Apple Inc.'s Opening Brief in Support of its Motion for an Expedited Trial (D.I. 46).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jordan N. Malz | Andrew L. Brown (#6766) |
| Cosmin Maier | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE  19801 |
| 230 Park Avenue | Tel:  (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: 212-351-3400 | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |
| Peter C. Magic | |
| DESMARAIS LLP | *Attorneys for Plaintiff/Counter-Defendant* |
| 101 California Street | *Apple Inc.* |
| San Francisco, CA 94111 | |
| Tel: 415-573-1900 | |

Dated:  February 3, 2023
10580771 / 12209.00051

2