# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1377-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jennifer Milici, Dominic Vote, and Leon B. Greenfield of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington DC 20006 and Mark A. Ford of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109 to represent Plaintiff Apple Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com

Dated: February 8, 2023
10564389 / 12209.00051

    bpalapura@potteraderson.com
    abrown@potteranderson.com

*Attorneys for Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2023     Signed:  */s/ Jennifer Milici*
                                    Jennifer Milici
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    1875 Pennsylvania Avenue, NW
                                    Washington DC 20006
                                    Tel: (202) 663-6000
                                    jennifer.milici@wilmerhale.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2023          Signed: */s/ Dominic Vote*
                                        Dominic Vote
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington DC 20006
                                        Tel: (202) 663-6000
                                        dominic.vote@wilmerhale.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2023        Signed: */s/ Leon B. Greenfield*
                                      Leon B. Greenfield
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      1875 Pennsylvania Avenue, NW
                                      Washington DC 20006
                                      Tel: (202) 663-6000
                                      leon.greenfield@wilmerhale.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 8, 2023         Signed: */s/ Mark A. Ford*
                                       Mark A. Ford
                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                       60 State Street
                                       Boston, MA 02109
                                       Tel: (617) 526-6000
                                       mark.ford@wilmerhale.com