## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

APPLE INC.,                              )
                                         )
        Plaintiff,                       )
                                         )    C.A. No. 22-1377-MN
    v.                                   )
                                         )    **JURY TRIAL DEMANDED**
MASIMO CORPORATION and                   )
SOUND UNITED, LLC,                       )
                                         )
        Defendants.                      )    **PUBLIC VERSION**
_____  )
MASIMO CORPORATION,                      )
                                         )
        Counter-Claimant,                )
                                         )
    v.                                   )
                                         )
APPLE INC.,                              )
                                         )
        Counter-Defendant.               )

## DECLARATION OF KERRI-ANN LIMBEEK IN SUPPORT OF PLAINTIFF
## APPLE INC.'S MOTION FOR AN EXPEDITED TRIAL

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900

Dated:  February 3, 2023
10580653 / 12209.00051

Public Version Dated: February 10, 2023

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant*
*Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | **PUBLIC VERSION** |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**DECLARATION OF KERRI-ANN LIMBEEK IN SUPPORT OF PLAINTIFF**
**APPLE INC.'S MOTION FOR AN EXPEDITED TRIAL**

I, Kerri-Ann Limbeek, declare and state as follows:

1.      I am an attorney and partner at the law firm Desmarais LLP, counsel of record for

Plaintiff Apple Inc. ("Apple") in the above-captioned case.  I am licensed to practice law by and

in good standing with the Bar of the State of New York.  I submit this declaration based on personal

knowledge, and if called upon as a witness, could competently testify to the truth of each statement

herein.

2.      I submit this declaration in support of Apple's Motion for an Expedited Trial,

submitted concurrently herewith.

3.      Attached as **Exhibit A** is a copy of "Apple Expands Apple Watch Marketing Efforts With New Multi-Page Spread in Vogue Magazine" (Feb. 25, 2015), available at https://www.macrumors.com/2015/02/25/apple-watch-vogue-magazine-march/.

4.      Attached as **Exhibit B** is a copy of "Medical Pioneer Masimo Announces the Full Market Consumer Release of the Masimo W1™, the First Watch to Offer Accurate, Continuous Health Data" (Aug. 31, 2022), available at https://investor.masimo.com/news/news-details/2022/Medical-Pioneer-Masimo-Announces-the-Full-Market-Consumer-Release-of-the-Masimo-W1-the-First-Watch-to-Offer-Accurate-Continuous-Health-Data/default.aspx.

5.      Attached as **Exhibit C** is a copy of the Masimo W1 product webpage, available at https://www.masimopersonalhealth.com/products/masimo-w1 (last accessed Dec. 9, 2022).

6.      Attached as **Exhibit D** is a copy of "Masimo (MASI) Q2 2022 Earnings Call Transcript" (Aug. 10, 2022), available at https://www.fool.com/earnings/call-transcripts/2022/08/10/masimo-masi-q2-2022-earnings-call-transcript/.

7.      Attached as **Exhibit E** is a copy of "Masimo Closes Acquisition of Sound United" (Apr. 12, 2022), available at https://www.soundunited.com/news/Masimo%20Closes%20Acquisition%20of%20Sound%20United.

8.      Attached as **Exhibit F** is a copy of "Masimo completes acquisition of Sound United" (Apr. 12, 2022), available at https://www.massdevice.com/masimo-completes-acquisition-of-sound-united/.

9.      Attached as **Exhibit G** is a copy of "Masimo (MASI) Q1 2022 Earnings Call Transcript" (May 4, 2022), available at https://www.fool.com/earnings/call-transcripts/2022/05/04/masimo-masi-q1-2022-earnings-call-transcript/.

10.     Attached as **Exhibit H** is a copy of "Masimo (MASI) Q4 2021 Earnings Call Transcript" (Feb. 15, 2022), available at https://www.fool.com/earnings/call-transcripts/2022/02/15/masimo-masi-q4-2021-earnings-call-transcript/.

11.     Attached as **Exhibit I** is a copy of "Masimo Corporation Analyst/Investor Day" (Dec. 13, 2022), available at https://www.capitaliq.spglobal.com/apisv3/docviewer/documents?mid=197045029.

12.     Attached as **Exhibit J** is a copy of Defendants Masimo Corporation and Sound United, LLC's Responses and Objections to Apple's Interrogatory No. 1, served on January 11, 2023.

13.     Attached as **Exhibit K** is a copy of the Declaration of Eric Jue in Support of Apple Inc.'s Motion for an Expedited Trial, dated January 18, 2023, and exhibits thereto.

14.     Attached as **Exhibit L** is a copy of the Declaration of Peter Russell-Clarke in Support of Apple Inc.'s Motion for an Expedited Trial, dated January 12, 2023.

15.     Attached as **Exhibit M** is a copy of the Declaration of Alan D. Ball in Support of Apple Inc.'s Motion for an Expedited Trial, dated January 29, 2023, and exhibits thereto.

16.     Attached as **Exhibit N** is a copy of the Declaration of Dr. Itamar Simonson in Support of Apple Inc.'s Motion for an Expedited Trial, dated January 27, 2023, and exhibits and appendices thereto.

17.     Attached as **Exhibit O** is a copy of the Declaration of James Malackowski in Support of Apple Inc.'s Motion for an Expedited Trial, dated January 30, 2023, and appendices thereto.

18.     Attached as **Exhibit P** is a copy of the Official Transcript of Oral Argument Hearing held on February 7, 2014 before Judge Leonard P. Stark in *SecureBuy, LLC v. CardinalCommerce Corporation*, No. 13-cv-1792-LPS, D.I. 53.

19.     Attached as **Exhibit Q** is a copy of  the Proposed Order (Scheduling Order) filed by Gavreili Brands LLC on July 9, 2018 and adopted on July 11, 2018 in *Gavrieli Brands LLC, v. Soto Massini (USA) Corp*., 1:18-cv-00462-MN, D.I. 44.

20.     Attached as **Exhibit R** is a copy of an Exemplary Eight-Month Proposed Scheduling Order [Patent, Non-ANDA] proposed by Apple for this matter, *Apple Inc. v. Masimo Corp. et al.*, No. 1:22-cv-01377-MN.


I declare the foregoing to be true and correct under penalty of perjury.

Dated: February 3, 2023                    By:     */s/ Kerri-Ann Limbeek*
                                                    Kerri-Ann Limbeek

                                                    **DESMARAIS LLP**
                                                    230 Park Avenue
                                                    New York, NY 10169
                                                    Tel: 212-351-3400
                                                    klimbeek@desmaraisllp.com

                                                    *Attorney for Plaintiff Apple Inc.*