# EXHIBIT A

Page 1
https://www.macrumors.com/2015/02/25/apple-watch-vogue-magazine-march/

**MacRumors**

Got a tip for us? Let us know

| Front Page | Roundups | Guides | How Tos | Reviews | Buyer's Guide | Forums |

Search Site...

Apple Black Friday | iPadOS 16 | macOS Ventura | 14 & 16" MacBook Pro | iOS 16 | iPad Pro | iPhone 14 | iPhone 14 Pro | All >

## Apple Expands Apple Watch Marketing Efforts With New Multi-Page Spread in Vogue Magazine

Wednesday February 25, 2015 9:19 am PST by Juli Clover

Apple appears to be gearing up for a big marketing push for the Apple Watch ahead of its April launch, featuring the device on several magazine covers. The Apple Watch made its U.S. magazine cover debut earlier this month in the March issue of Self, and it's also being featured in a multi-page spread in the March issue of Vogue.




The Apple Watch is shown on multiple pages of the magazine, depicting different watch casings and band designs in clean ads that feature nothing but the Apple Watch itself. The images are actual size, giving readers an idea of how big the watch is in real life.

**Next Article**

Apple and Ericsson Reach Licensing Agreement to Settle Dispute Over Cellular Patents



There's a heavy focus on Apple Watch bands, several of which are depicted in close up images that show off details on their construction. The Milanese Loop is featured on one page, while the navy-colored Leather Loop is shown on another page. The Apple Watch sport with a green band is also shown, as is the fitness interface for one of the Apple Watch's built-in fitness apps. Yet another page features the rose gold Apple Watch Edition with a Rose Gray Modern Buckle band.



It's likely that several other publications beyond Self and Vogue will be featuring the Apple Watch in the coming weeks as the device's April launch date approaches. Apple has targeted fashion and fitness markets thus far, and is expected to market the Apple Watch to a wide range of potential customers.



Up until this month, Apple's Apple Watch marketing has been somewhat reserved, limited to an appearance at Parisian fashion boutique Colette in September and the Vogue China cover in

October, but the company appears prepared to begin more serious marketing efforts.

...... ..... ......   ....... ..... some ........... ...... for .... have their apps completed by mid-February, possibly to have apps ready to go for marketing purposes or an upcoming event. Apple also invited select developers to its Cupertino headquarters to put the finishing touches on Apple Watch apps and the company may be preparing to launch a series of Apple Watch popup stores in various locations around the world.

Related Roundup: Apple Watch Series 8
Tag: Vogue Magazine
Buyer's Guide: Apple Watch (Buy Now)
Related Forum: Apple Watch

[ 280 comments ]

Tweet   Share

Get weekly top MacRumors stories in your inbox.

Email Address     Subscribe

## Top Rated Comments



**Slix**
*102 months ago*

I've always liked Apple's print ads. They're so simple, and so bold.

Score: 32 Votes (Like | Disagree)



**AdeFowler**
*102 months ago*

Beautiful adverts. When I design ads like that my clients asked me why I haven't used up all that free space that they're paying for. :o

Score: 29 Votes (Like | Disagree)



**willwritefortea**
*102 months ago*

Apple has continually pushed the fashion item aspect of the watch because for many consumers, that is what the Apple Watch will be. This is also why Apple can get away with charging $5,000 or more for the Edition line of watches, because the people that buy the Edition, and many of the people who buy the Sport or Classic Apple Watch, do not want a small phone on their wrist, they want a device that makes people ask "what is that?"

Apple is correct in pursuing this goal. The Apple Watch will appeal to the average, every day, my-phone-does-everything-I-need-it-to-do person, while simultaneously giving a nod to the tech crowd. It can be used for fashion as much as function.

That is the genius of the Apple Watch: anyone can use it, so everyone will want it.

Score: 15 Votes (Like | Disagree)



**NissanGuy23**
*102 months ago*

They sure are exited about those bands..

Score: 14 Votes (Like | Disagree)



**kirsch**
*102 months ago*

The images are actual size

Those bands are humongous! :D

Score: 11 Votes (Like | Disagree)



**Heltik**
*102 months ago*

Love how Apple let's the product do the talking.

