# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on February 15, 2023, upon the following attorneys of record at the following addresses as indicated:

    PLAINTIFF APPLE INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANTS (NOS. 2-4)

    PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-27)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>joseph.re@knobbe.com<br>jared.bunker@knobbe.com<br>ben.katzenellenbogen@knobbe.com<br>LitMASIMOL.1593L@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>brian.horne@knobbe.com<br>LitMASIMOL.1593L@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>adam.powell@knobbe.com<br>LitMASIMOL.1593L@knobbe.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900

By:  */s/ Andrew L. Brown*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Andrew L. Brown (#6766)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE  19801
　　Tel:  (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Leon B. Greenfield
Jennifer Milici
Mark A. Ford
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington DC 20006
Tel: (202) 663-6000

Dated:  February 16, 2023
10643734  / 12209.00051