# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

## [PROPOSED] ORDER

At Wilmington, this ____ day of _____, 2023, having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion To Dismiss Masimo Corporation's Inequitable Conduct Counterclaim And Strike Its Affirmative Defense and the papers submitted in connection therewith;

IT IS HEREBY ORDERED THAT Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion To Dismiss is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge

10650396/12209.00051