# EXHIBIT 1

US00D699717S

# (12) United States Design Patent
## Akana et al.

(10) Patent No.: **US D699,717 S**
(45) Date of Patent: ** **Feb. 18, 2014**

(54) **HOUSING FOR AN ELECTRONIC DEVICE**

(71) Applicant: **Apple, Inc.**, Cupertino, CA (US)

(72) Inventors: **Jody Be Akana**, San Francisco, CA (US); **Bartley K. Andre**, Palo Alto, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Teodor Dabov**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Erik Geddes Pieter De Jong**, San Francisco, CA (US); **M. Evans Hankey**, San Francisco, CA (US); **David Glenn Havskjold**, Sunnyvale, CA (US); **Julian Hoenig**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Wey-Jiun Lin**, Los Altos, CA (US); **Tyson Benner Manullang**, Sunnyvale, CA (US); **Anthony Montevirgen**, San Francisco, CA (US); **Shin Nishibori**, Kailua, HI (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Emery Artemus Sanford**, San Francisco, CA (US); **Mikael Silvanto**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/453,041**

(22) Filed: **Apr. 24, 2013**

### Related U.S. Application Data

(63) Continuation of application No. 29/431,870, filed on Sep. 11, 2012, now abandoned.

(51) LOC (10) Cl. .................................................. 14-03
(52) U.S. Cl.
 USPC ......................................... **D14/250**; D14/439
(58) Field of Classification Search
 USPC ........... D14/129, 130, 137, 138 AA, 138 AB, D14/138 G, 203, 217, 248, 250, 257, 315, D14/340, 341, 426, 439, 496; D10/65, 104; D21/329; 29/428, 464; 174/50, 559, 174/560; 312/223.1, 223.2; 345/157, 168, 345/173; 348/333.01, 340; 349/58; 361/679.01, 679.02, 679.21, 679.22, 361/679.55, 679.56; 455/575.1
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,968,176 A | 1/1961 | Collings | |
| 6,437,238 B1 * | 8/2002 | Annerino et al. | 174/50 |

(Continued)

*Primary Examiner* — Thomas Johannes
*Assistant Examiner* — Chelsea Sealey
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for a housing for an electronic device, as shown and described.

