# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br>     *Plaintiff*, <br> v. <br> MASIMO CORPORATION and SOUND UNITED, LLC, <br>     *Defendants*. | C.A. No. 1:22-cv-01377-MN |

## DECLARATION OF BRIAN HORNE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S <u>MOTION TO EXPEDITE TRIAL</u>

I, Brian Horne, declare as follows:

1.  I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

2.  Apple filed four petitions before the Patent Trial and Appeals Board to *inter partes* review proceedings against two patents owned by Masimo Corporation: U.S. Patent Nos. 10,912,502 and 10,945,648. The Board denied all four of Apple's petitions.

3.  Attached hereto as **Exhibit 13** (Sept. 15, 2020 Apple Watch Series 6 Release) is a true and correct copy of the content available at the following link (retrieved on Nov. 17, 2022): https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthroughwellness-and-fitness-capabilities.

4.  Attached hereto as **Exhibit 14** (Instructions for Users) is a true and correct copy of the content available at the following link (retrieved on Nov. 17, 2022 and excerpted below (emphases added)): https://support.apple.com/en-us/HT211027.



5. Attached hereto as **Exhibit 15** is a true and correct copy of C. Patz et al., *Accuracy of the Apple Watch Oxygen Saturation Measurement in Adults and Children with Congenital Heart Disease*, Pediatric Cardiology (August 22, 2022).

6. Attached hereto as **Exhibit 16** is a true and correct copy of the public version of the First Amended Complaint, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276 (Jul. 7, 2021).

7. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the public version of the Final Initial Determination On Violation Of Section 337, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276 (Jan. 10, 2023).

8. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the Joint Status Report, *Gavrieli Brands LLC v. Soto Massini (USA) Corp.*, Civil Action No. 1:18-cv-00462-MN, D.I. 28 at 13-14. (D. Del. Jun. 01, 2018).

9. Attached hereto as **Exhibit 19** is a true and correct copy of the Answer To Amended Complaint And Amended Counterclaims, *Gavrieli Brands LLC v. Soto Massini (USA) Corp.*, Civil Action No. 1:18-cv-00462-MN, D.I. 31 (D. Del. Jun. 05, 2018).

10. Attached hereto as **Exhibit 20** is a true and correct copy of U.S. Patent Publication No. 2017/0325744.

11. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the [nonconfidential] June 6, 2022 Evidentiary Hearing Transcript, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.

12. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the [nonconfidential] June 9, 2022 Evidentiary Hearing Transcript, *In the Matter of Certain Light-*

*Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.

13. Attached hereto as **Exhibit 23** is a true and correct copy of U.S. Patent No. 10,702,211.

14. Attached hereto as **Exhibit 24** is a true and correct copy of International Patent Publication No. 2017/165532.

15. Attached hereto as **Exhibit 25** is a true and correct copy of U.S. Patent Publication No. 2019/0196411.

16. Attached hereto as **Exhibit 26** is a true and correct copy of U.S. Patent No. 6,801,799.

17. Attached hereto as **Exhibit 27** is a true and correct copy of the public version of the Memorandum Order, *Ethicon LLC v Intuitive Surgical, Inc.*, C.A. No. 17-871-LPS-CJB, D.I. 27 (D. Del. Aug. 25, 2017).

18. Attached hereto as **Exhibit 28** is a true and correct copy of the content available at the following link (retrieved on Feb. 24, 2023): https://www.bestbuy.com/site/searchpage.jsp?cp=3&id=pcat17071&st=smartwatch.

19. Attached hereto as **Exhibit 29** is a true and correct copy of the Letter from Mitchell Goldstein, M.D., to International Trade Commission, Doc ID 790986, *In the Matter of Certain*

*Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.

20. Attached hereto as **Exhibit 30** is a true and correct copy of the Letter from Kevin Ward, M.D., to International Trade Commission, Doc ID 790884, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.

21. Attached hereto as **Exhibit 31** is a true and correct copy of the Letter from Michael Ramsay, M.D., to International Trade Commission, Doc ID 790980, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2023 in Irvine, California.

/s/ *Brian C. Horne*
Brian C. Horne