# EXHIBIT 13

Newsroom                                                    Search Newsroom         Popular Topics

PRESS RELEASE
September 15, 2020

# Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities



Featuring a Blood Oxygen sensor and app, new case finishes, and watchOS 7



Introducing Apple Watch Series 6, featuring a revolutionary Blood Oxygen sensor and app.

Cupertino, California — Apple today announced Apple Watch Series 6, introducing a revolutionary Blood Oxygen feature that offers users even more insight into their overall wellness. Apple Watch Series 6 delivers many notable hardware improvements, including a faster S6 System in Package (SiP) and next-generation always-on altimeter, along with its most colorful lineup yet, featuring a beautiful palette of new case finishes and bands. watchOS 7 brings Family Setup, sleep tracking, automatic handwashing detection, new workout types, and the ability to curate and share watch faces, encouraging customers to be more active, stay connected, and better manage their health in new ways.

"Apple Watch Series 6 completely redefines what a watch can do," said Jeff Williams, Apple's chief operating officer. "With powerful new features, including a Blood Oxygen sensor and app,[1] Apple Watch becomes even more indispensable by providing further insight into overall well-being."

Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities - Apple
Case 1:22-cv-01377-MN-JLH   Document 60-1   Filed 02/24/23   Page 4 of 15 PageID #: 7090
11/17/22, 9:04 AM

## Blood Oxygen Sensor and App

Apple Watch Series 6 expands the health capabilities of previous Apple Watch models with a new feature that conveniently measures the oxygen saturation of the user's blood, so they can better understand their overall fitness and wellness. Oxygen saturation, or SpO2, represents the percentage of oxygen being carried by red blood cells from the lungs to the rest of the body, and indicates how well this oxygenated blood is being delivered throughout the body.

To compensate for natural variations in the skin and improve accuracy, the Blood Oxygen sensor employs four clusters of green, red, and infrared LEDs, along with the four photodiodes on the back crystal of Apple Watch, to measure light reflected back from blood. Apple Watch then uses an advanced custom algorithm built into the Blood Oxygen app, which is designed to measure blood oxygen between 70 percent and 100 percent. On-demand measurements can be taken while the user is still, and periodic background measurements occur when they are inactive, including during sleep. All data will be visible in the Health app, and the user will be able to track trends over time to see how their blood oxygen level changes.

Apple is joining forces with researchers to conduct three health studies that include using Apple Watch to explore how blood oxygen levels can be used in future health applications. This year, Apple will collaborate with the University of California, Irvine, and Anthem to examine how longitudinal measurements of blood oxygen and other physiological signals can help manage and control asthma.

Separately, Apple will work closely with investigators at the Ted Rogers Centre for Heart Research and the Peter Munk Cardiac Centre at the University Health Network, one of the largest health research organizations in North America, to better understand how blood oxygen measurements and other Apple Watch metrics can help with management of heart failure. Finally, investigators with the Seattle Flu Study at the Brotman Baty Institute for Precision Medicine and faculty from the University of Washington School of Medicine will seek to learn how signals from apps on Apple Watch, such as Heart Rate and Blood Oxygen, could serve as early signs of respiratory conditions like influenza and COVID-19.

Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities - Apple
Case 1:22-cv-01377-MN-JLH   Document 60-1   Filed 02/24/23   Page 6 of 15 PageID #: 7092
11/17/22, 9:04 AM

## Design and Performance

Apple Watch Series 6 improves performance through redesigned hardware that packs even more features and power into the same impressively small design. Using a new dual-core processor based on A13 Bionic in iPhone 11, the upgraded S6 SiP runs up to 20 percent faster, allowing apps to also launch 20 percent faster, while maintaining the same all-day 18-hour battery life.[2] Additionally, Apple Watch Series 6 features the U1 chip and Ultra Wideband antennas,[3] which will enable short-range wireless location to support new experiences, such as next-generation digital car keys. Apple Watch Series 6 offers faster charging, completing a full charge in under 1.5 hours, and improved battery life for tracking certain workouts, such as indoor and outdoor runs.

An enhanced Always-On Retina display on Apple Watch Series 6 is up to 2.5 times brighter than Apple Watch Series 5 outdoors when the user's wrist is down, making it much easier to see a watch face in bright sunlight. When their wrist is down, the user can also now access Notification Center and Control Center, tap on complications, and swipe to change faces without having to wake their watch screen.

