EXHIBIT 28





BEST BUY | Menu | smartwatch | Costa Mesa | Cart

Top Deals | Deal of the Day | Totaltech Membership | More | Account | Recently Viewed | Order Status | Saved Items

Results for "**smartwatch**" in All Smartwatches. Search all categories instead.

**Get it fast**

**Store Pickup** at
Costa Mesa and nearby stores

- [ ] Ready today - Fri, Feb 24

**Shipping** to 92602

- [ ] Get it today - Fri, Feb 24

**Availability**

- [ ] Exclude Out of Stock Items

**Brand**

Search Brand

- [ ] Best Buy Brands
- [ ] Samsung
- [ ] Garmin
- [ ] Apple
- [ ] Fitbit
- [ ] Google
- [ ] Amazfit
- [ ] Fossil

Show More

**Price**

min. to max.

- [ ] Less than $25
- [ ] $25 - $49.99
- [ ] $50 - $74.99
- [ ] $75 - $99.99
- [ ] $100 - $149.99
- [ ] $150 - $199.99
- [ ] $200 - $249.99
- [ ] $250 - $499.99
- [ ] $500 - $749.99
- [ ] $750 - $999.99
- [ ] $1000 - $1249.99
- [ ] $1500 - $1999.99

## Sponsored products ⓘ

Google - Pixel Watch Black Stainless Steel Smartwatch 41mm with Obsidian Acti...
(374)
**$349.99**

Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Graphite
(505)
**$259.99**
~~$309.99~~

Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold
(2570)
**$169.99**
~~$199.99~~

**313 items**

Sort By: Best Match

Sponsored
Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Black

**Model:** SM-R860NZKAXAA **SKU:** 6464591
(2,570)

**Get it today nearby**

**Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
Available today at a location 7 miles away
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

- [ ] Compare | Save

**$169.99**
Save $30 Was $199.99
Add to Cart
**Open-Box:** from $133.99

Samsung - Galaxy Watch5 Pro Titanium Smartwatch 45mm BT - Black

**Model:** SM-R920NZKAXAA **SKU:** 6510873

**Color:** Black

(565)

**Get it today**

**Pickup:** Available today at Costa Mesa
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

- [ ] Compare | Save

**$449.99**
Add to Cart
**Open-Box:** from $359.99

### Samsung - Galaxy Watch5 Aluminum Smartwatch 40mm BT - Bora Purple

**Model:** SM-R900NZSAXAA
**SKU:** 6510878

**Color:** Bora Purple

  

(626)

**Get it in 3 days**

**Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
See all pickup locations

**FREE Shipping:** Get it by Mon, Feb 27
See all shipping options for 92602

☐ Compare    🔖 Save

**$229.99**
**Save $50**  Was $279.99

🛒 Add to Cart

**Open-Box:** from $194.99

---



### Samsung - Galaxy Watch5 Aluminum Smartwatch 40mm LTE - Pink Gold

**Model:** SM-R905UZDAXAA    **SKU:** 6510874

**Color:** Pink Gold

  

(184)

**Get it tomorrow**

**Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

☐ Compare    🔖 Save

**$269.99**
**Save $60**  Was $329.99

🛒 Add to Cart

**Open-Box:** from $220.99

---



### Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Sapphire

**Model:** SM-R910NZBAXAA    **SKU:** 6510875

**Color:** Sapphire

  


(505)

**Get it today**

**Pickup:** Available today at Costa Mesa
Act Fast – Only 1 left at your store!
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

☐ Compare    🔖 Save

**$259.99**
**Save $50**  Was $309.99

🛒 Add to Cart

**Open-Box:** from $181.99

---



### Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold

**$169.99**
Was $199.99





**Model:** SM-R860NZDAXAA
**SKU:** 6464604

**Color:** Gold

  

(2,570)

☐ Compare    🔖 Save

---



Sponsored

Google - Pixel Watch Black Stainless Steel
Smartwatch 41mm with Obsidian Active
Band Wifi/BT - Black/Obsidian

**Model:** GA03119-US    **SKU:** 6521697

(374)

**$349.99**

🛒 **Add to Cart**

**Get it today**

🏬 **Pickup:** Available today at Costa Mesa
     Act Fast – Only 2 left at your store!
     See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
     See all shipping options for 92602

