## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., *Plaintiff*, v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants*. | C.A. No. 1:22-cv-01377-MN |

## DECLARATION OF BRIAN HORNE IN SUPPORT OF DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S <u>MOTION TO CONSOLIDATE</u>

I, Brian Horne, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the public version of the Final Initial Determination On Violation Of Section 337, *In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276 (Jan. 10, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2023 in Irvine, California.

/s/ *Brian C. Horne*
Brian C. Horne