**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>        Defendants. )<br>)<br>MASIMO CORPORATION, )<br>)<br>        Counter-Claimant, )<br>)<br>  v. )<br>)<br>APPLE INC., )<br>)<br>        Counter-Defendant. ) | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

**SUPPLEMENTAL DECLARATION OF KERRI-ANN LIMBEEK IN SUPPORT OF
PLAINTIFF APPLE INC.'S REPLY IN SUPPORT OF ITS
MOTION FOR AN EXPEDITED TRIAL**

I, Kerri-Ann Limbeek, declare and state as follows:

1. I am an attorney and partner at the law firm Desmarais LLP, counsel of record for Plaintiff Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law by and in good standing with the Bar of the State of New York. I submit this declaration based on personal knowledge, and if called upon as a witness, could competently testify to the truth of each statement herein.

2. I submit this declaration in support of Apple's Reply in Support of Its Motion for an Expedited Trial, submitted concurrently herewith.

3. Attached as **Exhibit S** is a true and correct copy of "How to Buy Pulse Oximeters For Your Medical Facility" published by Infinium Medical, a company who incorporates Masimo's Signal Extraction Technology (SET) into its pulse oximeter products, available at https://infiniummedical.com/how-to-buy-pulse-oximeters-for-your-medical-facility/.

4. Attached as **Exhibit T** is a true and correct copy of Michael W. Sjoding, "Racial Bias in Pulse Oximetry Measurement," New Eng. J. Med (Dec. 17, 2020).

5. Attached as **Exhibit U** is a true and correct copy of "Blood Oxygen app on Apple Watch" (October 2022), available at:

https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf.

6. Attached as **Exhibit V** is a true and correct copy of an email sent on February 17, 2023, from counsel for Apple to counsel for Defendants Masimo Corporation and Sound United LLC, attaching a draft Rule 26(f) Report (**Attachment A**) and draft Proposed Scheduling Order (**Attachment B**), which includes Apple's proposals for an expedited schedule and a non-expedited schedule in this case.

7. Attached as **Exhibit W** is a true and correct copy of the Best Buy webpage showing the back of the Samsung Galaxy Watch5, available at https://www.bestbuy.com/site/samsung-galaxy-watch5-aluminumsmartwatch-40mm-bt-bora-purple/6510878.p?skuId=6510878.

8. Attached as **Exhibit X** is a true and correct copy of the Best Buy webpage showing the back of the Garmin - Forerunner 955 GPS Smartwatch, available at https://www.bestbuy.com/site/garmin-forerunner-955-gpssmartwatch-47-mm-fiber-reinforcedpolymerwhitestone/6513334.p?skuId=6513334.

9. Attached as **Exhibit Y** is a true and correct copy of a Fox Business News clip, screenshotted at 1:38 of the video, available at https://video.foxbusiness.com/v/6317609549112#sp=show-clips.

I declare the foregoing to be true and correct under penalty of perjury.

| | | |
|---|---|---|
| Dated: March 3, 2023 | By: | */s/ Kerri-Ann Limbeek*<br>Kerri-Ann Limbeek<br><br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400<br>klimbeek@desmaraisllp.com<br><br>*Attorney for Plaintiff Apple Inc.* |

10670338 / 12209.00051