# EXHIBIT 1



PROFESSIONAL HEALTH          **CONSUMER HEALTH**          CONSUMER AUDIO

PRODUCTS ⌄     WHY MASIMO ⌄     SUPPORT ⌄          **SHOP NOW** ⌄     LOGIN     🛒

Masimo W1™ - Advanced Health Tracking Watch                                          ⋮



# Masimo W1™

## Advanced Health Tracking Watch

★★★★½ 3 Reviews

## $499.00 3-year warranty

Masimo W1 is a comfortable and convenient wearable device that continuously tracks key health data.

### Select Your Personal SafetyNet Service Membership

Monthly ⬤───── Annually

| Basic | Advanced |
|-------|----------|
| **$7.99** | **$18.99** |
| per month | per month |
| See membership details | See membership details |
| CHOOSE | CHOOSE |

Add to Cart

# Health and Wellness On the Wrist



The first of its kind, the Masimo W1 offers accurate, continuous health data and actionable health insights –



continuous health data and actionable health insights from the leader in hospital pulse oximetry – in a personal, lifestyle-friendly watch. Building on Masimo's decades of leadership in creating revolutionary noninvasive blood parameter monitoring solutions, Masimo W1 provides a variety of physiological data – including for the first time Hydration Index (Hi) alongside oxygen level (SpO₂),* pulse rate, pulse rate variability, heart rate, respiration rate, pleth variability index, and perfusion index – for consumers wanting to make better informed health and lifestyle decisions, improve their fitness, or track their health data on their own or with friends and family.



## From the Inventors of Modern Pulse Oximeters

Masimo pulse oximetry is used to monitor more than **200 Million** patients annually.[1]

Masimo SET® is the primary pulse oximetry technology used at **9 of the top 10 hospitals** as ranked in the 2022-23 *U.S. News & World Report* Best Hospitals Honor Roll.[2]

Masimo SET® has been shown in **over 100 studies** to outperform other pulse oximetry technologies in hospital use.[3]

For Masimo W1, we have adapted monitoring technology based on Masimo SET® pulse oximetry to **optimize the capture of health data on the wrist**.

## Act on Your Personal Data



Oxygen Level     Pulse Rate     Heart Rate     Hydration Index     Breaths per Minute



**Oxygen level (SpO2)\***
Oxygen levels in your blood can change with heart and lung function, activity, and altitude



**Pulse rate (PR)**
How often the heart pushes blood through your body, which can change with general health, physical activity, and with your mental or emotional state (e.g., stress, anxiety)



**Pulse Rate Variability (PRV)**
The changes in your pulse rate that can show how consistently your blood is being pushed through your body, even with exercise or under stress



**Breaths per minute (RRp®†)**
The number of breaths you take in a minute, based on the pleth; respiration rate can change with your general health condition, physical activity, or mental or emotional state



**Hydration Index (Hi)**
An index calculated to reflect your relative level of hydration; studies have shown that optimal hydration can improve sleep quality, cognition, mood, and more



**Heart Rate (HR)**
The number of times the heart beats in a minute, based on electrical signals



**Pleth Variability Index (PVi®)**
A calculation based on the changes in your perfusion index, which may be affected by your fluid volume during your respiration cycle and can increase with lower fluid levels



**Perfusion Index (Pi)**
A calculation of the relative strength of your pulse, which changes based on your circulation



30 + years of innovation and breakthrough advances have



breakthrough advances have allowed Masimo, the makers of clinically proven SET® pulse oximetry, to miniaturize its monitoring technology and integrate it into a watch.





## The Watch You Sleep With

True 24/7 continuous health data that tracks with your activities day and night, so nothing is missed



## Health Data That's Always There

Giving you the power to access your health data immediately



## Keep Pace and Reach New Heights

Optimize your performance and get in tune with how your body reacts

Case 1:22-cv-01377-MN-JLH    Document 67-1    Filed 03/06/23    Page 6 of 28 PageID #: 7588



## Maximize Your Rest, Refresh Your Health

With the Masimo SafetyNet service we provide you the information that matters in the Sleep Report with an option to have your sleep report reviewed by a certified clinician





## Get and Stay Healthy Together

Share and view health and activity data, updated in near real time, with friends and loved ones

## Masimo Health app

✓ See patterns and trends in the free Masimo Health app

✓ Review your data and gain important insights into your health information

✓ Available for Android and iOS devices





*Masimo
Health App*

# Masimo Services: Your Personal SafetyNet

Join to get deeper insights to help you stay informed, motivated and inspired!

| | Basic<br>$7.99/month<br>or<br>$79/year | Advanced<br>$18.99/month<br>or<br>$189/year |
|---|---|---|
| In-app insights into your health data trends ▾ | ✓ | ✓ |
| Access to new health data and app features ▾ | ✓ | ✓ |
| Access to instant software updates ▾ | ✓ | ✓ |
| Automatic assessment of overall wellness and sleep health quality ▾ | — | ✓ |
| Health data sharing ▾ | Share with one person | Multi-person sharing |
| In-depth health reports ▾ | Pay Per Report | ✓ |
| Secure Data Storage ▾ | One Year | Three Years |
| Health Coach — *coming soon* ▾ | Pay per session | Pay per session |

**Masimo Wallet**

Use Masimo Wallet to purchase Masimo Health services and share your credit with your family and friends.

