IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                          Plaintiff,<br><br>     v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                          Defendants. | Civil Action No. 22-1377 (MN) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2023, copies of Defendants Masimo Corporation and Sound United, LLC's Responses and Objections to Apple's Second Set of Interrogatories (2-4) and Defendants Masimo Corporation and Sound United, LLC's Responses and Objections to Apple's First Set of Requests for Production of Documents (1-27) were caused to be served on the following as indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein

Desmarais LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com

Peter C. Magic
Desmarais LLP
101 California Street
San Francisco, CA 94111
pmagic@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com


Dated: March 17, 2023               PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                    */s/ John C. Phillips, Jr.*
                                    John C. Phillips, Jr. (#110)
                                    Megan C. Haney (#5016)
                                    1200 North Broom Street
                                    Wilmington, DE 19806
                                    (302) 655-4200
                                    jcp@pmhdelaw.com
                                    mch@pmhdelaw.com

                                    *Attorneys for Defendants*