**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | |
| Plaintiff, | |
| v. | Civil Action No. 22-1377-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | |
| Defendants. | |
| APPLE INC., | |
| Plaintiff, | |
| v. | Civil Action No. 22-1378-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | |
| Defendants. | |

**DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S
REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendants Masimo Corporation and Sound United, LLC

respectfully request oral argument on their Motions to Consolidate in this case, Case No.22-1377-

MN-JLH, and in the companion case, Case No. 22-1378-MN-JLH (D.I. 61 and D.I. 47,

respectively).  Briefing is complete on these motions.


March 24, 2023                                              Respectfully submitted,


*Of Counsel:*                                              By: */s/ John C. Phillips, Jr.*
                                                              John C. Phillips, Jr. (No. 110)
                                                              Megan C. Haney (No. 5016)
Joseph R. Re                                                  PHILLIPS MCLAUGHLIN & HALL, P.A.
Stephen C. Jensen                                            1200 North Broom Street
Stephen W. Larson                                            Wilmington, DE 19806
Benjamin A. Katzenellenbogen                                 (302) 655-4200 Telephone
Jared C. Bunker                                              (302) 655-4210 Fax
Knobbe, Martens, Olson & Bear, LLP

-1-

2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com
steve.jensen@knobbe.com
stephen.larson@knobbe.com
ben.katzenellenbogen@knobbe.com
jared.bunker@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

jcp@pmhdelaw.com
mch@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*