# EXHIBIT 1

An official website of the United States government   Here's how you know

[Back to home]

Pay maintenance fees    Order certified copies    Download    Print

## 29/684,822 | 3607.2060003(P38133USC3): ELECTRONIC DEVICE

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 29/684,822 | 7344 | 3607.2060003(P38133USC3) | D883,279 ↗ Issued - 05/05/2020 | 03/25/2019 | Patented Case 04/15/2020 |

## Address & Attorney/Agent Information

### Power of attorney

**63975 - STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

| | |
|---|---|
| STERNE, ROBERT (202) 772-8555 | 28912 |
| GOLDSTEIN, JORGE (202) 371-2600 | 29021 |
| DURKIN, TRACY-GENE (202) 371-2600 | 32831 |
| CIMBALA, MICHELE (202) 371-2600 | 33851 |
| FEATHERSTONE, DONALD (202) 371-2600 | 33876 |
| RAY, MICHAEL (202) 371-2600 | 33997 |
| MILLONIG, ROBERT (202) 371-2600 | 34395 |
| LEE, MICHAEL (202) 772-8674 | 35239 |
| SOKOHL, ROBERT (202) 371-2600 | 36013 |
| HEMINGER, SUSAN (408) 862-5906 | 36449 |
| STEFFE, ERIC (202) 371-8625 | 36688 |
| COVERT, JOHN | 38759 |

### Correspondence address

**63975 - STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

| | |
|---|---|
| STERNE, ROBERT (202) 772-8555 | 28912 |
| GOLDSTEIN, JORGE (202) 371-2600 | 29021 |
| DURKIN, TRACY-GENE (202) 371-2600 | 32831 |
| CIMBALA, MICHELE (202) 371-2600 | 33851 |
| FEATHERSTONE, DONALD (202) 371-2600 | 33876 |
| RAY, MICHAEL (202) 371-2600 | 33997 |
| MILLONIG, ROBERT (202) 371-2600 | 34395 |
| LEE, MICHAEL (202) 772-8674 | 35239 |
| SOKOHL, ROBERT (202) 371-2600 | 36013 |
| HEMINGER, SUSAN (408) 862-5906 | 36449 |
| STEFFE, ERIC (202) 371-8625 | 36688 |
| COVERT, JOHN | 38759 |

| | | | | |
|---|---|---|---|---|
| (202) 371-2600 | | (202) 371-2600 | | |
| ELLISON, ELDORA (202) 772-8508 | 39967 | ELLISON, ELDORA (202) 772-8508 | 39967 | |
| SHEA, TIMOTHY (202) 371-2600 | 41306 | SHEA, TIMOTHY (202) 371-2600 | 41306 | |
| BANOWIT, DONALD (202) 371-2600 | 42289 | BANOWIT, DONALD (202) 371-2600 | 42289 | |
| EISENBERG, JASON (202) 371-2600 | 43447 | EISENBERG, JASON (202) 371-2600 | 43447 | |
| **MYERS, JEFFREY (408) 974-0110** | **44252** | MYERS, JEFFREY (408) 974-0110 | 44252 | |
| HELVEY, JEFFREY (202) 772-8675 | 44757 | HELVEY, JEFFREY (202) 772-8675 | 44757 | |
| HOELLWARTH, QUIN (208) 922-3571 | 45738 | HOELLWARTH, QUIN (208) 922-3571 | 45738 | |
| RYGIEL, MARK (202) 371-2600 | 45871 | RYGIEL, MARK (202) 371-2600 | 45871 | |
| JACKMAN, PETER (202) 371-2600 | 45986 | JACKMAN, PETER (202) 371-2600 | 45986 | |
| LONGSWORTH, GABY (202) 371-2600 | 47756 | LONGSWORTH, GABY (202) 371-2600 | 47756 | |
| WOHLD, RICHARD (408) 974-8738 | 48018 | WOHLD, RICHARD (408) 974-8738 | 48018 | |
| BLOCK, LETICIA (408) 974-5875 | 50167 | BLOCK, LETICIA (408) 974-5875 | 50167 | |
| WRIGHT, JON (202) 371-2600 | 50720 | WRIGHT, JON (202) 371-2600 | 50720 | |
| CHANG, CHI-HSIN (408) 862-3597 | 52717 | CHANG, CHI-HSIN (408) 862-3597 | 52717 | |
| HARTOUNIAN, ARLEN (408) 783-1802 | 52997 | HARTOUNIAN, ARLEN (408) 783-1802 | 52997 | |
| YONAN, DANIEL (202) 371-2600 | 53812 | YONAN, DANIEL (202) 371-2600 | 53812 | |
| FAN, JASON 4 (078) 41-2343 | 54092 | FAN, JASON 4 (078) 41-2343 | 54092 | |
| HOLOUBEK, MICHELLE (202) 772-8855 | 54179 | HOLOUBEK, MICHELLE (202) 772-8855 | 54179 | |
| SPECHT, MICHAEL (202) 371-2600 | 54463 | SPECHT, MICHAEL (202) 371-2600 | 54463 | |
| GADKARI, SANJAY (408) 862-9599 | 55796 | GADKARI, SANJAY (408) 862-9599 | 55796 | |

