# EXHIBIT 2

An official website of the United States government  Here's how you know

Back to home

Pay maintenance fees | Order certified copies | Download | Print

# 29/816,024 | 3607.2060012(P38133USC12): ELECTRONIC DEVICE  `PUBLIC VIEW`

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 29/816,024 | 1844 | 3607.2060012(P38133USC12) | D947,842 ⧉ Issued - 04/05/2022 | 11/18/2021 | Patented Case 03/16/2022 |

## Address & Attorney/Agent Information

### Power of attorney

**63975 - STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

| | |
|---|---|
| STERNE, ROBERT (202) 772-8555 | 28912 |
| GOLDSTEIN, JORGE (202) 371-2600 | 29021 |
| DURKIN, TRACY-GENE (202) 371-2600 | 32831 |
| CIMBALA, MICHELE (202) 371-2600 | 33851 |
| FEATHERSTONE, DONALD (202) 371-2600 | 33876 |
| RAY, MICHAEL (202) 371-2600 | 33997 |
| MILLONIG, ROBERT (202) 371-2600 | 34395 |
| LEE, MICHAEL (202) 772-8674 | 35239 |
| SOKOHL, ROBERT (202) 371-2600 | 36013 |
| HEMINGER, SUSAN (408) 862-5906 | 36449 |
| STEFFE, ERIC (202) 371-8625 | 36688 |
| COVERT, JOHN | 38759 |

### Correspondence address

**63975 - STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

| | |
|---|---|
| STERNE, ROBERT (202) 772-8555 | 28912 |
| GOLDSTEIN, JORGE (202) 371-2600 | 29021 |
| DURKIN, TRACY-GENE (202) 371-2600 | 32831 |
| CIMBALA, MICHELE (202) 371-2600 | 33851 |
| FEATHERSTONE, DONALD (202) 371-2600 | 33876 |
| RAY, MICHAEL (202) 371-2600 | 33997 |
| MILLONIG, ROBERT (202) 371-2600 | 34395 |
| LEE, MICHAEL (202) 772-8674 | 35239 |
| SOKOHL, ROBERT (202) 371-2600 | 36013 |
| HEMINGER, SUSAN (408) 862-5906 | 36449 |
| STEFFE, ERIC (202) 371-8625 | 36688 |
| COVERT, JOHN | 38759 |

| | | | | |
|---|---|---|---|---|
| (202) 371-2600 | | (202) 371-2600 | |
| ELLISON, ELDORA (202) 772-8508 | 39967 | ELLISON, ELDORA (202) 772-8508 | 39967 |
| SHEA, TIMOTHY (202) 371-2600 | 41306 | SHEA, TIMOTHY (202) 371-2600 | 41306 |
| BANOWIT, DONALD (202) 371-2600 | 42289 | BANOWIT, DONALD (202) 371-2600 | 42289 |
| EISENBERG, JASON (202) 371-2600 | 43447 | EISENBERG, JASON (202) 371-2600 | 43447 |
| **MYERS, JEFFREY (408) 974-0110** | **44252** | MYERS, JEFFREY (408) 974-0110 | 44252 |
| HELVEY, JEFFREY (202) 772-8675 | 44757 | HELVEY, JEFFREY (202) 772-8675 | 44757 |
| HOELLWARTH, QUIN (208) 922-3571 | 45738 | HOELLWARTH, QUIN (208) 922-3571 | 45738 |
| RYGIEL, MARK (202) 371-2600 | 45871 | RYGIEL, MARK (202) 371-2600 | 45871 |
| JACKMAN, PETER (202) 371-2600 | 45986 | JACKMAN, PETER (202) 371-2600 | 45986 |
| LONGSWORTH, GABY (202) 371-2600 | 47756 | LONGSWORTH, GABY (202) 371-2600 | 47756 |
| WOHLD, RICHARD (408) 974-8738 | 48018 | WOHLD, RICHARD (408) 974-8738 | 48018 |
| BLOCK, LETICIA (408) 974-5875 | 50167 | BLOCK, LETICIA (408) 974-5875 | 50167 |
| WRIGHT, JON (202) 371-2600 | 50720 | WRIGHT, JON (202) 371-2600 | 50720 |
| CHANG, CHI-HSIN (408) 862-3597 | 52717 | CHANG, CHI-HSIN (408) 862-3597 | 52717 |
| HARTOUNIAN, ARLEN (408) 783-1802 | 52997 | HARTOUNIAN, ARLEN (408) 783-1802 | 52997 |
| YONAN, DANIEL (202) 371-2600 | 53812 | YONAN, DANIEL (202) 371-2600 | 53812 |
| FAN, JASON 4 (078) 41-2343 | 54092 | FAN, JASON 4 (078) 41-2343 | 54092 |
| HOLOUBEK, MICHELLE (202) 772-8855 | 54179 | HOLOUBEK, MICHELLE (202) 772-8855 | 54179 |
| SPECHT, MICHAEL (202) 371-2600 | 54463 | SPECHT, MICHAEL (202) 371-2600 | 54463 |
| GADKARI, SANJAY (408) 862-9599 | 55796 | GADKARI, SANJAY (408) 862-9599 | 55796 |

