## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1377-MN-JLH |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Apple Inc. respectfully requests oral argument on Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion to Dismiss Masimo Corporation's Inequitable Conduct Counterclaim and Strike Its Affirmative Defense (D.I. 54).  Briefing is complete on this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jordan N. Malz | Andrew L. Brown (#6766) |
| Cosmin Maier | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE 19801 |
| 230 Park Avenue | Tel: (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: April 25, 2023
10772757 / 12209.00051