IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>       Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>       Defendants. | Civil Action No. 22-1377-MN-JLH |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Douglas B. Wentzel to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated: April 28, 2023      PHILLIPS, MCLAUGHLIN & HALL, P.A.

                */s/ Megan C. Haney*
                John C. Phillips, Jr. (#110)
                Megan C. Haney (#5016)
                1200 North Broom Street
                Wilmington, DE 19806
                (302) 655-4200
                jcp@pmhdelaw.com
                mch@pmhdelaw.com

                *Attorneys for Defendants*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                The Honorable Jennifer L. Hall
                United States Magistrate Judge