## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's office upon the filing of this motion.

Dated: March 30, 2023

                                                    */s/ Douglas Wentzel*
                                                    Douglas B. Wentzel
                                                    KNOBBE MARTENS OLSON & BEAR LLP
                                                    2040 Main St., 14th Floor
                                                    Irvine, CA 92614
                                                    Phone: (949) 760-0404
                                                    Douglas.Wentzel@knobbe.com