# APPENDIX A

**IPR Matters and Federal Circuit Appeals Relating To Patents Asserted In *Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc.*, C.A. No. 8:20-00048-JVS-JDE (CDCA)**

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Apple Inc. v. Masimo Corporation, IPR2020-01520 (PTAB) | 8/31/2020 | 10258265 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01524 (PTAB) | 8/31/2020 | 10433776 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01526 (PTAB) | 8/31/2020 | 6771994 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01537 (PTAB) | 8/31/2020 | 10588553 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01536 (PTAB) | 8/31/2020 | 10588553 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01521 (PTAB) | 9/2/2020 | 10292628 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01538 (PTAB) | 9/2/2020 | 10588554 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01539 (PTAB) | 9/2/2020 | 10588554 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01523 (PTAB) | 9/9/2020 | 8457703 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01713 (PTAB) | 9/30/2020 | 10624564 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01714 (PTAB) | 9/30/2020 | 10631765 | Appealed to CAFC | *See* associated appeal below |

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Apple Inc. v. Masimo Corporation, IPR2020-01715 (PTAB) | 9/30/2020 | 10631765 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01716 (PTAB) | 9/30/2020 | 10702194 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01733 (PTAB) | 9/30/2020 | 10702195 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01737 (PTAB) | 9/30/2020 | 10709366 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01722 (PTAB) | 10/2/2020 | 10470695 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2020-01723 (PTAB) | 10/2/2020 | 10470695 | Institution Denied 7/21/2021 | 7/21/2021 |
| Apple Inc. v. Masimo Corporation, IPR2021-00208 (PTAB) | 11/20/2020 | 10258266 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2021-00193 (PTAB) | 11/20/2020 | 10299708 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2021-00195 (PTAB) | 11/20/2020 | 10376190 | Appealed to CAFC | *See* associated appeal below |
| Apple Inc. v. Masimo Corporation, IPR2021-00209 (PTAB) | 11/20/2020 | 10376191 | Appealed to CAFC | *See* associated appeal below |
| Masimo Corporation v. Apple Inc., 22-1631 (CAFC) (Appeal from IPR2020-01520) | 4/13/2022 | 10258265 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1632 (CAFC) (Appeal from IPR2020-01521) | 4/13/2022 | 10292628 | Pending | 10/13/2023 |

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Masimo Corporation v. Apple Inc., 22-1633 (CAFC) (Appeal from IPR2020-01714) | 4/13/2022 | 10631765 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1634 (CAFC) (Appeal from IPR2020-01715) | 4/13/2022 | 10631765 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1635 (CAFC) (Appeal from IPR2020-01536) | 4/13/2022 | 10588553 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1636 (CAFC) (Appeal from IPR2020-01537) | 4/13/2022 | 10588553 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1637 (CAFC) (Appeal from IPR2020-01538) | 4/13/2022 | 10588554 | Pending | 10/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1638 (CAFC) (Appeal from IPR2020-01539) | 4/13/2022 | 10588554 | Pending | 10/13/2023 |
| Apple Inc. v. Masimo Corporation, 22-1890 (CAFC) (Appeal from IPR2020-01523) | 6/10/2022 | 8457703 | Pending | 12/10/2023 |
| Apple Inc. v. Masimo Corporation, 22-1891 (CAFC) (Appeal from IPR2020-01524) | 6/10/2022 | 10433776 | Pending | 12/10/2023 |
| Masimo Corporation v. Apple Inc., 22-1894 (CAFC) (Appeal from IPR2020-01526) | 6/13/2022 | 6771994 | Pending | 12/13/2023 |
| Masimo Corporation v. Apple Inc., 22-1895 (CAFC) (Appeal from IPR2020-01722) | 6/13/2022 | 10470695 | Pending | 12/13/2023 |

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Masimo Corporation v. Apple Inc., 22-1972 (CAFC) (Appeal from IPR2020-01713) | 6/30/2022 | 10624564 | Pending | 12/30/2023 |
| Masimo Corporation v. Apple Inc., 22-1973 (CAFC) (Appeal from IPR2020-01716) | 6/30/2022 | 10702194 | Pending | 12/30/2023 |
| Masimo Corporation v. Apple Inc., 22-1975 (CAFC) (Appeal from IPR2020-01733) | 6/30/2022 | 10702195 | Pending | 12/30/2023 |
| Masimo Corporation v. Apple Inc., 22-1976 (CAFC) (Appeal from IPR2020-01737) | 6/30/2022 | 10709366 | Pending | 12/30/2023 |
| Masimo Corporation v. Apple Inc., 22-2069 (CAFC) (Appeal from IPR2021-00193) | 7/29/2022 | 10299708 | Pending | 1/29/2024 |
| Masimo Corporation v. Apple Inc., 22-2070 (CAFC) (Appeal from IPR2021-00195) | 7/29/2022 | 10376190 | Pending | 1/29/2024 |
| Masimo Corporation v. Apple Inc., 22-2071 (CAFC) (Appeal from IPR2021-00208) | 7/29/2022 | 10258266 | Pending | 1/29/2024 |
| Masimo Corporation v. Apple Inc., 22-2072 (CAFC) (Appeal from IPR2021-00209) | 7/29/2022 | 10376191 | Pending | 1/29/2024 |

