**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) | |
| Defendants. | ) ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff respectfully requests an exemption at the June 15, 2023 hearing for its lead counsel, Jordan N. Malz, Kerri-Ann Limbeek, Jamie L. Kringstein, Jennifer Milici, Mark A. Ford ("Lead Counsel") and its in-house counsel, Natalie Pous and Meaghan Thomas-Kennedy ("In-House Counsel"), from the Court's Standing Order, effective May 15, 2023, titled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States*. Pursuant to paragraph 2 of the Standing Order, all cell phones and personal electronic devices are required to be off and placed in a locked pouch while visitors are in the courthouse. Paragraph 4 of the Standing Order exempts attorneys with a valid bar card.

Lead counsel have been admitted *pro hac vice* in this matter. However, Lead Counsel are attorneys without bar cards. Additionally, In-House Counsel are attorneys without bar cards. As such, Plaintiff requests an exemption for Lead Counsel and In-House Counsel from the Standing Order identical to attorneys that possess a valid bar card. Lead Counsel and In-House Counsel will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Andrew L. Brown (#6766)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　dmoore@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | 　　bpalapura@potteranderson.com<br>　　abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: June 13, 2023
10866721 / 12209.00051

    IT IS SO ORDERED this ____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Jennifer L. Hall