**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND ~~PROPOSED~~ ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff respectfully requests an exemption at the June 15, 2023 hearing for its lead counsel, Jordan N. Malz, Kerri-Ann Limbeek, Jamie L. Kringstein, Jennifer Milici, Mark A. Ford ("Lead Counsel") and its in-house counsel, Natalie Pous and Meaghan Thomas-Kennedy ("In-House Counsel"), from the Court's Standing Order, effective May 15, 2023, titled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States*.  Pursuant to paragraph 2 of the Standing Order, all cell phones and personal electronic devices are required to be off and placed in a locked pouch while visitors are in the courthouse.  Paragraph 4 of the Standing Order exempts attorneys with a valid bar card.

Lead counsel have been admitted *pro hac vice* in this matter.  However, Lead Counsel are attorneys without bar cards.  Additionally, In-House Counsel are attorneys without bar cards.  As such, Plaintiff requests an exemption for Lead Counsel and In-House Counsel from the Standing Order identical to attorneys that possess a valid bar card.  Lead Counsel and In-House Counsel will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | By: */s/ David E. Moore* |
| Jordan N. Malz |     David E. Moore (#3983) |
| Cosmin Maier |     Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek |     Andrew L. Brown (#6766) |
| DESMARAIS LLP |     Hercules Plaza, 6th Floor |
| 230 Park Avenue |     1313 N. Market Street |
| New York, NY 10169 |     Wilmington, DE 19801 |
| Tel: (212) 351-3400 |     Tel: (302) 984-6000 |
| |     dmoore@potteranderson.com |
| Peter C. Magic |     bpalapura@potteranderson.com |
| DESMARAIS LLP |     abrown@potteranderson.com |
| 101 California Street | |
| San Francisco, CA 94111 | *Attorneys for Plaintiff/Counter-Defendant* |
| Tel: (415) 573-1900 | *Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: June 13, 2023
10866721 / 12209.00051

IT IS SO ORDERED this 14th day of June, 2023

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge

3