# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>) |
| | ) C.A. No. 22-1377-MN-JLH |
| v. | )<br>) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | )<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| | ) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC., | )<br>)<br>) |
| Counter-Claimants, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>)<br>) |
| Counter-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on June 14, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 9-22)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |
| | Knobbe.MasimoDE@knobbe.com |
| | |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA 90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Cosmin Maier | David E. Moore (#3983) |
| Jordan N. Malz | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| DESMARAIS LLP | Hercules Plaza, 6th Floor |
| 230 Park Avenue | 1313 N. Market Street |
| New York, NY 10169 | Wilmington, DE 19801 |
| Tel: (212) 351-3400 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| Peter C. Magic | bpalapura@potteranderson.com |
| DESMARAIS LLP | abrown@potteranderson.com |
| 101 California Street | |
| San Francisco, CA 94111 | *Attorneys for Plaintiff/Counter-Defendant* |
| Tel: (415) 573-1900 | *Apple Inc.* |

2

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  June 14, 2023
10869668 / 12209.00051