**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION, *Counter-Claimant*, v. APPLE INC. *Counter-Defendant.* | |
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., *Counter-Claimants,* v. APPLE INC. *Counter-Defendant.* | |

**JOINT MOTION FOR TELECONFERENCE TO
<u>RESOLVE DISCOVERY DISPUTES</u>**

The parties respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Apple's responses to Masimo's RFP Nos. 10, 15-17, 24, 42-47, and 49 and Interrogatory No. 4.

- Whether Apple must search for and produce responsive files and metadata from the Apple Radar system.

- Masimo's refusal to make physical samples of its allegedly redesigned W1, Freedom Watch, and Freedom Band products available for inspection (Apple's RFP No. 26).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: June 2, 2023, and June 5, 2023.

Delaware Counsel:
For Masimo: John C. Phillips, Jr.
For Apple: David E. Moore

Lead Counsel:
For Masimo: Jared Bunker, Kendall Loebbaka, David Kim (PHV to be filed)
For Apple: Benjamin Luehrs, Carson Olsheski, Mark Ford

The parties are available for a teleconference on the following dates: **June 30, July 6, and July 7**.

Dated:  June 23, 2023

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| /s/ *David E. Moore* | /s/ *Megan C. Haney* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, Delaware  19806 |

<div style="display: flex;">
<div>

Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff*

</div>
<div>

(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*

</div>
</div>