**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,  <br><br>        Plaintiff,  <br><br>   v.  <br><br>MASIMO CORPORATION and  <br>SOUND UNITED, LLC,  <br><br>        Defendants. | C.A. No. 22-1377-MN-JLH  <br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION,  <br><br>        Counter-Claimant,  <br><br>   v.  <br><br>APPLE INC.,  <br><br>        Counter-Defendant. | |
| APPLE INC.,  <br><br>        Plaintiff,  <br><br>   v.  <br><br>MASIMO CORPORATION and  <br>SOUND UNITED, LLC,  <br><br>        Defendants. | C.A. No. 22-1378-MN-JLH  <br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and  <br>CERCACOR LABORATORIES, INC.,  <br><br>        Counter-Claimants,  <br><br>   v.  <br><br>APPLE INC.,  <br><br>       Counter-Defendant. | |

## **[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, the Court having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s letter regarding discovery disputes and accompanying Exhibits;

IT IS HEREBY ORDERED that Defendant and Counterclaimant Masimo Corporation shall produce three samples of the following accused products: (1) Freedom smartwatch; (2) the Redesigned W1 Masimo referenced in Opposition to Apple's Motion for an Expedited Trial (1377 Case, D.I. 58 at 5); and (3) the Freedom Band (or "B1").

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge

10897075/12209.00051