# Exhibit A



21 June 2023
Masimo W1™ - Advanced Health Tracking Watch
https://www.masimopersonalhealth.com/products/masimo-w1

PROFESSIONAL HEALTH    CONSUMER HEALTH    CONSUMER AUDIO

PRODUCTS ⌄    WHY MASIMO ⌄    SUPPORT ⌄    SHOP NOW ⌄    LOGIN

Masimo W1™ - Advanced Health Tracking Watch



Masimo
Health App

## Masimo W1™
### Advanced Health Tracking Watch
★★★½☆ 11 Reviews

**$499.00** 3-year warranty

Masimo W1 is a comfortable and convenient wearable device that continuously tracks key health data.

**Select Your Personal SafetyNet Service Membership**

Monthly ⚪ Annually

| Basic | Advanced |
|---|---|
| **$7.99** | **$18.99** |
| per month | per month |
| See membership details | See membership details |
| CHOOSE | CHOOSE |

Add to Cart

MASIMO FREEDOM™
Your purchase of Masimo W1 also includes $400 off a
Masimo Freedom Smartwatch, launching Fall 2023

Learn More >

## Health and Wellness On the Wrist

The first of its kind, the Masimo W1 offers accurate, continuous health data and actionable health insights – from the leader in hospital pulse oximetry – in a personal, lifestyle-friendly watch. Building on Masimo's decades of leadership in creating revolutionary noninvasive blood parameter monitoring solutions, Masimo W1 provides a variety of physiological data – including for the first time Hydration Index (Hi) alongside blood oxygen level (SpO₂),* pulse rate, pulse rate variability, heart rate, respiration rate, pleth variability index, and perfusion index – for consumers wanting to make better informed health and lifestyle decisions, improve their fitness, or track their health data on their own or with friends and family.





21 June 2023
Masimo W1™ - Advanced Health Tracking Watch
https://www.masimopersonalhealth.com/products/masimo-w1



## The Watch You Sleep With

True 24/7 continuous health data that tracks with your activities day and night, so nothing is missed

## Health Data That's Always There

Giving you the power to access your health data immediately





## Keep Pace and Reach New Heights

Optimize your performance and get in tune with how your body reacts

## Maximize Your Rest, Refresh Your Health

With the Masimo SafetyNet service we provide you the information that matters in the Sleep Report with an option to have your sleep report reviewed by a certified clinician



# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | |
| *Plaintiff,* | |
| v. | C.A. No. 22-1377-MN |
| MASIMO CORPORATION and SOUND UNITED, LLC, | |
| *Defendants.* | |
| MASIMO CORPORATION, | |
| *Counter-Claimant,* | |
| v. | |
| APPLE INC. | |
| *Counter-Defendant.* | |

## PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-27)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Delaware, Plaintiff Apple Inc. hereby requests that Defendants Masimo Corporation and Sound United, LLC produce the documents and things requested below for inspection, copying, testing, and/or sampling in accordance with the Definitions and Instructions below.  The requested documents and things must be produced within thirty (30) days of the service of these requests, or at such other time as may be mutually agreed upon in writing by counsel for the parties.  Documents should be produced at the law offices of Desmarais LLP, 230 Park Avenue, New York, New York, 10169.

1

**REQUEST FOR PRODUCTION NO. 24:**

Documents sufficient to describe fully the relationship between Defendants, including documents sufficient to show:

(a)     The corporate ownership of Defendants;

(b)     Any Defendant's ability to formulate, direct, or control any other Defendant's operations, management, or policies;

(c)     All support Defendants provide to each other, including any financing, capital assets, intellectual property assets, technical, engineering, or research and development support;

(d)     The ownership structure of any intellectual property shared between Defendants;

(e)     The percentage of each Defendant's revenue shared with any other Defendant;

(f)     Any directors, officers, and managers that are common between any Defendants;

(g)     Any shareholder meetings, board meetings, or business departments jointly held by any of the Defendants;

(h)     Any tax filings jointly filed by any of the Defendants.

**REQUEST FOR PRODUCTION NO. 25:**

All documents relating to the subject matter of any interrogatory propounded by Apple in this Action, including all documents referred to, reviewed, or relied upon in preparing Defendant's interrogatory responses.

**REQUEST FOR PRODUCTION NO. 26:**

Three (3) physical products for each Accused Product in the condition that it is currently provided commercially to customers, laboratories, and/or healthcare providers.

**REQUEST FOR PRODUCTION NO. 27:**

All documents and communications reflecting any similarities or differences between the design of the Masimo W1 watch and any other past, present, or future Masimo watch, including without limitation the Masimo Freedom watch and/or the Masimo B1 watch.

Dated: February 15, 2023

OF COUNSEL:

John M. Desmarais
Cosmin Maier
Jordan N. Malz
Kerri-Ann Limbeek
**DESMARAIS LLP**

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:     */s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000

13

230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2023, a true and correct copy of the foregoing PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-27) was served by electronic mail on counsel for Defendants as follows:

John C. Phillips , Jr.
jcp@pmhdelaw.com

Megan C. Haney
mch@pmhdelaw.com

Adam B. Powell
adam.powell@knobbe.com

Benjamin A. Katzenellenbogen
Ben.Katzenellenbogen@knobbe.com

Brian C. Horne
brian.horne@knobbe.com

Jared C. Bunker
jared.bunker@knobbe.com

Joseph R. Re
joseph.re@knobbe.com

By:   _/s/ Gwen Brons_____
       Gwen Brons

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,        ) | |

APPLE INC.,                                    )
                                               )
        Plaintiff,              )
                                               )   C.A. No. 22-1377-MN-JLH
    v.                              )
                                               )   **JURY TRIAL DEMANDED**
MASIMO CORPORATION and                         )
SOUND UNITED, LLC,                             )
                                               )
        Defendants.             )
_____)
MASIMO CORPORATION,                            )
                                               )
        Counter-Claimant,       )
                                               )
    v.                              )
                                               )
APPLE INC.,                                    )
                                               )
        Counter-Defendant.      )

## APPLE'S PRELIMINARY INFRINGEMENT CONTENTIONS

Pursuant to the Court's Scheduling Order (D.I. 103), Plaintiff Apple Inc. ("Apple") hereby serves its Preliminary Infringement Contentions on Defendants Masimo Corporation and Sound United, LLC (collectively, "Masimo").

