### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1377-MN-JLH ) ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) ) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| Counter-Claimant, | ) ) ) |
| v. | ) ) |
| APPLE INC., | ) ) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1378-MN-JLH ) ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) ) |
| Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) |
| Counter-Claimants, | ) ) |
| v. | ) ) |
| APPLE INC., | ) ) |
| Counter-Defendant. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Jeffrey Scott Seddon, II, Amy I. Wann, Raymond N. Habbaz , Lee Matalon, and

Taeg Sang Cho, Ph.D. of Desmarais LLP, 230 Park Avenue, New York, NY 10169 to represent Plaintiff Apple Inc. in this matter.

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew L. Brown (#6766) |
| Jordan N. Malz | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE 19801 |
| 230 Park Avenue | Tel: (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |
| Peter C. Magic | |
| DESMARAIS LLP | *Attorneys for Plaintiff/Counter-Defendant* |
| 101 California Street | *Apple Inc.* |
| San Francisco, CA 94111 | |
| Tel: (415) 573-1900 | |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: July 6, 2023
10902784/ 12209.00051

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                          Signed: */s/ Jeffrey Scott Seddon, II*
                                            Jeffrey Scott Seddon, II
                                            Desmarais LLP
                                            230 Park Avenue
                                            New York, NY 10169
                                            Tel: (212) 351-3400
                                            jseddon@desmaraisllp.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                    Signed:  */s/ Amy I. Wann*
                                              Amy I. Wann
                                              Desmarais LLP
                                              230 Park Avenue
                                              New York, NY 10169
                                              Tel: (212) 351-3400
                                              awann@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                                  Signed:  */s/ Raymond N. Habbaz*
                                                                       Raymond N. Habbaz
                                                                       Desmarais LLP
                                                                       230 Park Avenue
                                                                       New York, NY 10169
                                                                       Tel: (212) 351-3400
                                                                       rhabbaz@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023     Signed: */s/ Lee Matalon*
　　　　　　　　　　　　　　　　Lee Matalon
　　　　　　　　　　　　　　　　Desmarais LLP
　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　Tel: (212) 351-3400
　　　　　　　　　　　　　　　　lmatalon@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                    Signed: */s/ Taeg Sang Cho, Ph.D.*
                                      Taeg Sang Cho, Ph.D.
                                      Desmarais LLP
                                      230 Park Avenue
                                      New York, NY 10169
                                      Tel: (212) 351-3400
                                      tcho@desmaraisllp.com