## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. ) | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, )<br>)<br>Counter-Claimant, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | |
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. ) | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and )<br>CERCACOR LABORATORIES, INC., )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Kyle Curry and Maria Tartakovsky of Desmarais LLP, 101 California Street,

Suite 3070, San Francisco, CA 94111and David J. Cho, Ph.D. of Desmarais LLP, 1899 Pennsylvania Avenue NW, Suite 400, Washington, D.C. 20006 to represent Plaintiff Apple Inc. in this matter.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  July 6, 2023
10902914 / 12209.00051

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023        Signed: */s/ Kyle Curry*
                                    Kyle Curry
                                    Desmarais LLP
                                    101 California Street
                                    Suite 3070
                                    San Francisco, CA 94111
                                    Tel: (415) 573-1900
                                    kcurry@desmaraisllp.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                                Signed:  */s/ Maria Tartakovsky*
                                                                Maria Tartakovsky
                                                                Desmarais LLP
                                                                101 California Street
                                                                Suite 3070
                                                                San Francisco, CA 94111
                                                                Tel: (415) 573-1900
                                                                mtartakovsky@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023

Signed: */s/ David J. Cho, Ph.D.*
David J. Cho, Ph.D.
Desmarais LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
dcho@desmaraisllp.com