# EXHIBIT 1

**Masimo®**

ENGLISH ⌄    SEARCH 🔍

PROFESSIONAL HEALTH          CONSUMER HEALTH          CONSUMER AUDIO

TECHNOLOGY ⌄        PRODUCT ⌄        SOLUTION ⌄        CLINICAL EVIDENCE ⌄        SUPPORT ⌄

# Masimo rainbow® Pulse CO-Oximetry

The Masimo rainbow SET® platform has the unique ability to measure dyshemoglobins and total hemoglobin concentration.

Home / rainbow® Pulse CO-Oximetry



## Upgradable rainbow SET Technology Platform

Masimo rainbow SET is a noninvasive monitoring platform featuring Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry with the option to measure multiple additional parameters.

> Oxygen Saturation (SpO2)              > Pleth Variability Index (PVi®)
> Pulse Rate (PR)                       > Methemoglobin (SpMet®)
> Perfusion Index (Pi)                  > Carboxyhemoglobin (SpCO®)
> Total Hemoglobin (SpHb®)              > Acoustic Respiration Rate (RRa®)
> Oxygen Content (SpOC™)                > Respiration Rate from the Pleth (RRp®)

SpHb and SpMet are not intended to replace laboratory blood testing. Blood samples should be analyzed by laboratory instruments prior to clinical decision making.
SpCO is not intended to be used as the sole basis for making diagnosis or treatment decisions related to suspected carbon monoxide poisoning; it is intended to be used in conjunction with additional methods of assessing clinical signs and symptoms.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

PLCO-004235/PLM-10653B-0820

## Masimo

+ Improve Life™
+ Improve patient outcomes and reduce cost of care®
+ Take noninvasive monitoring to new sites and applications™

## Follow Us

   

ABOUT US        FOR HEALTHCARE        FOR CONSUMERS ↗        LEGAL        PRIVACY        SITEMAP

Case 1:22-cv-01377-MN-JLH Document 170-1 Filed 07/12/23 Page 3 of 3 PageID #: 9929

| Contact Us | Technology | Products ⬀ | Compliance | Privacy Notice |
|---|---|---|---|---|
| Guiding Principles | Product | Experience ⬀ | Codes of Conduct | CA Privacy |
| Corporate Brochure | Solutions | Education ⬀ | Patents | Cookie Notice |
| Sustainability Report | Clinical Evidence | Support ⬀ | Terms | Cookie Preferences |
| Company Evolution | OEM Solutions | | | |
| Investor Relations | Sensors and Cannulas | | | |
| Press Room | Support | | | |
| Media Room | Resources ⬀ | | | |
| Careers | | | | |
| Newsletter sign-up | | | | |

| Contact Us | Technology | Products ⬀ | Compliance | Privacy Notice |
|---|---|---|---|---|
| Guiding Principles | Product | Experience ⬀ | Codes of Conduct | CA Privacy |
| Corporate Brochure | Solutions | Education ⬀ | Patents | Cookie Notice |
| Sustainability Report | Clinical Evidence | Support ⬀ | Terms | Cookie Preferences |