# EXHIBIT 6












   

   



Home    News    About Us    Contact Us

Copyright © 2021 Neurava - All Rights Reserved.