# EXHIBIT 7



Home  News  Team  Contact Us

# Our Team



**Jay Shah, PhD** 
Co-Founder, CEO



**Vivek Ganesh, PhD**
Co-Founder, CTO



**Trevor Meyer**
Algorithms Engineer



**Pedro Irazoqui, PhD** 
Scientific Advisor
Neural Engineering



Home    News    Team    Contact Us

# Our Board





**Jay Shah, PhD**
Co-Founder, CEO
Board Member

**Vivek Ganesh, PhD**
Co-Founder, CTO
Board Member

**Mike Shepard**
Elevate Ventures
Board Member





Home    News    Team    Contact Us

Copyright © 2021 Neurava - All Rights Reserved.