# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br>    *Plaintiff*, <br> v. <br> MASIMO CORPORATION and <br> SOUND UNITED, LLC, <br>    *Defendants*. | Civil Action No. 22-1377 (MN) (JLH) |
| APPLE INC., <br>    *Plaintiff*, <br> v. <br> MASIMO CORPORATION and <br> SOUND UNITED, LLC, <br>    *Defendants*. | Civil Action No. 22-1378 (MN) (JLH) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO DISMISS

*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Stephen W. Larson
Jared C. Bunker
Matthew Pham
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 Telephone
(949) 760-9502 Fax
joe.re@knobbe.com
steve.jensen@knobbe.com
stephen.larson@knobbe.com
ben.katzenellenbogen@knobbe.com
jared.bunker@knobbe.com Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone

John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 Telephone
(302) 655-4210 Fax
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*

Dated: July 13, 2023

(310) 551-3458 Fax
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

On July 7, Apple filed a Renewed Motion to Dismiss and Strike on two grounds. D.I. 153.[1] Apple asks the Court to reissue its Report and Recommendation (R&R) so that Apple can object to that R&R. *Id.* Masimo agrees that the Court should reissue its R&R because the new allegations in Masimo's amended pleading do not change the parties' arguments or the basis for the Court's R&R. Masimo incorporates its arguments made in its opposition and at the hearing. *See* D.I. 68 at 8-12, 17-19; D.I. 83 (-1377) at 3-18; 6/15/2023 Tr. at 22-40, 50-54.[2]

Separately, Apple has argued the Court's R&R held "Masimo's 'predatory infringement' and 'monopoly leveraging' theories of liability are 'invalid' as a matter of law, and that the case should not proceed on those theories." D.I. 140 at 2. Based on that argument, Apple has now taken the position that it need not provide discovery on those theories. Exhibit A at 1; Exhibit B at 1; Exhibit C at 1. Apple's position is untenable because the deadline for substantial completion of document discovery is August 10 and the close of fact discovery is September 21. D.I. 92 at 15-16. Apple may dispute the relevance and proportionality of particular requests, but it has no basis for refusing to provide discovery on issues it intends to raise with Judge Noreika. Thus, Masimo respectfully requests that the Court make clear that the R&R did not limit discovery, and that Apple's objections to the R&R provide no basis to delay discovery on any issue.

Respectfully submitted,

July 13, 2023

PHILLIPS MCLAUGHLIN & HALL, P.A.

By: */s/ John C. Phillips, Jr.*

*Of Counsel:*

---

[1] Unless stated otherwise, all citations are to 22-cv-01378.

[2] Apple indicates it will object to the R&R by making new arguments and citing new cases. *See* D.I. 153 at 3 (citing D.I. 140 filed after the R&R). If Apple does so, Masimo will object and/or address the arguments on the merits in its opposition to Apple's objection.

Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Stephen W. Larson
Matthew Pham
Jared C. Bunker
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com
steve.jensen@knobbe.com
stephen.larson@knobbe.com
ben.katzenellenbogen@knobbe.com
jared.bunker@knobbe.comBrian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 Telephone
(302) 655-4210 Fax
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, a true and correct copy of the foregoing document was served on the following counsel of record at the addresses and in the manner indicated:

***VIA ELECTRONIC MAIL:***

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | John M. Desmarais<br>Kerri-Ann Limbeek<br>Cosmin Maier<br>Jordan N. Malz<br>Benjamin N. Luehrs<br>Joze Welsh<br>Jamie L. Kringstein<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jkringstein@desmaraisllp.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>pmagic@desmaraisllp.com | Jennifer Milici<br>Dominic Vote<br>Leon B. Greenfield<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington DC 20006<br>jennifer.milici@wilmerhale.com<br>dominic.vote@wilmerhale.com<br>leon.greenfield@wilmerhale.com |
| Mark A. Ford<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>mark.ford@wilmerhale.com | |

July 13, 2023

                                             */s/ Megan C. Haney*
                                             Megan C. Haney