# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN-JLH) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2023, a copy of Masimo Corporation and Sound United, LLC's First Supplemental Design Patent Invalidity Contentions was caused to be served on the following as indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

AppleMasimoService@desmaraisllp.com

Dated: July 18, 2023                                PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                    */s/ Megan C. Haney*
                                                    John C. Phillips, Jr. (#110)
                                                    Megan C. Haney (#5016)
                                                    1200 North Broom Street
                                                    Wilmington, DE 19806
                                                    (302) 655-4200
                                                    jcp@pmhdelaw.com
                                                    mch@pmhdelaw.com

                                                    *Attorneys for Defendants*