**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>*Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION,<br><br>*Counter-Claimant*,<br><br>v.<br><br>APPLE INC.<br><br>*Counter-Defendant.* | |
| APPLE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>*Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>*Counter-Claimants,*<br><br>v.<br><br>APPLE INC.<br><br>*Counter-Defendant.* | |

**JOINT MOTION FOR IN-PERSON CONFERENCE**
**TO RESOLVE DISCOVERY DISPUTES**

The parties respectfully move this Court to schedule an in-person conference subject to the Court's approval and availability, to address outstanding disputes regarding the following discovery matters:

- Apple's position that it need not provide discovery on Masimo's antitrust theories regarding (1) predatory infringement and (2) monopoly leveraging.

- Whether the parties' de-duping of newly collected documents against documents made available pursuant to cross-use should be limited to solely exclude documents that are identical, including with respect to metadata and custody.

- Apple's responses to Masimo's RFP Nos. 62-65, 76-90, 112-114, 118, and Interrogatory No. 16.

- Masimo's responses to Apple's RFP Nos. 61-62, 64-65, and 76-78.

- Masimo's response to Apple's RFP No. 74.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: July 6, 2023, July 10, 2023, and July 12, 2023.

Delaware Counsel:
For Masimo: John C. Phillips, Jr.
For Apple: Bindu A. Palapura, Dave Moore (one or both on each date)

Lead Counsel:
For Masimo: Stephen Larson, Adam Powell (July 12 only), Justin Gillett (PHV to be filed)
For Apple: Mark Ford, Jennifer Milici

The parties are available for an in-person conference on the following dates: **July 28, 2023, August 2, 2023 and August 3, 2023**.

Dated:  July 18, 2023

POTTER ANDERSON & CORROON LLP         PHILLIPS MCLAUGHLIN & HALL, P.A.


/s/ *David E. Moore*                                        /s/ *John C. Phillips, Jr.*
David E. Moore (#3983)                           John C. Phillips, Jr. (#110)
Bindu A. Palapura (#5370)                       Megan C. Haney (#5016)
Hercules Plaza, 6th Floor                          1200 North Broom Street
1313 N. Market Street                               Wilmington, Delaware 19806
Wilmington, DE 19801                             (302) 655-4200
(302) 984-6000                                          jcp@pmhdelaw.com
dmoore@potteranderson.com                   mch@pmhdelaw.com
bpalapura@potteranderson.com

                                                                 *Attorneys for Defendants*
*Attorneys for Plaintiff*