# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| APPLE INC., | ) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) |
| Counter-Claimants, | ) |
| v. | ) |
| APPLE INC., | ) |
| Counter-Defendant. | ) |

2

## [PROPOSED] ORDER

At Wilmington, this ____ day of _____, 2023, having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion to Dismiss and Strike Sound United's Answer and Counterclaims and the papers submitted in connection therewith;

IT IS HEREBY ORDERED THAT Apple Inc.'s Motion to Dismiss and Strike is GRANTED.

_____
The Honorable Jennifer L. Hall

10923445 / 12209.00051