# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

APPLE INC.,                                 )
                                            )
                    Plaintiff,              )
                                            )   C.A. No. 22-1377-MN-JLH
            v.                              )
                                            )   **JURY TRIAL DEMANDED**
MASIMO CORPORATION and                      )
SOUND UNITED, LLC,                          )
                                            )
                    Defendants.             )
MASIMO CORPORATION,                         )
                                            )
                    Counter-Claimant,       )
                                            )
            v.                              )
                                            )
APPLE INC.,                                 )
                                            )
                    Counter-Defendant.      )
APPLE INC.,                                 )
                                            )
                    Plaintiff,              )
                                            )
            v.                              )   C.A. No. 22-1378-MN-JLH
                                            )
MASIMO CORPORATION and                      )   **JURY TRIAL DEMANDED**
SOUND UNITED, LLC,                          )
                                            )
                    Defendants.             )
MASIMO CORPORATION and                      )
CERCACOR LABORATORIES, INC.,                )
                                            )
                    Counter-Claimants,      )
                                            )
            v.                              )
                                            )
APPLE INC.,                                 )
                                            )
                    Counter-Defendant.      )

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 21, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S SIXTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 257-309)

### VIA ELECTRONIC MAIL

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE  19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA  92614 |
| | Knobbe.MasimoDE@knobbe.com |
| | |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA  90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  July 24, 2023
10930958 / 12209.00051

By:  */s/ Bindu A. Palapura*
        David E. Moore (#3983)
        Bindu A. Palapura (#5370)
        Andrew L. Brown (#6766)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        dmoore@potteranderson.com
        bpalapura@potteranderson.com
        abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant
Apple Inc.*

3