# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., </br></br>　　　　　Plaintiff, </br></br>　　v. </br></br>MASIMO CORPORATION and </br>SOUND UNITED, LLC, </br></br>　　　　　Defendants. | C.A. No. 22-1377-MN-JLH </br></br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, </br></br>　　　　　Counter-Claimant, </br></br>　　v. </br></br>APPLE INC., </br></br>　　　　　Counter-Defendant. | |
| APPLE INC., </br></br>　　　　　Plaintiff, </br></br>　　v. </br></br>MASIMO CORPORATION and </br>SOUND UNITED, LLC, </br></br>　　　　　Defendants. | C.A. No. 22-1378-MN-JLH </br></br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and </br>CERCACOR LABORATORIES, INC., </br></br>　　　　　Counter-Claimants, </br></br>　　v. </br></br>APPLE INC., </br></br>　　　　　Counter-Defendant. | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 24, 2023, upon the following attorneys of record as indicated below:

APPLE INC.'S SEVENTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 310-318)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura* |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: July 25, 2023
10933701/ 12209.00051

3