**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,                                    )<br>                                                )<br>            Plaintiff,                         )<br>                                                )   C.A. No. 22-1377-MN-JLH<br>       v.                                      )<br>                                                )   **JURY TRIAL DEMANDED**<br>MASIMO CORPORATION and                          )<br>SOUND UNITED, LLC,                              )<br>                                                )<br>            Defendants.                         )<br>                                                )<br>MASIMO CORPORATION,                             )<br>                                                )<br>            Counter-Claimant,                   )<br>                                                )<br>       v.                                      )<br>                                                )<br>APPLE INC.,                                     )<br>                                                )<br>            Counter-Defendant.                  )<br>APPLE INC.,                                     )<br>                                                )<br>            Plaintiff,                          )<br>                                                )<br>       v.                                      )   C.A. No. 22-1378-MN-JLH<br>                                                )<br>MASIMO CORPORATION and                          )   **JURY TRIAL DEMANDED**<br>SOUND UNITED, LLC,                              )<br>                                                )<br>            Defendants.                         )<br>                                                )<br>MASIMO CORPORATION and                          )<br>CERCACOR LABORATORIES, INC.,                    )<br>                                                )<br>            Counter-Claimants,                  )<br>                                                )<br>       v.                                      )<br>                                                )<br>APPLE INC.,                                     )<br>                                                )<br>            Counter-Defendant.                  ) | |

**PLAINTIFF'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the August 3, 2023 hearing in this matter: Benjamin Luehrs, Jeffrey Seddon, Jennifer Milici and Lydia Turnage (collectively "Lead Counsel") and Natalie Pous and Jack Pararas ("In-House Counsel").

Lead Counsel, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. Additionally, In-House Counsel are not in possession of their bar identification cards. Lead Counsel and In-House Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  |  |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE  19801 |
| New York, NY 10169 | Tel:  (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP |  |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 |  |

2

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  August 1, 2023
10911544 / 12209.00051

       IT IS SO ORDERED this____day of_____, 2023.

                                            _____
                                                       The Honorable Jennifer L. Hall