# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1377-MN-JLH |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 31, 2023, upon the following attorneys of record as indicated below:

    APPLE INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANTS'
    FIRST SET OF INTERROGATORIES (NOS. 1 AND 3)**[ HIGHLY**
    **CONFIDENTIAL -ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |

|  |  |
|---|---|
| | Knobbe.MasimoDE@knobbe.com |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA  90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |
| | |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ Bindu A. Palapura |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew L. Brown (#6766) |
| Jordan N. Malz | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| Jeffrey Scott Seddon, II | Wilmington, DE  19801 |
| DESMARAIS LLP | Tel:  (302) 984-6000 |
| 230 Park Avenue | dmoore@potteranderson.com |
| New York, NY 10169 | bpalapura@potteranderson.com |
| Tel: (212) 351-3400 | abrown@potteranderson.com |
| | |
| Peter C. Magic | *Attorneys for Plaintiff/Counter-Defendant* |
| DESMARAIS LLP | *Apple Inc.* |
| 101 California Street | |
| San Francisco, CA 94111 | |
| Tel: (415) 573-1900 | |
| | |
| Jennifer Milici | |
| Leon B. Greenfield | |
| Dominic Vote | |
| WILMER CUTLER PICKERING HALE | |
|   AND DORR LLP | |
| 2100 Pennsylvania Avenue NW | |
| Washington, DC 20037 | |
| Tel: (202) 663-6000 | |
| | |
| Mark A. Ford | |
| WILMER CUTLER PICKERING HALE | |
|   AND DORR LLP | |
| 60 State Street | |
| Boston, MA  02109 | |
| Tel: (617) 526-6423 | |
| | |
| Dated:  August 3, 2023 | |
| 10952381 / 12209.00051 | |