# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
|       Plaintiff, | ) ) ) |
|     v. | ) C.A. No. 22-1377-MN-JLH ) ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) |
|       Defendants. | ) |
| MASIMO CORPORATION, | ) |
|       Counter-Claimant, | ) ) ) |
|     v. | ) ) |
| APPLE INC., | ) ) |
|       Counter-Defendant. | ) |
| APPLE INC., | ) |
|       Plaintiff, | ) ) ) |
|     v. | ) C.A. No. 22-1378-MN-JLH ) ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) |
|       Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) |
|       Counter-Claimants, | ) ) |
|     v. | ) ) |
| APPLE INC., | ) ) |
|       Counter-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 2, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NO. 19) **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NO. 23)

### VIA ELECTRONIC MAIL

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA 90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Bindu A. Palapura* |
| John M. Desmarais | David E. Moore (#3983) |
| Jordan N. Malz | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew L. Brown (#6766) |
| Kerri-Ann Limbeek | Hercules Plaza, 6th Floor |
| Jeffrey Scott Seddon, II | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE 19801 |
| 230 Park Avenue | Tel: (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: August 3, 2023
10952424 / 12209.00051