**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION, <br><br> *Counter-Claimant,* <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | |
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> *Counter-Claimants,* <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | |

**MOTION FOR TELECONFERENCE TO RESOLVE
<u>PROTECTIVE ORDER AND DISCOVERY DISPUTES</u>**

The parties respectfully move to schedule a conference to address outstanding disputes regarding the following discovery issues:

1) When Apple must supplement its response to Masimo's Interrogatory No. 25.

2) Whether Apple must supplement its responses to Masimo's Interrogatory Nos. 3 and 27.

3) Whether Masimo must supplement its response to Apple's Interrogatory No. 2.

4) Whether Masimo must supplement its response to Apple's Interrogatory No. 12.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: Issue 1: August 2, 2023; Issue 2: June 2, June 5, July 10, August 2, and August 11, 2023; Issue 3: August 9, 2023; Issue 4: July 19, 2023.

Delaware Counsel:
For Masimo: John C. Phillips, Jr.
For Apple: David E. Moore

Lead Counsel:
For Masimo: Jared Bunker (Issue 2, June 2, June 5, July 10; Issue 3, August 9), Mark Lezama (Issues 1 and 2, August 2 and 11); Stephen Larson (Issue 4)
For Apple: Carson Olsheski (Issues 1–3), Benjamin Luehrs (Issue 2, June 2, June 5, July 10, August 11); Mark Ford (Issue 2, August 11; Issue 4)

The parties are available for a teleconference on the following dates: August 22–24, 2023; for August 23, the parties are available only in the afternoon.

Dated: August 11, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore* | /s/ *Megan C. Haney* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, Delaware 19806 |

Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff*

(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants and Counterclaimants*

58044636