# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1377-MN-JLH<br>)<br>) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | )<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| Counter-Claimant, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1378-MN-JLH<br>) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC., | )<br>)<br>) |
| Counter-Claimants, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Counter-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 21, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' FIFTH SET OF REQUESTS FOR PRODUCTION (NOS. 211-236) **[CONFIDENTIAL – ATTORNEYS EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA 90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: August 21, 2023
10978474 / 12209.00051