IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                Defendants. | Civil Action No. 22-1378 (MN-JLH) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 30, 2023, a copy of (1) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Fletcher R. Rothkopf; (2) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of William M. Tyler; (3) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Steven C. Roach; (4) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Erik G. de Jong; (5) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Zhipeng Zhang; (6) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Michael B. Wittenberg; (7) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Adam T. Clavelle; and (8) Defendants Masimo

Corporation and Sound United, LLC's Notice of Deposition of Sameer Pandya was caused to be served on the following as indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Andrew L. Brown
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Jennifer M. Przybylski
Carson Olsheski
Jeffrey Scott Seddon, II
Amy I. Wann
Raymond N. Habbaz
Lee Matalon
Taeg Sang Cho
Eli Balsam
Patrick Reilly
Marie Weisfeiler
Desmarais LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com
jprzybylski@desmaraisllp.com
colsheski@desmaraisllp.com

jseddon@desmaraisllp.com
awann@desmaraisllp.com
rhabbaz@desmaraisllp.com
lmatalon@desmaraisllp.com
tcho@desmaraisllp.com
ebalsam@desmaraisllp.com
preilly@desmaraisllp.com
mweisfeiler@desmaraisllp.com

Peter C. Magic
Kyle Curry
Maria Tartakovsky
Desmarais LLP
101 California Street, Suite 3070
San Francisco, CA 94111
pmagic@desmaraisllp.com
kcurry@desmaraisllp.com
mtartakovsky@desmaraisllp.com

David J. Cho
David J. Shaw
Desmarais LLP
1899 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006
dcho@desmaraisllp.com
dshaw@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

Lydia Turnage
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center

250 Greenwich Street
New York, NY 10007
lydia.turnage@wilmerhale.com

Bethany Stevens
Hannah Cannom
Walker Stevens Cannom LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
bstevens@wscllp.com
hcannom@wscllp.com

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

Dated:  August 30, 2023                        PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                */s/ Megan C. Haney*
                                                John C. Phillips, Jr. (#110)
                                                Megan C. Haney (#5016)
                                                1200 North Broom Street
                                                Wilmington, DE 19806
                                                (302) 655-4200
                                                jcp@pmhdelaw.com
                                                mch@pmhdelaw.com

                                                *Attorneys for Defendants*