# PHILLIPS, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

August 31, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Apple Inc. v. Masimo Corporation, et al.*,
              C.A. Nos. 22-1377 & 22-1378 (MN) (JLH)

Dear Judge Hall,

    I write on behalf of the parties in the above-referenced actions. Pursuant to Paragraph 10 of the Court's Scheduling Order (D.I. 103, C.A. No. 22-1377; D.I. 92, C.A. No. 22-1378), enclosed is a USB flash drive containing the parties' joint tutorial on the technology at issue. Should Your Honor have any questions, counsel are available at the Court's convenience.

                                          Respectfully submitted,

                                          */s/ Megan C. Haney*

                                          Megan C. Haney (#5016)

cc:    All Counsel of Record (via CM/ECF & Email)