## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION and | ) |
| CERCACOR LABORATORIES, INC., | ) |
| | ) |
| Counter-Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

## APPLE INC.'S MOTION FOR CONFERENCE TO
## RESOLVE DISCOVERY DISPUTES

Pursuant to Paragraph 8(g) of the Scheduling Order (D.I. 103, C.A. No. 22-1377; D.I. 92, C.A. No. 22-1378), Plaintiff Apple Inc. respectfully moves to schedule a conference to address an outstanding dispute regarding the following discovery issue:

- Whether and by when Masimo must provide emails that hit on Apple's search terms.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on July 19, 2023, August 1, 2023, and August 25, 2023.

Delaware Counsel:
For Masimo: John C. Phillips, Jr., Megan C. Haney
For Apple: David E. Moore

Lead Counsel:
For Masimo: Jared Bunker, Kendall Loebbaka
For Apple: Jeffrey Seddon (on July 19, 2023, August 1, 2023, and August 25, 2023), Jordan Malz and Mark Ford (on July 19, 2023 and August 1, 2023), Jennifer Milici (on August 25, 2023) and Peter Magic (on July 19, 2023).

The parties are available for a conference on September 12, 14, and 15, 2023.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By:  */s/ David E. Moore* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE  19801 |
| New York, NY 10169 | Tel:  (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |
| Peter C. Magic | |
| DESMARAIS LLP | |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 | |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 1, 2023
11012202 / 12209.00051