**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 6, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1) **[HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |
| | Knobbe.MasimoDE@knobbe.com |
| | |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA 90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 6, 2023
11035741 / 12209.00051

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant*
*Apple Inc.*