### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC,<br><br>                Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                Defendants. | Civil Action No. 22-1378 (MN-JLH) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Edward M. Cannon to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated:  September 6, 2023                PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                      */s/ Megan C. Haney*
                                                      John C. Phillips, Jr. (#110)
                                                      Megan C. Haney (#5016)
                                                      1200 North Broom Street
                                                      Wilmington, DE 19806
                                                      (302) 655-4200
                                                      jcp@pmhdelaw.com
                                                      mch@pmhdelaw.com
                                                      *Attorneys for Defendants*

## **ORDER GRANTING MOTION**

 IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                The Honorable Jennifer L. Hall
                United States Magistrate Judge