# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>)<br>) Civil Action No. 22-1377 (MN) (JLH) |
| v. | ) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

At Wilmington, this _____ day of _____, 2023, having considered Defendants' Motion for Leave to File a Partial Motion to Stay and the papers submitted in connection therewith;

IT IS HEREBY ORDERED THAT Defendants' Motion for Leave is GRANTED. Defendants may file Exhibits 1 through 3.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge