## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., </br></br> Plaintiff, </br></br> v. </br></br> MASIMO CORPORATION and SOUND UNITED, LLC, </br></br> Defendants. | ) </br> ) </br> ) </br> ) C.A. No. 22-1377-MN-JLH </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) </br> ) |
| MASIMO CORPORATION and SOUND UNITED, LLC, </br></br> Counter-Claimants, </br></br> v. </br></br> APPLE INC., </br></br> Counter-Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 8, 2023, upon the following attorneys of record as indicated below:

    APPLE INC.'S THIRD SUPPLEMENTAL RESPONSE TO DEFENDANTS'
    FIRST SET OF INTERROGATORIES (NO. 3) **[HIGHLY CONFIDENTIAL -**
    **ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. </br> Megan C. Haney </br> PHILLIPS, MCLAUGHLIN & HALL, P.A. </br> 1200 N. Broom Street </br> Wilmington, DE 19806 </br> jcp@pmhdelaw.com </br> mch@pmhdelaw.com | Joseph R. Re </br> Stephen C. Jensen </br> Stephen W. Larson </br> Jared C. Bunker </br> Benjamin A. Katzenellenbogen </br> Douglas B. Wentzel </br> Kendall M. Loebbaka </br> Brian C. Claassen |

|  |  |
|---|---|
|  | Mark Lezama |
|  | Edward M. Cannon |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|  | 2040 Main Street, 14th Floor |
|  | Irvine, CA  92614 |
|  | Knobbe.MasimoDE@knobbe.com |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | Daniel P. Hughes |
| 1925 Century Park E., Suite 600 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Los Angeles, CA  90067 | 3579 Valley Centre Drive, Suite 300 |
| Knobbe.MasimoDE@knobbe.com | San Diego, CA 92130 |
|  | Knobbe.MasimoDE@knobbe.com |
| Carol Pitzel Cruz |  |
| KNOBBE, MARTENS, OLSON & BEAR, LLP |  |
| 925 Fourth Ave., Suite 2500 |  |
| Seattle, WA 98104 |  |
| Knobbe.MasimoDE@knobbe.com |  |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ Bindu A. Palapura*
David E. Moore (#3983)

John M. Desmarais        Bindu A. Palapura (#5370)
Jordan N. Malz            Andrew L. Brown (#6766)
Cosmin Maier              Hercules Plaza, 6th Floor
Kerri-Ann Limbeek        1313 N. Market Street
Jeffrey Scott Seddon, II    Wilmington, DE  19801
DESMARAIS LLP            Tel:  (302) 984-6000
230 Park Avenue           dmoore@potteranderson.com
New York, NY 10169       bpalapura@potteranderson.com
Tel: (212) 351-3400        abrown@potteranderson.com

Peter C. Magic           *Attorneys for Plaintiff/Counter-Defendant*
DESMARAIS LLP            *Apple Inc.*
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

2

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: September 8, 2023
11044405 / 12209.00051