## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
|         Plaintiff, | ) |
|     v. | ) C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
|         Defendants. | ) |
| MASIMO CORPORATION, | ) |
|         Counter-Claimant, | ) |
|     v. | ) |
| APPLE INC., | ) |
|         Counter-Defendant. | ) |
| APPLE INC., | ) |
|         Plaintiff, | ) |
|     v. | ) C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
|         Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) |
|         Counter-Claimants, | ) |
|     v. | ) |
| APPLE INC., | ) |
|         Counter-Defendant. | ) |

**PLAINTIFF'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the September 14, 2023 hearing in this matter: John Desmarais, Jordan Malz, David Shaw, Jamie Kringstein, Lee Matalon, Cosmin Maier, Taeg Sang (Tim) Cho, Amy Wann, Marie Weisfeiler, Kerri-Ann Limbeek, Benjamin Luehrs, Jennifer Milici, Raymond Habbaz and Jeffrey Seddon (collectively "Lead Counsel") and Javier Ortega Alvarez and Natalie Pous ("In-House Counsel").

Lead Counsel, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. Additionally, In-House Counsel is not in possession of his bar identification card. Lead Counsel and In-House Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10169 | Tel: (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP | |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 | |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: September 11, 2023
11041828/12209.00051

 IT IS SO ORDERED this____day of_____, 2023.

  _____
  The Honorable Jennifer L. Hall