# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1377-MN-JLH ) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) |
| MASIMO CORPORATION, | ) ) |
| Counter-Claimant, | ) ) |
| v. | ) ) |
| APPLE INC., | ) ) |
| Counter-Defendant. | ) ) |
| APPLE INC., | ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 22-1378-MN-JLH ) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) |
| Counter-Claimants, | ) ) |
| v. | ) ) |
| APPLE INC., | ) ) |
| Counter-Defendant. | ) ) |

**PLAINTIFF APPLE INC.'S NOTICE OF DEPOSITION OF LINUS PARK**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Apple Inc., will take the deposition upon oral examination of Linus Park. The

deposition will commence on October 2, 2023, at 9:00 a.m. at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 S Grand Ave Suite 2400, Los Angeles, CA 90071 and shall continue from day to day until completed.  Furthermore, if documents responsive to Apple's Requests for Production 57-60, are not produced sufficiently in advance of the deposition to allow adequate time for Apple's review, Apple reserves the right to take further deposition testimony from the deponent at another date or to reschedule the deposition entirely.

The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths.  The oral examination will be recorded stenographically and by use of Realtime and videotape.  You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br><br>Jennifer Milici<br>Leon B. Greenfield<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 20, 2023
11065833 / 12209.00051