**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN-JLH |
|   v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
|     Defendants. | ) |
| MASIMO CORPORATION, | ) |
| | ) |
|     Counter-Claimant, | ) |
| | ) |
|   v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
|     Counter-Defendant. | ) |

**DECLARATION OF KERRI-ANN LIMBEEK IN SUPPORT OF PLAINTIFF
APPLE INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A
<u>MOTION FOR PARTIAL STAY</u>**

I, Kerri-Ann Limbeek, declare and state as follows:

1. I am an attorney and partner at the law firm Desmarais LLP, counsel of record for Plaintiff Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law by and in good standing with the Bar of the State of New York. I submit this declaration based on personal knowledge, and if called upon as a witness, could competently testify to the truth of each statement herein.

2. I submit this declaration in support of Apple's Opposition to Defendants' Motion for Leave to File a Motion for Partial Stay, submitted concurrently herewith.

3. Attached as **Exhibit A** is a copy of the transcript of the discovery conference held before the Honorable Judge L. Hall on August 3, 2023 in the above-captioned case.

4. Attached as **Exhibit B** is a copy of the transcript of the scheduling conference held before the Honorable Judge L. Hall on May 5, 2023 in the above-captioned case.

I declare the foregoing to be true and correct under penalty of perjury.

| | |
|---|---|
| Dated: September 25, 2023 | By:    */s/ Kerri-Ann Limbeek* <br> Kerri-Ann Limbeek <br><br> **DESMARAIS LLP** <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: 212-351-3400 <br> klimbeek@desmaraisllp.com <br><br> *Attorney for Plaintiff Apple Inc.* |

11073132/12209.00051