**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 22-1377-MN-JLH<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |
| MASIMO CORPORATION,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Counter-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 22-1378-MN-JLH<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>　　　　　Counter-Claimants,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Counter-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Emily N. Weber of Desmarais LLP, 101 California Street, Suite 3070, San Francisco, CA 94111 to represent Plaintiff Apple Inc. in this matter.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ Bindu A. Palapura |
|  | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew L. Brown (#6766) |
| Jordan N. Malz | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE 19801 |
| 230 Park Avenue | Tel: (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: October 11, 2023
11104402/ 12209.00051

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____            _____
                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 11, 2023                   Signed:  */s/ Emily N. Weber*
                                                        Emily N. Weber
                                                        Desmarais LLP
                                                        101 California Street
                                                        Suite 3070
                                                        San Francisco, CA 94111
                                                        Tel: (415) 573-1858
                                                        eweber@desmaraisllp.com