**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

APPLE INC,

                Plaintiff,

     v.

MASIMO CORPORATION and SOUND
UNITED, LLC,

                Defendants.

Civil Action No. 22-1377 (MN-JLH)

APPLE INC,

                Plaintiff,

     v.

MASIMO CORPORATION and SOUND
UNITED, LLC,

                Defendants.

Civil Action No. 22-1378 (MN-JLH)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac* vice of Marko Zoretic to represent Defendants Masimo Corporation and Sound United,

LLC in the above-captioned matters.

Dated: October 18, 2023

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com
*Attorneys for Defendants*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                              The Honorable Jennifer L. Hall
                              United States Magistrate Judge

2