# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>　　　　Defendants. | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Counter-Defendant. | |
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>　　　　Defendants. | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Counter-Defendant. | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on October 30, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' SIXTH SET OF INTERROGATORIES (NO. 33) **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
Brian C. Claassen
Mark Lezama
Edward M. Cannon
Nicholas M. Zovko
Perry D. Oldham
Baraa Kahf
Raymond Lu
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Knobbe.MasimoDE@knobbe.com

Brian Horne
Ben Shiroma
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park E., Suite 600
Los Angeles, CA  90067
Knobbe.MasimoDE@knobbe.com

Adam Powell
Daniel P. Hughes
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

Carol Pitzel Cruz
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By:  */s/ David E. Moore*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Andrew L. Brown (#6766)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19801<br>     Tel:  (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: October 30, 2023
11138168 / 12209.00051