# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MASIMO CORPORATION and SOUND UNITED, LLC, <br><br>    Defendants. | C.A. No. 22-1377-MN-JLH <br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, <br><br>    Counter-Claimant, <br><br>    v. <br><br>APPLE INC., <br><br>    Counter-Defendant. | |
| APPLE INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MASIMO CORPORATION and SOUND UNITED, LLC, <br><br>    Defendants. | C.A. No. 22-1378-MN-JLH <br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br>    Counter-Claimants, <br><br>    v. <br><br>APPLE INC., <br><br>    Counter-Defendant. | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on October 31, 2023, upon the following attorneys of record as indicated below:

> PLAINTIFF AND COUNTER-DEFENDANT APPLE INC.'S PRIVILEGE LOG PERTAINING TO MR. JEFFREY MYERS [CONFIDENTIAL - ATTORNEYS' EYES ONLY]

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>Brian C. Claassen<br>Mark Lezama<br>Edward M. Cannon<br>Nicholas M. Zovko<br>Perry D. Oldham<br>Baraa Kahf<br>Raymond Lu<br>Marko Zoretic<br>Irfan Lateef<br>Justin J. Gillett<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>Ben Shiroma<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>Daniel P. Hughes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |
| Carol Pitzel Cruz<br>Logan Young<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>925 Fourth Ave., Suite 2500<br>Seattle, WA 98104<br>Knobbe.MasimoDE@knobbe.com | |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ David E. Moore*<br>　　David E. Moore (#3983)<br>　　Bindu A. Palapura (#5370)<br>　　Andrew L. Brown (#6766)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　dmoore@potteranderson.com<br>　　bpalapura@potteranderson.com<br>　　abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
　AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
　AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: November 2, 2023
11143549 / 12209.00051