## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1377-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on November 2, 2023, upon the following attorneys of record

as indicated below:

> PLAINTIFF APPLE INC.'S THIRD SUPPLEMENTAL INITIAL
> DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1) **[HIGHLY**
> **CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

**<u>VIA ELECTRONIC MAIL</u>**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>Brian C. Claassen<br>Mark Lezama<br>Edward M. Cannon<br>Nicholas M. Zovko<br>Perry D. Oldham<br>Baraa Kahf<br>Raymond Lu<br>Marko Zoretic<br>Irfan Lateef<br>Justin J. Gillett<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>Ben Shiroma<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>Daniel P. Hughes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

Carol Pitzel Cruz
Logan Young
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com


OF COUNSEL:                                      POTTER ANDERSON & CORROON LLP

John M. Desmarais                                By:  */s/ Bindu A. Palapura*
Jordan N. Malz                                        David E. Moore (#3983)
Cosmin Maier                                          Bindu A. Palapura (#5370)
Kerri-Ann Limbeek                                     Andrew L. Brown (#6766)
Jeffrey Scott Seddon, II                              Hercules Plaza, 6th Floor
DESMARAIS LLP                                         1313 N. Market Street
230 Park Avenue                                       Wilmington, DE  19801
New York, NY 10169                                    Tel:  (302) 984-6000
Tel: (212) 351-3400                                   dmoore@potteranderson.com
                                                      bpalapura@potteranderson.com
Peter C. Magic                                        abrown@potteranderson.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111                          *Attorneys for Plaintiff/Counter-Defendant*
Tel: (415) 573-1900                              *Apple Inc.*

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: November 3, 2023
11146393 / 12209.00051

3