**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION, *Counter-Claimant,* v. APPLE INC. *Counter-Defendant.* | |
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., *Counter-Claimants,* v. APPLE INC. *Counter-Defendant.* | |

**JOINT MOTION FOR TELECONFERENCE TO
<u>RESOLVE DISCOVERY DISPUTES</u>**

Pursuant to Paragraph 8(g) of the Scheduling Order (D.I. 103, C.A. No. 22-1377; D.I. 92, C.A. No. 22-1378), Plaintiff Apple Inc., and Defendant Masimo Corporation, Defendant Sound United, LLC, Counterclaimant Cercacor Laboratories, Inc., respectfully move to schedule a teleconference to address outstanding disputes regarding the following discovery issues:

- Whether the Court should enter a protective order precluding a deposition of Apple's Chief IP Counsel Jeffrey Myers.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: November 3, 2023.

Delaware Counsel:
For Masimo: Megan C. Haney
For Apple: David E. Moore and Bindu A. Palapura

Lead Counsel:
For Masimo: Douglas Wentzel
For Apple: Ben Luehrs

The parties are available for a teleconference on the following dates: November 9, 13, and 14.

Dated: November 3, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ David E. Moore* | */s/ Megan C. Haney* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Andrew L. Brown (#6766) | 1200 North Broom Street |
| Hercules Plaza, 6th Floor | Wilmington, Delaware 19806 |
| 1313 N. Market Street | (302) 655-4200 |
| Wilmington, DE 19801 | jcp@pmhdelaw.com |
| Tel: (302) 984-6000 | mch@pmhdelaw.com |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | *Attorneys for Defendants Masimo Corporation* |
| abrown@potteranderson.com | *and Sound United, LLC, Counterclaimant* |
| | *Cercacor Laboratories, Inc.,* |
| *Attorneys for Plaintiff Apple Inc.* | |