# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>            Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>            Defendants. | Civil Action No. 22-1378 (MN-JLH) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 9, 2023, copies of (1) Second Supplemental Initial Disclosures of Defendants Masimo Corporation and Sound United, LLC and Counter-Claimants Masimo Corporation and Cercacor Laboratories, Inc.; (2) Defendant Masimo Corporation's Supplemental Responses and Objections to Apple Inc.'s Second Set of Interrogatories (4, 6-10); (3) Masimo and Cercacor's Second Supplemental Responses and Objections to Apple, Inc.'s Fourth Set of Interrogatories (No. 36); (4) Defendant Masimo Corporation's Third Supplemental Response to Apple Inc.'s Second Set of Interrogatories (Nos. 11-12); and (5) Masimo Corporation, Sound United, LLC, and Cercacor Laboratories's Supplemental Responses and Objections to Apple Inc.'s Interrogatory 34 were caused to be

served on the following as indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Andrew L. Brown
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Jennifer M. Przybylski
Carson Olsheski
Jeffrey Scott Seddon, II
Amy I. Wann
Raymond N. Habbaz
Lee Matalon
Taeg Sang Cho
Eli Balsam
Patrick Reilly
Marie Weisfeiler
Ryan G. Thorne
Paul A. Bondor
Desmarais LLP
230 Park Avenue, 26th Floor
New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com
jprzybylski@desmaraisllp.com
colsheski@desmaraisllp.com

jseddon@desmaraisllp.com
awann@desmaraisllp.com
rhabbaz@desmaraisllp.com
lmatalon@desmaraisllp.com
tcho@desmaraisllp.com
ebalsam@desmaraisllp.com
preilly@desmaraisllp.com
mweisfeiler@desmaraisllp.com
rthorne@desmaraisllp.com
pbondor@desmaraisllp.com

Peter C. Magic
Kyle Curry
Maria Tartakovsky
Desmarais LLP
101 California Street, Suite 3070
San Francisco, CA 94111
pmagic@desmaraisllp.com
kcurry@desmaraisllp.com
mtartakovsky@desmaraisllp.com

David J. Cho
David J. Shaw
Desmarais LLP
1899 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006
dcho@desmaraisllp.com
dshaw@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Heath Brooks
John O'Toole
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com
heath.brooks@wilmerhale.com
john.o'toole@wilmerhale.com

Mark A. Ford
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP

60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com
vinita.ferrera@wilmerhale.com

Lydia Turnage
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
lydia.turnage@wilmerhale.com
Lauren Ige
Cristina Salcedo
Wilmer Cutler Pickering Hale and Dorr LLP
250 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
lauren.ige@wilmerhale.com
cristina.salcedo@wilmerhale.com

Bethany Stevens
Hannah Cannom
Walker Stevens Cannom LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
bstevens@wscllp.com
hcannom@wscllp.com

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

| | |
|---|---|
| Dated: November 9, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| | */s/ Megan C. Haney* |
| | John C. Phillips, Jr. (#110) |
| | Megan C. Haney (#5016) |
| | 1200 North Broom Street |
| | Wilmington, DE 19806-4204 |
| | Telephone: (302) 655-4200 |
| | Facsimile: (302) 655-4210 |
| | jcp@pmhdelaw.com |
| | mch@pmhdelaw.com |
| | |
| | *Attorneys for Defendants* |