**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | ) |
|       Plaintiff, | ) |
|     v. | ) C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
|       Defendants. | ) |
| MASIMO CORPORATION, | ) |
|       Counter-Claimant, | ) |
|     v. | ) |
| APPLE INC., | ) |
|       Counter-Defendant. | ) |
| APPLE INC., | ) |
|       Plaintiff, | ) |
|     v. | ) C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
|       Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) |
|       Counter-Claimants, | ) |
|     v. | ) |
| APPLE INC., | ) |
|       Counter-Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on November 9, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 6-9, 11-15) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NO. 23) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S FIFTH SET OF INTERROGATORIES TO APPLE INC. (NOS. 29–30) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' EIGHTH SET OF INTERROGATORIES (NOS. 44 - 47) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S OBJECTIONS AND RESPONSES TO MASIMO CORPORATION, SOUND UNITED, LLC, AND CERCACOR LABS., INC.'S NINTH SET OF INTERROGATORIES (NO. 50) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 1, 3, 4 **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

APPLE INC.'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NO. 3) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S FOURTH SET OF INTERROGATORIES TO APPLE INC. (NOS. 24-28) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' SIXTH SET OF INTERROGATORIES (NO. 35) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' SEVENTH SET OF INTERROGATORIES (NO. 37) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' EIGHTH SET OF INTERROGATORIES (NOS. 41 & 49) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
Brian C. Claassen
Mark Lezama
Edward M. Cannon
Nicholas M. Zovko
Perry D. Oldham
Baraa Kahf
Raymond Lu
Marko Zoretic
Irfan Lateef
Justin J. Gillett
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Knobbe.MasimoDE@knobbe.com

Brian Horne
Ben Shiroma
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park E., Suite 600
Los Angeles, CA  90067
Knobbe.MasimoDE@knobbe.com

Adam Powell
Daniel P. Hughes
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

Carol Pitzel Cruz
Logan Young
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  |  |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE  19801 |
| New York, NY 10169 | Tel:  (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP |  |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 |  |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: November 14, 2023
11156879 / 12209.00051

4