## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>　　　　　　　Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>　　　　　　　Defendants. | Civil Action No. 22-1378 (MN-JLH) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for the parties to file redacted versions of Apple's Objection to the Report and Recommendation and the supporting Declaration (D.I. 392, 393 in C.A. No. 22-1377; D.I. 413, 414 in C.A. No. 22-1378) is extended to November 17, 2023.

Dated: November 15, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore* | /s/ *Megan C. Haney* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, Delaware 19806 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 984-6000 | jcp@pmhdelaw.com |
| dmoore@potteranderson.com | mch@pmhdelaw.com |
| bpalapura@potteranderson.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Jennifer L. Hall
United States District Court Magistrate Judge