**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-MN-JLH <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |
| MASIMO CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1378-MN-JLH <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Counter-Claimants, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |

**DECLARATION OF DAVID E. MOORE IN SUPPORT OF
PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
<u>OBJECTIONS TO THE REPORT AND RECOMMENDATION</u>**

2

I, David E. Moore, hereby declare as follows:

1. I am a Partner with the law firm Potter, Anderson & Corroon LLP, together with Desmarais LLP and Wilmer Cutler Pickering Hale and Dorr LLP, attorneys of record for Plaintiff/Counter-Defendant Apple Inc.  I have personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the June 20, 2023 teleconference before the Honorable Jennifer L. Hall.

3. Attached hereto as Exhibit 2 is a true and correct copy of the hearing transcript of the October 27, 2023 hearing before the Honorable Jennifer L. Hall.

4. Attached hereto as Exhibit 3 is a true and correct copy of the hearing transcript of the June 15, 2023 hearing before the Honorable Jennifer L. Hall.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2023                              By: */s/ David E. Moore*
                                                                             David E. Moore

11150877/12209.00051