# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                    Defendants. | Civil Action No. 22-1377 (MN-JLH) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2023, copies of the (1) Rebuttal Expert Report of Joel Delman; and (2) Expert Rebuttal Report of Dr. Bruce Isaacson in Response to the Declaration and Supplemental Expert Report of Dr. Itamar Simonson were caused to be served on the following as indicated below:

### VIA E-MAIL

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

| | |
|---|---|
| Dated: December 18, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A.<br><br>*/s/ Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br>*Attorneys for Defendants* |