# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-MN-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1378-MN-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Counter-Claimants, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on December 15, 2023, upon the following attorneys of record as indicated below:

> REBUTTAL VALIDITY EXPERT REPORT OF DR. PEDRO IRAZOQUI CONCERNING THE VALIDITY OF APPLE INC.'S U.S. PATENT NOS. 10,076,257; 10,627,783; 10,942,491; 11,474,483; AND 10,987,054 **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> REBUTTAL EXPERT REPORT OF ALAN D. BALL ON VALIDITY OF APPLE'S ASSERTED DESIGN PATENTS **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> REBUTTAL EXPERT REPORT OF JAMES E. MALACKOWSKI **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> REBUTTAL EXPERT REPORT OF JOSEPH MATAL **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> EXPERT REPORT OF MAJID SARRAFZADEH, Ph.D. REGARDING NONINFRINGEMENT OF U.S. PATENT NOS. 10,687,743 & 10,722,159 **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> REBUTTAL VALIDITY EXPERT REPORT OF LOREN TERVEEN, PH.D. CONCERNING THE VALIDITY OF APPLE INC.'S U.S. PATENT NO. 11,106,352 **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> REBUTTAL EXPERT REPORT OF STEVEN WARREN **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
Brian C. Claassen
Mark Lezama
Edward M. Cannon
Nicholas M. Zovko
Perry D. Oldham
Baraa Kahf

|  |  |
|---|---|
| | Raymond Lu <br> Marko Zoretic <br> Irfan Lateef <br> Justin J. Gillett <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street, 14th Floor <br> Irvine, CA  92614 <br> Knobbe.MasimoDE@knobbe.com |
| Brian Horne <br> Ben Shiroma <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1925 Century Park E., Suite 600 <br> Los Angeles, CA  90067 <br> Knobbe.MasimoDE@knobbe.com | Adam Powell <br> Daniel P. Hughes <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 3579 Valley Centre Drive, Suite 300 <br> San Diego, CA 92130 <br> Knobbe.MasimoDE@knobbe.com |
| Carol Pitzel Cruz <br> Logan Young <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 925 Fourth Ave., Suite 2500 <br> Seattle, WA 98104 <br> Knobbe.MasimoDE@knobbe.com | Andrea Cheek <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1717 Pennsylvania Ave. N.W., Ste. 900 <br> Washington D.C. 20006 <br> Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ David E. Moore* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE  19801 |
| New York, NY 10169 | Tel:  (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP | |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 | |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: December 18, 2023
11215832 / 12209.00051