**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1378-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Counter-Claimants, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |

**JOINT STATUS REPORT REGARDING
<u>OBJECTIONS TO REPORT & RECOMMENDATION</u>**

Pursuant to the Court's direction at the January 16, 2024 hearing, the parties conferred regarding how the Court should resolve the pending objections to the Report & Recommendation. 1377 D.I. 392; 1378 D.I. 413.  In this instance, the parties consent to the Court reissuing the Report & Recommendation as an order of the Court and agree that such a conversion would constitute a rejection of the pending objections.

Dated: January 23, 2024

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew M. Moshos (#6685) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> amoshos@potteranderson.com | */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, Delaware 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com |
| OF COUNSEL: <br><br> John M. Desmarais <br> Jordan N. Malz <br> Cosmin Maier <br> Kerri-Ann Limbeek <br> Jeffrey Scott Seddon, II <br> **DESMARAIS LLP** <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 351-3400 <br><br> Peter C. Magic <br> **DESMARAIS LLP** <br> 101 California Street <br> San Francisco, CA 94111 <br> Tel: (415) 573-1900 <br><br> Jennifer Milici <br> Leon B. Greenfield <br> Dominic Vote | OF COUNSEL: <br><br> Joseph R. Re <br> Stephen C. Jensen <br> Stephen W. Larson <br> Jared C. Bunker <br> Benjamin A. Katzenellenbogen <br> Douglas B. Wentzel <br> Kendall M. Loebbaka <br> **KNOBBE, MARTENS, OLSON, & BEAR LLP** <br> 2040 Main Street, 14th Floor <br> Irvine, CA 92614 <br> Knobbe.MasimoDE@knobbe.com <br><br> Brian Horne <br> **KNOBBE, MARTENS, OLSON, & BEAR LLP** <br> 1925 Century Park E., Suite 600 <br> Los Angeles, CA 90067 <br> Knobbe.MasimoDE@knobbe.com <br><br> Adam Powell <br> **KNOBBE, MARTENS, OLSON, & BEAR LLP** <br> 3579 Valley Centre Drive, Suite 300 |

**WILMER CUTLER PICKERING HALE
   AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
**WILMER CUTLER PICKERING HALE
   AND DORR LLP**
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

*Attorneys for Defendant/Counter-Claimant Masimo Corporation, Defendant Sound United, LLC, and Counter-Claimant Cercacor Laboratories, Inc.*