IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>*Defendants*. | C.A. No. 22-1377-JLH<br>C.A. No. 22-1378-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, and CERCACOR LABORATORIES, INC.<br><br>*Counterclaimants*,<br><br>v.<br><br>APPLE INC.<br><br>*Counter-Defendant*. | |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to L.R. 7.1.2(b), defendants and counterclaimants Masimo Corporation ("Masimo Corp."), Sound United, LLC ("Sound United"), and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Masimo"), in the above captioned cases, respectfully submit as subsequent authority the attached Petitions for *Inter Partes* Review ("IPR"). This supplemental authority bears on the parties' pending claim construction arguments.

On December 12, 2023, the statutory cutoff date, Apple filed a series of petitions for IPR of the Asserted Masimo Patents.

| IPR No. | Asserted Masimo Patent |
|---|---|
| IPR2024-00241 (Ex. A) | U.S. Patent No. 10,687,743 (the "'743 Patent") |
| IPR2024-00242 (Ex. B) | The '743 Patent |
| IPR2024-00243 (Ex. C) | U.S. Patent No. 10,722,159 (the "'159 Patent") |
| IPR2024-00244 (Ex. D) | The '159 Patent |
| IPR2024-00290 (Ex. E) | U.S. Patent No. 8,190,223 (the "'223 Patent") |
| IPR2024-00293 (Ex. F) | U.S. Patent No. 10,736,507 (the "'507 Patent") |
| IPR2024-00294 (Ex. G) | The '507 Patent |
| IPR2024-00296 (Ex. H) | U.S. Patent No. 10,984,911 (the "'911 Patent") |

In each of the IPR petitions, Apple took the position that no claim terms needed construction. Ex. A at 7; Ex. B at 7; Ex. C at 4-5; Ex. D at 5; Ex. E at 3; Ex. F at 2-3; Ex. G at 3; Ex. H at 7-8.

Before this Court, Apple proposed claim constructions for claim terms recited by the claims of the '223, '507, and '911 patents. C.A. No. 22-1378, Dkt. 169 at 1-3 ('223 Patent disputed claim terms), 3-8 ('507 Patent disputed claim terms), 8-10 ('911 Patent disputed claim terms). Masimo respectfully submits that Apple's IPR positions are relevant to the claim constructions of the disputed claim terms of the '223, '507, and '911 Patents.

Dated: February 2, 2024

                                                 PHILLIPS MCLAUGHLIN & HALL, P.A.

                                                 */s/ John C. Phillips, Jr.*
                                                 John C. Phillips, Jr. (#110)
                                                 Megan C. Haney (#5016)
                                                 1200 North Broom Street
                                                 Wilmington, Delaware 19806
                                                 (302) 655-4200
                                                 jcp@pmhdelaw.com
                                                 mch@pmhdelaw.com

                                                 *Attorneys for Defendants*