## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* <br> MASIMO CORPORATION, <br><br> *Counter-Claimant,* <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | C.A. No. 22-1377-JLH <br><br> **JURY TRIAL DEMANDED** |

**MASIMO'S MOTION FOR SUMMARY JUDGMENT THAT
CERTAIN APPLE DESIGN PATENTS ARE INVALID FOR
INDEFINITENESS UNDER 35 U.S.C. § 112 (MOTION RANK NO. 3)**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Masimo Corporation and Sound United, LLC ("Masimo") respectfully move for summary judgment that certain Apple Design Patents are invalid for indefiniteness under 35 U.S.C. § 112.

Pursuant to the requirement in the Scheduling Order to rank motions for summary judgment (1377 D.I. 103 at 11 n.2), Masimo ranks this Motion No. 3. Masimo lists each of its summary judgment motions and their corresponding rankings in its Notice of Summary Judgment and *Daubert* Motions and Ranking of Summary Judgment Motions, filed concurrently herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| February 5, 2024 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| Of Counsel: | By: */s/ John C. Phillips, Jr.* |
|  | John C. Phillips, Jr. (No. 110) |
| Joseph R. Re | Megan C. Haney (No. 5016) |
| Stephen C. Jensen | 1200 North Broom Street |
| Irfan A. Lateef | Wilmington, DE 19806 |
| Stephen W. Larson | (302) 655-4200 Telephone |
| Benjamin A. Katzenellenbogen | (302) 655-4210 Fax |
| Edward M. Cannon | jcp@pmhdelaw.com |
| Brian C. Claassen | mch@pmhdelaw.com |
| Jared C. Bunker |  |
| Mark Lezama | *Counsel for Defendant/Counter-Claimant* |
| Kendall M. Loebbaka | *Masimo Corporation and Defendant Sound* |
| Douglas B. Wentzel | *United, LLC* |
| Knobbe, Martens, Olson & Bear, LLP |  |
| 2040 Main Street, 14th Floor |  |
| Irvine, CA  92614 |  |
| (949) 760-0404 Telephone |  |
| (949) 760-9502 Facsimile |  |
| joe.re@knobbe.com |  |
| steve.jensen@knobbe.com |  |
| irfan.lateef@knobbe.com |  |
| stephen.larson@knobbe.com |  |
| ben.katzenellenbogen@knobbe.com |  |
| ted.cannon@knobbe.com |  |
| brian.claassen@knobbe.com |  |
| jared.bunker@knobbe.com |  |
| mark.lezama@knobbe.com |  |

-3-

kendall.loebbaka@knobbe.com
douglas.wentzel@knobbe.com

Brian Horne
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
Daniel P. Hughes
Knobbe, Martens, Olson & Bear, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com
Daniel.hughes@knobbe.com

Carol M. Pitzel Cruz
Knobbe, Martens, Olson & Bear, LLP
925 4th Ave., #2500
Seattle, WA 98104
206-405-2000 Telephone
206-405-2001 Facsimile
carol.pitzelcruz@knobbe.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on February 5, 2024, upon the following in the manner indicated:

***VIA ELECTRONIC MAIL:***

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | John M. Desmarais<br>Kerri-Ann Limbeek<br>Cosmin Maier<br>Jordan N. Malz<br>Benjamin N. Luehrs<br>Joze Welsh<br>Jamie L. Kringstein<br>Jennifer M. Przybylski<br>Carson Olsheski<br>Jeffrey Scott Seddon, II<br>Amy I. Wann<br>Raymond N. Habbaz<br>Lee Matalon<br>Taeg Sang Cho<br>Eli Balsam<br>Patrick Reilly<br>Marie Weisfeiler<br>Ryan G. Thorne<br>Paul A. Bondor<br>Desmarais LLP<br>230 Park Avenue, 26th Floor<br>New York, NY 10169<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jkringstein@desmaraisllp.com<br>jprzybylski@desmaraisllp.com<br>colsheski@desmaraisllp.com<br>jseddon@desmaraisllp.com |

|  |  |
|---|---|
|  | awann@desmaraisllp.com<br>rhabbaz@desmaraisllp.com<br>lmatalon@desmaraisllp.com<br>tcho@desmaraisllp.com<br>ebalsam@desmaraisllp.com<br>preilly@desmaraisllp.com<br>mweisfeiler@desmaraisllp.com<br>rthorne@desmaraisllp.com<br>pbondor@desmaraisllp.com |
| Peter C. Magic<br>Kyle Curry<br>Maria Tartakovsky<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>pmagic@desmaraisllp.com<br>kcurry@desmaraisllp.com<br>mtartakovsky@desmaraisllp.com | Jennifer Milici<br>Dominic Vote<br>Leon B. Greenfield<br>Heath Brooks<br>John O'Toole<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>jennifer.milici@wilmerhale.com<br>dominic.vote@wilmerhale.com<br>leon.greenfield@wilmerhale.com<br>heath.brooks@wilmerhale.com<br>john.otoole@wilmerhale.com |
| Mark A. Ford<br>Vinita Ferrera<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>mark.ford@wilmerhale.com<br>vinita.ferrera@wilmerhale.com | David J. Cho<br>David J. Shaw<br>Desmarais LLP<br>1899 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>dcho@desmaraisllp.com<br>dshaw@desmaraisllp.com |
| Lydia Turnage<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>lydia.turnage@wilmerhale.com | Bethany Stevens<br>Hannah Cannom<br>Walker Stevens Cannom LLP<br>500 Molino Street, Suite 118<br>Los Angeles, CA 90013<br>bstevens@wscllp.com<br>hcannom@wscllp.com |
| Lauren Ige<br>Cristina Salcedo<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>250 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>lauren.ige@wilmerhale.com<br>cristina.salcedo@wilmerhale.com | IPservice@potteranderson.com |
| AppleMasimoService@desmaraisllp.com | whmasimoantitrustservice@wilmerhale.com |

-6-

Dated:  February 5, 2024                    */s/ Megan C. Haney*
                                            Megan C. Haney