# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>  *Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>  *Defendants.* | C.A. No. 22-1377-JLH<br><br>**JURY TRIAL DEMANDED**<br><br>**REDACTED - PUBLIC VERSION** |
| MASIMO CORPORATION,<br><br>  *Counter-Claimant,*<br><br>v.<br><br>APPLE INC.<br><br>  *Counter-Defendant.* | |

**DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF MASIMO'S MOTION FOR SUMMARY JUDGMENT THAT MASIMO DOES NOT INFRINGE <u>THE APPLE DESIGN PATENTS (MOTION RANK NO. 2)</u>**

Volume 1 of 3

I, Nicholas M. Zovko, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

2. I submit this Declaration in support of Masimo's Motion for Summary Judgment that Masimo Does Not Infringe the Apple Design Patents (Motion Rank No. 2).

3. **Exhibit A1** is a physical of the Masimo watch with the original electrode design (with gold electrodes), which is being concurrently submitted to the Court pursuant to Masimo's Notice of Lodging. Attached hereto as *Exhibit A1a* are photos of this physical exhibit.

4. **Exhibit A2** is a physical of the Masimo watch with the original electrode design (with silver electrodes), which is being concurrently submitted to the Court pursuant to Masimo's Notice of Lodging. Attached hereto as *Exhibit A2a* are photos of this physical exhibit.

5. **Exhibit A3** is a physical of the Masimo watch with the wave electrode design (with silver electrodes), which is being concurrently submitted to the Court pursuant to Masimo's Notice of Lodging. Attached hereto as *Exhibit A3a* are photos of this physical exhibit.

6. **Exhibit A4** is a physical of the Apple Watch Series 4 (without a band), which is being concurrently submitted to the Court pursuant to Masimo's Notice of Lodging. Attached hereto as *Exhibit A4a* are photos of this physical exhibit.

7. **Exhibit A5** is a physical of the Apple Watch Series 5 (with a band), which is being concurrently submitted to the Court pursuant to Masimo's Notice of Lodging. Attached hereto as *Exhibit A5a* are photos of this physical exhibit.

8. Attached hereto as **Exhibit A6** is a true and correct copy of U.S. Patent No. D883,279 that includes high resolution images of the drawings.

9. Attached hereto as **Exhibit A7** is a true and correct copy of U.S. Patent No. D947,842 that includes high resolution images of the drawings.

10. Attached hereto as **Exhibit A8** is a true and correct copy of U.S. Patent No. D962,936 that includes high resolution images of the drawings.

11. Attached hereto as **Exhibit A9** is a true and correct copy of U.S. Patent No. D735,131.

12. Attached hereto as **Exhibit A10** is a true and correct copy of the Patent Owner's Preliminary Response in IPR2023-00728 for D962,936, dated June 21, 2023.

13. Attached hereto as **Exhibit A11** is a true and correct copy of the Patent Owner's Preliminary Response in IPR2023-00702 for D947,842, dated June 29, 2023.

14. Attached hereto as **Exhibit A12** is a true and correct copy of the Patent Owner's Preliminary Response in IPR2023-00774 for D883,279, dated July 12, 2023.

15. Attached hereto as **Exhibit A13** is a true and correct copy of the Patent Owner's Preliminary Response in IPR2023-00831 for D735,131, dated August 24, 2023.

16. Attached hereto as **Exhibit A14** is a true and correct copy of the USPTO's decision denying institution in IPR2023-00831 for D735,131, dated November 21, 2023.

17. Attached hereto as **Exhibit A15** is a true and correct copy of Apple's Preliminary Infringement Contentions in C.A. No. 22-1377, dated May 25, 2023.

18. Attached hereto as **Exhibit A16** is a true and correct copy of Apple's Final Infringement Contentions in C.A. No. 22-1377, dated August 17, 2023.

19. Attached hereto as **Exhibit A17** is a true and correct copy of the November 22, 2023 Opening Expert Report of Alan D. Ball, with the exhibits removed.

20. Attached hereto as **Exhibit A18** is a true and correct copy of the December 15, 2023 Rebuttal Expert Report of Joel Delman, with the appendices removed.

21. Attached hereto as **Exhibit A19** is a true and correct copy of the January 5, 2023 Reply Expert Report of Alan D. Ball, with the exhibits removed.

22. Attached hereto as **Exhibit A20** is a true and correct copy of the transcript of the January 26, 2024 deposition of Alan D. Ball.

23. Attached hereto as **Exhibit A21** is a true and correct copy of the transcript of the November 15, 2023 deposition of Molly Anderson.

24. Attached hereto as **Exhibit A22** is a true and correct copy of the transcript of the November 9, 2023 deposition of Evans Hankey.

25. Attached hereto as **Exhibit A23** is a true and correct copy of the transcript of the November 7, 2023 deposition of Rico Zorkendorfer.

26. Attached hereto as **Exhibit A24** is a true and correct copy of the transcript of the October 19, 2023 deposition of Richard Howarth.

27. Attached hereto as **Exhibit A25** is a true and correct copy of the November 17, 2022 Rebuttal Expert Report of Shirley Webster, with the appendices removed.

28. Attached hereto as **Exhibit A26** is a true and correct copy of the November 4, 2022 Rebuttal Expert Report of Majid Sarrafzadeh, Ph.D., with the appendices removed.

29. Attached hereto as **Exhibit A27** is a true and correct copy of PCT Application Publication No. WO 2017/165532 (Paulke).

30.     Attached hereto as **Exhibit A28** is a true and correct copy of U.S. Patent No. 6,801,799 (Mendelson).

31.     Attached hereto as **Exhibit A29** is a true and correct copy of the USPTO's Design Patent Application Guide, accessed at https://www.uspto.gov/patents/basics/apply/design-patent#drawings, on January 31, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2024, in Irvine, California.

                                                      */s/ Nicholas M. Zovko*
                                                      Nicholas M. Zovko