# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-JLH <br> C.A. No. 22-1378-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF CLAIM NO LONGER AT ISSUE

Plaintiff Apple Inc. ("Apple") respectfully notifies the Court that the following claim is no longer at issue: U.S. Patent No. 10,987,054, Claim 15.

The claims that Apple intends to assert at trial are (1) U.S. Patent No. D883,279; (2) U.S. Patent No. D947,842; (3) U.S. Patent No. D735,131; (4) U.S. Patent No. 10,627,783, Claim 16; (5) U.S. Patent No. 11,474,483, Claim 13; and (6) U.S. Patent No. 10,987,054, Claim 1.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |

OF COUNSEL:

John M. Desmarais
Paul A. Bondor
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: October 14, 2024
11827158 / 12209.00051

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Andrew M. Moshos (#6685)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Tel:  (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   amoshos@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*