# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., *Plaintiff*, v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants*. | C.A. No. 22-1377-JLH<br>C.A. No. 22-1378-JLH |

### PLAINTIFF'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys and trial support staff may bring their personal electronic devices, including cellular phones, smart phones, laptop computers, smart watches, and tablet computers (along with monitors, computer mice, charging devices, power cords, extension cords, USB drives, HDMI matrix, MiFi/Hotspot devices) for pre-trial set up on October 18, 2024 and trial from October 21, 2024 through October 25, 2024 in this matter:

| Counsel | | | |
|---|---|---|---|
| John Desmarais | Peter Magic | Cosmin Maier | Kerri-Ann Limbeek |
| David Shaw | Jeff Seddon | Paul Bondor | Benjamin Luehrs |
| Taeg Sang (Tim) Cho | Lindsey Miller | Carson Olsheski | Jamie Kringstein |
| Kyle Curry | Lee Matalon | David Cho | Maria Tartakovsky |
| Raymond Habbaz | Marie Weisfeiler | Emily Weber | Kurt Fredrickson |
| Mark Ford | Jennifer Milici | Sarah Frazier | Thomas Sprankling |

| Client Representatives | | | |
|---|---|---|---|
| Tucker Terhufen | Colette Mayer | Jeff Myers | Meaghan Thomas-Kennedy |

| Jury Consultant | | | |
|---|---|---|---|
| Jamie Laird | | | |

| Plaintiff's Witnesses | | | |
|---|---|---|---|
| Molly Anderson | Alan Ball | Pedro Irazoqui | Fletcher Rothkopf |
| Itamar Simonson | Steven Warren | | |

| Paralegal and Administrative Staff | | | |
|---|---|---|---|
| Gwen Brons | Jamell Watson | Joseph Nassiri | Nicole Romeu |
| Erica Baldwin | Shannon Hamlin | Ann Duggan | Thomas McAuley |
| Lauretta Camara | | | |

| Trial Tech Support | | | |
|---|---|---|---|
| Rou Wen | Scott Perloff | Henry Grant | Kristen Zavodjancik |
| Thomas S.Y. Lee | | | |

All persons named herein will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: October 17, 2024
11831190/ 12209.00051

    IT IS SO ORDERED this ___ day of _____, 2024.

                                              _____
                                                     U.S.D.J.