# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (JLH) |
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (JLH) |

## DEFENDANTS' AMENDED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Defendants Masimo Corporation and Sound United, LLC (collectively "Defendants"), respectfully request exemptions from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* ("Standing Order") so that the following witnesses and support personnel may bring their personal electronic devices to jury selection, trial (scheduled for October 21, 2024 through October 25, 2024) and courtroom set up (scheduled for October 18, 2024) in this matter:

- Joe Kiani, Stephen Scruggs, Joel Delman, Vijay Madisetti, Alan Olsan, Craig Rosenberg, Darrin Young, and Bruce Isaacson (collectively "Defendants' Witnesses");

- Tom McLenahan and Dustin Guzior (collectively "Masimo Counsel (not of record)");

- Justin Berns, Sheryn George, Cara David, and Laila Kherallah ("Graphic Support/Trial Presenter);

- Claire Stoneman, Stef Munoz, Brandon Hernandez, Cara Charran, Tayler Amerine, Phoebe Wong ("Paralegals/Assistants"); and

- Faye Honig, Mark Salomon, and Renato Stabile ("Consultants").

Defendants' Witnesses, Masimo Counsel (not of record), Graphic Support/Trial Presenters, Paralegals/Assistants and Consultants do not meet any of the exemptions under Paragraph 4 of the Standing Order. All require access to their personal electronic devices during the jury selection, courtroom set up (scheduled for October 18, 2024) and trial (scheduled from October 21, 2024 through October 25, 2024) and respectfully request that the Court enter the form of order attached to this Motion.

Dated: October 17, 2024

Respectfully submitted,

/s/ *Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*