Score: 11 Votes (Like | Disagree)

Read All Comments

## Popular Stories



**Can't Get an iPhone 14 Pro? Here's Why You Should Wait for the iPhone 15 Ultra**

Monday December 5, 2022 11:44 am PST by Juli Clover

Due to production issues at Apple supplier factories in China, the iPhone 14 Pro and iPhone 14 Pro Max are backordered and basically out of stock at every store. If you were planning to gift or receive an

iPhone 14 Pro model for the holidays and didn't already get one, you'...

Read Full Article • 38 comments



**FBI Calls End-to-End Encryption 'Deeply Concerning' as Privacy Groups Hail Apple's Advanced Data Protection as a Victory for Users**

Thursday December 8, 2022 2:45 am PST by Sami Fathi

Apple yesterday announced that end-to-end encryption is coming to even more sensitive types of iCloud data, including device backups, messages, photos, and more, meeting the longstanding demand of both users and privacy groups who have rallied for the company to a...

Read Full Article • 163 comments



**iOS 16.2 for iPhone Launching This Month With These 8 New Features**

Thursday December 1, 2022 8:44 am PST by Joe Rossignol

Apple plans to publicly release iOS 16.2 for the iPhone in mid-December, according to Bloomberg's Mark Gurman. The update remains in beta testing for now, with at least eight new features and changes already uncovered so far. iOS 16.2 introduces a number of...

Read Full Article



**Hands-On With Apple Music Sing in iOS 16.2**

Wednesday December 7, 2022 12:24 pm PST by Juli Clover

With the iOS 16.2 release candidate that came out today, Apple added the new Apple Music Sing feature that was announced earlier this week. We thought we'd check out the new karaoke feature to see how it works. Subscribe to the MacRumors YouTube channel for more videos....

Read Full Article • 124 comments



**Apple to Charge Under $100,000 for Apple Car, Launch Planned for 2026**

Tuesday December 6, 2022 2:31 pm PST by Juli Clover

Apple is aiming to launch an Apple-branded consumer-oriented vehicle by 2026, and its goal is to hit a price point under $100,000 to make the car appeal to a wider range of customers, reports Bloomberg. Apple initially planned to design a car that might look similar to Canoo's...

Read Full Article • 324 comments



**iOS 16.2 for iPhone Expected to Launch Next Week With These 12 New Features**

Thursday December 8, 2022 7:05 am PST by Joe Rossignol

iOS 16.2 is expected to be released next week following nearly two months of beta testing. With last-minute additions like Apple Music Sing and Advanced Data Protection, the software update now has over a dozen new features for the iPhone. Below, we've recapped many of th...

Read Full Article • 84 comments



**Apple Music Adding a Karaoke Experience With Apple Music Sing**

Tuesday December 6, 2022 7:09 am PST by Sami Fathi

Apple today announced Apple Music Sing, a new feature in Apple Music that lets users sing their favorite songs with adjustable vocals and more. Apple Music Sing will utilize Apple Music's real-time lyrics to allow users to sing to their favorite songs using adjustable vocals,...

Read Full Article • 96 comments



**Twitter to Charge $11 Per Month for Twitter Blue on iPhone, $7 on Website**

Wednesday December 7, 2022 6:47 pm PST by Juli Clover

Twitter plans to charge $11 per month for a Twitter Blue subscription on the iPhone in order to account for the 30 percent cut that Apple takes from in-app purchases, reports The Information. On the web, Twitter Blue will be priced at $7 per month. Prior to when Twitter Blue...



### Apple Announces End-to-End Encryption Option for iCloud Photos, Notes, Backups, and More

Wednesday December 7, 2022 10:00 am PST by Joe Rossignol

Apple today announced it is expanding end-to-end encryption to many additional iCloud data categories on an opt-in basis for enhanced security. iCloud already protects 14 data categories using end-to-end encryption by default, including the Messages app when backups are...