### DESCRIPTION

FIG. **1** is a bottom front perspective view of a housing for an electronic device showing our new design;
FIG. **2** is a bottom rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 5 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D556,681 S | 12/2007 | Kim |
| D563,432 S | 3/2008 | Kim |
| D609,226 S | 2/2010 | Hofer et al. |
| 7,688,574 B2 * | 3/2010 | Zadesky et al. .......... 361/679.21 |
| 7,697,281 B2 | 4/2010 | Dabov et al. |
| D619,361 S | 7/2010 | Andre et al. |
| D625,303 S | 10/2010 | Kim |
| D626,937 S | 11/2010 | Yeo et al. |
| D629,787 S | 12/2010 | Lee |
| 7,869,206 B2 * | 1/2011 | Dabov et al. ............. 361/679.55 |
| 7,933,123 B2 * | 4/2011 | Wang et al. .............. 361/679.56 |
| D638,814 S | 5/2011 | Sutherland et al. |
| D639,261 S | 6/2011 | Garnham et al. |
| D640,219 S | 6/2011 | Sutherland et al. |
| D640,663 S | 6/2011 | Arnholt et al. |
| D647,882 S | 11/2011 | Kim et al. |
| 8,106,836 B2 | 1/2012 | Hill et al. |
| D657,764 S | 4/2012 | Hong |
| D657,782 S | 4/2012 | Biller |
| D662,092 S | 6/2012 | Bau |
| D662,503 S | 6/2012 | Akana et al. |
| D663,287 S | 7/2012 | Kim et al. |
| D666,202 S * | 8/2012 | Dinh et al. .................... D14/439 |
| 8,250,724 B2 | 8/2012 | Dabov et al. |
| 8,254,104 B2 | 8/2012 | Wu et al. |
| 8,254,116 B2 | 8/2012 | Wu et al. |
| 8,259,443 B2 | 9/2012 | Wu et al. |
| D671,947 S * | 12/2012 | Akana et al. ................. D14/439 |
| D674,383 S * | 1/2013 | Andre et al. ................. D14/341 |
| 8,357,850 B2 * | 1/2013 | Ye .................................... 174/50 |
| D677,664 S * | 3/2013 | Akana et al. ................. D14/439 |
| 8,390,255 B1 * | 3/2013 | Fathollahi ..................... 320/115 |
| D681,032 S * | 4/2013 | Akana et al. ................. D14/341 |
| 8,410,986 B2 * | 4/2013 | Hill et al. ....................... 343/702 |
| D686,625 S * | 7/2013 | Akana et al. ................. D14/439 |
| D690,298 S * | 9/2013 | Andre et al. ................. D14/341 |
| D692,881 S * | 11/2013 | Akana et al. ................. D14/341 |
| D693,341 S * | 11/2013 | Akana et al. ................. D14/341 |
| 8,587,939 B2 * | 11/2013 | McClure et al. ........... 361/679.3 |
| D694,755 S * | 12/2013 | Akana et al. ................. D14/383 |
| 8,596,412 B1 * | 12/2013 | Jorgensen ..................... 181/205 |
| 2006/0281501 A1 * | 12/2006 | Zuo et al. .................... 455/575.1 |
| 2008/0165485 A1 * | 7/2008 | Zadesky et al. ............... 361/683 |
| 2008/0248841 A1 * | 10/2008 | Foo et al. .................... 455/575.1 |
| 2008/0316116 A1 * | 12/2008 | Hobson et al. ................ 343/702 |
| 2008/0316121 A1 * | 12/2008 | Hobson et al. ................ 343/702 |
| 2009/0059485 A1 * | 3/2009 | Lynch et al. ............. 361/679.01 |
| 2009/0247237 A1 * | 10/2009 | Mittleman et al. ............ 455/567 |
| 2009/0247244 A1 * | 10/2009 | Mittleman et al. ......... 455/575.1 |
| 2009/0256759 A1 * | 10/2009 | Hill et al. ....................... 343/702 |
| 2009/0257189 A1 * | 10/2009 | Wang et al. .............. 361/679.56 |
| 2010/0142134 A1 * | 6/2010 | Zadesky et al. .......... 361/679.01 |
| 2010/0289390 A1 | 11/2010 | Kenney |
| 2011/0151945 A1 | 6/2011 | Jiang et al. |
| 2011/0216486 A1 | 9/2011 | Ho et al. |
| 2011/0255218 A1 | 10/2011 | Pakula et al. |
| 2012/0002352 A1 * | 1/2012 | Hsiung ..................... 361/679.01 |
| 2012/0044123 A1 | 2/2012 | Rothkopf et al. |
| 2013/0076965 A1 * | 3/2013 | Dabov .......................... 348/340 |

* cited by examiner



FIG. 1



FIG. 2

**U.S. Patent**   Feb. 18, 2014   Sheet 3 of 5   US D699,717 S



*FIG. 3*



FIG. 4                    FIG. 5



**FIG. 6**



**FIG. 7**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : D699,717 S
APPLICATION NO. : 29/453041
DATED : February 18, 2014
INVENTOR(S) : Jody Akana et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, item (71), applicant, please change "Apple, Inc." to --Apple Inc.--.  Title Page, item (72), inventors, please change "Jody Be AKANA" to --Jody AKANA--.

Signed and Sealed this
Ninth Day of September, 2014

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# EXHIBIT 2

US00D786290S

(12) **United States Design Patent** (10) Patent No.: **US D786,290 S**
Van Os (45) Date of Patent: ** **May 9, 2017**

(54) **DISPLAY SCREEN OR PORTION THEREOF WITH GRAPHICAL USER INTERFACE**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventor: **Marcel Van Os**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/566,334**

(22) Filed: **May 27, 2016**

**Related U.S. Application Data**

(60) Continuation of application No. 29/516,932, filed on Feb. 6, 2015, now Pat. No. Des. 757,778, which is a continuation of application No. 29/366,393, filed on Jul. 23, 2010, now abandoned, which is a division of application No. 29/281,695, filed on Jun. 28, 2007, now abandoned, which is a continuation-in-part of application No. 29/281,507, filed on Jun. 25, 2007, now Pat. No. Des. 608,366, which is a continuation-in-part of application No. 29/281,460, filed on Jun. 23, 2007, now Pat. No. Des. 604,305.