### Always-On Altimeter

The always-on altimeter provides real-time elevation all day long by using a new, more power-efficient barometric altimeter, along with GPS and nearby Wi-Fi networks. This feature allows for the detection of small elevation changes above ground level, up and down to the measurement of 1 foot, and can be shown as a new watch face complication or workout metric.

### Apple Watch Collection

This fall, customers have more choices than ever with stunning new cases and bands to suit every style preference. For the first time, a new blue color joins the silver, space gray, and gold aluminum case options, along with a (PRODUCT)RED Apple Watch with exclusive matching bright red bands. Stainless steel models are now available in graphite — a rich gray-black hue with a striking high-shine finish — and an updated classic yellow gold color. Apple Watch Edition is available in natural and space black titanium.

Three all-new band styles offer customers innovative options that provide a tailored and comfortable fit without traditional clasps or buckles. In an industry first, the ultralight Solo Loop introduces a continuous and stretchable band design that comes in two materials: soft silicone and braided yarn. A special UV treatment process used on the soft silicone of the Solo Loop creates a smooth, silky finish, while a precision-braiding machine interweaves the 16,000 polyester yarn filaments, made of 100 percent recycled material, with ultrathin silicone threads, giving unique stretchability and a distinct look to the Braided Solo Loop.

Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities - Apple
Case 1:22-cv-01377-MN-JLH   Document 60-1   Filed 02/24/23   Page 9 of 15 PageID #: 7095
11/17/22, 9:04 AM

To ensure the best fit, a new sizing system offers nine available lengths for the Solo Loop styles. The first-of-its-kind Leather Link wraps elegantly around the wrist, effortlessly attaching on the other side with flexible molded magnets.

Apple Watch Nike now comes with new colors for the Nike Sport Band and Nike Sport Loop, and a new Nike Compact watch face allows for multiple Nike Run Club complications. Apple Watch Hermès offers stainless steel cases in silver or space black paired with Single or Double Tour styles in an assortment of vibrant new colors. The fall collection also unveils the Hermès Attelage Single Tour and slimmer Attelage Double Tour bands, which feature a refined connection to the case that reflects the brand's equestrian heritage, and a new Hermès Circulaire watch face that offers increased options for complications.

### watchOS 7

With watchOS 7, customers can take personalization to the next level with seven new watch face options, including Stripes, Chronograph Pro, GMT, and Artist, while curating, discovering, and sharing new watch face configurations with

others. New health and fitness features, including low-range VO2 Max, sleep tracking, automatic handwashing detection, and new workout types, can help users better understand overall well-being. Conveniently accessible on the wrist, Maps includes cycling directions and Siri offers language translation.

### Family Setup and Optimized Features for the Entire Family

Family Setup[4] in watchOS 7 extends Apple Watch to the entire family by allowing kids and older family members of the household who do not have an iPhone to benefit from the connectivity, safety, and fitness features of Apple Watch. Kids can take advantage of communication and personalization capabilities, access Emergency SOS at any time, enjoy an Activity rings experience that has been optimized just for them, and utilize a new mode called Schooltime, which can help them stay focused and attentive while learning at home or in the classroom.

watchOS 7 also offers optimized features for older adults, starting with a simplified onboarding and configuration process, along with a refreshed X-Large face that shows the time and a rich complication at a glance. Older adults can also benefit from a new Health Checklist in the Health app on iPhone, which offers the ability to track whether health features like fall detection have been enabled in one centralized view.

**Pricing and Availability**

- Apple Watch Series 6 (GPS) starts at **$399** and Apple Watch Series 6 (GPS + Cellular) starts at **$499**.

- Apple Watch Series 6 (GPS) is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US*, *Puerto Rico*, and 27 other countries and regions.

- Apple Watch Series 6 (GPS + Cellular) is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US*, *Puerto Rico*, and 21 other countries and regions. For carrier availability, visit apple.com/watch/cellular.

- Apple Watch Nike is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US*, *Puerto Rico*, and more than 27 other countries and regions. For more information, visit apple.com/apple-watch-nike or nike.com/applewatch.

- Apple Watch Hermès is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US* and more than 14 other countries and regions. For more information, visit apple.com/apple-watch-hermes or hermes.com/applewatchhermes.