☐ Compare    🔖 Save

---



Samsung - Galaxy Watch4 Aluminum
Smartwatch 44mm BT - Black

**Model:** SM-R870NZKAXAA
**SKU:** 6464594

**Color:** Black

 

(2,192)

**$199.99**

Was $279.99

☐ Compare    🔖 Save

---



Fitbit - Versa 2 Health & Fitness
Smartwatch - Carbon

**Model:** FB507BKBK    **SKU:** 6364307

**Color:** Carbon

  

(7,478)

**$149.95**

☐ Compare    🔖 Save

---

advertisement

      Fitbit - Versa 4 Fitness Smartwatch -      **$229.95**





Copper Rose

**Model:** FB523RGRW-US    **SKU:** 6514035

**Color:** Copper Rose



(346)

☐ Compare    🔖 Save

---



Samsung - Galaxy Watch5 Pro Titanium Smartwatch 45mm LTE - Gray

**Model:** SM-R925UZTAXAA    **SKU:** 6510870

**Color:** Gray

 

(260)

☐ Compare    🔖 Save

**$499.99**

---



Sponsored

Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Graphite

**Model:** SM-R910NZAAXAA    **SKU:** 6510882

(505)

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
   Available today at a location 7 miles away
   See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
   See all shipping options for 92602

☐ Compare    🔖 Save

**$259.99**
Was $309.99

🛒 **Add to Cart**

**Open-Box:** from $207.99

---



Apple Watch SE 2nd Generation (GPS) 44mm Aluminum Case with Midnight Sport Band - S/M - Midnight

**Model:** MNTF3LL/A    **SKU:** 6340243

**Color:** Midnight

  

(281)

☐ Compare    🔖 Save

**$279.00**

---



Samsung - Galaxy Watch4 Classic Stainless Steel Smartwatch 46mm BT - Black

**$339.99**
Was $379.99





**Model:** SM-R890NZKAXAA
**SKU:** 6464608
**Color:** Black

 

(1,815)

☐ Compare    🔖 Save

---



Apple Watch SE 2nd Generation (GPS)
40mm Aluminum Case with Starlight
Sport Band - S/M - Starlight

**Model:** MNT33LL/A    **SKU:** 6340234

**Color:** Starlight

**$249.00**

  

Not Yet Reviewed

☐ Compare    🔖 Save

---



Google - Pixel Watch Silver Stainless Steel
Smartwatch 41mm with Charcoal Active
Band Wifi/BT - Silver/Charcoal

**Model:** GA03305-US    **SKU:** 6521699

**Color:** Silver/Charcoal

**$349.99**

   

(375)

☐ Compare    🔖 Save

---



Apple Watch Series 8 (GPS + Cellular)
41mm Aluminum Case with Starlight
Sport Band - S/M - Starlight

**Model:** MNUX3LL/A    **SKU:** 6495308

**Color:** Starlight

**$499.00**

   

(185)

☐ Compare    🔖 Save

---



Apple Watch Series 8 (GPS) 41mm
Aluminum Case with Starlight Sport Band
- S/M - Starlight

**Model:** MNU93LL/A    **SKU:** 6340250

**Color:** Starlight

**$399.00**








(1,511)

☐ Compare    🔖 Save

---



Garmin - Venu Sq GPS Smartwatch 33mm
Fiber-Reinforced Polymer - Shadow Gray
**Model:** 010-02427-00    **SKU:** 6426938
**Color:** Shadow Gray

**$160.99**
Was $199.99



(227)

☐ Compare    🔖 Save

---



Fitbit - Sense 2 Advanced Health
Smartwatch - Graphite
**Model:** FB521BKGB-US    **SKU:** 6514034
**Color:** Graphite

**$299.95**

  

(299)

☐ Compare    🔖 Save

---



Apple Watch Ultra (GPS + Cellular) 49mm
Titanium Case with Midnight Ocean Band
- Titanium
**Model:** MQET3LL/A    **SKU:** 6339708
**Color:** Titanium

**$799.00**

  

(915)

☐ Compare    🔖 Save

---

1-18 of 313 items

⟨  **1**    **2**    **3**    ...    **18**  ⟩

Related Searches  apple watch  |  fitbit  |  samsung watch  |  amazfit  |  smart watch