What's Included    ⊕

Specifications    ⊕

**References**

[1] Estimate: Masimo data on file.

[2] http://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview.

[3] Published clinical studies on pulse oximetry and the benefits of Masimo SET® can be found on our website at http://www.masimo.com. Comparative studies include independent and objective studies which are comprised of abstracts presented at scientific meetings and peer-reviewed journal articles.

[4] This represents approximate run time with Screen on-time: 0%, Bluetooth connection On, Active Measurement, SpO2 and Heart Rate (Continuous Vitals On), Heart Rate (10 Spot-Check measurements), using a fully charged battery.

\* Arterial oxygen saturation.

† RRp stands for respiratory rate from the pleth.

**Resources**

 Masimo W1, Whitepaper

PLCO-006168/PLM-14147A-0123

---

## Masimo

Improving Life

Newsletter Sign-Up

Follow Us

   

Can't find an answer?
Available 24 hours, 7 days a week
(800) 916-1270

Email Customer Service:
customercare@masimo.com

**ABOUT US**
About Us
Contact Us
Warranty and Returns
Sitemap

**LEGAL**
Terms
Accessibility Statement

**PRIVACY**
Privacy Notice
Cookie Notice
CA Privacy

FOR HEALTHCARE PROVIDERS

© 2023, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Benjamin Luehrs |
| **To:** | Benjamin Luehrs |
| **Subject:** | [Ext] Fwd: Order #24735 confirmed |
| **Date:** | Friday, March 3, 2023 9:54:40 AM |

**\*\*EXTERNAL EMAIL\*\*** This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.

---



---------- Forwarded message ---------
From: **Masimo Personal Health** <customercare@masimo.com>
Date: Thu, Feb 23, 2023 at 5:21 PM
Subject: Order #24735 confirmed
To: <benjaminluehrs04@gmail.com>

# Masimo Personal Health

ORDER #24735

## Thank you for your purchase!

Hi B, we're getting your order ready to be shipped. We will notify you when it has been sent.



| View your order | or Visit our store |
|---|---|

## Order summary

| | Personal Safetynet Service Membership × 1 | |
|---|---|---|
| | Basic: Monthly membership subscription to access in app insights, data sharing, and more. | $7.99 |

 Masimo W1™ - Advanced Health Tracking Watch × 1    $499.00

| | |
|---|---|
| Subtotal | **$506.99** |
| Shipping | **$0.00** |
| Taxes | **$44.99** |

| | |
|---|---|
| Total | **$551.98 USD** |

## Customer information

Shipping address
B Luehrs
776 6th Avenue
Apartment 38F
New York NY 10001
United States

Billing address
B Luehrs
776 6th Avenue
Apartment 38F
New York NY 10001
United States

Shipping method
Free 3-day shipping except for Alaska
and Hawaii

Payment method
    Payment method

If you have any questions, reply to this email or contact us at customercare@masimo.com

# EXHIBIT 3

| | |
|---|---|
| **From:** | Benjamin Luehrs |
| **To:** | Benjamin Luehrs |
| **Subject:** | [Ext] Fwd: A shipment from order #24735 is on the way |
| **Date:** | Friday, March 3, 2023 9:52:23 AM |

**\*\*EXTERNAL EMAIL\*\*** This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.



---------- Forwarded message ---------
From: **Masimo Personal Health** <customercare@masimo.com>
Date: Mon, Feb 27, 2023 at 4:54 PM
Subject: A shipment from order #24735 is on the way
To: <benjaminluehrs04@gmail.com>

# Masimo Personal Health

ORDER #24735

## One item in your order is on the way

One item in your order is on the way. Track your shipment to see the delivery status.

**View your order**  or Visit our store

FedEx tracking number: 395117521650

## Items in this shipment

 Masimo W1™ - Advanced Health Tracking Watch × 1

If you have any questions, reply to this email or contact us at customercare@masimo.com

# EXHIBIT 4

4:07   5G

🔒 fedex.com

 **FedEx** ®   Sign Up or Log In      ☰

## TRACKING ID

395117521650   

**FROM**

Lake Forest, CA US

*Label Created*

2/27/2023 1:54 PM

**PACKAGE RECEIVED BY FEDEX**

IRVINE, CA

2/27/2023 3:41 PM

**IN TRANSIT**

NEW YORK, NY

2/28/2023 8:37 AM

**OUT FOR DELIVERY**

NEW YORK, NY

2/28/2023 9:10 AM

 **DELIVERED**

NEW YORK, NY US

*Delivered*

2/28/2023 at 12:41 PM

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**   **SUBMIT**

# EXHIBIT 5



# EXHIBIT 6



# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10