| Name | ID | Name | ID |
|---|---|---|---|
| HICKS, ROSS (202) 371-2600 | 56374 | HICKS, ROSS (202) 371-2600 | 56374 |
| KINDER, DARRELL (408) 974-6473 | 57460 | KINDER, DARRELL (408) 974-6473 | 57460 |
| CALVO, PAUL (202) 772-8846 | 57913 | CALVO, PAUL (202) 772-8846 | 57913 |
| KELLY, KRISTINA (202) 776-5284 | 58164 | KELLY, KRISTINA (202) 776-5284 | 58164 |
| GILLENTINE, MARSHA (202) 772-8692 | 58403 | GILLENTINE, MARSHA (202) 772-8692 | 58403 |
| SHAH, ALI (408) 862-4362 | 58803 | SHAH, ALI (408) 862-4362 | 58803 |
| BODENSTEIN, MATTHEW (202) 772-8787 | 58885 | BODENSTEIN, MATTHEW (202) 772-8787 | 58885 |
| PETRO, ANTHONY (512) 657-0440 | 59391 | PETRO, ANTHONY (512) 657-0440 | 59391 |
| REESLUND, MARCUS (650) 813-5676 | 59394 | REESLUND, MARCUS (650) 813-5676 | 59394 |
| CONKLIN, KYLE (202) 371-2600 | 59425 | CONKLIN, KYLE (202) 371-2600 | 59425 |
| LU, LAWRENCE (408) 783-4880 | 60372 | LU, LAWRENCE (408) 783-4880 | 60372 |
| COLLER, RICHARD (202) 772-8764 | 60390 | COLLER, RICHARD (202) 772-8764 | 60390 |
| VIRA, CHANDRIKA (202) 772-8672 | 60607 | VIRA, CHANDRIKA (202) 772-8672 | 60607 |
| BEZOS, SALVADOR (202) 772-8533 | 60889 | BEZOS, SALVADOR (202) 772-8533 | 60889 |
| HOLMAN, DAVID (202) 371-2600 | 61205 | HOLMAN, DAVID (202) 371-2600 | 61205 |
| TUMINARO, JONATHAN (202) 371-2600 | 61327 | TUMINARO, JONATHAN (202) 371-2600 | 61327 |
| TCHAKERIAN, SHANT (760) 814-1738 | 61825 | TCHAKERIAN, SHANT (760) 814-1738 | 61825 |
| VARUGHESE, DENNIES (202) 772-8805 | 61868 | VARUGHESE, DENNIES (202) 772-8805 | 61868 |
| PILLING, CAMERON (206) 359-8000 | 62085 | PILLING, CAMERON (206) 359-8000 | 62085 |
| STERLING, DEBORAH (202) 772-8501 | 62732 | STERLING, DEBORAH (202) 772-8501 | 62732 |