| | | | | |
|---|---|---|---|---|
| HICKS, ROSS<br>(202) 371-2600 | 56374 | HICKS, ROSS<br>(202) 371-2600 | 56374 | |
| KINDER, DARRELL<br>(408) 974-6473 | 57460 | KINDER, DARRELL<br>(408) 974-6473 | 57460 | |
| CALVO, PAUL<br>(202) 772-8846 | 57913 | CALVO, PAUL<br>(202) 772-8846 | 57913 | |
| KELLY, KRISTINA<br>(202) 776-5284 | 58164 | KELLY, KRISTINA<br>(202) 776-5284 | 58164 | |
| GILLENTINE, MARSHA<br>(202) 772-8692 | 58403 | GILLENTINE, MARSHA<br>(202) 772-8692 | 58403 | |
| SHAH, ALI<br>(408) 862-4362 | 58803 | SHAH, ALI<br>(408) 862-4362 | 58803 | |
| BODENSTEIN, MATTHEW<br>(202) 772-8787 | 58885 | BODENSTEIN, MATTHEW<br>(202) 772-8787 | 58885 | |
| PETRO, ANTHONY<br>(512) 657-0440 | 59391 | PETRO, ANTHONY<br>(512) 657-0440 | 59391 | |
| REESLUND, MARCUS<br>(650) 813-5676 | 59394 | REESLUND, MARCUS<br>(650) 813-5676 | 59394 | |
| CONKLIN, KYLE<br>(202) 371-2600 | 59425 | CONKLIN, KYLE<br>(202) 371-2600 | 59425 | |
| LU, LAWRENCE<br>(408) 783-4880 | 60372 | LU, LAWRENCE<br>(408) 783-4880 | 60372 | |
| COLLER, RICHARD<br>(202) 772-8764 | 60390 | COLLER, RICHARD<br>(202) 772-8764 | 60390 | |
| VIRA, CHANDRIKA<br>(202) 772-8672 | 60607 | VIRA, CHANDRIKA<br>(202) 772-8672 | 60607 | |
| BEZOS, SALVADOR<br>(202) 772-8533 | 60889 | BEZOS, SALVADOR<br>(202) 772-8533 | 60889 | |
| HOLMAN, DAVID<br>(202) 371-2600 | 61205 | HOLMAN, DAVID<br>(202) 371-2600 | 61205 | |
| TUMINARO, JONATHAN<br>(202) 371-2600 | 61327 | TUMINARO, JONATHAN<br>(202) 371-2600 | 61327 | |
| TCHAKERIAN, SHANT<br>(760) 814-1738 | 61825 | TCHAKERIAN, SHANT<br>(760) 814-1738 | 61825 | |
| VARUGHESE, DENNIES<br>(202) 772-8805 | 61868 | VARUGHESE, DENNIES<br>(202) 772-8805 | 61868 | |
| PILLING, CAMERON<br>(206) 359-8000 | 62085 | PILLING, CAMERON<br>(206) 359-8000 | 62085 | |
| STERLING, DEBORAH<br>(202) 772-8501 | 62732 | STERLING, DEBORAH<br>(202) 772-8501 | 62732 | |