**IPR Matters Relating To Patents Asserted In *Apple Inc. v. Masimo Corporation, et al.*,**

**C.A. No. 22-1378-MN-JLH (D. Del.)**

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Apple Inc. v. Masimo Corporation, IPR2022-01271 (PTAB) | 7/15/2022 | 10912501 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01272 (PTAB) | 7/15/2022 | 10912501 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01273 (PTAB) | 7/15/2022 | 10912502 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01274 (PTAB) | 7/15/2022 | 10912502 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01275 (PTAB) | 7/15/2022 | 10945648 | Institution Denied 3/1/2023 | 3/1/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01276 (PTAB) | 7/15/2022 | 10945648 | Institution Denied 3/1/2023 | 3/1/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01299 (PTAB) | 7/22/2022 | 7761127 | Instituted + Pending | 2/1/2024 (If no appeal) 8/1/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01291 (PTAB) | 7/22/2022 | 10687745 | Instituted + Pending | 2/1/2024 (If no appeal) 8/1/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01292 (PTAB) | 7/22/2022 | 10687745 | Institution Denied 3/7/2023 | 3/7/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01300 (PTAB) | 7/22/2022 | 7761127 | Institution Denied 3/27/2023 | 3/27/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01465 (PTAB) | 8/26/2022 | 10687745 | Instituted + Pending | 2/6/2024 (If no appeal) 8/6/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01466 (PTAB) | 8/26/2022 | 10687745 | Institution Denied 4/6/2023 | 4/6/2023 |

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Masimo Corporation v. Apple Inc., IPR2023-00635 (PTAB) | 2/27/2023 | 10987054 | IPR Petition Filed | 8/27/2023 (If no institution) 8/27/2024 (If institution, but no appeal) 2/27/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00634 (PTAB) | 2/27/2023 | 10627783 | IPR Petition Filed | 8/27/2023 (If no institution) 8/27/2024 (If institution, but no appeal) 2/27/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00664 (PTAB) | 3/6/2023 | 11106352 | IPR Petition Filed | 9/6/2023 (If no institution) 9/6/2024 (If institution, but no appeal) 3/6/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00734 (PTAB) | 3/20/2023 | 10942491 | IPR Petition Filed | 9/20/2023 (If no institution) 9/20/2024 (If institution, but no appeal) 3/20/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00745 (PTAB) | 3/22/2023 | 10076257 | IPR Petition Filed | 9/22/2023 (If no institution) 9/22/2024 (If institution, but no appeal) 3/22/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00807 (PTAB) | 4/4/2023 | 11474483 | IPR Petition Filed | 10/4/2023 (If no institution) 10/4/2024 (If institution, but no appeal) 4/4/2026 (If institution and appeal) |

**IPR Matters Relating To Patents Asserted In *Apple Inc. v. Masimo Corporation, et al.,***

**C.A. No. 22-1377-MN-JLH (D. Del.)**

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Masimo Corporation v. Apple Inc., IPR2023-00702 (PTAB) | 3/9/2023 | D947842 | IPR Petition Filed | 9/9/2023 (If no institution) 9/9/2024 (If institution, but no appeal) 3/9/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00728 (PTAB) | 3/16/2023 | D962936 | IPR Petition Filed | 9/16/2023 (If no institution) 9/16/2024 (If institution, but no appeal) 3/16/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00774 (PTAB) | 3/24/2023 | D883279 | IPR Petition Filed | 9/24/2023 (If no institution) 9/24/2024 (If institution, but no appeal) 3/24/2026 (If institution and appeal) |
| Masimo Corporation v. Apple Inc., IPR2023-00831 (PTAB) | 4/11/2023 | D735131 | IPR Petition Filed | 10/11/2023 (If no institution) 10/11/2024 (If institution, but no appeal) 4/11/2026 (If institution and appeal) |

**IPR Matters Relating To Patents Asserted In *Certain Light-Based Physiological Measurement***

***Devices and Components Thereof*, Inv. No. 337-TA-1276 (ITC)**

| Case | Case Filing Date | Patent No. | Status | Termination/ Est. Termination |
|---|---|---|---|---|
| Apple Inc. v. Masimo Corporation, IPR2022-01271 (PTAB) | 7/15/2022 | 10912501 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01272 (PTAB) | 7/15/2022 | 10912501 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01273 (PTAB) | 7/15/2022 | 10912502 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01274 (PTAB) | 7/15/2022 | 10912502 | Institution Denied 2/23/2023 | 2/23/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01275 (PTAB) | 7/15/2022 | 10945648 | Institution Denied 3/1/2023 | 3/1/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01276 (PTAB) | 7/15/2022 | 10945648 | Institution Denied 3/1/2023 | 3/1/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01299 (PTAB) | 7/22/2022 | 7761127 | Instituted + Pending | 2/1/2024 (If no appeal) 8/1/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01291 (PTAB) | 7/22/2022 | 10687745 | Instituted + Pending | 2/1/2024 (If no appeal) 8/1/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01292 (PTAB) | 7/22/2022 | 10687745 | Institution Denied 3/7/2023 | 3/7/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01300 (PTAB) | 7/22/2022 | 7761127 | Institution Denied 3/27/2023 | 3/27/2023 |
| Apple Inc. v. Masimo Corporation, IPR2022-01465 (PTAB) | 8/26/2022 | 10687745 | Instituted + Pending | 2/6/2024 (If no appeal) 8/6/2025 (If appeal) |
| Apple Inc. v. Masimo Corporation, IPR2022-01466 (PTAB) | 8/26/2022 | 10687745 | Institution Denied 4/6/2023 | 4/6/2023 |