Apple expressly reserves the right, consistent with its obligations under the Federal Rules of Civil Procedure, the Local Rules, and the Court's Scheduling Order, to amend its infringement contentions to assert additional patents and/or claims, accuse additional products, and update its infringement theories as additional evidence and information becomes available or as otherwise appropriate. Apple further reserves the right to supplement its infringement contentions, including its doctrine of equivalents contentions, in response to any non-infringement or other contentions provided by Masimo.

## A. Asserted Claims

Apple contends that Masimo, either alone or in conjunction with others, has infringed and continues to infringe, literally and/or under the doctrine of equivalents, the claims of United States Patent Nos. D883,279 (the "D'279 Patent"); D947,842 (the "D'842 Patent"); D962,936 (the "D'936 Patent"); and D735,131 (the "D'131 Patent") (collectively the "Patents-in-Suit").

| Patent | Asserted Claim |
|--------|----------------|
| U.S. Patent No. D883,279 | 1 |
| U.S. Patent No. D947,842 | 1 |
| U.S. Patent No. D962,936 | 1 |
| U.S. Patent No. D735,131 | 1 |

## B. Accused Products

The following list of Accused Products is based on information that Apple has at this stage of the litigation. Apple thus reserves the right to revise and to supplement this list as discovery progresses. Apple anticipates supplementing this list with those products in-development as information about these products is made available to Apple through discovery.

Masimo, by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, products including the Masimo W1 and the Masimo W1 Charger, the Masimo Freedom and Masimo Freedom Charger, and the Masimo B1 and Masimo B1 Charger (collectively, the "Accused Products") that embody the designs claimed in the Patents-in-Suit in violation of 35 U.S.C. § 271. On information and belief, the Masimo Freedom and Masimo B1 have the same rear design as the Masimo W1 and therefore infringe for the same reasons as the Masimo W1. On information and belief, the Masimo Freedom and Masimo B1 have the same charger as the Masimo W1 and therefore infringe for the same reasons as the Masimo W1 charger.

Apple reserves the right to amend this disclosure as additional information becomes available from Masimo during discovery and as further analysis is performed.

### C. Claim Charts

Apple's Preliminary Infringement Contentions comprise the following charts, attached as Exhibits A-1 through D-3. The comparisons in Exhibits A-1 through D-3 depict the Accused Products' current designs. As of February 3, 2023, Masimo asserts that it has "redesigned" the Masimo W1 Watch (*see, e.g.*. D.I. 58 at 5, 11), but, to-date, that assertion appears to be false. For example, on February 23, 2023, Masimo's webpage offering the Masimo W1 for sale depicted the purported "redesign." D.I. 67 at 2. However, Masimo fulfilled an order placed that same day with a Masimo W1 Watch embodying the original design—the same design depicted in Exhibits A-1 through D-3. *See id.* at 2-3. The same occurred for orders placed as recently as April 25, 2023. Accordingly, Apple has to-date been unable to obtain a Masimo W1 Watch embodying the purported "redesign" (or any design other than the Masimo W1's original design). If, however, during the course of discovery or otherwise, additional evidence becomes available related to Masimo's making, using, selling, and/or offering for sale in the United States, and/or importing into the United States any "redesigned" Masimo W1 Watch, Apple explicitly reserves the right to amend or supplement these Contentions accordingly.

| Patent | Accused Product(s) | Exhibit | Description |
|---|---|---|---|
| D'279 Patent | Masimo W1 Watch, Masimo Freedom, and Masimo B1 | A-1 | Comparison of the claimed D'279 Patent design with the Masimo W1 Watch design |
| | | A-2 | Comparison of Apple Watch embodying the claimed D'279 Patent design with the Masimo W1 Watch design |
| | | A-3 | Comparison of the claimed D'279 Patent design with the Masimo W1 Watch design in light of the prior art |
| D'842 Patent | | B-1 | Comparison of the claimed D'842 Patent design with the Masimo W1 Watch design |

# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) **CONFIDENTIAL-** |
| Defendants. | ) **ATTORNEYS' EYES ONLY** |
| _____ | ) |
| MASIMO CORPORATION and | ) |
| CERCACOR LABORATORIES, INC., | ) |
| | ) |
| Counter-Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

## APPLE'S PRELIMINARY INFRINGEMENT CONTENTIONS

Pursuant to the Court's Scheduling Order (D.I. 92), Plaintiff Apple Inc. ("Apple") hereby serves its Preliminary Infringement Contentions on Defendants Masimo Corporation and Sound United, LLC (collectively, "Masimo").

Apple expressly reserves the right to amend these contentions as additional information becomes available during discovery and as further analysis is performed.  Notably, Apple served Requests for Production ("RFPs") on Defendants on March 27, 2023, but Defendants have yet to produce any documents.  For example, Apple's RFPs include requests for documents referring or relating to Defendant's design, development, testing, production, or manufacture of the Accused Products.  Defendants have not yet produced any of this information.

## A. Asserted Claims

Apple contends that Masimo, either alone or in conjunction with others, has infringed and continues to infringe, literally and/or under the doctrine of equivalents, the following claims of United States Patent Nos. 10,076,257 (the "'257 Patent"); 10,627,783 (the "'783 Patent"); 10,942,491 (the "'491 Patent"); 10,987,054 (the "'054 Patent"); 11,106,352 (the "'352 Patent"); and 11,474,483 (the "'483 Patent") (collectively the "Patents-in-Suit"):

| Patent | Asserted Claims |
|---|---|
| U.S. Patent No. 10,076,257 | 1, 2, 3, 4, 6, 7, 8, 10, 11, 12, 14 (35 U.S.C. § 271(a), (b), and (c)) |
| U.S. Patent No. 10,627,783 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14. 15, 16, 17, 18, 19, 20 (35 U.S.C. § 271(a), (b), and (c)) |
| U.S. Patent No. 10,942,491 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14. 15, 16, 17, 18, 19 (35 U.S.C. § 271(a), (b), and (c)) |
| U.S. Patent No. 10,987,054 | 1, 2, 3, 4, 5, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18 (35 U.S.C. § 271(a), (b), and (c)) |
| U.S. Patent No. 11,106,352 | 1, 3, 5, 6, 9, 11, 13, 14, 17, 19, 21, 22 (35 U.S.C. § 271(a), (b), and (c)) |
| U.S. Patent No. 11,474,483 | 1, 2, 3, 4, 6, 7, 9, 10, 11, 12, 13, 14. 15, 16, 17, 18, 19, 20 (35 U.S.C. § 271(a), (b), and (c)) |

## B. Accused Products

The following list of Accused Products is based on information that Apple has at this stage of the litigation. Apple thus reserves the right to revise and to supplement this list as discovery progresses. Moreover, to the extent Defendants have products-in-development that include similar components and/or operate in a manner similar to the products identified below, Apple anticipates supplementing this list with those products in-development as information about these products is made available to Apple through discovery.