Read Full Article • 135 comments

## Related Links

 Touch Arcade

'Vampire Survivors' Mobile Review – Nearly Perfect

'Valiant Hearts: Coming Home' Revealed for iOS and Android Through Netflix and the Game Awards

Mini Metro's New Holiday Update Adds the Boston Metro and More

Dead Cells: Return to Castlevania DLC Releasing Next Year, New Animated Trailer Showcased

'Among Us' Hide and Seek Mode Update Coming Today for All Platforms With New Cosmetics and More

Massively Popular 'Vampire Survivors' Is Out Now on iOS and Android for Free

SwitchArcade Round-Up: 'Chained Echoes', 'Samurai Maiden', 'JellyCar Worlds', and Today's Other Releases and Sales

'Awaken Legends: Idle RPG' Celebrates the Holiday Season with Limited-Time Events and More in New Update

## YouTube

 New Apple Music Sing Feature & Advanced iCloud Protection in iOS 16.2

 Logitech Slim Folio for 10.9" iPad!

 iPhone 15 Ultra: DO NOT Buy an iPhone 14 Yet!!!

 Nothing Ear (Stick) Review: Better Deal Than AirPods?

 How to get "Spotify Wrapped" For Apple Music! (Replay '22)

![MacRumors]

MacRumors attracts a broad audience of both consumers and professionals interested in the latest technologies and products. We also boast an active community focused on purchasing decisions and technical aspects of the iPhone, iPod, iPad, and Mac platforms.

**About MacRumors.com**

**Advertise on MacRumors**

### Our Staff

**Arnold Kim**
Editorial Director
Email • Twitter

**Eric Slivka**
Editor in Chief
Email • Twitter

**Juli Clover**
Senior Editor
Email • Twitter • Google+

**Joe Rossignol**
Senior News Reporter
Email • Twitter

**Mitchel Broussard**
Deals Editor
Email • Twitter

**Tim Hardwick**
Senior Editor
Email • Twitter

**Hartley Charlton**
Senior Editor
Email • Twitter

**Sami Fathi**
Editor
Email • Twitter

**Marianne Schultz**
Project Manager
Email • Twitter

**Dan Barbera**
Video Content Producer
Email • Twitter

**Ryan Barrieau**
Graphic Designer
Email •Twitter

**Chris Jenkins**
Contributing Writer
Email • Twitter

**Steve Moser**
Contributing Writer
Email • Twitter

**Frank McShan**
Contributing Writer
Email • Twitter

Copyright © 2000-2022 MacRumors.com, LLC.

Privacy / DMCA contact / Affiliate and FTC Disclosure

Accessibility Statement

[ Featured On/Off ] • [ Full Articles On/Off ] • [ Fluid | Fluid HD | Auto | Light | Dark ]

Captured by FireShot Pro: 09 December 2022

# EXHIBIT B



SEARCH 🔍

OVERVIEW    COMPANY PROFILE    NEWS    EVENTS & PRESENTATIONS    STOCK INFORMATION ⌄    FINANCIALS ⌄    GOVERNANCE ⌄    RESOURCES ⌄

# News Details

Medical Pioneer Masimo Announces the Full Market Consumer Release of the Masimo W1™, the First Watch to Offer Accurate, Continuous Health Data

*08/31/2022*

Also Available, in Limited Market Release, Is Masimo W1 with Hydration Index, Designed to Provide Insight Into an Individual's Hydration

IRVINE, Calif.--(BUSINESS WIRE)– Masimo (NASDAQ: MASI) today announced the full market release of the Masimo W1™ health watch for consumer use. The first of its kind, the Masimo W1 offers accurate, continuous measurements and insightful health data – from the leader in hospital pulse oximetry – in a personal, lifestyle-friendly, wrist-worn wearable. Building on Masimo's decades of leadership in creating revolutionary noninvasive blood parameter monitoring solutions, Masimo W1 provides for the first time in a watch format, accurate, continuous monitoring of oxygen saturation (SpO2), as well as pulse rate, respiration rate, and more, and, in a limited market release, hydration index – for consumers wanting to better understand their overall health, improve their fitness, or share their health data with friends and family. Taking 86,400 measurements a day for second-by-second trending, the Masimo W1 watch represents the future of personal health.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20220831005074/en/



Known for its exceptional accuracy and reliability during challenging conditions, such as motion and low perfusion, Masimo is bringing its expertise in signal processing, photonics, and bio-sensing to consumers looking to take control of their personal health, make better health decisions, and monitor their overall physiological status. Paired via secure Bluetooth® to the Masimo Health™ smartphone app, Masimo W1 provides continuous health data, unlocking meaningful, actionable insights, with accuracy unheard of in a wearable or watch.