(51) **LOC (10) Cl.** .............................................. **14-04**
(52) **U.S. Cl.**
USPC ........................................ **D14/486**; D14/493
(58) **Field of Classification Search**
USPC ........... D14/485–95; D18/24–33; D19/6, 52; D20/11; D21/324–33; 715/700–867, 715/973–77
CPC ........................................ G06F 3/048–3/04897
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,420,112 A | 12/1983 | Cline | |
| 4,610,392 A | 9/1986 | DaRosa | |
| 5,112,083 A | 5/1992 | Morrone | |
| 5,657,049 A | 8/1997 | Ludolph et al. | |
| D395,642 S | 6/1998 | Kosek | |
| D413,876 S | 9/1999 | Prabhu et al. | |
| D421,429 S | 3/2000 | Hwang et al. | |
| 6,217,443 B1 | 4/2001 | Green, Jr. | |
| D457,164 S | 5/2002 | Ording | |
| 6,678,891 B1 | 1/2004 | Wilcox et al. | |
| D492,692 S | 7/2004 | Fallon et al. | |
| D496,941 S | 10/2004 | Ording | |
| 6,806,867 B1 | 10/2004 | Arruda et al. | |
| 6,972,363 B2 | 12/2005 | Georges et al. | |
| D513,511 S | 1/2006 | Decombe | |
| D519,520 S | 4/2006 | Hernandez et al. | |
| D521,522 S | 5/2006 | Hernandez et al. | |
| D531,188 S * | 10/2006 | Gusmorino .................. | D14/493 |
| D555,664 S | 11/2007 | Nagata et al. | |

(Continued)

*Primary Examiner* — Melanie H Tung
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a display screen or portion thereof with graphical user interface, as shown and described.

**DESCRIPTION**

The file of this patent contains at least one drawing/photograph executed in color. Copies of this patent with color drawing(s)/photograph(s) will be provided by the Office upon request and payment of the necessary fee.
The FIGURE is a front view of a display screen or portion thereof with graphical user interface showing the claimed design.
The broken lines in the FIGURE show a display screen or portion thereof, and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**
**(1 of 1 Drawing Sheet(s) Filed in Color)**