- New Apple Watch bands are available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18. Solo Loop and Braided Solo Loop in (PRODUCT)RED will be available in late October. Solo Loop and Braided Solo Loop are compatible with Apple Watch Series 4 and later.

- watchOS 7 will be available for Apple Watch Series 3 and later on September 16, and requires iPhone 6s or later running iOS 14. Not all features are available on all devices.

- When customers buy directly from Apple, Apple Watch Studio gives them the exclusive opportunity to pick their preferred case and band combination to create a look that is uniquely their own.

- Customers looking for convenient, contactless service are able to find many of the same shopping and support services from apple.com. Customers can chat with an Apple Specialist and get shopping help, choose monthly financing options, trade in eligible devices, and get Genius support and no-contact delivery. In-store pickup is also available. Customers are encouraged to check apple.com/retail for more information on the health and safety measures in place, and the services available at their local store.

- Customers in the US can trade in their eligible device for an Apple Gift Card or credit toward their purchase. If the device is not eligible for credit, Apple will recycle it for free.[5]

- Three months of Apple Fitness+ are included for customers who purchase Apple Watch Series 3 or later starting September 15, 2020. This extended trial is available for a limited time.[6]

- Customers in the US who buy directly from Apple can choose Apple Card Monthly installments to pay for their Apple Watch over 24 months, interest-free, and get 3 percent Daily Cash back all upfront. Customers who choose to pay in full with their Apple Card also get 3 percent Daily Cash back.

- Customers can extend their limited warranty with AppleCare+ and get accidental damage coverage and 24/7 priority access to technical support.

- Customers who buy Apple Watch directly from Apple can enjoy a free Online Personal Session with an Apple Specialist to help them explore and discover all the amazing things they can do with their new Apple Watch.[7]

- In line with Apple's commitment to the environment, there are industry-leading amounts of recycled content in Apple Watch Series 6, with 100 percent recycled rare earth elements in the Taptic Engine, nearly 100 percent recycled tungsten throughout the product, and a 100 percent recycled case on aluminum models. Apple is also helping the environment by removing the AC adapter that could become electronic waste from Apple Watch Series 6 packaging, and helping its Apple Watch manufacturing partners transition to renewable energy.

*To see all of the latest announcements and photos from today's keynote event, check out the wrap-up on Apple Newsroom.*

**Share article**

   

**Images of Apple Watch Series 6**
Download all images ⓥ

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV. Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

1. Blood Oxygen app measurements are not intended for medical use, including self-diagnosis or consultation with a doctor, and are only designed for general fitness and wellness purposes.
2. Battery life varies by use.
3. Not available in all countries.
4. Requires cellular models of Apple Watch Series 4 or later, or Apple Watch SE.
5. Trade-in values vary based on the condition, year, and configuration of your trade-in device, and may also vary between online and in-store trade-in. You must be at least 18 years old. Offer may not be available in all countries. In-store trade-in requires presentation of a valid government-issued photo ID (local law may require saving this information). Additional terms from Apple or Apple's trade-in partners may apply.
6. $9.99 per month or $79.99 per year after free trial. No commitment. Plan automatically renews until cancelled.
7. In most countries.

## Press Contacts

**Apple Media Helpline**

media.help@apple.com
(408) 974-2042

## Latest News



UPDATE
**Apple and Major League Soccer announce MLS Season Pass launches February 1, 2023**
November 16, 2022



PRESS RELEASE
**Emergency SOS via satellite available today on iPhone 14 lineup**
November 15, 2022



UPDATE
**Apple News presents *After the Whistle with Brendan Hunt and Rebecca Lowe* podcast**
November 14, 2022

**The latest news and updates, direct from Apple.**

Read more

Newsroom    Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities

Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities - Apple                                    11/17/22, 9:04 AM

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | For Education | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Card | Apple Trade In | | |
| Accessories | Apple Books | Order Status | For Healthcare | About Apple |
| Gift Cards | Apple Podcasts | Shopping Help | Apple in Healthcare | Newsroom |
| | App Store | | Health on Apple Watch | Apple Leadership |
| | | | Health Records on iPhone | Career Opportunities |
| | Account | | | Investors |
| | Manage Your Apple ID | | For Government | Ethics & Compliance |
| | Apple Store Account | | Shop for Government | Events |
| | iCloud.com | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map        United States