**Search Feedback** Did you find what you were looking for?

[ Yes ]    [ No ]



**Similar products from outside of Best Buy** ⓘ

ADVERTISEMENT

advertisement



Visit our Support Center     Check your Order Status     Shipping, Delivery & Store Pickup     Returns & Exchanges     Price Match Guarantee

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

Best Buy Totaltech

My Best Buy

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility & Sustainability

Discover & Learn

Sign in or Create Account

## Get the latest deals and more.

| Enter email address | |

Sign Up

## Best Buy app

Learn more ›

Forums, blogs & more

How was your experience? Give feedback about our website          Mobile Site     Best Buy Canada

Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | State Privacy Rights | CA Do Not Sell/Share My Personal Information | Limit Use of My Sensitive Personal Information | Targeted Advertising Opt Out | CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.









Menu smartwatch Costa Mesa Cart

Top Deals | Deal of the Day | Totaltech Membership | More | Account | Recently Viewed | Order Status | Saved Items

Results for **"smartwatch"** in All Smartwatches. Search all categories instead.

## Get it fast

**Store Pickup** at
Costa Mesa and nearby stores

☐ Ready today - Fri, Feb 24

**Shipping** to 92602

☐ Get it today - Fri, Feb 24

### Availability

☐ Exclude Out of Stock Items

### Brand

Search Brand

☐ Best Buy Brands
☐ Samsung
☐ Garmin
☐ Apple
☐ Fitbit
☐ Google
☐ Amazfit
☐ Fossil

Show More

### Price

## Sponsored products

Google - Pixel Watch Black Stainless Steel Smartwatch 41mm with Obsidian Acti...

(374)

**$349.99**

Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Graphite

(505)

**$259.99**
~~$309.99~~

Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold

(2570)

**$169.99**
~~$199.99~~

**313 items**

Sort By: Best Match

Sponsored

Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold

**Model:** SM-R860NZDAXAA
**SKU:** 6464604

(2,570)

**Get it today**

**Pickup:** Available today at Costa Mesa
Act Fast – Only 1 left at your store!
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

☐ Compare  Save

**$169.99**

**Save $30** Was $199.99

Add to Cart

**Open-Box:** from $135.99

advertisement

Free 4 mo. Apple Fitness+

[Apple Watch SE 2nd Generation (GPS) 40mm Aluminum Case with Midnight Sport Band - M/L - Midnight](#)

**Model:** MNT83LL/A **SKU:** 6340238

**Color:** Midnight

  

(272)

**Get it today**

**Pickup:** Available today at Costa Mesa
Act Fast – Only 2 left at your store!
See all pickup locations

**FREE Shipping:** Get it by Mon, Feb 27
See all shipping options for 92602

☐ Compare 🔖 Save

**$249.00**

4 free months of Apple News+ & 2 more

🛒 Add to Cart

**Open-Box:** from $211.99

---



Free 4 mo. Apple Fitness+

[Apple Watch Series 8 (GPS) 41mm Aluminum Case with Midnight Sport Band - M/L - Midnight](#)

**Model:** MNU83LL/A **SKU:** 6340249

**Color:** Midnight

  

(320)

**Get it today**

**Pickup:** Available today at Costa Mesa
Act Fast – Only 2 left at your store!
See all pickup locations

**FREE Shipping:** Get it by Mon, Feb 27
See all shipping options for 92602

☐ Compare 🔖 Save

**$399.00**

4 free months of Apple News+ & 2 more

🛒 Add to Cart

**Open-Box:** from $318.99







[Apple Watch Series 8 (GPS) 45mm Aluminum Case with Midnight Sport Band - S/M - Midnight](#)

**Model:** MNUJ3LL/A    **SKU:** 6340255

**Color:** Midnight

  

(540)

**Get it today**

**Pickup:** Available today at Costa Mesa
Act Fast – Only 3 left at your store!
See all pickup locations

**FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

☐ Compare    🔖 Save

**$429.00**

**4 free months of Apple News+ & 2 more**

🛒 Add to Cart

**Open-Box:** from $364.99

---



[Garmin - Instinct GPS Smartwatch 45mm Fiber-Reinforced Polymer - Graphite](#)