| | | | | |
|---|---|---|---|---|
| WU, JIA (858) 651-4207 | 63128 | WU, JIA (858) 651-4207 | 63128 | |
| MUTSCHELKNAUS, JOSEPH (202) 371-2600 | 63285 | MUTSCHELKNAUS, JOSEPH (202) 371-2600 | 63285 | |
| POWERS, RALPH (202) 772-8876 | 63504 | POWERS, RALPH (202) 772-8876 | 63504 | |
| WACTER, BRIAN (669) 227-3892 | 63851 | WACTER, BRIAN (669) 227-3892 | 63851 | |
| PHERO, GRAHAM (202) 642-3596 | 64228 | PHERO, GRAHAM (202) 642-3596 | 64228 | |
| GAJEWSKI, DANIEL (202) 772-8774 | 64515 | GAJEWSKI, DANIEL (202) 772-8774 | 64515 | |
| LAROCK, ADAM (212) 218-2507 | 64681 | LAROCK, ADAM (212) 218-2507 | 64681 | |
| GROSS, MICHAEL (202) 772-8762 | 64974 | GROSS, MICHAEL (202) 772-8762 | 64974 | |
| CAMARCE, CHRISTIAN (202) 772-8895 | 65021 | CAMARCE, CHRISTIAN (202) 772-8895 | 65021 | |
| PICKARD, BYRON (202) 371-2600 | 65172 | PICKARD, BYRON (202) 371-2600 | 65172 | |
| FITZSIMMONS, JASON (202) 772-8701 | 65367 | FITZSIMMONS, JASON (202) 772-8701 | 65367 | |
| SYDENHAM, RYAN (408) 783-4920 | 65409 | SYDENHAM, RYAN (408) 783-4920 | 65409 | |
| SCHLEH, LAUREN (703) 836-6400 | 65457 | SCHLEH, LAUREN (703) 836-6400 | 65457 | |
| HIMEDA, CHAD (650) 813-5727 | 65486 | HIMEDA, CHAD (650) 813-5727 | 65486 | |
| SRIRAMAN, NIKHIL (312) 316-0357 | 65825 | SRIRAMAN, NIKHIL (312) 316-0357 | 65825 | |
| OLSON, JOSHUA (408) 974-6064 | 65865 | OLSON, JOSHUA (408) 974-6064 | 65865 | |
| DHARIA, ANUJ (512) 318-9651 | 66004 | DHARIA, ANUJ (512) 318-9651 | 66004 | |
| FRUEAUF, JEREMIAH (202) 772-8506 | 66638 | FRUEAUF, JEREMIAH (202) 772-8506 | 66638 | |
| RICHARDSON, RYAN (202) 772-8729 | 67254 | RICHARDSON, RYAN (202) 772-8729 | 67254 | |
| CHIU, EUBORN (925) 389-6681 | 67443 | CHIU, EUBORN (925) 389-6681 | 67443 | |