| Name | ID | Name | ID |
|---|---|---|---|
| WU, JIA<br>(858) 651-4207 | 63128 | WU, JIA<br>(858) 651-4207 | 63128 |
| MUTSCHELKNAUS, JOSEPH<br>(202) 371-2600 | 63285 | MUTSCHELKNAUS, JOSEPH<br>(202) 371-2600 | 63285 |
| POWERS, RALPH<br>(202) 772-8876 | 63504 | POWERS, RALPH<br>(202) 772-8876 | 63504 |
| WACTER, BRIAN<br>(669) 227-3892 | 63851 | WACTER, BRIAN<br>(669) 227-3892 | 63851 |
| PHERO, GRAHAM<br>(202) 642-3596 | 64228 | PHERO, GRAHAM<br>(202) 642-3596 | 64228 |
| GAJEWSKI, DANIEL<br>(202) 772-8774 | 64515 | GAJEWSKI, DANIEL<br>(202) 772-8774 | 64515 |
| LAROCK, ADAM<br>(212) 218-2507 | 64681 | LAROCK, ADAM<br>(212) 218-2507 | 64681 |
| GROSS, MICHAEL<br>(202) 772-8762 | 64974 | GROSS, MICHAEL<br>(202) 772-8762 | 64974 |
| CAMARCE, CHRISTIAN<br>(202) 772-8895 | 65021 | CAMARCE, CHRISTIAN<br>(202) 772-8895 | 65021 |
| PICKARD, BYRON<br>(202) 371-2600 | 65172 | PICKARD, BYRON<br>(202) 371-2600 | 65172 |
| FITZSIMMONS, JASON<br>(202) 772-8701 | 65367 | FITZSIMMONS, JASON<br>(202) 772-8701 | 65367 |
| SYDENHAM, RYAN<br>(408) 783-4920 | 65409 | SYDENHAM, RYAN<br>(408) 783-4920 | 65409 |
| SCHLEH, LAUREN<br>(703) 836-6400 | 65457 | SCHLEH, LAUREN<br>(703) 836-6400 | 65457 |
| HIMEDA, CHAD<br>(650) 813-5727 | 65486 | HIMEDA, CHAD<br>(650) 813-5727 | 65486 |
| SRIRAMAN, NIKHIL<br>(312) 316-0357 | 65825 | SRIRAMAN, NIKHIL<br>(312) 316-0357 | 65825 |
| OLSON, JOSHUA<br>(408) 974-6064 | 65865 | OLSON, JOSHUA<br>(408) 974-6064 | 65865 |
| DHARIA, ANUJ<br>(512) 318-9651 | 66004 | DHARIA, ANUJ<br>(512) 318-9651 | 66004 |
| FRUEAUF, JEREMIAH<br>(202) 772-8506 | 66638 | FRUEAUF, JEREMIAH<br>(202) 772-8506 | 66638 |
| RICHARDSON, RYAN<br>(202) 772-8729 | 67254 | RICHARDSON, RYAN<br>(202) 772-8729 | 67254 |
| CHIU, EUBORN<br>(925) 389-6681 | 67443 | CHIU, EUBORN<br>(925) 389-6681 | 67443 |