Apple accuses Defendants' W1 and its charger (collectively, the "W1") of infringing the claims of the '257, '783, '491, '054, '352, and '383 Patents as provided in the table below. That includes any purported re-designs of the W1, and any other products that include similar components and/or operate in a manner similar to the W1, including but not limited to the Freedom. Apple reserves the right to amend this disclosure as additional information becomes available during discovery and as further analysis is performed.

| Patent | Accused Product(s) | Asserted Claims |
|---|---|---|
| U.S. Patent No. 10,076,257 | W1 | 1, 2, 3, 4, 6, 7, 8, 10, 11, 12, 14 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. A**) |
| U.S. Patent No. 10,627,783 | W1 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13. 14. 15, 16, 17, 18, 19, 20 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. B**) |
| U.S. Patent No. 10,942,491 | W1 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13. 14. 15, 16, 17, 18, 19 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. C**) |
| U.S. Patent No. 10,987,054 | W1 | 1, 2, 3, 4, 5, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. D**) |
| U.S. Patent No. 11,106,352 | W1 | 1, 3, 5, 6, 9, 11, 13, 14, 17, 19, 21, 22 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. E**) |
| U.S. Patent No. 11,474,483 | W1 | 1, 2, 3, 4, 6, 7, 9, 10, 11, 12, 13. 14. 15, 16, 17, 18, 19, 20 (35 U.S.C. § 271(a), (b), and (c)) (*See* **Ex. F**) |

3

# Exhibit E



21 June 2023
Masimo Freedom Smart Health Watch & Band – Masimo Consumer
https://www.masimoconsumer.com/

PURCHASE YOUR W1 TODAY & GET $400 OFF FREEDOM SMARTWATCH™ >

Masimo

The Future of Wearables Technology

# MASIMO FREEDOM™

## Smart Health Watch & Band

Reserve Yours

Place your deposit today and apply to the style of your choice at launch

By completing your reservation, you are accepting the Reservation Terms and Privacy Policy.

Hydration Index (Hi™) | Oxygen Saturation (SpO2) | Respiration Rate (RRp®) | Pulse Rate Variability (PRV) | Pulse Rate | Steps | Fall Detection

*Masimo Freedom Smart Health Watch and Band are not cleared for use in medical applications in the U.S.*

Masimo

## Continuous Matters. Accuracy Matters. Privacy Matters. Health Matters.

Accurate personal health tracking of your vitals including $SpO_2$, pulse rate and relative hydration along with recovery and sleep indexes, from a brand that has been protecting people in hospitals as a technology leader for nearly 30 years.

## Get $400 off Your Future Freedom Purchase



If you can't wait to discover Masimo's advanced biosensing technology, the Masimo W1 Advanced Health Tracking Watch is available for purchase today. While the Masimo Freedom smartwatch is set to release in Fall 2023, if you purchase a Masimo W1 watch today, you'll lock in a $400 discount off of your eventual Masimo Freedom Watch purchase.

Shop Masimo W1™



### Introducing Masimo Freedom Band™
HEALTH BAND

The Masimo Freedom Band utilizes the same patented sensor technology as in the Masimo W1 and Freedom smartwatches. It provides the same continuous, precision accuracy based on Masimo SET® technology in an ultra-comfortable uncompromising design. Masimo Freedom Band is a perfect complement to the Masimo Freedom smartwatch. Whether you choose to buy the entire family of Masimo wearables or just the Masimo Freedom Band, your path to better health starts here.

Reserve yours today and apply to the product of your choice at launch. $100 deposit applies to whichever product you prefer, band or watch.



## Complete Health

Remarkably insightful. Highly personal. Especially accurate.

The Masimo Health App provides complete health tracking that empowers you to take control of your personal wellness. Whether you choose Masimo Freedom smartwatch or Masimo Freedom Band as your next personal health investment, our wearable technology devices integrate seamlessly with an app experience built to help you understand your personal health data and provide guidance on how you can improve your life each day.

21 June 2023
Masimo Freedom Smart Health Watch & Band – Masimo Consumer
https://www.masimoconsumer.com/



## Health

Precision accuracy in luxury form, Masimo Freedom smartwatch provides unparalleled depth and breadth in data, such as real-time health indicators like pulse rate and respiration rate, and unique scores and indexes such as Hydration Index, and Stress Index. (Available within app experience for Masimo Freedom Band.)

## Sleep

A comprehensive view of your sleep that you can count on. Sleep insights are personalized based on each person's unique sleep trends and profile index tracking. Both Masimo Freedom smartwatch and Band feature our innovative sensor technology – which means you're able to rely on real-time accuracy day and night.





## Activity

Supporting your pursuit of better health, Masimo wearable technologies maintain accuracy and track your personal health data. No matter how intense your activity, you'll enjoy an especially accurate read-out regardless of movement [2] or skin color [3] that provides you with deeper knowledge of your own body.

## Control Your Data with Privacy Mode

With the flick of a switch, Masimo Freedom's Privacy Mode allows you to control the sharing of your personal data so that your data stays private within the watch.

21 June 2023
Masimo Freedom Smart Health Watch & Band – Masimo Consumer
https://www.masimoconsumer.com/

1. This is a Pre-Production Prototype and final design, specifications, and features, including Watch and App interface, are subject to change. Reservation Terms and Conditions apply. 2. Shah N., Ragaswamy H.B., Govindugari K., Estanol L. *J Clin Anesth.* 2012 Aug;24(5):385-91. 3. Barker SJ, Wilson WC. Racial effects on Masimo pulse oximetry: a laboratory study. *J Clin Monit Comput.* 12 Nov 2022. doi.org/10.1007/s10877-022-00927-w. 4. Production and delivery dates are only projections and subject to change. Reservation Terms and Conditions apply. 5. Price is for United States only and is subject to change based on final design, specifications, and features. This price does not include any applicable sales, use, or other applicable governmental taxes nor any shipping charges. The Reservation Terms and Conditions apply.