Launching alongside the Masimo W1 is Personal SafetyNet™, a paid subscription service integrated within the Masimo Health app that gives users access to sophisticated reporting tools to help them review their physiological status over time. In addition, Personal SafetyNet facilitates sharing data with family members, fitness trainers, wellness coaches, and where allowed, healthcare providers, and even allows users the ability to set up virtual visits with doctors.

The Masimo W1 for consumers will be available for direct-to-consumer purchase starting immediately at www.masimo.com/masimo-w1. Masimo W1 comes with the

Masimo W1™ (Graphic: Business Wire)

Personal SafetyNet subscription service for consumers. Besides arterial oxygen saturation (SpO2), the Masimo W1 provides continuous pleth variability index (PVi™), perfusion index, pulse rate variability (PRV), heart rate variability (HRV), steps, and, under limited market release terms, Hydration Index (Hi™). As part of a future update, Masimo W1 will also be able to measure temperature and VO2Max and provide 24/7 health data tracking and oversight.

Hydration level has been one of the most sought out parameters by athletes, vocalists, and others seeking to optimize their performance. Since creating PVi – which allows clinicians to assess fluid responsiveness of mechanically ventilated patients – nearly 15 years ago, Masimo has been working to invent a way to bring that measurement to consumers and those not on ventilators. Proper hydration is widely recognized as an important aspect of health and performance, and lack of proper hydration affects many physiological parameters, as the body works to restore homeostasis. Masimo W1 establishes your hydration baseline, helping you understand your hydration level, which not only affects athletic performance and fatigue, but can carry significant risks, especially for users with conditions like congestive heart failure. Whether you're an elite athlete, a vocalist, living with a chronic illness, or just keen to gain more insight into your body's physiological status, Masimo W1 with Hydration Index represents a breakthrough solution to better understanding and management of hydration.

Olympic silver medalist Morgan Pearson commented, "Masimo W1 is a gamechanger. As a professional triathlete, I'm always looking to optimize my performance in every way possible. With Masimo W1 I can continuously monitor lots of vital signs, even my level of hydration. This essential continuous data will help me track and improve my physiological performance in the most demanding of race conditions."

Dotsie Bausch, also an Olympic silver medalist, added, "Masimo W1 delivers the next generation of accuracy in wearables. I trusted Masimo technology to catapult me onto the Olympic podium as the oldest competitor in history in my discipline. Masimo delivers superior accuracy through movement, which is the golden edge any athlete is looking for to produce their very best, every single time."

Masimo is also entering the general launch phase of a medical version of Masimo W1 for use in medical applications outside the U.S., with additional measurement capabilities such as spot-check electrocardiogram (ECG), atrial fibrillation (A-fib) detection, and more. Benefiting from Masimo's expertise in hospital connectivity and hospital automation, the medical Masimo W1 will also be available for use in telehealth and telemonitoring applications via Masimo SafetyNet® and Personal SafetyNet for healthcare providers and payers, as well as individual use. For patients taking opioids to reduce pain or recovering at home after surgery or illness, as well as patients with chronic conditions (such as heart failure, COPD, or cancer), Masimo W1 will represent a convenient, reliable remote monitoring and telehealth solution enabling hospitals and clinicians to proactively keep track of their patients' physiological status from afar, even as patients go about everyday tasks at home. A natural complement to the Masimo SafetyNet remote patient monitoring platform, Masimo W1 enables wireless transmission of patient data to the Masimo SafetyNet app and Masimo's secure data cloud, where it will be reviewed in near-real time by remote monitoring teams in centralized locations for signs of physiological decline or sudden changes, such as falls or spikes in heart rate.

In Saudi Arabia, where Masimo W1 is already approved for use in medical applications, Dr. Bakhsh, Head of the Heart Function Unit at Prince Sultan Cardiac Center, said, "We have begun using Masimo W1 with Masimo SafetyNet for remote patient monitoring of our chronic heart failure patients. The watch is very comfortable to wear, and the continuous Masimo measurements give us confidence to help keep our patients safe."