**US D786,290 S**

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D558,778 S | 1/2008 | Okaro et al. |
| D559,585 S | 1/2008 | Lara |
| D559,858 S | 1/2008 | Gusmorino et al. |
| D563,424 S | 3/2008 | Gusmorino et al. |
| D568,333 S | 5/2008 | Okaro et al. |
| D573,156 S | 7/2008 | Gusmorino et al. |
| D579,020 S | 10/2008 | Aliaga |
| D597,100 S | 7/2009 | Ording et al. |
| D597,101 S | 7/2009 | Chaudhri et al. |
| D604,305 S | 11/2009 | Anzures et al. |
| D607,001 S | 12/2009 | Ording |
| D607,005 S | 12/2009 | Ording et al. |
| 7,631,267 B2 | 12/2009 | Viji et al. |
| D608,366 S | 1/2010 | Matas |
| D610,161 S | 2/2010 | Matas |
| D612,398 S | 3/2010 | Lemay |
| D612,863 S | 3/2010 | Chaudhri et al. |
| D616,891 S | 6/2010 | Christie et al. |
| D616,892 S | 6/2010 | Christie et al. |
| D617,334 S | 6/2010 | Chaudhri et al. |
| D617,339 S | 6/2010 | Ording et al. |
| D617,806 S | 6/2010 | Christie et al. |
| D617,807 S | 6/2010 | Christie et al. |
| D618,248 S | 6/2010 | Anzures et al. |
| D618,704 S | 6/2010 | Chaudhri et al. |
| D619,144 S | 7/2010 | Sepulveda |
| D619,601 S | 7/2010 | Matas |
| D620,020 S | 7/2010 | Van Os |
| D620,496 S | 7/2010 | Matas |
| D621,414 S | 8/2010 | Chaudhri et al. |
| D621,844 S | 8/2010 | Van Os |
| D621,845 S | 8/2010 | Anzures et al. |
| D621,848 S | 8/2010 | Ording |
| D621,849 S | 8/2010 | Anzures et al. |
| D622,283 S | 8/2010 | Van Os |
| D624,555 S | 9/2010 | Anzures et al. |
| D624,556 S | 9/2010 | Chaudhri |
| D625,733 S | 10/2010 | Anzures |
| D626,134 S | 10/2010 | Chaudhri et al. |
| D627,362 S | 11/2010 | Christie et al. |
| D627,790 S | 11/2010 | Chaudhri |
| D628,205 S | 11/2010 | Lemay |
| D628,206 S | 11/2010 | Lemay |
| D628,593 S * | 12/2010 | O'Donnell .................. D14/492 |
| D636,398 S | 4/2011 | Matas |
| D638,442 S | 5/2011 | Christie et al. |
| D642,588 S | 8/2011 | Anzures |
| D643,436 S | 8/2011 | Lemay |
| D644,239 S | 8/2011 | Anzures et al. |
| D645,472 S | 9/2011 | Van Os |
| D649,155 S | 11/2011 | Van Os |
| D649,555 S | 11/2011 | Christie et al. |
| D652,843 S | 1/2012 | Van Os |
| D659,160 S | 5/2012 | Anzures |
| D669,092 S | 10/2012 | Anzures |
| D686,218 S | 7/2013 | Anzures et al. |
| D711,922 S | 8/2014 | Dellinger |
| D716,344 S | 10/2014 | Anzures |
| D734,774 S * | 7/2015 | Akana ......................... D14/487 |
| D755,191 S * | 5/2016 | Chaudhri .................... D14/485 |
| D775,159 S * | 12/2016 | Chaudhri .................... D14/485 |
| 2002/0089553 A1* | 7/2002 | Arruda ................. G06F 1/1616 |
| | | 715/864 |

\* cited by examiner



# EXHIBIT 3

US010061399B2

## (12) United States Patent
### Bushnell et al.

(10) Patent No.: **US 10,061,399 B2**
(45) Date of Patent: **Aug. 28, 2018**

(54) **CAPACITIVE GAP SENSOR RING FOR AN INPUT DEVICE**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Tyler S. Bushnell**, Cupertino, CA (US);
**Collin R. Petty**, Cupertino, CA (US);
**Adam T. Clavelle**, Cupertino, CA (US)

(73) Assignee: **APPLE INC.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 86 days.

(21) Appl. No.: **15/210,917**

(22) Filed: **Jul. 15, 2016**

(65) **Prior Publication Data**

US 2018/0018026 A1    Jan. 18, 2018

(51) **Int. Cl.**
*G06F 3/0338* (2013.01)
*G06F 3/0362* (2013.01)
*G06F 1/16* (2006.01)

(52) **U.S. Cl.**
CPC ............ *G06F 3/0338* (2013.01); *G06F 1/163* (2013.01); *G06F 3/0362* (2013.01)

(58) **Field of Classification Search**
CPC ...... G06F 3/0338; G06F 3/0362; G06F 1/163; H03K 17/975; G05G 9/047; G05G 2009/0474
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,237,860 | A | 4/1941 | Bolle |
| 2,288,215 | A | 6/1942 | Taubert et al. |
| 2,497,935 | A | 2/1950 | Feurer |
| 2,771,734 | A | 11/1956 | Morf |
| 2,788,236 | A | 4/1957 | Kafowi |
| 2,797,592 | A | 7/1957 | Marrapese |
| 3,040,514 | A | 6/1962 | Dinstman |
| 3,056,030 | A | 9/1962 | Kelchner |

(Continued)

FOREIGN PATENT DOCUMENTS

| CH | 1888928 | 1/1937 |
| CN | 1302740 | 9/2001 |

(Continued)

OTHER PUBLICATIONS

Author Unknown, "DeskThorityNet, Optical Switch Keyboards," http://deskthority.net/keyboards-f2/optical-switch-keyboards-t1474.html, 22 pages, Jul. 11, 2015.