**Model:** 010-02064-00    **SKU:** 6315353

**Color:** Graphite

 

(1,174)

☐ Compare    🔖 Save

**$229.99**

🛒 Add to Cart

---



[Amazfit - GTS 3 Smartwatch 44.4mm - Ivory White](#)

**Model:** W2035TY2N    **SKU:** 6486256

**Color:** Ivory White

 

(14)

☐ Compare    🔖 Save

**$179.99**





Sponsored

**Samsung - Galaxy Watch5 Pro Titanium Smartwatch 45mm BT - Black**

**Model:** SM-R920NZKAXAA   **SKU:** 6510873

(565)

**$449.99**

🛒 **Add to Cart**

**Open-Box:** from $359.99

**Get it today**

📦 **Pickup:** Available today at Costa Mesa
   See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
   See all shipping options for 92602

☐ Compare   🔖 Save

---



**Garmin - Venu 2S GPS Smartwatch 40 mm Fiber-Reinforced Polymer - Light Gold Bezel with Light Sand Case**

**Model:** 010-02429-01   **SKU:** 6460604

**Color:**
Light Gold Bezel with Light Sand Case

   

(59)

**$349.99**

☐ Compare   🔖 Save

---



**Citizen - CZ Smart 44mm Stainless Steel Case Hybrid Heart Rate Smartwatch Silicone Strap - Black**

**Model:** JX1000-03E   **SKU:** 6484749

**Color:** Black

   

(8)

**$259.99**
Was $325.00

☐ Compare   🔖 Save

---

advertisement

---



**Garmin - vivoactive 4 GPS Smartwatch 45mm Fiber-Reinforced Polymer - Slate**

**Model:** 010-02174-11   **SKU:** 6376713

(153)

**$349.99**

☐ Compare   🔖 Save





[Fossil - Gen 5 LTE Smartwatch (Cellular) 45mm - Blush Silicone (Verizon)](#)

**Model:** FTW60754   **SKU:** 6458332

(31)

☐ Compare   🔖 Save

**$174.99**
Clearance
Reg $349.00

---



Sponsored

[Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Silver](#)

**Model:** SM-R910NZSAXAA   **SKU:** 6510884

(505)

**Get it today**

📍 **Pickup:** Available today at Costa Mesa
   Act Fast – Only 1 left at your store!
   See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
   See all shipping options for 92602

☐ Compare   🔖 Save

**$259.99**
Was $309.99

🛒 **Add to Cart**

**Open-Box:** from $191.99



---



[Garmin - vivoactive 4 GPS Smartwatch 45mm Fiber-Reinforced Polymer - Silver](#)

**Model:** 010-02174-01   **SKU:** 6376711

(153)

☐ Compare   🔖 Save

**$349.99**

---

[Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm LTE - Graphite](#)

**Model:** SM-R915UZAAXAA   **SKU:** 6510885

**Color:** Graphite

 

(168)

☐ Compare   🔖 Save

**$299.99**
Was $359.99

---



[Fossil - Gen 5 LTE Smartwatch (Cellular) 45mm - Black Silicone (Verizon)](#)

**Model:** FTW40534   **SKU:** 6458331

(31)

☐ Compare   🔖 Save

**$174.99**
Clearance
Reg $349.00







[Amazfit - Bip 3 Pro Smartwatch 42.9mm - Black](#)

**Model:** W2171GL1N/W2171OV4N
**SKU:** 6510162

**Color:** Black

  

(88)

☐ Compare   🔖 Save

**$69.99**

---

[Apple Watch Series 8 (GPS) 45mm Aluminum Case with Midnight Sport Band - M/L - Midnight](#)

**Model:** MNUL3LL/A    **SKU:** 6340256

**Color:** Midnight

   

(1,596)

☐ Compare   🔖 Save

**$429.00**

---



[Fitbit - Luxe Fitness & Wellness Tracker - Soft Gold](#)

**Model:** FB422GLWT    **SKU:** 6460611

**Color:** Soft Gold

  

(883)

☐ Compare   🔖 Save

**$129.95**

---



[Fossil - Gen 5e Smartwatch 44mm Silicone - Black](#)

**Model:** FTW4047    **SKU:** 6430629

(156)