| | | | | |
|---|---|---|---|---|
| GROSVENOR, STEPHANIE (703) 205-8034 | 67592 | GROSVENOR, STEPHANIE (703) 205-8034 | 67592 | |
| NANNENGA-COMBS, BONNIE (202) 371-2600 | 67836 | NANNENGA-COMBS, BONNIE (202) 371-2600 | 67836 | |
| HSU, MING-YUH (408) 783-2678 | 67936 | HSU, MING-YUH (408) 783-2678 | 67936 | |
| BLOCK, DANIEL (202) 371-2600 | 68395 | BLOCK, DANIEL (202) 371-2600 | 68395 | |
| KIM, JI EUN (202) 371-2600 | 68504 | KIM, JI EUN (202) 371-2600 | 68504 | |
| BEMBEN, RICHARD (202) 371-2600 | 68658 | BEMBEN, RICHARD (202) 371-2600 | 68658 | |
| SHARIFI, AMIRALI (202) 772-8871 | 68887 | SHARIFI, AMIRALI (202) 772-8871 | 68887 | |
| DESAI, NIRAV (202) 371-2600 | 69105 | DESAI, NIRAV (202) 371-2600 | 69105 | |
| WONG-CHAN, KAREN (202) 772-8647 | 69235 | WONG-CHAN, KAREN (202) 772-8647 | 69235 | |
| CHANKONG, DOHM (202) 772-8529 | 70524 | CHANKONG, DOHM (202) 772-8529 | 70524 | |
| HOLTZ, REBEKAH (202) 772-8712 | 71185 | HOLTZ, REBEKAH (202) 772-8712 | 71185 | |
| BERNSEN, ERIC (619) 944-4720 | 71624 | BERNSEN, ERIC (619) 944-4720 | 71624 | |
| KIM, JOSEPHINE (949) 422-1586 | 71909 | KIM, JOSEPHINE (949) 422-1586 | 71909 | |
| DHALIWAL, KIRANJIT (408) 111-1111 | 72274 | DHALIWAL, KIRANJIT (408) 111-1111 | 72274 | |
| KENTON, LESTIN (202) 772-8594 | 72314 | KENTON, LESTIN (202) 772-8594 | 72314 | |
| WANG, YUKE (214) 284-3876 | 72488 | WANG, YUKE (214) 284-3876 | 72488 | |
| HOPFINGER, TODD (202) 772-8696 | 72567 | HOPFINGER, TODD (202) 772-8696 | 72567 | |
| HAARS, DAVID (202) 371-2600 | 73112 | HAARS, DAVID (202) 371-2600 | 73112 | |
| HAMMOND, CHARLES (202) 772-8551 | 73287 | HAMMOND, CHARLES (202) 772-8551 | 73287 | |
| MAO, STEPHEN (650) 326-2400 | 73418 | MAO, STEPHEN (650) 326-2400 | 73418 | |

| Name | ID | Name | ID |
|---|---|---|---|
| PAPPAS, STEVEN (202) 772-8719 | 73904 | PAPPAS, STEVEN (202) 772-8719 | 73904 |
| SOULE, IAN (202) 772-8984 | 74290 | SOULE, IAN (202) 772-8984 | 74290 |
| COVINGTON, ALEXANDER (202) 772-8749 | 74533 | COVINGTON, ALEXANDER (202) 772-8749 | 74533 |
| ESTOESTA, IVY CLARICE (202) 772-8686 | 74612 | ESTOESTA, IVY CLARICE (202) 772-8686 | 74612 |
| MYUNG, HYUNG (858) 207-0359 | 74737 | MYUNG, HYUNG (858) 207-0359 | 74737 |
| DUTTON, TYLER (202) 772-8982 | 75069 | DUTTON, TYLER (202) 772-8982 | 75069 |
| TANG, TIMOTHY (202) 772-8758 | 75187 | TANG, TIMOTHY (202) 772-8758 | 75187 |
| GORGIN, ROOZBEH (202) 772-8667 | 75269 | GORGIN, ROOZBEH (202) 772-8667 | 75269 |
| ZHANG, PEILING (503) 595-5300 | 75402 | ZHANG, PEILING (503) 595-5300 | 75402 |
| ZHANG, ZHICHUN (202) 772-8813 | 77776 | ZHANG, ZHICHUN (202) 772-8813 | 77776 |
| SONG, OSOK (858) 209-5183 | 78183 | SONG, OSOK (858) 209-5183 | 78183 |
| XIONG, WENHAO (202) 772-8615 | 78365 | XIONG, WENHAO (202) 772-8615 | 78365 |
| PARK, YE EUN (202) 772-8502 | 78399 | PARK, YE EUN (202) 772-8502 | 78399 |