| | | | | |
|---|---|---|---|---|
| GROSVENOR, STEPHANIE (703) 205-8034 | 67592 | GROSVENOR, STEPHANIE (703) 205-8034 | 67592 | |
| NANNENGA-COMBS, BONNIE (202) 371-2600 | 67836 | NANNENGA-COMBS, BONNIE (202) 371-2600 | 67836 | |
| HSU, MING-YUH (408) 783-2678 | 67936 | HSU, MING-YUH (408) 783-2678 | 67936 | |
| BLOCK, DANIEL (202) 371-2600 | 68395 | BLOCK, DANIEL (202) 371-2600 | 68395 | |
| KIM, JI EUN (202) 371-2600 | 68504 | KIM, JI EUN (202) 371-2600 | 68504 | |
| BEMBEN, RICHARD (202) 371-2600 | 68658 | BEMBEN, RICHARD (202) 371-2600 | 68658 | |
| SHARIFI, AMIRALI (202) 772-8871 | 68887 | SHARIFI, AMIRALI (202) 772-8871 | 68887 | |
| DESAI, NIRAV (202) 371-2600 | 69105 | DESAI, NIRAV (202) 371-2600 | 69105 | |
| WONG-CHAN, KAREN (202) 772-8647 | 69235 | WONG-CHAN, KAREN (202) 772-8647 | 69235 | |
| CHANKONG, DOHM (202) 772-8529 | 70524 | CHANKONG, DOHM (202) 772-8529 | 70524 | |
| HOLTZ, REBEKAH (202) 772-8712 | 71185 | HOLTZ, REBEKAH (202) 772-8712 | 71185 | |
| BERNSEN, ERIC (619) 944-4720 | 71624 | BERNSEN, ERIC (619) 944-4720 | 71624 | |
| KIM, JOSEPHINE (949) 422-1586 | 71909 | KIM, JOSEPHINE (949) 422-1586 | 71909 | |
| DHALIWAL, KIRANJIT (408) 111-1111 | 72274 | DHALIWAL, KIRANJIT (408) 111-1111 | 72274 | |
| KENTON, LESTIN (202) 772-8594 | 72314 | KENTON, LESTIN (202) 772-8594 | 72314 | |
| WANG, YUKE (214) 284-3876 | 72488 | WANG, YUKE (214) 284-3876 | 72488 | |
| HOPFINGER, TODD (202) 772-8696 | 72567 | HOPFINGER, TODD (202) 772-8696 | 72567 | |
| HAARS, DAVID (202) 371-2600 | 73112 | HAARS, DAVID (202) 371-2600 | 73112 | |
| HAMMOND, CHARLES (202) 772-8551 | 73287 | HAMMOND, CHARLES (202) 772-8551 | 73287 | |
| MAO, STEPHEN (650) 326-2400 | 73418 | MAO, STEPHEN (650) 326-2400 | 73418 | |

| | | | | |
|---|---|---|---|---|
| PAPPAS, STEVEN (202) 772-8719 | 73904 | PAPPAS, STEVEN (202) 772-8719 | 73904 | |
| SOULE, IAN (202) 772-8984 | 74290 | SOULE, IAN (202) 772-8984 | 74290 | |
| COVINGTON, ALEXANDER (202) 772-8749 | 74533 | COVINGTON, ALEXANDER (202) 772-8749 | 74533 | |
| ESTOESTA, IVY CLARICE (202) 772-8686 | 74612 | ESTOESTA, IVY CLARICE (202) 772-8686 | 74612 | |
| MYUNG, HYUNG (858) 207-0359 | 74737 | MYUNG, HYUNG (858) 207-0359 | 74737 | |
| DUTTON, TYLER (202) 772-8982 | 75069 | DUTTON, TYLER (202) 772-8982 | 75069 | |
| TANG, TIMOTHY (202) 772-8758 | 75187 | TANG, TIMOTHY (202) 772-8758 | 75187 | |
| GORGIN, ROOZBEH (202) 772-8667 | 75269 | GORGIN, ROOZBEH (202) 772-8667 | 75269 | |
| ZHANG, PEILING (503) 595-5300 | 75402 | ZHANG, PEILING (503) 595-5300 | 75402 | |
| ZHANG, ZHICHUN (202) 772-8813 | 77776 | ZHANG, ZHICHUN (202) 772-8813 | 77776 | |
| SONG, OSOK (858) 209-5183 | 78183 | SONG, OSOK (858) 209-5183 | 78183 | |
| XIONG, WENHAO (202) 772-8615 | 78365 | XIONG, WENHAO (202) 772-8615 | 78365 | |
| PARK, YE EUN (202) 772-8502 | 78399 | PARK, YE EUN (202) 772-8502 | 78399 | |