Sign up to our newsletter

Email

I agree to the privacy policy

Subscribe

Privacy Policy | Terms Of Use | Reservation Terms | CA Privacy

Contact Us: freedomlaunch@masimoconsumer.com

© 2023, Masimo All Rights Reserved

*Terms and Conditions Apply

# Exhibit F

**S&P Global**
Market Intelligence

# Masimo Corporation NasdaqGS:MASI

# Analyst/Investor Day

## Tuesday, December 13, 2022 3:30 PM GMT

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Eli Kammerman**
*Vice President of Business Development & Investor Relations*

Good morning. I'm Eli Kammerman, VP of Investor Relations here at Masimo. I'd like to welcome you all to our 2022 Investor Day today. We've got a really full action-packed and information-rich day planned for you. We think you'll get a lot out of it. and it will definitely will have been worth your while to come out here to see things that people have not seen before and that they won't see on the webcast.

Before we begin, let me cover a couple of important things. Firstly, the restrooms. The restrooms are through that exit door on the right and just follow the wall around to the right.

Secondly, you probably saw that we have breakfast right outside these doors and coffee is in the back.

Here's our agenda for today. As you can see, we're going to have some presentations to start. We've got a coffee break at 9 o'clock. You'll come back for some more presentations as well as a physician panel, and then we'll break for a combination of lunch and rotations through demonstrations.

We think you'll really get a lot out of that. You'll see many of the new products we've been talking about for a long time, and you'll be able to ask questions of our subject matter experts about the products. Then we'll come back for some more presentations and a wrap up with open floor Q&A.

For today, we will be discussing forecasts and projections along the lines of what are described in our safe harbor statement. Please keep in mind that these forecasts and projections involve risks and uncertainties, and these are further described in our SEC filings.

In addition, we will also be discussing non-GAAP financial figures, the definitions for these non-GAAP figures are also contained in our filings with the SEC.

Now I would like to introduce our founder, Chairman and CEO, Joe Kiani.

**Joseph E. Kiani**
*Founder, CEO & Chairman*

Good morning. Thank you all for coming. Really appreciate you making the time to come here. We're excited to have to stay with you I know it's been a long time coming, especially since we announced the acquisition of Sound United. But I hope you believe it was worthwhile. I have one thing we're doing differently here that I want to tell you about today, we're going to show you a little bit about some future stuff. Things within the next year, we're not going to go beyond that, but still, it's not our style. We'd rather just introduce the product, then talk about it. But I think given that there was some nervousness about where we're going, we decided maybe it was the right thing to do to kind of change how we do things a bit.

I started Masimo, gosh, February, 1989, almost 34 years ago. And our mission really from almost the very beginning, was to improve patient outcome and reduce cost of care by taking noninvasive monitoring to new sites and applications. It's about to come to full circle. It's about to be totally envisioned. I know some of you are very clever. You saw some of our filings for trademarks like STORK and you saw some of the videos we just showed you today, and you put some of it together. But there's a lot more there's a lot more. But that mission that we have accomplished to a great degree, but we've saved numerous lives. We've improved numerous lives.

I don't know, probably tens of thousands of babies no longer a blind because of SET pulse oximetry. And with hemoglobin, we've done so much already and so much more to go. But the stuff we're about to do now, it's really going to help us just take things to a new level, the degree of lives will touch. The amount of hopefully lives will save, it will be tremendous. And we couldn't have done it without a decade ago putting into motion the products you're going to be seeing today and in the next 12 months and beyond. And we couldn't have done it, as you'll see, without bringing in the Sound United team to help us.

We have -- we were engineers at the time when we started Masimo. We were good at math, we were good at adaptive filters and signal processing. But we've immersed ourselves now. We are immersed engineers, and we understand the problems of our customers, whether it was overburdened clinicians, whether it was poor handoff communication, whether it's recognizing that opioid-induced respiratory depression is just not something that happens in hospitals. it happens at homes.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Through its continuous and accurate monitoring, STORK will give babies a voice by providing actionable data to family and parents and healthcare professionals alike. Alongside the STORK booty and the camera and the hub, which you'll see later in the vignette in the lobby is a robust application experience, which will work within our broader Masimo Software Healthcare Solution. The STORK app will allow parents to have universal access to their baby's videos, sound, vitals.

The Stork gap is geared to not only serve as a health hub itself, but also to empower parents through positive reinforcement, a video and a knowledge library and through its connected software ecosystem allow parents to share the greatest and cutest memories on social media. We've created this positioning video for STORK to give you a little bit of insight on how we will bring the product to market. This is not a commercial. This is a positioning video. This is all about creating peace of mind and bringing hospital quality monitoring to the home.

[Presentation]

**Unknown Executive**

I hope that gives you a little taste of where we're taking some of this messaging with the consumer. And I hope it gives you an idea of how we plan to win in that space and take the hospital into the home.

Our third pillar -- sorry our fourth pillar is our omnichannel go-to-market. From telling that great compelling brand story, which we started to see some initial concepts on there now to targeting the very specific channel base that these types of products represent, we have a very focused approach and opportunity to win in the baby monitor market.

We will also make sure that we are using and leveraging one of our strongest muscles, which is our D2C business. We have a robust D2C team within Masimo Consumer and we will do our utmost to drive consumers for education, but to also compel them to buy online through our own channels. And then there's winning on the shop floor. We take Masimo to the shop floor for the first time in this case and training, empowering and educating through our team of global brand activation team members and providing best-in-class merchandising solutions, winning at the baby registry are keys to our success as we roll out Masimo's first consumer healthcare product in the baby monitor market. Super exciting day for us today to be sharing this product with you all.

Pivoting to our next tranche of launches. We're going to provide here a brief look into our wearables and hearables outlook, again, with many of these products launching in FY '23. We recently entered the wearables category with our first health watch, the W1. In this segment, we will continue to leverage our best-in-class sensing capabilities across a variety of form factors to provide incredible insights through continuous and accurate monitoring. This foray into wearables is an important step in our consumer health journey as we -- as the data we track from these wearables will be invaluable going forward in our connected software ecosystem at home.

We are also excited to discuss the opportunity in hearables, $85 billion market, combining the traditional over-ear, in-ear, ear buds and headphones from today, along with our hearing enhancement products and opportunity. Here, we will leverage our heritage in providing great sound through our branded portfolio of premium and luxury products together with our Masimo Adaptive Acoustic Technology, which we'll be talking about here in a minute. All of this to create a world-class listening experience for our consumers.

Our best-in-class health sensor for wearables currently being deployed in the W1 is launching in the premium consumer watch segment format with Freedom and B1. While the smart watch market is crowded, we feel that the watch with its health and wellness focus will open doors to new consumers. Rather than health as an afterthought, the fidelity of the monitoring will allow us to generate new insights, alerts and indexes the market has yet to see.