Dr. Chaudhry, Chief Clinical Information Officer (CCIO) and Chief Information Officer (CIO) at Cambridge University Hospitals NHS Foundation Trust (CUH), said, "We have deployed Masimo Patient SafetyNet™ on our Intermediate Dependency Care Unit for continuous monitoring with pulse oximetry, and believe it has made a genuinely positive impact on the safety of our patients. My initial experience with Masimo W1, the Masimo Health app and Personal SafetyNet monitoring service has been very positive. As we go forward caring for patients, whether in the hospital or at home as part of the virtual wards we are setting up, I am sure that this technology will be an excellent addition, supporting us in the delivery of ever increasing high-quality remote care for patients underpinned by personal, timely, and accurate clinical information."

Dr. Amin, Professor of Medicine and Endowed Chair of Medicine at the University of California, Irvine, noted, "Masimo continues to innovate elegant noninvasive solutions to complex problems. The release of the Masimo W1 watch raises the bar on home wearables by providing pulse oximetry based on industry-leading SET® technology and continuous monitoring features in a wrist-worn device. By doing so, we can follow our health and fitness beyond the home, to any location that has cell phone connectivity. I have personally worn Masimo W1 and am impressed by its comfort and stylish look—while able to continuously monitor my oxygen level, follow my step count, and track other health parameters, both at rest and during activity."

Joe Kiani, Founder and CEO of Masimo, said, "With over 30 years of experience in medical monitoring and telemedicine, we are excited to bring the first wearable device to offer accurate and continuous pulse oximetry, hydration index, and other health measurements to consumers. The SET® technology we invented for hospitals transformed patient monitoring, saved lives, and reduced the cost of care. Based on the feedback we have received from those who have tested Masimo W1 during the limited market release phase, we believe this watch will improve lives."

In the U.S., Masimo W1 for use in medical applications is pending FDA clearance.

@Masimo | #Masimo

**About Masimo**

Masimo (NASDAQ: MASI) is a global medical technology company that develops and produces a wide array of industry-leading monitoring

technologies, including innovative measurements, sensors, patient monitors, and automation and connectivity solutions. Our mission is to improve patient outcomes and reduce the cost of care. Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry, introduced in 1995, has been shown in over 100 independent and objective studies to outperform other pulse oximetry technologies.[1] Masimo SET® has also been shown to help clinicians reduce severe retinopathy of prematurity in neonates,[2] improve CCHD screening in newborns,[3] and, when used for continuous monitoring with Masimo Patient SafetyNet™ in post-surgical wards, reduce rapid response team activations, ICU transfers, and costs.[4-7] Masimo SET® is estimated to be used on more than 250 million patients in leading hospitals and other healthcare settings around the world,[8] and is the primary pulse oximetry at 9 of the top 10 hospitals as ranked in the 2022-23 U.S. News and World Report Best Hospitals Honor Roll.[9] Masimo continues to refine SET® and in 2018, announced that SpO2 accuracy on RD SET® sensors during conditions of motion has been significantly improved, providing clinicians with even greater confidence that the SpO2 values they rely on accurately reflect a patient's physiological status. In 2005, Masimo introduced rainbow® Pulse CO-Oximetry, allowing noninvasive and continuous monitoring of blood constituents that previously could only be measured invasively, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), Pleth Variability Index (PVi®), RPVi™ (rainbow® PVi), and Oxygen Reserve Index (ORi™). In 2013, Masimo introduced the Root® Patient Monitoring and Connectivity Platform, built from the ground up to be flexible and expandable as possible to facilitate the addition of other Masimo and third-party monitoring technologies; key Masimo additions include Next Generation SedLine® Brain Function Monitoring, O3® Regional Oximetry, and ISA™ Capnography with NomoLine® sampling lines. Masimo's family of continuous and spot-check monitoring Pulse CO-Oximeters® includes devices designed for use in a variety of clinical and non-clinical scenarios, including tetherless, wearable technology, such as Radius-7® and Radius PPG™, portable devices like Rad-67®, fingertip pulse oximeters like MightySat® Rx, and devices available for use both in the hospital and at home, such as Rad-97®. Masimo hospital automation and connectivity solutions are centered around the Masimo Hospital Automation™ platform, and include Iris® Gateway, iSirona™, Patient SafetyNet, Replica™, Halo ION™, UniView™, UniView :60™, and Masimo SafetyNet®. In 2022, Masimo acquired Sound United, a leading developer of premium consumer sound and home integration technologies. Additional information about Masimo and its products may be found at www.masimo.com. Published clinical studies on Masimo products can be found at www.masimo.com/evidence/featured-studies/feature/.