(Continued)

*Primary Examiner* — Larry Lee
(74) *Attorney, Agent, or Firm* — Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

An input mechanism for a portable electronic device includes a rotational manipulation mechanism, such as a cap or shaft. The input mechanism also includes a sensor having first capacitive elements coupled to the manipulation mechanism, second capacitive elements, and a dielectric positioned between the first and second capacitive elements. Movement of the manipulation mechanism alters the positions of the first and second capacitive elements with respect to each other and is determinable based on capacitance changes resulting therefrom. In some implementations, the second capacitive elements may be part of an inner ring or partial ring nested at least partially within an outer ring or partial ring.

**20 Claims, 16 Drawing Sheets**



# EXHIBIT 4

US010285645B2

## (12) United States Patent
### Bushnell et al.

(10) Patent No.: **US 10,285,645 B2**
(45) Date of Patent: **May 14, 2019**

(54) **SENSING CONTACT FORCE RELATED TO USER WEARING AN ELECTRONIC DEVICE**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Tyler S. Bushnell**, Cupertino, CA (US); **Steven J. Martisauskas**, Cupertino, CA (US); **Erik G. de Jong**, Cupertino, CA (US); **Andrzej T. Baranski**, Cupertino, CA (US); **Serhan O. Isikman**, Cupertino, CA (US); **Steven J. Banaska**, Cupertino, CA (US); **Todd K. Whitehurst**, Cupertino, CA (US); **Ming L. Sartee**, Morro Bay, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 764 days.

(21) Appl. No.: **14/867,311**

(22) Filed: **Sep. 28, 2015**

(65) **Prior Publication Data**
US 2017/0086743 A1     Mar. 30, 2017

(51) **Int. Cl.**
*A61B 5/00*       (2006.01)
*G01L 1/14*      (2006.01)
*A43C 7/00*      (2006.01)
*A61B 5/021*     (2006.01)

(52) **U.S. Cl.**
CPC ............ *A61B 5/6843* (2013.01); *A61B 5/681* (2013.01); *G01L 1/142* (2013.01); *A61B 5/021* (2013.01); *A61B 5/412* (2013.01); *A61B 5/4872* (2013.01); *A61B 2562/0261* (2013.01)

(58) **Field of Classification Search**
CPC ......... A43B 11/00; A43B 13/125; A43C 7/00; A43C 11/20; A43C 1/06; A61B 2090/061; A61B 2090/064; A61B 2562/0261; A61B 5/486; A61B 5/681; A61B 5/6831

USPC ............... 600/300, 322, 587, 595; 340/407.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,033,916 B2 | 10/2011 | Caldwell et al. |
| 8,541,745 B2 | 9/2013 | Dickinson et al. |
| 8,684,900 B2 | 4/2014 | Tran |
| 8,764,651 B2 | 7/2014 | Tran |

(Continued)

FOREIGN PATENT DOCUMENTS

CN        103393411         11/2013

OTHER PUBLICATIONS

U.S. Appl. No. 14/867,230, filed Sep. 28, 2015, Harrison-Noonan et al.

(Continued)

*Primary Examiner* — May A Abouelela
(74) *Attorney, Agent, or Firm* – Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

A wearable electronic device includes a body, a housing component, a band operable to attach the body to a body part of a user, and a force sensor coupled to the housing component. The force sensor is operable to produce a force signal based on a force exerted between the body part of the user and the housing component. A processing unit of the wearable electronic device receives the force signal from the force sensor and determines the force exerted on the housing component based thereon. The processing unit may use that force to determine a tightness of the band, determine health information for the user, adjust determined force exerted on a cover glass, and/or to perform various other actions.

**20 Claims, 7 Drawing Sheets**