☐ Compare   🔖 Save

**$211.99**
Clearance
Reg $249.00





## Similar products from outside of Best Buy ⓘ





**Amazfit - GTS 4 Mini Smartwatch - Moonlight White**

**Model:** W2176OV4N   **SKU:** 6510159

**Color:** Moonlight White

(62)

$119.99

☐ Compare   🔖 Save

---

**Samsung - Geek Squad Certified Refurbished Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold**

**Model:** GSRF SM-R860NZDAXAA
**SKU:** 6478899

(10)

$149.99
Was $199.99

☐ Compare   🔖 Save

---

19-36 of 313 items

‹   **1**   2   3   4   ...   18   ›

Related Searches   apple watch | fitbit | samsung watch | amazfit | smart watch

**Search Feedback** Did you find what you were looking for?

☐ Yes   ☐ No

ADVERTISEMENT

advertisement

**Visit our Support Center**   **Check your Order Status**   **Shipping, Delivery & Store Pickup**   **Returns & Exchanges**   **Price Match Gua...**

## Order & Purchases

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

## Payment Options

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

## Support & Services

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

## Rewards & Membership

Best Buy Totaltech

My Best Buy

View Points & Certificates

Member Offers

## Partnerships

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

## About Best Buy

Corporate Information

Careers

Corporate Responsibility &
Sustainability

Discover & Learn

Sign in or Create Account

## Get the latest deals and more.

| Enter email address | ••• |

**Sign Up**

### Best Buy app
**Learn more ›**

Forums, blogs & more

How was your experience? Give feedback about our website

Mobile Site     Best Buy Canada

Accessibility     Terms &        Privacy     Interest-      State Privacy    CA Do Not Sell/Share My        Limit Use of My Sensitive        Targeted              CA Supply Chain
                  Conditions                 Based Ads      Rights           Personal Information           Personal Information             Advertising Opt       Transparency Act
                                                                                                                                             Out

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY
BEST BUY are trademarks of Best Buy and its affiliated companies.



Menu     smartwatch     ⊗ | 🔍     **Costa Mesa**     <u>Cart</u>

<u>Top Deals</u>    <u>Deal of the Day</u>    <u>Totaltech Membership</u>    More     **Account**    **Recently Viewed**    **Order Status**    **Saved Items**

Results for **"smartwatch"** in All Smartwatches. <u>Search all categories instead.</u>

**Get it fast**

**Store Pickup** at
Costa Mesa and nearby stores

☐ Ready in 1 hour - Fri, Feb 24

**Shipping** to 92602

☐ Get it today - Fri, Feb 24

**Availability**

☐ Exclude Out of Stock Items

**Brand**

Search Brand

☐ Best Buy Brands
☐ Samsung
☐ Garmin
☐ Apple
☐ Fitbit
☐ Google
☐ Amazfit
☐ Fossil
Show More

**Price**

advertisement

**Sponsored products** ⓘ

‹

<u>Google - Pixel Watch Black Stainless Steel Smartwatch 41mm with Obsidian Acti...</u>

(374)

**$349.99**

<u>Samsung - Galaxy Watch5 Aluminum Smartwatch 44mm BT - Graphite</u>

(505)

**$259.99**
~~$309.99~~

<u>Samsung - Galaxy Watch4 Aluminum Smartwatch 40mm BT - Gold</u>

(2570)

**$169.99**
~~$199.99~~

›

313 items          Sort By: [ Best Match ⌄ ]



Sponsored

<u>Samsung - Galaxy Watch5 Aluminum Smartwatch 40mm BT - Pink Gold</u>

**Model:** SM-R900NZDAXAA
**SKU:** 6510876

(626)

**Get it today**

🏬 **Pickup:** Ready in 1 hour at Costa Mesa
Act Fast – Only 2 left at your store!
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

☐ Compare    🔖 Save

**$229.99**

Save $50   Was $279.99

🛒 **Add to Cart**

**Open-Box:** from $178.99

---

  

<u>Apple Watch SE 2nd Generation (GPS) 44mm Aluminum Case with Midnight Sport Band - M/L - Midnight</u>

**Model:** MNTG3LL/A    **SKU:** 6340244

**Color:** Midnight

‹ [⌚] [⌚] [⌚] ›

(630)