Our wearables will set a new standard for accurate and continuous monitoring as showcased in the W1. While adding feature sets that modern day consumers expect, such as LTE connectivity, premium design, form factors for sleep and innovative features, as Joe alluded to, with hydration index, which are made possible by the incredible technology in our sensors.

And finally, although we are still too early to share marketing concepts, we've identified key consumer segments that rely on the utmost accuracy in their continued health data. As we think about the target audience for Freedom, it's important that we start close to our DNA by targeting the hospital ecosystem via the W1 and expanding our scope towards health and wellness gatekeepers, fitness coaches, influencers, partners like managed care facilities.

With this approach, we can provide the right hardware and subscription solution to each of the key mass market demographics. These groups represent a large subset of the U.S. population. It also represents a large subset of the global population, whose needs are not met by current offerings today. For these groups, accurate and continuous monitoring matters. And when it comes to improving performance, we're just maintaining an accurate representation of their health any given day.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Exhibit G

| From: | Jared Bunker |
|-------|--------------|
| To: | Carson Olsheski; Benjamin Luehrs |
| Cc: | Knobbe.MasimoDE; Palapura, Bindu A.; Jack Phillips; Greenfield, Leon; Milici, Jennifer; Kerri-Ann Limbeek; Megan C. Haney; Vote, Dominic; Ford, Mark; Jordan Malz; Peter Magic; Megan C. Haney; Apple Masimo Service; Moore, David E. |
| Subject: | [Ext] RE: Apple v. Masimo (C.A. Nos. 1377/1378) - Letter to Bunker re Discovery Responses |
| Date: | Monday, June 5, 2023 3:16:54 PM |

**\*\*EXTERNAL EMAIL\*\* This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.**



Carson and Ben:

I write to clarify a few points in your June 5 email regarding our meet and confer on June 2, as well as to follow up on (a) the privilege log proposal, (b) the question regarding radr/radar documents, (c) the proposal regarding responding to deficiency letters, and (d) the proposed ESI order. (We'll write separately regarding Apple's responses to Defendants' first set of discovery requests.)

**Points of Clarification from your June 5 email**.

- We do not currently have physical samples of the W1 with the wave electrode, the Freedom Watch, or the Freedom Band, but we are collecting prototypes for Apple's inspection. We will investigate what Mr. Kiani wore at trial.
- Regarding its review of interrogatory responses, we agree to supplement Masimo's response to Apple's Interrogatory No. 4 (from the 1377 Case) based on interpreting "Asserted Patents" to also include the patents Apple is asserting in the 1378 Case. If there are other interrogatories for which Apple believes it is entitled to a supplement, please identify them.

**Privilege Log.** We have prepared a modified proposal based on our discussions. We propose the parties agree that privileged communications dated after January 9, 2020 (the day the CDCA complaint was filed) need not be logged on a privilege log if the communication (a) is with outside counsel; (b) relates solely to work on the ITC or CDCA case; or (c) is a redaction in a document and the unredacted portions of the document reasonably provide the privilege basis for the communication.

**Radr/Radar Documents**. Apple stated that it would provide its position on our question regarding responsive documents from Apple's radar system by this Friday, June 9. Please let us know promptly if our understanding is incorrect.

**Proposal regarding responding to Deficiency Letters and Conference of Counsel**. Apple agreed with Masimo's proposal that the parties endeavor to respond to deficiency letters within 7 days of receiving the letters and meeting and conferring within 10 days of receiving the letters.

**ESI Order**.

- Email Requests. Masimo proposed 30 custodians and 30 terms. Apple said it could not agree, and proposed 10 custodians and 10 terms. We maintain that 30 custodians and 30

terms is reasonable and proportional in these cases, but if it would resolve the dispute, Masimo would be willing to agree to 20 custodians and 20 terms.

- Text and Chat Requests. Masimo maintains its proposal for text and chat requests. We understand Apple does not agree to any request for the production of texts or chats as outlined by Masimo.
- Production of images in PDF form. We explained why, in our view, production of documents with images in PDF form is burdensome on the receiving party. We proposed the parties agree that all document productions include images in TIFF format. Apple said it would provide its position. Please provide Apple's position by Friday, June 9.

Sincerely,
Jared

**Jared Bunker**
Partner

949-721-2957 **Direct**

**Knobbe** **Martens**

---

**From:** Carson Olsheski <COlsheski@desmaraisllp.com>
**Sent:** Monday, June 5, 2023 6:38 AM
**To:** Jared Bunker <Jared.Bunker@knobbe.com>; Benjamin Luehrs <BLuehrs@desmaraisllp.com>; Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Jack Phillips <JCP@PMHDELaw.com>; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Kerri-Ann Limbeek <KLimbeek@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Jordan Malz <JMalz@desmaraisllp.com>; Peter Magic <PMagic@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>; Moore, David E. <dmoore@potteranderson.com>
**Subject:** RE: Apple v. Masimo (C.A. Nos. 1377/1378) - Letter to Bunker re Discovery Responses

Jared, Kendall

Thank you for the productive conferral on Friday.  I write to memorialize a few items that we discussed:

- Masimo agrees to produce responsive discovery regarding Masimo's alleged redesign, Freedom, and B1/Band.
- Masimo does not currently have a physical sample of any of those products* available for inspection or production.
- Masimo will review its interrogatory responses, and get back to us to confirm it will supplement its responses such that they apply to all Accused Products, regardless of

which case the interrogatory was initially propounded for.

- Apple does not agree that the burden of logging purportedly privileged communications dated after the parties' CDCA case was filed outweighs the benefits
- Consistent with Apple's May 26 letter:
  - Masimo agrees to produce information in response to Apple's Interrogatory 2 (served February 15, 2023) related to Apple Watch and its charger;
  - Masimo withdraws its objection Apple identified concerning attempts to modify and designing around;
  - Masimo does not intend to rely on an opinion of counsel defense;
  - Apple's articulations related to RFP Nos. 3, 9, 15, 16, 21, and 22 are correct; and
  - Masimo agrees to produce responsive information with the full scope of RFP 19 subject to Apple's limitation of the phrase "subject matter of the Asserted Patents" to "Asserted Patents";
  - Masimo agrees to produce three samples of W1; and
  - Masimo agrees to provide information responsive to RFP No. 27.

Please let us know promptly if Masimo wishes to supplement or clarify any of these positions.

* We understand that Mr. Kiani wore the Freedom to the CDCA trial. Please confirm that Masimo contends that neither that unit, nor any others like it, are available for inspection.