ORi and RPVi have not received FDA 510(k) clearance and are not available for sale in the United States. The use of the trademark Patient SafetyNet is under license from University HealthSystem Consortium.

**References**

1. Published clinical studies on pulse oximetry and the benefits of Masimo SET® can be found on our website at http://www.masimo.com. Comparative studies include independent and objective studies which are comprised of abstracts presented at scientific meetings and peer-reviewed journal articles.
2. Castillo A et al. Prevention of Retinopathy of Prematurity in Preterm Infants through Changes in Clinical Practice and SpO2 Technology. Acta Paediat 2011 Feb;100(2):188-92.
3. de-Wahl Granelli A et al. Impact of pulse oximetry screening on the detection of duct dependent congenital heart disease: a Swedish prospective screening study in 39,821 newborns. BMJ 2009;Jan 8;338.
4. Taenzer A et al. Impact of pulse oximetry surveillance on rescue events and intensive care unit transfers: a before-and-after concurrence study. Anesthesiology. 2010:112(2):282-287.
5. Taenzer A et al. Postoperative Monitoring – The Dartmouth Experience. Anesthesia Patient Safety Foundation Newsletter. Spring-Summer 2012.
6. McGrath S et al. Surveillance Monitoring Management for General Care Units: Strategy, Design, and Implementation. The Joint Commission Journal on Quality and Patient Safety. 2016 Jul;42(7):293-302.
7. McGrath S et al. Inpatient Respiratory Arrest Associated With Sedative and Analgesic Medications: Impact of Continuous Monitoring on Patient Mortality and Severe Morbidity. J Patient Saf. 2020 14 Mar. DOI: 10.1097/PTS.0000000000000696.
8. Estimate: Masimo data on file.
9. http://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview.

**Forward-Looking Statements**

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, among others, statements regarding the potential effectiveness of Masimo W1™. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique technologies, including W1, contribute to positive clinical outcomes and patient safety; risks that Masimo W1 fails to be available as planned; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions and unique advantages; risks related to COVID-19; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("SEC"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

View source version on businesswire.com: https://www.businesswire.com/news/home/20220831005074/en/

Masimo
949-396-3376
elamb@masimo.com

Irene Mulonni
Mulonni.com
858-859-7001
irene@mulonni.com

Source: Masimo

**Multimedia Files:**





Masimo W1™ (Graphic: Business Wire)

Download:

Download original 1.20 MB (2550 x 2325)

Download thumbnail 82 KB (200 x 182)

Download lowres 393 KB (480 x 438)

Download square 138 KB (250 x 250)

View All News



Masimo_logo_black_flat_nomark.jpg

Download:

Download original 55 KB (1086 x 585)

Download thumbnail 11 KB (200 x 108)

Download lowres 45 KB (480 x 259)

Download square 16 KB (250 x 250)



Privacy

Privacy Notice

Cookie Notice

Resources

Information Request     Email Alerts

Follow us

© 2022 Masimo. All Rights Reserved.

Powered By Q4 Inc. 5.84.0.1

Captured by FireShot Pro: 09 December 2022

# EXHIBIT C

Page 1
https://www.masimopersonalhealth.com/products/masimo-w1



## Health and Wellness On the Wrist

The first of its kind, the Masimo W1 offers accurate, continuous health data and actionable health insights – from the leader in hospital pulse oximetry – in a personal, lifestyle-friendly watch. Building on Masimo's decades of leadership in creating revolutionary noninvasive blood parameter monitoring solutions, Masimo W1 provides a variety of physiological data – including for the first time Hydration Index (Hi) alongside oxygen level (SpO$_2$),* pulse rate, pulse rate variability, heart rate, respiration rate, pleth variability index, and perfusion index – for consumers wanting to make better informed health and lifestyle decisions, improve their fitness, or track their health data on their own or with friends and family.



## From the Inventors of Modern Pulse Oximeters

Masimo pulse oximetry is used to monitor more than **200 Million** patients annually.[1]

Masimo SET® is the primary pulse oximetry technology used at **9 of the top 10 hospitals** as ranked in the 2022-23 *U.S. News & World Report* Best Hospitals Honor Roll.[2]

Masimo SET® has been shown in **over 100 studies** to outperform other pulse oximetry technologies in hospital use.[3]

For Masimo W1, we have adapted monitoring technology based on Masimo SET® pulse oximetry to **optimize the capture of health data on the wrist**.