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
Available today at a location 7 miles away
See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
See all shipping options for 92602

**$279.00**

4 free months of Apple News+ & 2 more

🛒 **Add to Cart**

**Open-Box:** from $236.99



☐ Compare  🔖 Save



[Amazfit - T-Rex 2 Outdoor Smartwatch - Ember Black](#)

Model: W2170OV2N    SKU: 6508378

Color: Ember Black

‹    ›

(46)

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
Available today at a location 11 miles away
See all pickup locations

🚚 **FREE Shipping: Get it by tomorrow**
See all shipping options for 92602

**$199.99**

🛒 Add to Cart

☐ Compare  🔖 Save

---





[Fitbit - Sense Advanced Health Smartwatch - Graphite](#)

Model: FB512BKBK    SKU: 6426002

(2,830)

**Get it today**

🏬 **Pickup:** Ready in 1 hour at Costa Mesa
Act Fast – Only 3 left at your store!
See all pickup locations

🚚 **FREE Shipping: Get it by tomorrow**
See all shipping options for 92602

**$179.95**

~~Save $70~~  Was $249.95

**Google One 100GB 3-month trial**

🛒 Add to Cart

☐ Compare  🔖 Save

---



[Amazfit - Band 7 Activity and Fitness Tracker 37.3mm - Beige](#)

Model: B2177OV2N    SKU: 6510157

Color: Beige

‹    ›

(56)

**Get it today nearby**

🏬 **Pickup:** Order now for pickup on Thu, Mar 2 at Costa Mesa
Available today at a location 11 miles away
See all pickup locations

🚚 **FREE Shipping: Get it by tomorrow**
See all shipping options for 92602

**$49.99**

🛒 Add to Cart

☐ Compare  🔖 Save

---

[Garmin - Venu 2 GPS Smartwatch 45 mm Fiber-Reinforced Polymer - Slate Bezel](#)

**$349.99**





with Black Case

**Model:** 010-02430-01   **SKU:** 6460602

**Color:** Slate Bezel with Black Case

 

(50)

☐ Compare   🔖 Save

---



Sponsored

Samsung - Galaxy Watch5 Aluminum
Smartwatch 40mm BT - Bora Purple

**Model:** SM-R900NZSAXAA
**SKU:**   6510878

(626)

**Get it in 3 days**

🏬 **Pickup:** Order now for pickup on Thu,
Mar 2 at Costa Mesa
See all pickup locations

🚚 **FREE Shipping:** Get it by Mon, Feb 27
See all shipping options for 92602

☐ Compare   🔖 Save

**$229.99**
Was $279.99

🛒 **Add to Cart**

**Open-Box:** from $194.99

---



Amazfit - GTS Smartwatch Aluminum
41.9mm - Obsidian Black With Silicone
Band

**Model:** W1914OV8N   **SKU:** 6397098

(171)

☐ Compare   🔖 Save

**$95.99**
**Clearance**
Reg $119.99

---



Garmin - epix (Gen 2) GPS Smartwatch
47mm Fiber-reinforced polymer - Titanium

**Model:** 010-02582-10   **SKU:** 6494385

**Color:** Titanium

  

(67)

☐ Compare   🔖 Save

**$999.99**

---

advertisement

---



Garmin - Forerunner 45 GPS Smartwatch
42mm Fiber-Reinforced Polymer - Black

**$169.99**





Alert

Cancel

**Model:** 010-02156-05   **SKU:** 6348818

**Color:** Black

 

(291)

☐ Compare   🔖 Save

---



Withings - ScanWatch - Hybrid SmartWatch with ECG, heart rate and oximeter - 38mm - White

**Model:** HWA09-MODEL 1-ALL-INT
**SKU:** 6397103

(52)

☐ Compare   🔖 Save

**$291.99**
Was $299.95

---



Sponsored

Samsung - Galaxy Watch5 Pro Titanium Smartwatch 45mm BT - Gray

**Model:** SM-R920NZTAXAA
**SKU:** 6510880

(565)

**Get it today**

🏪 **Pickup:** Ready in 1 hour at Costa Mesa
   Act Fast – Only 3 left at your store!
   See all pickup locations