Carson Olsheski
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-808-2911 | direct

---

**From:** Jared Bunker <Jared.Bunker@knobbe.com>
**Sent:** Wednesday, May 31, 2023 11:37 AM
**To:** Carson Olsheski <COlsheski@desmaraisllp.com>; Benjamin Luehrs <BLuehrs@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Palapura, Bindu A.
<bpalapura@potteranderson.com>; Jack Phillips <JCP@PMHDELaw.com>; Greenfield, Leon
<Leon.Greenfield@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Kerri-Ann
Limbeek <KLimbeek@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Vote, Dominic
<Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Jordan Malz
<JMalz@desmaraisllp.com>; Peter Magic <PMagic@desmaraisllp.com>; Megan C. Haney
<mch@PMHDELaw.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>;
Moore, David E. <dmoore@potteranderson.com>
**Subject:** [Ext] RE: Apple v. Masimo (C.A. Nos. 1377/1378) - Letter to Bunker re Discovery Responses

**EXTERNAL EMAIL** This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.

# Exhibit H



PROFESSIONAL HEALTH    **CONSUMER HEALTH**    CONSUMER AUDIO

PRODUCTS ⌄   WHY MASIMO ⌄   SUPPORT ⌄          **SHOP NOW** ⌄   LOGIN   🛒

Masimo W1™ - Advanced Health Tracking Watch                              ⋮



# Masimo W1™
## Advanced Health Tracking Watch
★★★★½  3 Reviews

## $499.00  3-year warranty

Masimo W1 is a comfortable and convenient wearable device that continuously tracks key health data.

### Select Your Personal SafetyNet Service Membership

Monthly  ⬜  Annually

| Basic | Advanced |
|---|---|
| **$7.99** | **$18.99** |
| per month | per month |
| See membership details | See membership details |
| CHOOSE | CHOOSE |

**Add to Cart**

# Health and Wellness On the Wrist





The first of its kind, the Masimo W1 offers accurate, continuous health data and actionable health insights –

breakthrough advances have allowed Masimo, the makers of clinically proven SET® pulse oximetry, to miniaturize its monitoring technology and integrate it into a watch.





## The Watch You Sleep With

True 24/7 continuous health data that tracks with your activities day and night, so nothing is missed



## Health Data That's Always There

Giving you the power to access your health data immediately



## Keep Pace and Reach New Heights

Optimize your performance and get in tune with how your body reacts

# Exhibit I

1          **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3         **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4
MASIMO CORPORATION, et al.,          )
5                                     )
                    Plaintiffs,       )  **Certified Transcript**
6                                     )
         vs.                          )  Case No.
7                                     )  SACV-20-00048-JVS
APPLE INC.,                           )
8                   Defendant.        )
                                      )  **DAY 2, VOLUME II**
9

10

11

12

13                **U N D E R   S E A L**

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS
                      JURY TRIAL
              WEDNESDAY, APRIL 5, 2023
15                   1:21 P.M.
              SANTA ANA, CALIFORNIA
16

17

18

19

20

21

22

23        **DEBBIE HINO-SPAAN, CSR 7953, CRR**
          FEDERAL OFFICIAL COURT REPORTER
24        411 WEST 4TH STREET, ROOM 1-053
             SANTA ANA, CA 92701
25            dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

```
1                      APPEARANCES OF COUNSEL:

2

3    FOR PLAINTIFFS:

4            JOSEPH R. RE
             STEPHEN C. JENSEN
5            SHEILA N. SWAROOP
             BENJAMIN A. KATZENELLENBOGEN
6            BRIAN CHRISTOPHER CLAASSEN
             Knobbe Martens Olson & Bear, Llp
7            2040 Main Street
             14th Floor
8            Irvine, California 92614
             (949) 760-0404
9
             BRIAN C. HORNE
10           Knobbe Martens Olson & Bear, LLP
             1925 Century Park East
11           Suite 600
             Los Angeles, California 90067
12           (310) 551-3450

13           ADAM B. POWELL
             Knobbe Martens, Olson & Bear, LLP
14           3579 Valley Centre Drive
             San Diego, California 92130
15           (858) 707-4000

16   FOR DEFENDANT:

17           JOSEPH J. MUELLER
             SARAH R. FRAZIER
18           JOSEFINA BIANCA GARCIA
             Wilmer Cutler Pickering Hale & Dorr, LLP
19           60 State Street
             Boston, Massachusetts 02109
20           (617) 526-6000

21           MARK D. SELWYN
             Wilmer Cutler Pickering Hale & Dorr, LLP
22           2600 El Camino Real
             Suite 400
23           Palo Alto, California 94302
             (650) 858-6031

24

25
```

**UNITED STATES DISTRICT COURT**

```
 1                    APPEARANCES OF COUNSEL
                           (Continued:)
 2

 3    FOR DEFENDANT:

 4          AMY K. WIGMORE
            BRITTANY B. AMADI
 5          Wilmer Cutler Pickering Hale & Dorr, LLP
            2100 Pennsylvania Avenue N.W.
 6          Washington, D.C. 20037
            (202) 663-6096
 7

 8    ALSO PRESENT:

 9          JOE KIANI
            Corporate Representative (Masimo and Cercacor)
10
            DIEDRE CALDBECK
11          Corporate Representative (Apple)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**WITNESSES**                                                          **PAGE**

**JOE KIANI, CALLED BY THE PLAINTIFFS**
     Direct Examination by Mr. Re                            6
     Cross-Examination by Mr. Mueller                       90


(Sealed proceedings from pages 72 to 89.)

**EXHIBITS**

|          |          | **WITHDRAWN** |
|          | **IN**   | **OR** |
| **EXHIBIT** | **EVIDENCE** | **REJECTED** |
| 1847     | 17       |          |
| 1344     | 18       |          |
| 831      | 21       |          |
| 2997     | 27       |          |
| P-0018   | 29       |          |
| 2761     | 30       |          |
| 559      | 31       |          |
| 2353     | 32       |          |
| 3997     | 37       |          |
| 2824     | 40       |          |
| 780      | 43       |          |

**UNITED  STATES  DISTRICT  COURT**

61