**Oxygen level (SpO2)\***

Oxygen levels in your blood can change with heart and lung function, activity, and altitude



**Hydration Index (Hi)**

An index calculated to reflect your relative level of hydration; studies have shown that optimal hydration can improve sleep quality, cognition, mood, and more


**Pulse Rate (PR)**

How often the heart pushes blood through your body, which can change with general health, physical activity, and with your mental or emotional state (e.g., stress, anxiety)


**Heart Rate (HR)**

The number of times the heart beats in a minute, based on electrical signals


**Pulse Rate Variability (PRV)**

The changes in your pulse rate that can show how consistently your blood is being pushed through your body, even with exercise or under stress


**Pleth Variability Index (PVi®)**

A calculation based on the changes in your perfusion index, which may be affected by your fluid volume during your respiration cycle and can increase with lower fluid levels


**Breaths per minute (RRp®†)**

The number of breaths you take in a minute, based on the pleth; respiration rate can change with your general health condition, physical activity, or mental or emotional state


**Perfusion Index (Pi)**

A calculation of the relative strength of your pulse, which changes based on your circulation

30 + years of innovation and breakthrough advances have allowed Masimo, the makers of clinically proven SET® pulse oximetry, to miniaturize its monitoring technology and integrate it into a watch.





## The Watch You Sleep With

True 24/7 continuous health data that tracks with your activities day and night, so nothing is missed

## Health Data That's Always There

Giving you the power to access your health data immediately



## Keep Pace and Reach New Heights

Optimize your performance and get in tune with how your body reacts



## Maximize Your Rest, Refresh Your Health

With the Masimo SafetyNet service we provide you the information that matters in the Sleep Report with an option to have your sleep report reviewed by a certified clinician



## Get and Stay Healthy Together

Share and view health and activity data, updated in near real time, with friends and loved ones

## Masimo Apps

✓ See patterns and trends in the free Masimo App

✓ Review your data and gain important insights into your health information

✓ Available for Android and iOS devices



Masimo
Personal Health App

## Masimo Services: Your Personal SafetyNet

Join to get deeper insights to help you stay informed, motivated and inspired!

| | Basic<br>$7.99/month<br>or<br>$79/year | Advanced<br>$18.99/month<br>or<br>$189/year |
|---|---|---|
| In-app insights into your health data trends | ✓ | ✓ |
| Access to new health data and app features | ✓ | ✓ |
| Access to instant software updates | ✓ | ✓ |
| Automatic assessment of overall wellness and sleep health quality | — | ✓ |
| Health data sharing | Share with one person | Multi-person sharing |
| In-depth health reports | Pay Per Report | ✓ |
| Secure Data Storage | One Year | Three Years |
| Health Coach — *coming soon* | Pay per session | Pay per session |

**Masimo Wallet**

Use Masimo Wallet to purchase Masimo Health services and share your credit with your family and friends.

What's Included ⊕

Specifications ⊕

References

[1] Estimate: Masimo data on file.

[2] http://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview.

[3] This represents approximate run time with Screen on-time: 0%, Bluetooth connection On, Active Measurement, SpO2 and Heart Rate (Continuous Vitals On), Heart Rate (10 Spot-Check measurements), using a fully charged battery.

[4] Published clinical studies on pulse oximetry and the benefits of Masimo SET* can be found on our website at http://www.masimo.com. Comparative studies include independent and objective studies which are comprised of abstracts presented at scientific meetings and peer-reviewed journal articles.

* Arterial oxygen saturation.

† RRp stands for respiratory rate from the pleth.

PLCO-006168/PLM-14147A-1222

# Masimo

Improving Life

Newsletter Sign-Up

Follow Us

   

Can't find an answer?
Available 24 hours, 7 days a week

(800) 916-1270

Email Customer Service:
customercare@masimo.com

ABOUT US

About Us

Contact Us

Warranty and Returns

Sitemap

LEGAL

Terms

Accessibility Statement

PRIVACY

Privacy Notice

Cookie Notice

CA Privacy

FOR HEALTHCARE PROVIDERS

© 2022, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

Captured by FireShot Pro: 09 December 2022