🚚 **FREE Shipping:** Get it by tomorrow
   See all shipping options for 92602

☐ Compare   🔖 Save

**$449.99**

🛒 Add to Cart

**Open-Box:** from $314.99

---



Apple Watch SE 2nd Generation (GPS + Cellular) 44mm Aluminum Case with Midnight Sport Band - M/L - Midnight

**Model:** MNU03LL/A   **SKU:** 6519318

**Color:** Midnight

  

(72)

☐ Compare   🔖 Save

**$329.00**

---



Apple Watch Series 8 (GPS + Cellular) 45mm Aluminum Case with Midnight Sport Band - M/L - Midnight

**Model:** MNVL3LL/A   **SKU:** 6495332

**Color:** Midnight

**$529.00**



   

☐ Compare   🔖 Save

---



Garmin - tactix 7 Pro Ballistics Edition
Solar-powered Tactical GPS Smartwatch,
Applied Ballistics 47 mm Fiber-reinforced
polymer - Black

**Model:** 010-02704-20   **SKU:** 6513332

(9)

**$1,599.99**

☐ Compare   🔖 Save

---



Withings - SCANWATCH - Hybrid
Smartwatch with ECG, heart rate and
oximeter - 42mm - Black

**Model:** HWA09-MODEL 4-ALL-INT
**SKU:** 6397107

(85)

**$299.99**

☐ Compare   🔖 Save

---



Garmin - fēnix 7X Sapphire Solar GPS
Smartwatch 51 mm Fiber-reinforced
polymer - Black DLC Titanium

**Model:** 010-02541-22   **SKU:** 6494386

**Color:** Black DLC Titanium

   

(118)

**$999.99**

☐ Compare   🔖 Save

---



Samsung - Geek Squad Certified
Refurbished Galaxy Watch4 Classic
Stainless Steel Smartwatch 42mm BT -
Black

**Model:** GSRF SM-R880NZKAXAA
**SKU:** 6478908

(8)

**$199.99**
Was $349.99

☐ Compare   🔖 Save

---



Amazfit - GTR 3 Pro Smartwatch 36.8mm -
Infinite Black

**$189.99**





**Model:** W2040OV2N   **SKU:** 6486258

**Color:** Infinite Black

(35)

Notify Me

☐ Compare   🔖 Save

Apple Watch Series 8 (GPS + Cellular) 45mm Aluminum Case with Midnight Sport Band - S/M - Midnight

**$529.00**

**Model:** MNVJ3LL/A   **SKU:** 6495330

**Color:** Midnight

(133)

☐ Compare   🔖 Save

Garmin - Venu 2 Plus GPS Smartwatch 43 mm Fiber-reinforced polymer - Slate

**$449.99**

**Model:** 010-02496-01   **SKU:** 6492440

**Color:** Slate

(125)

☐ Compare   🔖 Save

37-54 of 313 items

‹  **1**  2  3  **4**  5  ...  **18**  ›

Related Searches  apple watch | fitbit | samsung watch | amazfit | smart watch

**Search Feedback** Did you find what you were looking for?

[ Yes ]  [ No ]



Case 1:22-cv-01377-MN-JLH    Document 60-16    Filed 02/24/23    Page 24 of 25 PageID #: 7445

**Similar products from outside of Best Buy** ⓘ



ADVERTISEMENT

advertisement



**Visit our Support Center**     **Check your Order Status**     **Shipping, Delivery & Store Pickup**     **Returns & Exchanges**     **Price Match Guarantee**

### Order & Purchases

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

### Payment Options

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

### Support & Services

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

### Rewards & Membership

Best Buy Totaltech

My Best Buy

View Points & Certificates

Member Offers

### Partnerships

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

### About Best Buy

Corporate Information

Careers

Corporate Responsibility &

Sustainability

Discover & Learn

Sign in or Create Account

### Get the latest deals and more.

Enter email address

**Sign Up**

### Best Buy app
Learn more ›

Forums, blogs & more

How was your experience? Give feedback about our website    Mobile Site  Best Buy Canada

Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | State Privacy Rights | CA Do Not Sell/Share My Personal Information | Limit Use of My Sensitive Personal Information | Targeted Advertising Opt Out | CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2023 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