```
 1   A      Oh, as Radius PPG, the finger version of it.
 2   Q      Now, when you said "this," you pointed to your wrist?
 3   A      Sorry.  This is a new version.  Yes, SR W1.
 4   Q      W1 is the physical exhibit of 0110 that we introduced
02:55PM  5  earlier?
 6   A      Yes, this thing (indicating).
 7   Q      I'd like you to take a look at Exhibit 1363 and identify
 8   that for the record.
 9   A      Yes.  That's a presentation regarding Freedom, which is
02:55PM 10  this guy, in August 2022.
11             MR. RE:  Your Honor, I'd like to move into admission
12   Exhibit 1363.
13             MR. MUELLER:  No objection, Your Honor.
14             THE COURT:  1363 will be received.
02:55PM 15            (Exhibit Number 1363 received.)
16   Q   BY MR. RE:  Could you turn to the third page, ending in
17   368, and explain what is -- what is this 368?
18   A      The one on the screen is the rose-color version of W1.
19   This is the black one.
02:56PM 20  Q      The third page -- I thought we had more.  Okay.
21             And could you turn to the page ending in 89 --
22   page 89, ending in 454.  And explain what this is?
23   A      Yeah.  That's a series of the Freedom devices.  It's on --
24   I think it's 1370.
02:56PM 25  Q      I must have misread it because it's a typo on my sheet.
```

# Exhibit J



Over 3,000 Visitors



 **Masimo Corp**
March 24 · 🌐

 Follow   •••

Our brand partnership with Masimo Consumer was taken to a new level at the 2023 BNP Paribas Open. Premiering the Masimo W1 watch with Hydration sensing and debuting the new Masimo Freedom Smartwatch, attendees got to experience the brand firsthand like never before!

See less

# Exhibit K



| LATEST NEWS | TECHNOLOGIES | BUSINESS & FINANCIAL NEWS | REGULATORY & COMPLIANCE | PODCASTS | RESOURCES | DEVICETALKS |

HOME › MASIMO UNVEILS FREEDOM HEALTH-TRACKING SMARTWATCH

Search this website

## Masimo unveils Freedom health-tracking smartwatch

MARCH 28, 2023 BY SEAN WHOOLEY

Masimo (Nasdaq:MASI) announced today that it
unveiled the Freedom smartwatch for continuous
health tracking.

Irvine, California-based Masimo says it designed its
Freedom smartwatch to "revolutionize the
wearable technology industry." Along with
continuous health tracking, it features novel
hardware for reducing radiation and freeing users
from privacy infringement.



The Freedom smartwatch. (Image courtesy of Masimo)

The company said in a news release that the technology builds upon the Masimo W1
advanced biosensing watch. Freedom leverages a state-of-the-art sensor and digital signal
processing technology. It provides continuous, accurate, and reliable readings of key health
data. That includes arterial blood oxygen saturation (SpO₂), hydration index (Hi), pulse rate,
heart rate and respiration rate.

Freedom integrates Masimo's health-tracking technology with Bluetooth, Wi-Fi and LTE
connectivity. This enables the everyday conveniences of texting, calling, music and third-party
app compatibility. Masimo Freedom also features a physical privacy switch that instantly stops
all sharing data beyond the device. That includes user data, as well as microphone, location,
and metadata.

"We believe that this groundbreaking new product will revolutionize wearable technology and
health tracking," said Masimo founder and CEO Joe Kiani. "We are allowing people to take
control of their health with continuous and accurate actionable biosensing information along
with the convenience of being connected, but without compromising their freedom."

### More about the Masimo Freedom

Masimo Freedom also utilizes technology based on Masimo SET pulse oximetry. It optimizes
the capture of health data from the wrist.

The company also intends to introduce a sleek, screenless band built on innovations for W1
and Freedom. Masimo designed the band to work in tandem and synchronize with Freedom,
allowing a user to wear one while charging the other. This creates a 24/7 continuous wear
ecosystem, maximizing health tracking abilities all day.

Masimo said consumers can pre-order Freedom now with a fully refundable $100 deposit. It
expects shipping to begin this fall, while shipping for W1 remains underway. Masimo also
expects to have its band ready for sale this summer.

The company continues to make waves in the health monitoring space. In January, it extended
a partnership with Philips to augment patient monitoring capabilities at home with W1. The
advanced health-tracking watch first launched to early adopters in May 2022. It holds CE mark
approval while FDA clearance is pending.

This system represents part of Masimo's recently announced plan to turn home entertainment
systems into health hubs.

FILED UNDER: BUSINESS/FINANCIAL NEWS, DIAGNOSTICS, DIGITAL HEALTH, FEATURED, HEALTH TECHNOLOGY, NEWS
WELL, PATIENT MONITORING, SOFTWARE / IT
TAGGED WITH: MASIMO

### We recommend

Fitbit unveils fall lineup that includes AFib-detecting
Sean Whooley, Mass Device, 2022

Google, Fitbit unveil smartwatch that can detect AFib
Sean Whooley, Mass Device, 2022

Masimo launches health-tracking watch for consumers
Sean Whooley, Mass Device, 2022

Fitbit unveils array of new apps from health partners
Sarah Faulkner, Drug Delivery Business, 2016

Masimo launches Stork at-home baby monitoring system
Sean Whooley, Mass Device, 2023

Quantifying the Contribution of Track Changes to
Interannual Variations of North Atlantic Intense
Hurricanes
Jian Lu, Liguang Wu & Shumeu Zhou, Special Issue
on Climate Change and Variability of Tropical Cyclone
Activity, 2022

A Nonlinear Optimal Control Approach for Tracked
Mobile Robots
Gerasimos Rigatos, Journal of Systems Science and
Complexity, 2021

Ubiquitin ligase DTX3 empowers mutant p53 to
promote ovarian cancer development
Shanshan Wang et al., Genes & Diseases, 2022

### DEVICETALKS WEEKLY



June 23, 2023
CEO Favet explains how NeuroPace is
bringing neuromodulation to people with
drug-resistant epilepsy
See More >

### MEDTECH 100 INDEX



MEDTECH 100
Market Summary › Current Price
**$85.09**
June 28, 2023 at 1:06 PM EDT

The MedTech 100 is a financial index calculated
using the BIG100 companies covered in Medical
Design and Outsourcing.

CLICK FOR INDEX DETAILS >>

**Need Medtech news in a minute?
We Deliver!**
MassDevice Enewsletters get you caught
up on all the mission critical news you
need in med tech. Sign up today.







Sandborn W J et al., The Lancet, 2023. Provided by
Pfizer Medical Affairs

Sandborn W J et al., The Lancet, 2023. Provided by
Pfizer Medical Affairs

Powered by TREND MD

---

IN CASE YOU MISSED IT

- Luminopia raises $16M for digital lazy eye therapeutic
- BioSig expands R&D for machine learning, AI for cardiac arrhythmia treatment
- Invo wins FDA clearance for expanded InvoCell labeling
- Fast Five: Teleflex has a Class I recall, Boston Scientific appoints two new board directors
- Invacare promotes new CFO from within
- Study shows health equity impact from Virta Health diabetes reversal platform
- Vida Health reports positive data for virtual diabetes program in low-income populations
- Eko launches digital stethoscope with heart disease detection AI
- Masimo loses board seats to activist investor Politan
- Carthera closes $40M Series B to support SonoCloud
- Presidio Medical raises $72M for ultra-low frequency neuromod tech
- Boston Scientific appoints Jessica Mega, Susan Morano to board
- Augmedics closes $82.5M Series D, marks 4,000 U.S. patients treated with Xvision
- Fast Five: Conformis to be acquired by Restor3d, Medtronic appoints new board director
- Semova reports positive interim data for Cell Pouch System
- Studies back Fractyl Health diabetes reversal procedure, gene therapy
- Telefex recall of Arrow catheter system is Class I

---

📶 FROM MEDICAL DESIGN & OUTSOURCING

- Adhesive bandage with nanoparticles tests for COVID-19
NYU Abu Dhabi researchers say they have a new rapid COVID-19 testing method using an adhesive bandage. This bandage uses gold nanoparticles to quickly detect the immune antibodies in the bloodstream. SARS-CoV-2 infection naturally produces these antibodies, known as IgM and IgG. They serve as valuable biomarkers to identify infected individuals and monitor the spread... [...]

- Medtronic reports diversity gains and a larger manufacturing footprint
A year-over-year comparison of Medtronic's latest annual report shows an increase in gender and racial diversity, a larger manufacturing and research footprint and some big moves in its manufacturing locations ranking. Medtronic reported gains for women and ethnic diversity in its workforce at the end of its fiscal year, which ended in April 2023. The... [...]

- CMS proposes new TCET pathway for Medicare coverage of breakthrough devices
The Centers for Medicare & Medicaid Services (CMS) is proposing the new Transitional Coverage for Emerging Technologies (TCET) pathway for breakthrough devices to secure Medicare coverage. The voluntary program would expedite Medicare coverage for new medtech innovations, offering an estimated three to five years of transitional coverage. CMS repealed a similar program. Medicare Coverage of... [...]

- What is nitinol and where is it used?
Nitinol is a metal alloy of nickel and titanium with unique properties, including superelasticity or pseudoelasticity and 'shape memory.' That means nitinol can remember its original shape and return to it when heated. It also shows great elasticity under stress. Nitinol's shape memory properties allows medical devices using it to compress to a lower profile... [...]

- Raumedic plans lower-emission energy center project
Raumedic is working on an energy plant project at its Helmbrechts, Germany headquarters to generate heat and power from renewable sources. The medical device component developer and manufacturer expects to cut its carbon dioxide emissions by 85% through the collaboration with energy network operator E.ON. It's the latest sustainability move in the medtech supply chain... [...]

- Ypsomed, S3 Connected Health partner to expand digital offerings
Ypsomed announced plans to expand its offerings of digital health solutions for chronic disease therapy together with S3 Connected Health, Dublin, Ireland-based S3 Connected Health specializes as a digital health partner for life science companies. This partnership allows Ypsomed's biopharma customers to quickly launch therapy-specific digital patient solutions. It enables therapy management support for... [...]

- These magnetically controlled video capsules could provide an endoscopy alternative
Researchers at George Washington University recently tested a method for remotely driving a miniature video capsule into problem areas of the stomach. Medical technology company AnX Robotica created the capsule endoscopy system used in the study, called NaviCam. The company

Captured by FireShot Pro: 28 June 2023, 13:16:11
https://getfireshot.com

Page 3
Masimo unveils Freedom health-tracking smartwatch | MassDevice
https://www.massdevice.com/masimo-unveils-freedom-health-tracking-smartwatch/

also funded the research. Physicians can direct the capsule to potential problem areas to visualize…
[…]

· 5 growth areas where Medtronic's CEO wants to invest more

With Medtronic selling off and spinning off businesses, CEO and Chair Geoff Martha recently shared
his strategy on divestitures and the high-growth areas where he wants to invest more. Martha was
speaking at this month's Goldman Sachs Annual Global Healthcare Conference, where he also
offered his perspective on labor conditions, supply chain issues, international markets… […]

· Asahi/America opens new fabrication facility

NEWS RELEASE: Asahi/America, Inc. Announces Opening of Newly Constructed Fabrication Facility
LAWRENCE, MA – Thermoplastic valve and pipe manufacturer Asahi/America, Inc. opened the
doors and celebrated the grand opening of its newly constructed Louisiana-based fabrication shop
in Paulina, LA with customers, partners, employees, and local government officials on June 1, 2023.
The new facility focuses… […]

· Redefining the treatment of artery disease with advanced intravascular lithotripsy

Device developer FastWave Medical is working to advance intravascular lithotripsy therapy for
peripheral and coronary artery disease. By Tristan Tieso, FastWave Medical Cardiovascular disease,
including peripheral artery disease (PAD) and coronary artery disease (CAD), affects millions of
people worldwide. Resulting from obstruction in one or more arteries, these conditions are often
complicated by the presence… […]

· Moon Surgical thinks Maestro's light touch can win the surgical robotics arms race

The Moon Surgical Maestro robotic surgery system faces some stiff competition — and the device
developer plans to use that to its advantage. In an interview with Medical Design & Outsourcing,
Moon Surgical CEO Anne Osdoit and Chief Technology Officer David Noonan discussed the
technology behind what they described as their system's key benefit: the… […]



**About Sean Whooley**

Sean Whooley is an associate editor who mainly produces work for MassDevice,
Medical Design & Outsourcing and Drug Delivery Business News. He received a
bachelor's degree in multiplatform journalism from the University of Maryland, College Park. You
can connect with him on LinkedIn or email him at swhooley@wtwhmedia.com.

## +MASS DEVICE

**MASSDEVICE MEDICAL NETWORK**

DeviceTalks
Drug Delivery Business News
Medical Design & Outsourcing
Medical Tubing + Extrusion
Drug Discovery & Development
Pharmaceutical Processing World
MedTech 100 Index
R&D World
Medical Design Sourcing

**DEVICETALKS WEBINARS, PODCASTS, & DISCUSSIONS**

Attend our Monthly Webinars
Listen to our Weekly Podcasts
Join our DeviceTalks Tuesdays Discussion

**MASSDEVICE**

Subscribe to MassDevice E-Newsletter
Advertise with us
About
Contact us

Copyright © 2013 - WTWH Media LLC and its licensors. All rights reserved.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of WTWH Media.
Advertise | Privacy Policy